# EXHIBIT 7



FEATURES    COMPATIBILITY    USER REVIEWS

# Control. View. Share.

The GoPro App makes it easy to control your camera remotely to capture the shot and share it with friends everywhere. Easily adjust all camera settings, plus frame the scene perfectly using live preview. Create short video clips right on your phone or tablet and share them to Instagram, Facebook, YouTube and more.[1] Use HiLight Tag to mark key moments while recording to make them easier to find later. You can also watch the best GoPro Channel videos from almost anywhere and wirelessly update your camera software for the best performance.[3]

**Key Features**

- Create short video clips and share them to Instagram, Facebook, YouTube and more[1]
- Get full remote control of all camera functions
- See what your camera sees with live preview for easy shot-framing
- Mark key moments while recording with HiLight Tag[2]
- View HiLight Tags in your GoPro Camera Roll for easy playback of video highlights[2]
- Play back your videos[4] and view your photos
- Copy and save photos and videos[4] to your phone or tablet
- Browse and delete files on the camera's microSD card
- Watch the GoPro Channel and get your fix of the best GoPro videos from across the globe
- View the GoPro Photo of the Day
- Wirelessly update your camera software[3]