UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Tentative Claim Construction

RE:                Contour IP Holding, LLC v GoPro, Inc.

CASE NUMBER:       17-cv-04738-WHO

       To help focus the arguments at tomorrow's hearing, the following are tentative constructions for the terms at issue. The hearing will progress term by term, with the party challenging the tentative constructive arguing first.

**Real Time**

The claim term "real time" is used in both the '954 patent claim 27, and the '694 patent claims 1 and 3. For example, as used in claim 27 of the '954 patent:

> an image sensor configured to capture light propagating through the lens and representing a scene, and produce **real time** video image data of the scene,

| Term | CIPH's Proposal | GoPro's Proposal | Tentative |
|---|---|---|---|
| **(1)** **"real time"** '954: 11, 30 (depends from claim 27 containing term) '694: 4 (depends from claim 3 containing term), 11, 20 (depends from claim 1 containing term) | Without perceived delay | The actual time when an event takes place | without perceived delay |

**Point of View Digital Video Camera**

The term point of view digital video camera appears in the preamble of independent claims 1, 3, 11 and 27 of the '954 patent. For example, in claim 27 of the '954 patent:

> A portable, **point of view digital video camera**, comprising: a lens; an image sensor configured to capture light propagating through the lens and representing a scene, wherein the video camera does not include a screen for viewing the scene; a wireless connection protocol device configured to send real time image content by wireless transmission directly to and receive control signals or data signals by wireless transmission directly from a personal portable computing device; and a camera processor. . .

| Term | CIPH's Proposal | GoPro's Proposal | Tentative |
|---|---|---|---|
| (2) **"point of view digital video camera"** '954: 11, 30 (depends from claim 27 containing term) | The preamble is not limiting. To the extent the preamble is limiting, plain and ordinary meaning. To the extent the claim requires construction: A digital video camera that captures the camera's view | A digital video camera designed to capture the scene in a person's view | Plain and ordinary meaning |

**The "Generate" and "Generating" Terms**

The "generate" and "generating" terms are used in both the '954 and the '694 patents in various claims. For example in claim 11 of the '694 patent:

> **generating** video image content corresponding to the scene to be recorded at a first quality and at a second quality, wherein the first quality is lower than the second quality . . .

Another example in claim 27 of the '954 patent:

> **generate** from the video image data a first image data stream and a second image data stream, wherein the second image data stream comprises a higher resolution image than the first image data stream . . .

| Term | CIPH's Proposal | GoPro's Proposal | Tentative |
|---|---|---|---|
| (3) "generate from the video image data a first image data stream and a second image data stream, wherein the second image data stream is a higher quality than the first image data stream"<br><br>'954: 11 | Plain and ordinary meaning | record image data streams form the video image data in two formats, high quality and low quality, at the same time or in parallel, where the lower quality image data stream is streamed after the recorded action has taken place | record in parallel from the video image data a first image data stream and a second image data stream, wherein the second image data stream is a higher quality than the first image data stream |
| (4) "generate from the video image data a first image data stream and a second image data stream, wherein the second image data stream comprises a higher resolution image than the first image data stream"<br><br>'954:30 (depends from claim 27 containing term) | Plain and ordinary meaning | record image data streams from the video image data in two formats, high resolution and low resolution, at the same time or in parallel, where the lower resolution image data stream is streamed after the recorded action has taken place | record in parallel from the video image data a first image data stream and a second image data stream, wherein the second image data stream comprises a higher resolution image than the first image data stream |
| (5) "generate the video image content simultaneously at a first resolution and at a second resolution, the video image content at the first | Plain and ordinary meaning | record the video image content in two formats, high resolution and low resolution, at the same time, where the lower quality image data stream is streamed after the recorded action has taken place | record in parallel the video image content simultaneously at a first resolution and at a second resolution, the video image content at the first resolution and the second resolution corresponding to the video image data |

3

| | | | |
|---|---|---|---|
| resolution and the second resolution corresponding to the video image data representing the scene to be recorded, wherein the first resolution is lower than the second resolution"<br><br>'694: 20 (depends from claim 1 containing term) | | | representing the scene to be recorded, wherein the first resolution is lower than the second resolution |
| (6)<br>"generate first video image content and second video image content corresponding to the video image data representing the scene, wherein the second video image content is a higher quality than the first video image content"<br><br>'694: 4 (depends from claim 3 containing term) | Plain and ordinary meaning | record video image content from the video image data in two formats, high quality and low quality, at the same time or in parallel, where the lower quality video image content is streamed after the recorded action has taken place | record in parallel first video image content and second video image content corresponding to the video image data representing the scene, wherein the second video image content is a higher quality than the first video image content |
| (7)<br>"generating video image content corresponding to the scene to be recorded at a first quality and at a second quality, wherein the first quality is lower than the second quality"<br><br>'694: 11 | Plain and ordinary meaning | recording video image content corresponding to the scene in two formats, high quality and low quality, at the same time or in parallel, where the lower quality video image content is streamed after the recorded action has taken place | recording video image content corresponding to the scene to be recorded at a first quality and at a second quality, in parallel, wherein the first quality is lower than the second quality |

4

### The "Recording" Terms

GoPro and CIPH dispute claim terms "prior to recording the scene" and "scene to be recorded." The '694 patent contains both terms, for example, in claim 1:

> the camera processor is configured to: generate the video image content simultaneously at a first resolution and at a second resolution, the video image content at the first resolution and the second resolution corresponding to the video image data representing the **scene to be recorded**, wherein the first resolution is lower than the second resolution, stream the real time video image content at the first resolution using the wireless connection protocol device to the wireless connection-enabled controller without displaying the video image content at the video camera, receive the control signals for adjusting image capture settings of the video camera, adjust the image capture settings of the video camera **prior to recording the scene**, and in response to a record command, cause the video image content at the second resolution to be stored at the video camera;

| Term | CIPH's Proposal | GoPro's Proposal | Tentative |
|---|---|---|---|
| **(8)** **"prior to recording the scene"**  '954: 30 (depends from claim 27 containing term)  '694: 4 (depends from claim 3 containing term), 11, 20 (depends from claim 1 containing term) | before storing the video image data representing the scene | before storing the video storage data representing the scene in response to a record command | before storing the video image data representing the scene |
| **(9)** **"scene to be recorded"**  '694: 11, 20 (depends from | Scene viewed by the camera prior to recording | Scene viewed by the camera that has no yet been stored in response to a record command | Scene viewed by the camera prior to recording |

5

| | | | |
|---|---|---|---|
| claim 1 containing term) | | | |

### Viewfinderless video camera

The claim term "viewfinderless video camera" is used in the '694 patent independent claim 1. For example:

> An integrated hands-free portable **viewfinderless video camera**, the video camera including a lens and an image sensor, the image sensor capturing light propagating through the lens and representing a scene to be recorded, and the image sensor producing a real time video image data of the scene without displaying the scene to a user of the video camera,

| Term | CIPH's Proposal | GoPro's Proposal | Tentative |
|---|---|---|---|
| **(10) "viewfinderless video camera"**<br><br>'694: 20 (depends from claim 1 containing term) | A video camera without a viewfinder on the camera | A video camera without a viewfinder on or attached to the camera<br><br>Or alternatively: a video camera without a viewfinder as an original part of the camera | a video camera without a viewfinder as an original part of the camera |

### Mount

The claim term "mount" is used in patent '694 claims 1, 3, and 11. For example, as used in claim 1:

> A point of view digital video camera system, comprising: . . . a **mount** configured to be mounted to the body, a garment, or a vehicle of the user of the video camera, the **mount** configured to receive the mounting interface for rotatably mounting the camera on the body, the garment, or the vehicle of the user of the video camera, the mounting interface and the **mount** further configured for manual adjustment of the video camera with respect to the user of the video camera,

| Term | CIPH's Proposal | GoPro's Proposal | Tentative |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **(11) "mount"**<br><br>'694: 4 (depends from claim 3 containing term), 11, 20 (depends from claim 1 containing term) | A component configured to be mounted to at least one of the body, a garment, or a vehicle | A component configured to be mounted to at least one of the body, a garment, and a vehicle of a person, wherein the garment is an item of clothing, and the vehicle is a thing used for transporting people on land | A component configured to be mounted to at least one of the body, a garment, or a vehicle |

### Mounting Interface

The claim term "mounting interface" is used in the '694 patent claims 1, 3, and 11. For example, as used in claim 1:

> A point of view digital video camera system, comprising: . . . a **mounting interface** coupled to the video camera; a mount configured to be mounted to the body, a garment, or a vehicle of the user of the video camera, the mount configured to receive the **mounting interface** for rotatably mounting the camera on the body, the garment, or the vehicle of the user of the video camera, the **mounting interface** and the mount further configured for manual adjustment of the video camera with respect to the user of the video camera,

| Term | CIPH's Proposal | GoPro's Proposal | Tentative |
|---|---|---|---|
| **(12) "mounting interface"**<br><br>'694: 4 (depends from claim 3 containing term), 11, 20 (depends from claim 1 containing term) | A place for attaching a mount | A component coupled to the video camera on one side and a mount on the other side | A place for attaching a mount |