RIMON, P.C.
Karineh Khachatourian (SBN 202634)
karineh.khachatourian@rimonlaw.com
David T. Xue (SBN 256668)
david.xue@rimonlaw.com
Nikolaus A. Woloszczuk (SBN 286633)
nikolaus.woloszczuk@rimonlaw.com
2479 E. Bayshore Road, Suite 210
Palo Alto, CA 94303
Telephone: (650) 461-4433
Facsimile: (650) 461-4433

Attorneys for Defendant,
GOPRO, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTOUR IP HOLDING, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GOPRO, INC.,<br><br>　　　　Defendant. | Case No. 17-cv-04738-WHO<br><br>**JOINT STIPULATION AND ORDER TO EXTEND GOPRO, INC.'S TIME TO FILE REPLY IN SUPPORT OF MOTION TO STAY PENDING *INTER PARTES* REVIEW** |

Pursuant to Civil L.R. 6-1(b), Defendant GoPro, Inc. ("GoPro") and Plaintiff Contour IP Holding, LLC ("Contour"), by and through their undersigned attorneys, hereby state and stipulate as follows:

WHEREAS, GoPro filed a Motion to Stay Pending *Inter Partes* Review on September 28, 2018 with a noticed hearing date of November 14, 2018;

WHEREAS, Contour filed its opposition to GoPro's motion on October 12, 2018;

WHEREAS, absent an extension, GoPro's deadline to file and serve a reply in support of its motion to stay is October 19, 2018;

WHEREAS, the parties have conferred and Contour has agreed to stipulate to GoPro's requested extension of time to file and serve its reply by 7 days to October 26, 2018;

NOW THEREFORE, IT IS STIPULATED AND AGREED that GoPro's deadline to file and serve its reply in support of GoPro's Motion to Stay Pending *Inter Partes* Review is extended to October, 26, 2018.

RIMON, P.C.

Dated: October 17, 2018     By:  */s/ Nikolaus A. Woloszczuk*
                                 Karineh Khachatourian
                                 David T. Xue
                                 Nikolaus A. Woloszczuk

                                 Attorneys for Defendant,
                                 GOPRO, INC.

WINSTON & STRAWN

Dated: October 17, 2018     By:  */s/ Matthew R. McCullough*
                                 John R. Keville
                                 Erin C. Villasenor
                                 David P. Enzminger
                                 Matthew R. McCullough

                                 Attorneys for Plaintiff,
                                 CONTOUR IP HOLDING, LLC

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: October 18, 2018
                            _____
                            HONORABLE WILLIAM H. ORRICK
                            UNITED STATES DISTRICT JUDGE

# ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that the concurrence in this filing of this document has been obtained from its signatories.

                                        RIMON, P.C.

Dated: October 17, 2018          By: */s/ Nikolaus A. Woloszczuk*
                                                   Karineh Khachatourian
                                                   David T. Xue
                                                   Nikolaus A. Woloszczuk

                                                   Attorneys for Defendant,
                                                 GOPRO, INC.