RIMON, P.C.
Karineh Khachatourian (SBN 202634)
karineh.khachatourian@rimonlaw.com
David T. Xue (SBN 256668)
david.xue@rimonlaw.com
Nikolaus A. Woloszczuk (SBN 286633)
nikolaus.woloszczuk@rimonlaw.com
2479 E. Bayshore Road, Suite 210
Palo Alto, CA  94303
Telephone: (650) 461-4433
Facsimile: (650) 461-4433

Attorneys for Defendant,
GOPRO, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTOUR IP HOLDING, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>GOPRO, INC.,<br><br>                Defendant. | Case No. 17-cv-04738-WHO<br><br>**GOPRO, INC.'S STATEMENT OF RECENT DECISIONS PURSUANT TO LOCAL RULE 7-3(d)(2) RELATING TO GOPRO INC.'S MOTION TO STAY PENDING *INTER PARTES* REVIEW** |

Pursuant to Civil Local Rule 7-3(d)(2), Defendant GoPro, Inc. respectfully submits this Statement of Recent Decisions to call this Court's attention to the following recent decisions by the United States Court of Appeals for the Federal Circuit that are relevant to GoPro's Motion for Stay Pending *Inter Partes* Review, D.I. 262:

1. A true and correct copy of the Federal Circuit's order in *GoPro, Inc. v. Contour IP Holding LLC*, Nos. 2017-1894, 2017-1936, 2018 U.S. App. LEXIS 30949, issued November 1, 2018, is attached hereto as Exhibit A.

2. A true and correct copy of the Federal Circuit's modified precedential opinion in *GoPro, Inc. v. Contour IP Holding LLC*, Nos. 2017-1894, 2017-1936, 2018 U.S. App. LEXIS 30950, issued November 1, 2018, is attached hereto as Exhibit B.

3. A true and correct copy of the Federal Circuit's judgment entered in *GoPro, Inc. v. Contour IP Holding LLC*, Nos. 2017-1894, 2017-1936, issued November 1, 2018, is attached hereto as Exhibit C.

4. A true and correct copy of the Federal Circuit's order in *GoPro, Inc. v. Contour IP Holding LLC*, Nos. 2017-1894, 2017-1936, 2018 U.S. App. LEXIS 30951, issued November 1, 2018, is attached hereto as Exhibit D.

Respectfully submitted,

RIMON, P.C.

Dated: November 8, 2018            By:  */s/ Nikolaus A. Woloszczuk*
                                                         Karineh Khachatourian
                                                         David T. Xue
                                                         Nikolaus A. Woloszczuk

                                                         Attorneys for Defendant,
                                                         GOPRO, INC.