RIMON, P.C.
Karineh Khachatourian (SBN 202634)
karinehk@rimonlaw.com
David T. Xue (SBN 256668)
david.xue@rimonlaw.com
Nikolaus A. Woloszczuk (SBN 286633)
nikolaus.woloszczuk@rimonlaw.com
2479 E. Bayshore Road, Suite 210
Palo Alto, California 94303
Telephone: 650.461.4433
Facsimile: 650.461.4433

Attorneys for Defendant,
GOPRO, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTOUR IP HOLDING, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>GOPRO, INC.,<br><br>  Defendant. | Case No. 17-cv-04738-WHO<br><br>**GOPRO'S RESPONSE TO NOTICE OF PATENT TRIAL AND APPEAL BOARD DECISIONS**<br><br>The Hon. William H. Orrick |

In response to CIPH's notice of PTAB decisions, GoPro is currently weighing its post-decision options with the PTAB and the Federal Circuit.  The deadline to file a motion for rehearing or a request for Presidential Opinion Panel with the PTAB is August 30, 2019.  GoPro will notify the Court should it proceed with any applicable post-decision options.

Respectfully Submitted,

Dated:  August 2, 2019               RIMON, P.C.

By:  /s/Karineh Khachatourian
Karineh Khachatourian

Attorney for Defendant,
GOPRO, INC.