UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: October 8, 2019 | Time: 12 minutes<br>2:03 p.m. to 2:15 p.m. | Judge: WILLIAM H. ORRICK |
|---|---|---|
| Case No.: 17-cv-04738-WHO | Case Name: Contour IP Holding, LLC v. GoPro, Inc. | |

**Attorneys for Plaintiff:**   John R. Keville and Matthew R. McCullough
**Attorneys for Defendant:**   Michelle Ann Clark and Jordan R. Jaffe
(Client Representative Tyler Gee)

**Deputy Clerk:** Jean Davis              **Court Reporter:** FTR Recording

### PROCEEDINGS

Parties appear for case management conference. Court discusses preferred method for raising disputes as to IPR estoppel issues. The Court recommends that the parties meet and confer immediately after the conference to determine which disputes over IPR estoppel can be resolved between the parties and which will require the Court's determination and the most efficient manner to put those issues before the Court. The Court also recommends that parties agree upon a discovery plan to facilitate the case management schedule adopted, which is indicated below, and to discuss existing discovery disputes immediately after the conference.

REFERRALS:

[X]  Case returned to Magistrate Judge Corley for further SETTLEMENT CONFERENCE.

**Further Case Management Conference set for December 10, 2019 at 2:00 p.m.**

PRETRIAL SCHEDULE:

**Fact discovery cutoff:**         January 14, 2020
**Expert disclosure:**             February 14, 2020
**Expert rebuttal:**               March 13, 2020
**Expert discovery cutoff:**       Apri 3, 2020
**Dispositive Motions heard by:**  May 27, 2020
**Pretrial Conference:**           August 12, 2020
**Trial:**                         August 31, 2020 at 8:30 a.m. by Jury