1  Jodie W. Cheng (SBN 292330)
   jodie@jwc-legal.com
2  JWC LEGAL
3  One Market Plaza, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 293-8308

6  *Attorneys for Defendant*
   GOPRO, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| CONTOUR IP HOLDING, LLC, | CASE NO. 3:17-cv-04738-WHO |
|---|---|
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE OF COUNSEL** |
| GOPRO, INC., | |
| Defendant. | |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Jodie W. Cheng of JWC Legal, One Market Street, Spear Tower, 36th Floor, San Francisco, CA 94105 hereby appears as counsel on behalf of Defendant GoPro, Inc. in the above-captioned matter.  Copies of all pleadings and notices pertaining to the action not filed through the Court's electronic filing system should be provided to counsel at the following address:

>Jodie W. Cheng
>JWC LEGAL
>One Market Street
>Spear Tower, 36th Floor
>San Francisco, CA 94105
>jodie@jwc-legal.com

Counsel certifies that she is admitted to practice before this Court.

DATED: November 7, 2019            Respectfully Submitted,

By */s/ Jodie W. Cheng*