UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** March 10, 2021 | **Time:** 53 minutes 3:17p.m. to 4:10 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 17-cv-04738-WHO | **Case Name:** Contour IP Holding, LLC v. GoPro, Inc. | |

**Attorneys for Plaintiff:** John Keville and Dustin Edwards
**Attorneys for Defendant:** Sean Pak, Valerie Lozano, and Michelle Clark

**Deputy Clerk:** Jean Davis          **Court Reporter:** Debra Pas

## PROCEEDINGS

Motion hearing conducted via videoconference. Argument of counsel heard. Motion taken under submission; written order to follow.

Issues potentially impacting the scheduled trial date are discussed. The court inquires whether counsel believe that advancing Jury Selection to April 26, 2021, with trial commencing immediately thereafter, would be feasible. If trial is rescheduled for that date, a conference regarding trial protocols will be set in late March. A notice will be issued as soon as the court determines whether the case will be able to proceed to trial in April or early May, or whether a further continuance is necessary.