| | |
|---|---|
| John R. Keville *(Pro Hac Vice)* <br> Dustin J. Edwards *(Pro Hac Vice)* <br> William M. Logan *(Pro Hac Vice)* <br> WINSTON & STRAWN LLP <br> 800 Capitol St., Suite 2400 <br> Houston, TX 77002-2925 <br> Telephone: (713) 651-2600 <br> Facsimile: (713) 651-2700 <br> Email: jkeville@winston.com <br> Email: dedwards@winston.com <br> Email: wlogan@winston.com <br><br> David P. Enzminger (SBN 137065) <br> Matthew R. McCullough (SBN 301330) <br> WINSTON & STRAWN, LLP <br> 275 Middlefield Road, Suite 205 <br> Menlo Park, CA  94025-1203 <br> Telephone: (650) 858-6500 <br> Facsimile: (650) 858-6550 <br> Email: denzminger@winston.com <br> Email: mrmccullough@winston.com <br><br> Attorneys for Plaintiff <br> CONTOUR IP HOLDING, LLC | Sean S. Pak (Bar No. 219032) <br> seanpak@quinnemanuel.com <br> Michelle Ann Clark (Bar No. 243777) <br> michelleclark@quinnemanuel.com <br> Jordan R. Jaffe (Bar No. 254886) <br> jordanjaffe@quinnemanuel.com <br> Nathan Sun (Bar No. 284782) <br> nathansun@quinnemanuel.com <br> QUINN EMANUEL URQUHART & SULLIVAN, LLP <br> 50 California St., 22nd Floor <br> San Francisco, California 94111 <br> Telephone: (415) 875-6600 <br> Facsimile: (415) 875-6700 <br><br> Attorneys for Defendant, <br> GOPRO, INC. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTOUR IP HOLDING, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> GOPRO, INC., <br><br> Defendant. | Case Number: 17-cv-04738-WHO <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER RELATING CASES** <br><br> Judge: William H. Orrick |

1   Plaintiff Contour IP Holding, LLC ("Contour") and Defendant GoPro, Inc. ("GoPro") hereby
2   jointly stipulate as follows:
3   WHEREAS, Contour and GoPro agree that the below two cases satisfy the definition of related
4   cases in Civil Local Rule 3-12 and should thus be deemed related:
5   - Case No. 17-cv-04738, *Contour IP Holding, LLC v. GoPro, Inc.* (Judge Orrick)
6   - Case No. 21-cv-02143, *Contour IP Holding, LLC v. GoPro, Inc.* (Magistrate Judge Spero)
7
8   **NOW THEREFORE, IT IS HEREBY STIPULATED** and the parties request the Court order that
9   the following cases are related and the clerk should reassign Case No. 21-cv-02143 to this Court (Judge
10  Orrick):
11  - Case No. 17-cv-04738, *Contour IP Holding, LLC v. GoPro, Inc.* (Judge Orrick)
12  - Case No. 21-cv-02143, *Contour IP Holding, LLC v. GoPro, Inc.* (Magistrate Judge Spero)

| | | |
|---|---|---|
| 1 | Dated: March 31, 2021 | /s/ Matthew R. McCullough |
| 2 | | John R. Keville *(Pro Hac Vice)* |
| | | Dustin J. Edwards *(Pro Hac Vice)* |
| 3 | | William M. Logan *(Pro Hac Vice)* |
| | | WINSTON & STRAWN LLP |
| 4 | | 800 Capitol St., Suite 2400 |
| | | Houston, TX 77002-2925 |
| 5 | | Telephone: (713) 651-2600 |
| | | Facsimile: (713) 651-2700 |
| 6 | | Email: jkeville@winston.com |
| | | Email: dedwards@winston.com |
| 7 | | Email: wlogan@winston.com |

David P. Enzminger (SBN 137065)
Matthew R. McCullough (SBN 301330)
WINSTON & STRAWN, LLP
275 Middlefield Road, Suite 205
Menlo Park, CA  94025-1203
Telephone: (650) 858-6500
Facsimile: (650) 858-6550
Email: denzminger@winston.com
Email: mrmccullough@winston.com

Counsel for Plaintiff
CONTOUR IP HOLDING LLC

Dated: March 31, 2021    /s/ Michelle A. Clark

Sean S. Pak (Bar No. 219032)
*seanpak@quinnemanuel.com*
Michelle Ann Clark (Bar No. 243777)
*michelleclark@quinnemanuel.com*
Jordan Jaffe (Bar No. 254886)
*jordanjaffee@quinnemanuel.com*
Nathan Sun (Bar No. 284782)
*nathansun@quinnemanuel.com*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California St., 22nd Floor
San Francisco, California 94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

Attorneys for Defendant
GoPro, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Date: March ____, 2021

_____
Honorable William H. Orrick
United States District Judge

**CONCURRENCE IN FILING**

I, Matthew R. McCullough, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: March 31, 2021   */s/ Matthew R. McCullough*
                                         Matthew R. McCullough