John R. Keville *(Pro Hac Vice)*
Dustin J. Edwards *(Pro Hac Vice)*
William M. Logan *(Pro Hac Vice)*
WINSTON & STRAWN LLP
800 Capitol St., Suite 2400
Houston, TX 77002-2925
Telephone: (713) 651-2600
Facsimile: (713) 651-2700
Email: jkeville@winston.com
Email: dedwards@winston.com
Email: wlogan@winston.com

David P. Enzminger (SBN 137065)
Matthew R. McCullough (SBN 301330)
WINSTON & STRAWN, LLP
275 Middlefield Road, Suite 205
Menlo Park, CA  94025-1203
Telephone: (650) 858-6500
Facsimile: (650) 858-6550
Email: denzminger@winston.com
Email: mrmccullough@winston.com

Attorneys for Plaintiff
CONTOUR IP HOLDING, LLC

Sean S. Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Michelle Ann Clark (Bar No. 243777)
michelleclark@quinnemanuel.com
Jordan R. Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
Nathan Sun (Bar No. 284782)
nathansun@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California St., 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendant,
GOPRO, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTOUR IP HOLDING, LLC,<br><br>       Plaintiff,<br><br>vs.<br><br>GOPRO, INC.,<br><br>       Defendant. | Case Number: 17-cv-04738-WHO<br><br>**JOINT STIPULATION AND ORDER RELATING CASES; ORDER RELATING CASES, VACATING TRIAL DATE AND SETTING CASE MANAGEMENT CONFERENCE**<br><br>Judge: William H. Orrick |

1    Plaintiff Contour IP Holding, LLC ("Contour") and Defendant GoPro, Inc. ("GoPro") hereby

2  jointly stipulate as follows:

3    WHEREAS, Contour and GoPro agree that the below two cases satisfy the definition of related

4  cases in Civil Local Rule 3-12 and should thus be deemed related:

5  • Case No. 17-cv-04738, *Contour IP Holding, LLC v. GoPro, Inc.* (Judge Orrick)

6  • Case No. 21-cv-02143, *Contour IP Holding, LLC v. GoPro, Inc.* (Magistrate Judge Spero)

7

8  **NOW THEREFORE, IT IS HEREBY STIPULATED** and the parties request the Court order that

9  the following cases are related and the clerk should reassign Case No. 21-cv-02143 to this Court (Judge

10  Orrick):

11  • Case No. 17-cv-04738, *Contour IP Holding, LLC v. GoPro, Inc.* (Judge Orrick)

12  • Case No. 21-cv-02143, *Contour IP Holding, LLC v. GoPro, Inc.* (Magistrate Judge Spero)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

Dated:  March 31, 2021          /s/ Matthew R. McCullough

2
John R. Keville (*Pro Hac Vice*)
Dustin J. Edwards (*Pro Hac Vice*)
3
William M. Logan (*Pro Hac Vice*)
WINSTON & STRAWN LLP
4
800 Capitol St., Suite 2400
Houston, TX 77002-2925
5
Telephone: (713) 651-2600
Facsimile: (713) 651-2700
6
Email: jkeville@winston.com
Email: dedwards@winston.com
7
Email: wlogan@winston.com

8
David P. Enzminger (SBN 137065)
9
Matthew R. McCullough (SBN 301330)
WINSTON & STRAWN, LLP
10
275 Middlefield Road, Suite 205
Menlo Park, CA  94025-1203
11
Telephone: (650) 858-6500
Facsimile: (650) 858-6550
12
Email: denzminger@winston.com
Email: mrmccullough@winston.com

13

14
Counsel for Plaintiff
CONTOUR IP HOLDING LLC

15
Dated:  March 31, 2021          /s/ Michelle A. Clark

16
Sean S. Pak (Bar No. 219032)
*seanpak@quinnemanuel.com*
17
Michelle Ann Clark (Bar No. 243777)
*michelleclark@quinnemanuel.com*
18
Jordan Jaffe (Bar No. 254886)
*jordanjaffee@quinnemanuel.com*
19
Nathan Sun (Bar No. 284782)
*nathansun@quinnemanuel.com*
20
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California St., 22nd Floor
21
San Francisco, California 94111
Telephone:  (415) 875-6600
22
Facsimile:  (415) 875-6700

23
Attorneys for Defendant
GoPro, Inc.

24
**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

25
      **In addition, the trial set in Case No. 17-4738 will have to be continued.  The Court sets a**
26
**Case Management Conference on May 4, 2021 at 2 p.m. in both cases to discuss whether they**
27

28

should be consolidated and what an appropriate case/trial schedule should be for each/both cases.  A Joint Case Management Statement is due April 27,2021.

Date:  April 1, 2021

_____

Honorable William H. Orrick
United States District Judge

1

**CONCURRENCE IN FILING**

2        I, Matthew R. McCullough, hereby attest that the concurrence to the filing of this document

3    has been obtained from each signatory hereto.

4

5    Dated:  March 31, 2021                    */s/ Matthew R. McCullough*

6                                            Matthew R. McCullough

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28