John R. Keville *(Pro Hac Vice)*
Dustin J. Edwards *(Pro Hac Vice)*
William M. Logan *(Pro Hac Vice)*
WINSTON & STRAWN LLP
800 Capitol St., Suite 2400
Houston, TX 77002-2925
Telephone: (713) 651-2600
Facsimile: (713) 651-2700
Email: jkeville@winston.com
Email: dedwards@winston.com
Email: wlogan@winston.com

David P. Enzminger (SBN 137065)
Matthew R. McCullough (SBN 301330)
WINSTON & STRAWN, LLP
275 Middlefield Road, Suite 205
Menlo Park, CA 94025-1203
Telephone: (650) 858-6500
Facsimile: (650) 858-6550
Email: denzminger@winston.com
Email: mrmccullough@winston.com

Attorneys for Plaintiff
CONTOUR IP HOLDING, LLC

Sean S. Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Michelle Ann Clark (Bar No. 243777)
michelleclark@quinnemanuel.com
Jordan R. Jaffe (Bar No. 254886)
jordanjaffe@quinnemanuel.com
Nathan Sun (Bar No. 284782)
nathansun@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California St., 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for Defendant,
GOPRO, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTOUR IP HOLDING, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> GOPRO, INC., <br><br> Defendant. | ) Case Nos: 17-cv-04738-WHO, 21-cv-02143-WHO <br> ) <br> ) <br> ) **JOINT STIPULATION AND** <br> ) **ORDER** <br> ) <br> ) Judge: William H. Orrick <br> ) <br> ) <br> ) <br> ) |

1       Plaintiff Contour IP Holding, LLC ("Contour") and Defendant GoPro, Inc. ("GoPro") hereby

2 jointly stipulate as follows:

3       WHEREAS, Contour filed its Motion to Dismiss and Strike re Inequitable Conduct

4 ("Inequitable Conduct Motion") on June 15, 2021, *see* Case No. 21-cv-02143-WHO, Dkt. 20;

5       WHEREAS, GoPro filed its Motion for Judgment on the Pleadings Based on Section 101 ("101

6 Motion") on June 30, 2021, *see* Case No. 17-cv-04738, Dkt. 535;

7       WHEREAS, the Court reset both the Inequitable Conduct Motion and the 101 Motion for

8 hearing on August 11, 2021 at 2:00 p.m., *see* Case No. 21-cv-02143-WHO, Dkt. 23; Case No. 17-cv-

9 04738, Dkt. 536;

10       WHEREAS, Contour requested additional time to respond to the 101 Motion;

11       WHEREAS, GoPro requested the hearings on the Inequitable Conduct Motion and the 101

12 Motion be reset to August 27, 2021 at 10:00 a.m. (the same date/time as the previously-set claim

13 construction hearing, *see* Case No. 17-cv-04738, Dkt. 534) due to several of GoPro's counsel,

14 including lead counsel, being at trial and unavailable on August 11, 2021;

15       WHEREAS, the parties also wish to provide additional time to depose GoPro's claim

16 construction expert (which will not require adjusting the claim construction briefing or hearing

17 schedule);

18

19 **NOW THEREFORE, IT IS HEREBY STIPULATED** and the parties request the Court order the

20 following:

21     • The below briefing schedule for the 101 Motion is adopted:

22         o July 19, 2021 – Contour's Opposition Due

23         o July 26, 2021 – GoPro's Reply Due

24     • The hearings on both the Inequitable Conduct Motion (Case No. 21-cv-02143-WHO, Dkt. 20)

25       and the 101 Motion (Case No. 17-cv-04738, Dkt. 535) are reset to August 27, 2021 at 10:00

26       a.m.

27     • The deadline to complete claim construction discovery is July 20, 2021;

28

Dated: March 31, 2021     */s/ Matthew R. McCullough*

John R. Keville *(Pro Hac Vice)*
Dustin J. Edwards *(Pro Hac Vice)*
William M. Logan *(Pro Hac Vice)*
WINSTON & STRAWN LLP
800 Capitol St., Suite 2400
Houston, TX 77002-2925
Telephone: (713) 651-2600
Facsimile: (713) 651-2700
Email: jkeville@winston.com
Email: dedwards@winston.com
Email: wlogan@winston.com

David P. Enzminger (SBN 137065)
Matthew R. McCullough (SBN 301330)
WINSTON & STRAWN, LLP
275 Middlefield Road, Suite 205
Menlo Park, CA  94025-1203
Telephone: (650) 858-6500
Facsimile: (650) 858-6550
Email: denzminger@winston.com
Email: mrmccullough@winston.com

Counsel for Plaintiff
CONTOUR IP HOLDING LLC

Dated: March 31, 2021     */s/ Michelle A. Clark*

Sean S. Pak (Bar No. 219032)
*seanpak@quinnemanuel.com*
Michelle Ann Clark (Bar No. 243777)
*michelleclark@quinnemanuel.com*
Jordan Jaffe (Bar No. 254886)
*jordanjaffee@quinnemanuel.com*
Nathan Sun (Bar No. 284782)
*nathansun@quinnemanuel.com*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California St., 22nd Floor
San Francisco, California 94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

Attorneys for Defendant
GoPro, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED as modified: The hearing will be on**

**August 25, 2021 at 2 p.m.**

Date:  July 15, 2021

United States District Judge

1 **CONCURRENCE IN FILING**

2      I, Matthew R. McCullough, hereby attest that the concurrence to the filing of this document

3 has been obtained from each signatory hereto.

4

5   Dated: July 13, 2021          */s/ Matthew R. McCullough*

6                              Matthew R. McCullough