| | |
|---|---|
| John R. Keville *(Pro Hac Vice)*<br>Dustin J. Edwards *(Pro Hac Vice)*<br>William M. Logan *(Pro Hac Vice)*<br>WINSTON & STRAWN LLP<br>800 Capitol St., Suite 2400<br>Houston, TX 77002-2925<br>Telephone: (713) 651-2600<br>Facsimile: (713) 651-2700<br>Email: jkeville@winston.com<br>Email: dedwards@winston.com<br>Email: wlogan@winston.com<br><br>David P. Enzminger (SBN 137065)<br>Matthew R. McCullough (SBN 301330)<br>WINSTON & STRAWN, LLP<br>275 Middlefield Road, Suite 205<br>Menlo Park, CA 94025-1203<br>Telephone: (650) 858-6500<br>Facsimile: (650) 858-6550<br>Email: denzminger@winston.com<br>Email: mrmccullough@winston.com<br><br>Attorneys for Plaintiff<br>CONTOUR IP HOLDING, LLC | Sean S. Pak (Bar No. 219032)<br>seanpak@quinnemanuel.com<br>Michelle Ann Clark (Bar No. 243777)<br>michelleclark@quinnemanuel.com<br>Jordan R. Jaffe (Bar No. 254886)<br>jordanjaffe@quinnemanuel.com<br>Nathan Sun (Bar No. 284782)<br>nathansun@quinnemanuel.com<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>50 California St., 22nd Floor<br>San Francisco, California 94111<br>Telephone: (415) 875-6600<br>Facsimile: (415) 875-6700<br><br>Attorneys for Defendant,<br>GOPRO, INC. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTOUR IP HOLDING, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>GOPRO, INC.,<br><br>    Defendant. | Case Nos: 17-cv-04738-WHO, 21-cv-02143-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER**<br><br>Judge: William H. Orrick |

Plaintiff Contour IP Holding, LLC ("Contour") and Defendant GoPro, Inc. ("GoPro") hereby jointly stipulate as follows:

WHEREAS, the Parties seek to provide additional time for fact discovery, including for depositions, and adjust the remainder of the schedule accordingly, without moving the trial date;

**NOW THEREFORE, IT IS HEREBY STIPULATED** and the parties request the Court order the following revised schedule:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Close of Fact Discovery | September 22, 2021 | October 13, 2021 |
| Opening Expert Reports | October 6, 2021 | October 20, 2021 |
| Responsive Expert Reports | October 28, 2021 | November 11, 2021 |
| Expert Discovery Deadline | November 11, 2021 | November 24, 2021 |
| Summary Judgment and Daubert Motions | November 18, 2021 | December 7, 2021 |
| Oppositions to Summary Judgment and Daubert Motions | December 9, 2021 | December 28, 2021 |
| Replies to Oppositions to Summary Judgment and Daubert Motions | December 23, 2021 | January 11, 2022 |
| Dispositive Motion Hearing | January 19, 2022 | No change or move to January 26, 2022 at Court's election |
| Last day to exchange information required by L.R. 16-10(b)(7), (8), (9), and (10) | February 25, 2022 | No change |
| Motions *In Limine* | March 4, 2022 | No change |
| Oppositions to Motions *in Limine* and pretrial submissions | March 11, 2022 | No change |
| Pretrial Conference | **March 25, 2022** | No change |
| Trial | **May 4, 2022** | No change |

Dated:  September 14, 2021    /s/ Dustin J. Edwards

    John R. Keville *(Pro Hac Vice)*
    Dustin J. Edwards *(Pro Hac Vice)*
    William M. Logan *(Pro Hac Vice)*
    WINSTON & STRAWN LLP
    800 Capitol St., Suite 2400
    Houston, TX 77002-2925
    Telephone: (713) 651-2600
    Facsimile: (713) 651-2700
    Email: jkeville@winston.com
    Email: dedwards@winston.com
    Email: wlogan@winston.com

    David P. Enzminger (SBN 137065)
    Matthew R. McCullough (SBN 301330)
    WINSTON & STRAWN, LLP
    275 Middlefield Road, Suite 205
    Menlo Park, CA  94025-1203
    Telephone: (650) 858-6500
    Facsimile: (650) 858-6550
    Email: denzminger@winston.com
    Email: mrmccullough@winston.com

    Counsel for Plaintiff
    CONTOUR IP HOLDING LLC

Dated:  September 14, 2021    /s/ Michelle A. Clark

    Sean S. Pak (Bar No. 219032)
    *seanpak@quinnemanuel.com*
    Michelle Ann Clark (Bar No. 243777)
    *michelleclark@quinnemanuel.com*
    Jordan Jaffe (Bar No. 254886)
    *jordanjaffee@quinnemanuel.com*
    Nathan Sun (Bar No. 284782)
    *nathansun@quinnemanuel.com*
    QUINN EMANUEL URQUHART & SULLIVAN, LLP
    50 California St., 22nd Floor
    San Francisco, California 94111
    Telephone:  (415) 875-6600
    Facsimile:  (415) 875-6700

    Attorneys for Defendant
    GoPro, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Date:  September ____, 2021

    Honorable William H. Orrick
    United States District Judge

**CONCURRENCE IN FILING**

I, Dustin J. Edwards, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: September 14, 2021        */s/ Dustin J. Edwards*
                                 Dustin J. Edwards