John R. Keville *(Pro Hac Vice)*
Dustin J. Edwards *(Pro Hac Vice)*
William M. Logan *(Pro Hac Vice)*
WINSTON & STRAWN LLP
800 Capital St., Suite 2400
Houston, TX 77002-2925
Telephone: (713) 651-2600
Facsimile: (713) 651-2700
Email: jkeville@winston.com
Email: dedwards@winston.com
Email: wlogan@winston.com

David P. Enzminger (SBN 137065)
Matthew R. McCullough (SBN 301330)
WINSTON & STRAWN, LLP
255 Shoreline Drive, Suite 520
Redwood City, CA  94065
Telephone: (650) 858-6500
Facsimile: (650) 858-6550
Email: denzminger@winston.com
Email: mrmccullough@winston.com

Attorneys for Plaintiff
CONTOUR IP HOLDING, LLC

Sean S. Pak (Bar No. 219032)
seanpak@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California St., 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Valerie Lozano (Bar No. 260020)
valerielozano@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:    (213) 443 3000
Facsimile:    (213) 443 3100

Attorneys for Defendant,
GOPRO, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTOUR IP HOLDING, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>GOPRO, INC.,<br><br>    Defendant. | ) **CONSOLIDATED**<br>) Case Number: 17-cv-04738-WHO<br>) Case Number: 21-cv-02143-WHO<br>)<br>) **JOINT STIPULATION AND**<br>) **[PROPOSED] ORDER STAYING**<br>) **DEADLINE TO FILE BILL OF COSTS**<br>)<br>) Judge: William H. Orrick<br>)<br>) |

Plaintiff Contour IP Holding, LLC ("Contour") and Defendant GoPro, Inc. ("GoPro") (collectively, the "parties"), by and through their undersigned counsel, hereby jointly stipulate as follows:

WHEREAS, on March 15, 2022, the Clerk entered judgment in this action in favor of GoPro pursuant to an Order of this Court dated March 4, 2022 granting GoPro's Motion for Summary Judgment (Dkts. 673-674);

WHEREAS, Civil L.R. 54-1(a) provides that a bill of costs must be filed no later than 14 days after entry of judgment;

WHEREAS, Contour intends to appeal the Court's March 4, 2022 Order to the Court of Appeals for the Federal Circuit;

WHEREAS, both parties agree that party and judicial resources would best be served by staying the deadline for bill of costs and related objections until resolution of Contour's appeal;

THEREFORE, the parties request a stay of the deadline to file a bill of costs until 14 days after resolution of Contour's appeal.

Dated:  March 29, 2022

/s/ *Matthew R. McCullough*

John R. Keville *(Pro Hac Vice)*
Dustin J. Edwards *(Pro Hac Vice)*
William M. Logan *(Pro Hac Vice)*
WINSTON & STRAWN LLP
800 Capital St., Suite 2400
Houston, TX 77002-2925
Telephone: (713) 651-2600
Facsimile: (713) 651-2700
Email: jkeville@winston.com
Email: dedwards@winston.com
Email: wlogan@winston.com

David P. Enzminger (SBN 137065)
Matthew R. McCullough (SBN 301330)
WINSTON & STRAWN, LLP
275 Middlefield Road, Suite 205
Menlo Park, CA  94025-1203
Telephone: (650) 858-6500
Facsimile: (650) 858-6550
Email: denzminger@winston.com
Email: mrmccullough@winston.com

Counsel for Plaintiff
CONTOUR IP HOLDING LLC

Dated:  March 29, 2022

*/s/  Sean S. Pak*

Sean S. Pak (Bar No. 219032)
*seanpak@quinnemanuel.com*
Michelle Ann Clark (Bar No. 243777)
*michelleclark@quinnemanuel.com*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
50 California St., 22nd Floor
San Francisco, California 94111
Telephone:  (415) 875-6600
Facsimile:  (415) 875-6700

Valerie Lozano (Bar No. 260020)
*valerielozano@quinnemanuel.com*
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017
Telephone:    (213) 443 3000
Facsimile:    (213) 443 3100

Attorneys for Defendant
GoPro, Inc.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Date:  March 31, 2022

_____

Honorable William H. Orrick

United States District Judge

**CONCURRENCE IN FILING**

I, Sean S. Pak, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.


Dated:  March 29, 2022                  /s/ *Sean S. Pak*

                                        Sean S. Pak