# United States Court of Appeals
# for the Federal Circuit

—————————————

**CONTOUR IP HOLDING LLC,**

*Plaintiff-Appellant*

**v.**

**GOPRO, INC.,**

*Defendant-Appellee*

—————————————

2022-1654, 2022-1691

—————————————

Appeals from the United States District Court for the Northern District of California in Nos. 3:17-cv-04738-WHO, 3:21-cv-02143-WHO, Judge William H. Orrick, III.

—————————————

**JUDGMENT**

—————————————

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED AND REMANDED**

FOR THE COURT

September 9, 2024
Date

Jarrett B. Perlow
Clerk of Court