NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**CONTOUR IP HOLDING LLC,**
*Plaintiff-Appellant*

**v.**

**GOPRO, INC.,**
*Defendant-Appellee*

_____

2022-1654, 2022-1691

_____

Appeals from the United States District Court for the Northern District of California in Nos. 3:17-cv-04738-WHO, 3:21-cv-02143-WHO, Judge William H. Orrick, III.

_____

## ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC

_____

2                    CONTOUR IP HOLDING LLC v. GOPRO, INC.

Before MOORE, *Chief Judge*, LOURIE, SCHALL[1], DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, and STOLL, *Circuit Judges*.[2]

PER CURIAM.

# O R D E R

GoPro, Inc. filed a combined petition for panel rehearing and rehearing en banc. The petition was first referred as a petition to the panel that issued the order, and thereafter the petition was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

The mandate of the court will issue November 21, 2024.

FOR THE COURT

November 14, 2024
            Date

Jarrett B. Perlow
Clerk of Court

---

[1]    Circuit Judge Schall participated only in the decision on the petition for panel rehearing.

[2]    Circuit Judge Newman, Circuit Judge Cunningham, and Circuit Judge Stark did not participate.

CONTOUR IP HOLDING LLC v. GOPRO, INC.                              3