# United States Court of Appeals
# for the Federal Circuit

---

**CONTOUR IP HOLDING LLC,**
*Plaintiff-Appellant*

**v.**

**GOPRO, INC.,**
*Defendant-Appellee*

---

2022-1654, 2022-1691

---

Appeals from the United States District Court for the Northern District of California in Nos. 3:17-cv-04738-WHO, 3:21-cv-02143-WHO, Judge William H. Orrick, III.

---

## MANDATE

---

In accordance with the judgment of this Court, entered September 9, 2024, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs are awarded to appellant Contour IP Holding LLC in the amount of $830.32 and taxed against the appellee.

FOR THE COURT



November 21, 2024
Date

Jarrett B. Perlow
Clerk of Court