| | |
|---|---|
| 1 | JOHN D. HAYNES (State Bar No. 340599) |
| 2 | **ALSTON & BIRD LLP**<br>One Atlantic Center |
| 3 | 1201 West Peachtree Street<br>Atlanta, GA 30309-3424 |
| 4 | Telephone:    404-881-7000<br>Facsimile:     404-881-7777 |
| 5 | john.haynes@alston.com |
| 6 | PHILIP DUCKER (State Bar No. 262644)<br>MICHELLE CLARK (State Bar No. 243777) |
| 7 | **ALSTON & BIRD LLP**<br>55 Second Street, Suite 2100 |
| 8 | San Francisco, CA 94105<br>Telephone:    415-243-1000 |
| 9 | Facsimile:     415-243-1001<br>phil.ducker@alston.com |
| 10 | michelle.clark@alston.com<br>dana.zottola@alston.com |
| 11 | *Attorneys for Defendant GOPRO, INC.* |
| 12 | *Additional counsel on signature page* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CONTOUR IP HOLDING, LLC,<br><br>              Plaintiff,<br><br>      v.<br><br>GOPRO, INC.,<br><br>              Defendant. | LEAD CASE NO. 3:17-cv-04738-WHO<br>CONSOL. CASE NO. 3:21-cv-02143-WHO<br><br>**DECLARATION OF MICHELLE CLARK IN SUPPORT OF MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL RECONSIDERATION OF DKT. NO. 708** |

## DECLARATION OF MICHELLE CLARK

I, Michelle Clark, declare as follows:

1. I am over the age of 18 and competent to make this declaration. All the statements made in this declaration are based on my personal knowledge.

2. I am a licensed attorney in the State of California and a partner at the law firm of Alston & Bird LLP. I represent Defendant GoPro, Inc. ("Defendant" or "GoPro") in the above-referenced action.

3. GoPro raised *Ingenico Inc., et al. v. Ioengine, LLC*, 2023-1367, 2025 U.S. App. LEXIS 10956 (Fed. Cir. May 7, 2025) and its impact on GoPro's invalidity defenses with Contour IP Holding, LLC ("CIPH") on May 9, 2025.

4. At the time, CIPH's counsel recognized that the decision was so recent that counsel had not had the opportunity to review it yet.

5. CIPH's counsel declined to take a position regarding GoPro's proposed request for reconsideration.

Pursuant to 17 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED on this 14th day of May, 2025 in San Francisco, California.

                                    */s/ Michelle Ann Clark*
                                    Michelle Ann Clark

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Civil L.R. 5, I hereby certify that, on May 14, 2025, all counsel of record who have appeared in this case were served with a copy of the foregoing via e-mail.

*/s/ Michelle Ann Clark*
Michelle Ann Clark