UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTOUR IP HOLDING, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GOPRO, INC.,<br><br>　　　　Defendant. | LEAD CASE NO. 3:17-cv-04738-WHO<br>CONSOL. CASE NO. 3:21-cv-02143-WHO<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL RECONSIDERATION OF DKT. NO. 708** |

**[PROPOSED] ORDER**

Upon consideration of Defendant GoPro, Inc.'s MOTION FOR LEAVE TO FILE MOTION FOR PARTIAL RECONSIDERATION OF DKT. NO. 708 (the "Motion") in the above-captioned case, and for good cause shown, this Court hereby GRANTS Defendant GoPro Inc.'s Motion.

**IT IS HEREBY ORDERED THAT:**

1. Defendant GoPro, Inc. has leave to file a motion for reconsideration of the Summary Judgment Order [Dkt. No. 708].

2. Defendant GoPro, Inc. shall file Motion by or before _____.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE WILLIAM H. ORRICK
JUDGE OF THE DISTRICT COURT

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Civil L.R. 5, I hereby certify that, on May 14, 2025, all counsel of record who have appeared in this case were served with a copy of the foregoing via e-mail.

*/s/ Michelle Ann Clark*
Michelle Ann Clark