John R. Keville *(Pro Hac Vice)*
jkeville@sheppardmullin.com
Michelle C. Replogle *(Pro Hac Vice)*
mreplogle@sheppardmullin.com
Michael C. Krill *(Pro Hac Vice)*
mkrill@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON, LLP
700 Louisiana Street, Suite 2750
Houston, Texas 77002-2791
Telephone: (713) 431-7100
Facsimile: (713) 431-7024

Lai L. Yip (SBN 258029)
lyip@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON, LLP
Four Embarcadero Center Seventeenth Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 875-6700

Attorneys for Plaintiff
CONTOUR IP HOLDING, LLC

JOHN D. HAYNES (Bar No. 340599)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000
Facsimile: 404-881-7777
john.haynes@alston.com

PHILIP DUCKER (Bar No. 262644)
MICHELLE CLARK (Bar No. 243777)
**ALSTON & BIRD LLP**
55 Second Street, Suite 2100
San Francisco, CA 94105
Telephone: 415-243-1000
Facsimile: 415-243-1001
phil.ducker@alston.com
michelle.clark@alston.com
dana.zottola@alston.com

Attorneys for Defendant,
GOPRO, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTOUR IP HOLDING, LLC,<br><br>     Plaintiff,<br><br>  vs.<br><br>GOPRO, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**CONSOLIDATED**
Case No. 17-cv-04738-WHO
Case No. 21-cv-02143-WHO

**JOINT STIPULATION AND
[PROPOSED] ORDER GRANTING
EXTENSION OF TIME FOR RESPONSES
TO MOTIONS DKTS. 730 AND 731**

Judge: William H. Orrick

1    Plaintiff Contour IP Holding, LLC ("Contour") and Defendant GoPro, Inc. ("GoPro") hereby
2    stipulate and jointly move the Court to extend the deadline to file the Response Briefs to GoPro's
3    Administrative Motion to File Under Seal GoPro's Motion to Amend the Schedule to Permit GoPro
4    to Respond to Plaintiff's New Infringement Theory or, in the Alternative, to Strike Plaintiff's New
5    Infringement Theory (Dkt. 730) and GoPro's Motion to Amend the Schedule to Permit GoPro to
6    Respond to Plaintiff's New Infringement Theory or, in the Alternative, to Strike Plaintiff's New
7    Infringement Theory (Dkt. 731) .

8    WHEREAS, the Parties have stipulated that the deadline for filing Contour's Response Briefs
9    to Dkt. 730 and Dkt. 731 be extended by one week to June 13, 2025, and that the deadline for filing
10   GoPro's Reply Briefs to the same be extended by one week to June 20, 2025;

11   WHEREAS, the Parties seek this extension to allow additional time to confer regarding a
12   potential resolution to the motion;

13   WHEREAS, briefing on Dkt. 730 and Dkt. 731 will be complete by June 20, 2025, prior to the
14   completion of briefing on Dkt. 708, and in advance of the July 9, 2025 hearing on Dkt. 708, Dkt. 730,
15   and Dkt. 731.  *See* Dkt. 733.

16

17   **NOW THEREFORE, IT IS HEREBY STIPULATED,** and the parties request the Court order that:

18   • The deadline for Contour's Response to Dkt. 730 be extended to June 13, 2025;

19   • The deadline for GoPro's Reply to Dkt. 730 be extended to June 20, 2025;

20   • The deadline for Contour's Response to Dkt. 731 be extended to June 13, 2025; and

21   • The deadline for GoPro's Reply to Dkt. 731 be extended to June 20, 2025.

22

23

24

25

26

27

28

1

2    Dated:  June 6, 2025              */s/ John R. Keville*

3                                      John R. Keville (*Pro Hac Vice*)
                                       jkeville@sheppardmullin.com
4                                      Michelle C. Replogle (*Pro Hac Vice*)
                                       mreplogle@sheppardmullin.com
5                                      Michael C. Krill (*Pro Hac Vice*)
                                       mkrill@sheppardmullin.com
6                                      SHEPPARD, MULLIN, RICHTER &
                                       HAMPTON, LLP
7                                      700 Louisiana Street, Suite 2750
                                       Houston, Texas 77002-2791
8                                      Telephone: (713) 431-7100
                                       Facsimile: (713) 431-7024
9
                                       Lai L. Yip (SBN 258029)
10                                     lyip@sheppardmullin.com
                                       SHEPPARD, MULLIN, RICHTER &
11                                     HAMPTON, LLP
                                       Four Embarcadero Center Seventeenth Floor
12                                     San Francisco, CA 94111
                                       Telephone: (415) 434-9100
13                                     Facsimile: (415) 875-6700

14                                     Counsel for Plaintiff
                                       CONTOUR IP HOLDING LLC
15
     Dated:  June 6, 2025              */s/ Michelle A. Clark*
16                                     Michelle Ann Clark (SBN 243777)
                                       Philip C. Ducker (SBN 262644)
17                                     Dana Zottola (SBN 346715)
                                       ALSTON & BIRD LLP
18                                     55 Second Street, Suite 2100
                                       San Francisco, California 94105-0912
19                                     Telephone: (415) 243-1000
                                       Facsimile: (415) 243-1001
20                                     michelle.clark@alston.com
                                       phil.ducker@alston.com
21                                     dana.zottola@alston.com

22                                     JOHN D. HAYNES (admitted pro hac vice)
                                       ALSTON & BIRD LLP
23                                     One Atlantic Center
                                       1201 West Peachtree Street
24                                     Atlanta, GA 30309-3424
                                       Telephone: 404-881-7000
25                                     Facsimile: 404-881-7777
                                       john.haynes@alston.com
26
                                       Karlee N. Wroblewski (*admitted pro hac vice*)
27                                     **ALSTON & BIRD LLP**
                                       Bank of America Plaza Suite 4000 101 South Tryon Street
28                                     Charlotte, NC 28280-4000

1                               Telephone: (704) 444-1000
                               Facsimile: (704) 444-1111

2                                karlee.wroblewski@alston.co

3                                Elliott C. Riches (admitted pro hac vice)
                               ALSTON & BIRD LLP

4                                2200 Ross Avenue Suite 2300
                               Dallas, TX 75201

5                                Telephone: (214) 922-3492
                               elliott.riches@alston.com

6

7                                Counsel for Defendant
                               GOPRO, INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PURSUANT TO STIPULATION, IT IS SO ORDERED that:**

- The deadline for Contour's Response to Dkt. 730 is extended to June 13, 2025;

- The deadline for GoPro's Reply to Dkt. 730 is extended to June 20, 2025;

- The deadline for Contour's Response to Dkt. 731 is extended to June 13, 2025; and

- The deadline for GoPro's Reply to Dkt. 731 is extended to June 20, 2025.

Date:  June 9, 2025



Honorable William H. Orrick

United States District Judge

**CONCURRENCE IN FILING**

I, John R. Keville, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  June 6, 2025                    /s/ John R. Keville

                                           John R. Keville