# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

| **Date:** July 15, 2025 | **Time:** 7 minutes<br>2:08 p.m. to 2:15 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 17-cv-04738-WHO | **Case Name:** Contour IP Holding, LLC v. GoPro, Inc. | |

**Attorneys for Plaintiff:**   John Keville and Michael C. Krill
**Attorneys for Defendant:**   Phillip C. Ducker and Michelle A. Clark

**Deputy Clerk:** Jean Davis              **Court Reporter:** Tina Gibson

# PROCEEDINGS

Case Management Conference to adjust trial deadlines conducted via videoconference. Contour expert and corporate representative witnesses have conflicts with an October 6, 2025, trial date as well as concerns regarding completing all necessary work on that timeline.

The Trial Date will be restored to September 29, 2025 at 8:30 a.m. Pretrial Conference set for 9/19/2025 at 2:00 p.m. Dispositive motions due by 8/15/2025.

If there are any additional problems regarding the schedule, counsel should notify the Court by Friday, July 18, 2025.