John R. Keville *(Pro Hac Vice)*
jkeville@sheppardmullin.com
Michelle C. Replogle (*Pro Hac Vice*)
mreplogle@sheppardmullin.com
Michael C. Krill (*Pro Hac Vice*)
mkrill@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
700 Louisiana Street, Suite 2750
Houston, Texas 77002-2791
Telephone: (713) 431-7100
Facsimile: (713) 431-7024

Lai L. Yip (SBN 258029)
lyip@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
Four Embarcadero Center Seventeenth Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 875-6700

Attorneys for Plaintiff
CONTOUR IP HOLDING, LLC

JOHN D. HAYNES (Bar No. 340599)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000
Facsimile: 404-881-7777
john.haynes@alston.com

PHILIP DUCKER (Bar No. 262644)
MICHELLE CLARK (Bar No. 243777)
**ALSTON & BIRD LLP**
55 Second Street, Suite 2100
San Francisco, CA 94105
Telephone: 415-243-1000
Facsimile: 415-243-1001
phil.ducker@alston.com
michelle.clark@alston.com
dana.zottola@alston.com

Attorneys for Defendant,
GOPRO, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTOUR IP HOLDING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>GOPRO, INC.,<br><br>Defendant. | **CONSOLIDATED**<br>Case No. 17-cv-04738-WHO<br>Case No. 21-cv-02143-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR DISPOSITIVE MOTIONS DKT. 747**<br><br>Judge: William H. Orrick |

Plaintiff Contour IP Holding, LLC ("Contour") and Defendant GoPro, Inc. ("GoPro") hereby stipulate and jointly move the Court to extend the deadline to file Dispositive Motions as set forth in the Court's Order at Dkt. No. 747, as well as the deadlines for the corresponding Opposition Briefs and Reply Briefs, as set forth below.

WHEREAS, the deposition of GoPro's expert, Dr. Almeroth, has been scheduled for Friday, August 15, 2025;

WHEREAS, the Court's Order states that "the parties are welcome to meet and confer to devise and propose a new schedule that works better for them, keeping the trial date relatively firm" (Dkt. No. 747 at 9 n.4);

WHEREAS, the Parties have stipulated and agreed that the Dispositive Motions deadline currently set forth in the Order at Dkt. No. 747 should be extended from Friday, August 15, 2025 to Tuesday, August 19, 2025;

WHEREAS, the Parties have further stipulated and agreed to a schedule for Opposition Briefs and Reply Briefs, whereby the Parties request that the deadline for filing Opposition Briefs should be set for Tuesday, September 2, 2025, and the deadline for Reply Briefs should be set for Monday, September 8, 2025;

WHEREAS, the Parties seek this extension to accommodate the timing of Dr. Almeroth's deposition;

WHEREAS, briefing on Dispositive Motions will be complete by September 8, 2025, and as such, the Parties believe the trial date will remain relatively firm under this revised schedule. *See* Dkt. No. 747 at 9 n.4.

**NOW THEREFORE, IT IS HEREBY STIPULATED,** and the parties request the Court order that:

- The deadline for Dispositive Motions in Dkt. No. 747 be extended to August 19, 2025;
- The deadline for Oppositions to those Dispositive Motions be set for September 2, 2025; and
- The deadline for Reply Briefs in support of the Party's Dispositive Motions be set for September 8, 2025.

Dated: August 12, 2025

*/s/ John R. Keville*

John R. Keville *(Pro Hac Vice)*
jkeville@sheppardmullin.com
Michelle C. Replogle (*Pro Hac Vice*)
mreplogle@sheppardmullin.com
Michael C. Krill (*Pro Hac Vice*)
mkrill@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
700 Louisiana Street, Suite 2750
Houston, Texas 77002-2791
Telephone: (713) 431-7100
Facsimile: (713) 431-7024

Lai L. Yip (SBN 258029)
lyip@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
Four Embarcadero Center Seventeenth Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 875-6700

Counsel for Plaintiff
CONTOUR IP HOLDING LLC

Dated: August 12, 2025

*/s/ Michelle A. Clark*

Michelle Ann Clark (SBN 243777)
Philip C. Ducker (SBN 262644)
Dana Zottola (SBN 346715)
ALSTON & BIRD LLP
55 Second Street, Suite 2100
San Francisco, California 94105-0912
Telephone: (415) 243-1000
Facsimile: (415) 243-1001
michelle.clark@alston.com
phil.ducker@alston.com
dana.zottola@alston.comm

JOHN D. HAYNES (admitted pro hac vice)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000
Facsimile: 404-881-7777
john.haynes@alston.com

Karlee N. Wroblewski (*admitted pro hac vice*)
**ALSTON & BIRD LLP**
Bank of America Plaza Suite 4000 101 South Tryon Street
Charlotte, NC 28280-4000
Telephone: (704) 444-1000

Facsimile: (704) 444-1111
karlee.wroblewski@alston.co

Elliott C. Riches (admitted pro hac vice)
ALSTON & BIRD LLP
2200 Ross Avenue Suite 2300
Dallas, TX 75201
Telephone: (214) 922-3492
elliott.riches@alston.com

Counsel for Defendant
GOPRO, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED that:**

- The deadline for Dispositive Motions Dkt. 747 be extended to August 19, 2025;
- The deadline for Oppositions to those Dispositive Motions be set for September 2, 2025; and
- The deadline for Reply Briefs in support of the Party's Dispositive Motions be set for September 8, 2025.

Date: August ____, 2025

______________________________________

Honorable William H. Orrick
United States District Judge

**CONCURRENCE IN FILING**

I, John R. Keville, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: August 12, 2025        */s/ John R. Keville*
                              John R. Keville