# EXHIBIT 4-A

John R. Keville *(Pro Hac Vice)*
jkeville@sheppardmullin.com
Michelle C. Replogle *(Pro Hac Vice)*
mreplogle@sheppardmullin.com
Michael C. Krill *(Pro Hac Vice)*
mkrill@sheppardmullin.com
Sunny Akarapu *(Pro Hac Vice)*
sakarapu@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON, LLP
845 Texas Avenue, 25th Floor
Houston, Texas 77002
Telephone: (713) 431-7100
Facsimile: (713) 431-7024

Lai L. Yip (SBN 258029)
lyip@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON, LLP
Four Embarcadero Center Seventeenth Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 875-6700

Attorneys for Plaintiff
CONTOUR IP HOLDING, LLC

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTOUR IP HOLDING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOPRO, INC.,<br><br>Defendant. | **CONSOLIDATED**<br>Lead Case No. 17-cv-04738-WHO<br>Consolidated Case No. 21-cv-02143-WHO<br><br>**PLAINTIFF CONTOUR IP HOLDING, LLC'S PROPOSED VERDICT FORM**<br><br>Judge:  William H. Orrick<br>Date:  September 29, 2025<br>Time:  8:30 A.M.<br>Location: Courtroom 2, 17th Floor |

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

CONTOUR'S PROPOSED VERDICT FORM
Case Nos. 17-CV-04738-WHO, 21-cv-02143-WHO

**FINDINGS ON INFRINGEMENT CLAIMS**

(The questions regarding infringement should be answered regardless of your findings with respect to the validity or invalidity of the patent.)

**Direct Infringement**

1A.    The Court has found that the Group 1 Live Preview Products[1] infringe Claim 11 of the '954 Patent.  Has Contour proven that it is more likely than not that the Live Preview Products also directly infringe each of the following asserted claims?

**Answer "Yes" or "No" for each claim by checking the appropriate line. "Yes" is a finding that GoPro directly infringes the claim. "No" is a finding that the claim is not directly infringed by GoPro.**

        **'954 Patent**

        Claim 11       Yes  √

        Claim 12       Yes _____      No _____

        **'694 Patent** (except HERO7 White & HERO7 Silver)

        Claim 4        Yes _____      No _____

        Claim 6        Yes _____      No _____

**Go to Next Question.**

---

[1] The Group 1 Live Preview Products include: HERO MAX; HERO8 Black; HERO7 Black; HERO7 White; HERO7 Silver; Fusion; HERO6 Black; HERO5 Black; HERO5 Session; HERO4 Black; HERO4 Silver; HERO4 Session; HERO3+ Silver; HERO3+ Black; HERO3 Black; HERO3 Silver; HERO3 White; HERO+ LCD; HERO+; and HD HERO2 with Wi-Fi BacPac.

1B.    Has Contour proven that it is more likely than not that remaining Group 2 Live Preview Products[2] directly infringe each of the following asserted claims?

**Answer "Yes" or "No" for each claim by checking the appropriate line. "Yes" is a finding that GoPro directly infringes the claim. "No" is a finding that the claim is not directly infringed by GoPro.**

**'954 Patent**

Claim 11        Yes _____        No _____

Claim 12        Yes _____        No _____

**'694 Patent** (except HERO4k)

Claim 4        Yes _____        No _____

Claim 6        Yes _____        No _____

**Go to Next Question.**

---

[2] The Group 2 Live Preview Products include: HERO13 Black; HERO12 Black; HERO11 Black Mini (after May 9, 2024 update); HERO11 Black (after March 14, 2024 update); and HERO4k.

2.     Has Contour proven that it is more likely than not that the Live Streaming Products[3] directly infringe each of the following asserted claims?

**Answer "Yes" or "No" for each claim by checking the appropriate line. "Yes" is a finding that GoPro directly infringes the claim. "No" is a finding that the claim is not directly infringed by GoPro.**

             **'954 Patent**

             Claim 11     Yes _____     No _____

             Claim 12     Yes _____     No _____

             **'694 Patent** (except HERO10 Black Bones, HERO4k)

             Claim 4     Yes _____     No _____

             Claim 6     Yes _____     No _____

**Go to Next Question.**

---

[3] The Live Streaming Products include: HERO13 Black; HERO12 Black; HERO11 Black Mini; HERO11 Black; HERO10 Black Bones; HERO10 Black; HERO MAX; HERO8 Black; and HERO7 Black.

**<u>Willful Infringement</u>**

3.    Has Contour proven that it is more likely than not that GoPro actually knew, intentionally ignored, or recklessly disregarded that its actions constituted infringement?

**"Yes" is a finding that GoPro has willfully infringed. "No" is a finding that GoPro has not willfully infringed.**

Yes _____        No _____

**Go to Next Question.**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FINDINGS ON INVALIDITY DEFENSES**

(The questions regarding invalidity should be answered regardless of your findings with respect to infringement.)

**<u>Anticipation</u>**

4.    For each claim of Contour's patents-in-suit, has GoPro proven by clear and convincing evidence that each claim was "anticipated" by the references listed below?

**Check "Y" or "N" for each claim and reference. "Y" is a finding that the claim is invalid as anticipated. "N" is a finding that the claim has not been proven invalid by anticipation.**

| References | ’954 Patent | | ’694 Patent | |
|---|---|---|---|---|
| | Claim 11 | Claim 12 | Claim 4 | Claim 6 |
| [[theory 1]][4] | Y ____  N ____ | Y ____  N ____ | Y ____  N ____ | Y ____  N ____ |
| [[theory x]] | Y ____  N ____ | Y ____  N ____ | Y ____  N ____ | Y ____  N ____ |

**Go to Next Question.**

[4] Theories to be filled in after GoPro elects which invalidity theories it intends to pursue at trial.

**Obviousness**

5.    For each claim of Contour's patents-in-suit, has GoPro proven by clear and convincing evidence that each claim was "obvious" to a person of ordinary skill in the field over the obviousness theories listed below?

**Check "Y" or "N" for each claim and reference. "Y" is a finding that the claim is invalid as obvious. "N" is a finding that the claim has not been proven invalid by obviousness.**

| Theory | '954 Patent | | '694 Patent | |
|---|---|---|---|---|
| | Claim 11 | Claim 12 | Claim 4 | Claim 6 |
| [[theory 1]][5] | Y ____ <br> N ____ | Y ____ <br> N ____ | Y ____ <br> N ____ | Y ____ <br> N ____ |
| [[theory x]] | Y ____ <br> N ____ | Y ____ <br> N ____ | Y ____ <br> N ____ | Y ____ <br> N ____ |

**Go to Next Question.**

---

[5] Theories to be filled in after GoPro elects which invalidity theories it intends to pursue at trial.

**Prior Invention**

6.    For GoPro's theory that [X] was a prior inventor, answer each of the following questions:

      a)    Did GoPro prove by clear and convincing evidence that [X] conceived of his invention prior to Contour's conception of the claimed invention?

          Yes _____    No _____

      b)    Did GoPro prove by clear and convincing evidence that [X] began to reduce his invention to practice before Contour's conception of the claimed invention?

          Yes _____    No _____

      c)    Did GoPro prove by clear and convincing evidence that [X] worked diligently to reduce his invention to practice?

          Yes _____    No _____

      d)    Did GoPro prove by clear and convincing evidence that [X] reduced his invention to practice?

          Yes _____    No _____

      e)    Did GoPro prove by clear and convincing evidence that [X] did not abandon, suppress, or conceal his invention?

          Yes _____    No _____

**Go to Next Question.**

**FINDINGS ON DAMAGES (IF APPLICABLE)**

If any claim(s) are found to be infringed (i.e., if "yes" is checked in Questions 1 or 2) and not invalid (i.e., if "no" is checked in Questions 4 and 5 for the same claim(s)), proceed to answer Question 7.

**<u>Damages</u>**

7.    What sum of money, if any, if paid now in cash, would fairly and reasonably compensate Contour for any infringement you have found:

Answer in dollars.

$ _____

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Courtroom Deputy that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Date: _____              By: _____
                                                              Presiding Juror

1    Dated: September 5, 2025        SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP

2                                    By:  /s/ John R. Keville
                                    John R. Keville (Pro Hac Vice)
3                                    jkeville@sheppardmullin.com
                                    Michelle C. Replogle (Pro Hac Vice)
4                                    mreplogle@sheppardmullin.com
                                    Michael C. Krill (Pro Hac Vice)
5                                    mkrill@sheppardmullin.com
                                    Sunny Akarapu
6                                    sakarapu@sheppardmullin.com
                                    SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
7                                    845 Texas Avenue, 25th Floor
                                    Houston, Texas 77002
8                                    Telephone: (713) 431-7100

9                                    Lai L. Yip (SBN 258029)
                                    lyip@sheppardmullin.com
10                                   SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
                                    Four Embarcadero Center Seventeenth Floor
11                                   San Francisco, CA 94111
                                    Telephone: (415) 434-9100
12                                   Facsimile: (415) 875-6700

13                                   Attorneys for Plaintiff
                                    CONTOUR IP HOLDING, LLC

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28