# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** September 19, 2025 | **Time:** 1 hr, 57 mins<br>1:54 p.m. to 3:51 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.**: 17-cv-04738-WHO | **Case Name:** Contour IP Holding, LLC v. GoPro, Inc. | |

**Attorneys for Plaintiff:**    John Keville, Michelle Replogle, and Sunny Akarapu

**Attorneys for Defendant:**    Phillip C. Ducker, Michelle A. Clark, Elliott Riches, Sarah Moyer, Karlee Wroblewski, and Sloane Kyrazis

**Deputy Clerk:** Jean Davis                              **Court Reporter:** Ana Dub

## PROCEEDINGS

Parties appear for Pretrial Conference and hearing on motions in limine. Counsel have had an opportunity to review the Court's written tentative opinions.

Argument of counsel heard as to the motions in limine. Procedural issues related to the order of presentation are discussed.

Jury selection process reviewed. Completed jury questionnaires are expected to be available by September 23, 2025. A videoconference is set for **September 24, 2025 at 11:00 a.m.** to allow counsel to stipulation as to prospective jurors who should be excused from voir dire based on their questionnaire responses.

Trial will begin on **September 29, 2025 at 8:30 a.m**. with an attorney conference to be followed with jury selection beginning around 9:00 a.m. Ten jurors will be selected. Jury selection should be completed by early afternoon; and the trial will proceed, with the day ending around 4:00 p.m.

Typical trial days will begin with an attorney conference at 8:00 a.m., jurors will be seated at 8:30 a.m., and the day will conclude at 1:30 p.m. A jury instruction conference will be conducted after the jurors are dismissed on Friday, **October 3, 2025**.

Preliminary jury instructions and proposed verdict forms reviewed. Counsel will confer and advise the Court of any agreements reached and of the issues that remain in dispute.