# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** September 24, 2025 | **Time:** 24 minutes 11:04 a.m. to 11:28 a.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 17-cv-04738-WHO | **Case Name:** Contour IP Holding, LLC v. GoPro, Inc. | |

**Attorneys for Plaintiff:** John Keville and Michael Krill
**Attorneys for Defendant:** John Haynes and Michelle A. Clark

**Deputy Clerk:** Jean Davis             **Court Reporter:** Ana Dub

## PROCEEDINGS

Videoconference conducted to allow counsel to stipulate to excuse prospective jurors based upon their questionnaire responses. In advance of the conference, counsel agreed that Jurors 18 and 28 should be excused from voir dire. After additional discussion, counsel agree to excuse Prospective **Jurors 16, 17, 18, 28, 29** and **38.**

Court explains procedure for time limit calculations.

Court settles instruction regarding earlier summary judgment ruling. The Court clarifies motion in limine rulings. Additional issue concerning how to identify product groupings discussed.