UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 17-cv-04738-WHO
Case Name: Contour IP Holding, LLC v. GoPro, Inc.

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| William H. Orrick | John Keville, Michelle Reploge, Michael Krill, Sonya and Sunny Akarapu | John Haynes, Phillip C. Ducker, Michelle A. Clark, Elliott Riches, Karlee Wroblewski, and Joanna Hillyard |
| **TRIAL DATE: 9/29/2025** | **REPORTER:** | **CLERK:** |
| 8:30 a.m. to 3:45 p.m. 7 hours, 15 minutes | Ana Dub | Jean Davis |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:30 a.m. | | | Court in session (prospective jurors out). The Court reviews matters related to the anticipated government shutdown. |
| | | 8:35 a.m. | | | Issue of jury investigation breech taken up. |
| | | 8:39 a.m. | | | Objections to proposed demonstratives associated with Plaintiff's opening slides taken up. |
| | | 9:08 a.m. | | | References to Claim 4 in Preliminary Jury Instructions will be stricken. |
| | | 9:09 a.m. | | | Rule invoked to exclude witnesses. |
| | | 9:10 a.m. | | | Court in recess. |
| | | 9:51 a.m. | | | Court in session; prospective jurors seated. The Court greets the prospective jurors and makes introductory remarks. |
| | | 9:54 a.m. | | | Jurors sworn. |
| | | 10:00 a.m. | | | Counsel introduce themselves and announce the witnesses expected to testify. |
| | | 10:06 a.m. | | | Bench conference conducted regarding Prospective Juror No. 40, who is excused. |
| | | 10:09 a.m. | | | Voir dire begins. |
| | | 11:10 a.m. | | | Jurors excused; sidebar conference conducted with Prospective Juror No. 15. Juror No. 22 excused. |
| | | 11:30 a.m. | | | Court in session; prospective jurors present. Voir dire continues. |
| | | 12:23 p.m. | | | Prospective jurors excused for lunch. |
| | | 12:24 p.m. | | | Bench conference conducted with prospective jurors wishing to express private concerns. |
| | | 12:35 p.m. | | | Court in recess |

1

Case No: 17-cv-04738-WHO
Case Name: Contour IP Holding, LLC v. GoPro, Inc.
Date: September 29, 2025
Courtroom Deputy: Jean Davis         - Court Reporter:      Ana Dub

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 12:52 p.m. | | | Court in session (prospective jurors out). Court announces prospective jurors to be excused for cause/hardship to counsel and hears from them as to additional jurors who may be eligible for release. |
| | | 12:57 p.m. | | | Court in recess |
| | | 1:08 p.m. | | | Prospective jurors excused for cause announced and released. |
| | | 1:10 p.m. | | | Counsel exercise peremptory challenges. |
| | | 1:14 p.m. | | | Prospective jurors excused peremptorily announced and released. |
| | | 1:15 p.m. | | | Jurors seated. |
| | | 1:17 p.m. | | | Jurors sworn and excused for orientation. |
| | | 1:20 p.m. | | | Court in recess. |
| | | 1:38 p.m. | | | Court in session (jurors present). Jury instructions (including Vogel film) presented. |
| | | 2:19 p.m. | | | Plaintiff opening statement (Keville) |
| | | 3:01 p.m. | | | Defense opening statement (Haynes) |
| | | 3:39 p.m. | | | Court releases jurors for the day. |
| | | 3:40 p.m. | | | Objections to Harrison exhibits taken up. |
| | | 3:45 p.m. | | | Court in recess |

Total Plaintiff Time:        15:00
Time used:                    :40
Time remaining:             14:20


Total Defendant Time:       15:00
Time used:                    :38
Time remaining:             14:22