UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 17-cv 4738-WHO
Case Name: Contour IP Holding, LLCv. GoPro, Inc.

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| William H. Orrick | John Keville, Michelle Replogle, Michael C. Krill, and Sunny Akarapu | John D. Haynes, Philip Ducker, Michelle Clark, Tyler Gee, Elliott Riches, & Sloane Kyrazis |
| **TRIAL DATE:** 9/30/2025 | **REPORTER:** | **CLERK:** |
| 5 hours, 31 minutes 8:02 a.m. to 1:33 p.m. | Ana Dub | Jean Davis |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:02 a.m. | | | Counsel discuss deposition Materials related to jury investigator to be provided to the Courtroom Deputy by tomorrow. |
| | | 8:08 a.m. | | | Court in recess |
| | | 8:45 a.m. | | | Court in session (jurors seated) |
| | | 8:46 a.m. | | | Testimony of **Mark Barrows** presented by way of video deposition excerpts. |
| | | 8:56 a.m. | | | Plaintiff direct examination of **James Alexander Tobias Harrison** (Keville) |
| 470 | | 9:06 a.m. | X | X | Contour PowerPoint Presentation – Miami January 2014; admitted without objection |
| | | 9:10 a.m. | X | | Demonstrative exhibit (camera) displayed to jurors |
| 43 | | 9:16 a.m. | X | X | Contour Hardware 2014 PowerPoint presentation; admitted without objection |
| 1272 | | 9:25 a.m. | X | X | Jabil Contour Mutual Non-Disclosure Agreement; admitted without objection |
| 2239 | | 9:27 a.m. | X | X | Calypso Product Spec for Jabil; Admitted without objection |
| 469 | | 9:34 a.m. | X | X | Spreadsheet of Contour Sales Data 2013-September 2016; Admitted without objection |
| 459 | | 9:36 a.m. | X | X | Contour PowerPoint presentation; Admitted without objection |
| 454 | | 9:42 a.m. | X | X | Assignment of Patents and Patent Applications between Contour, LLC and Contour IP Holding, LLC; Admitted without objection |
| 455 | | 9:44 a.m. | X | X | Non-Exclusive License Agreement between Contour IP Holding, LLC and iON Wordwide, Inc.; Admitted without objection |
| 579 | | 9:46 a.m. | X | X | Contour Spreadsheet of Sales by Product 2018; Admitted without objection |
| 580 | | 9:46 a.m. | X | X | Contour Spreadsheet of Sales by Product 2018; Admitted without objection |

1

Case No: 25-cv-00017-PCP
Case Name: In Re Vitalich v.
Date: September 30, 2025
Courtroom Deputy: Jean Davis       - Court Reporter:    Ana Dub

# EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| 3559 | | 9:47 a.m. | X | X | Contour 4K HD Helmet action cam with lens modification Opt.; Admitted without objection |
| | | 9:52 a.m. | | | Defense cross examination of **James Alexander Tobias Harrison** (Haynes) |
| | 463 | 10:11 a.m. | X | X | Email from James Harrison to James Clark and Ken Kaufman re Contour Update Meeting; Admitted without objection |
| | | 10:16 a.m. | | | Plaintiff redirect of **James Alexander Tobias Harrison** (Keville) |
| | | 10:18 a.m. | | | Witness excused |
| | | 10:19 a.m. | | | Court in recess |
| | | 10:35 a.m. | | | Court in session (jurors present) Plaintiff direct examination of **Richard Mander** (Replogle) |
| 6 | | 10:50 a.m. | X | X | Laura O'Donnell-Richard Mander-Kevin Almeroth email string re HD60; Admitted without objection |
| 1079 | | 10:54 a.m. | X | X | Ambarella (A5S30 Datasheet); Admitted without objection |
| 2200 | | 11:04 a.m. | X | X | Email from R. Mander – Subject WiFi and contract; Admitted without objection |
| 27 | | 11:09 a.m. | X | X | Richard Mander-Ben Bodley email string re: Status Update; Admitted without objection |
| 26 | | 11:11 a.m. | X | X | Richard Mander-Ben Bodley email string WiFi and contract; Admitted without objection |
| 1280 | | 11:22 a.m. | X | X | Email Mander to Bodley re use cases; Admitted without objection |
| 2010 | | 11:28 a.m. | X | X | Email from R. Mander – Subject Re: Video resolutions and second stream in Contour; Admitted without objection |
| 10 | | 11:34 a.m. | X | X | Jason Huang-Richard Mander email string re GPS recording; Admitted without objection |
| 2182 | | 11:43 a.m. | X | X | Email from R. Mander – Subject Re: Quick update; Admitted without objection |
| 21 | | 11:46 a.m. | X | X | Richard Mander-Laura O'Donnell-Ben Bodley email string re Orca prototype; Admitted without objection |
| 8 | | 11:56 a.m. | X | X | Richard Mander-Laura O'Donnell email string re Scout BT prototype instructions; Admitted without objection |
| 1282 | | 11:59 a.m. | X | X | Mander Email re: Decode video buffer; Admitted without objection |
| | | 12:09 p.m. | | | Court in recess |
| | | 12:25 p.m. | | | Court in session (jurors present) Plaintiff direct examination of Richard Mander continues (Replogle) |

2

Case No: 25-cv-00017-PCP
Case Name: In Re Vitalich v.
Date: September 30, 2025
Courtroom Deputy: Jean Davis          - Court Reporter:     Ana Dub

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| 1 | | 12:37 p.m. | X | X | 954 Patent; Admitted without objection |
| 2 | | 12:37 p.m. | X | X | 694 Patent; Admitted without objection |
| | | 12:38 p.m. | X | | Demonstrative exhibit (camera) will be marked and deemed admitted as an exhibit |
| 443 | | 12:46 p.m. | X | X | Engadget webpage: Contour adds Live Viewfinder to its ConourGPS helmet cam, real-time streaming to smartphones; Admitted without objection |
| 442 | | 12:47 p.m. | X | X | Xavier Lanier webpage: Best Mobile Lifestyle Accessory of CES 2011 Contour GPS Cam & Contour Mobile APP; Admitted without objection |
| 444 | | 12:50 p.m. | X | X | Marketwired Press Release: ContourGPS Takes Home Prestigious 2011 Red Dot Product Design Award; Admitted without objection |
| | | 1:11 p.m. | | | Defense cross examination of **Richard Mander** (Haynes) |
| | 2188 | 1:24 p.m. | X | X | Email from R. Mander – Subject: Ways around BT issue; Admitted without objection |
| | 3885 | 1:28 p.m. | X | | Ambarella – A5s 1080p30 IP Camera SoC; Objection to admission sustained |
| | | 1:31 p.m. | | | Examination suspended |
| | | 1:32 p.m. | | | Jurors excused with reminder of the Court's admonitions |
| | | 1:33 p.m. | | | Court in recess |

Plaintiff Time 9/29/2025:     14:20
Time used 9/30/2025:           3:28
Time remaining:               10:52

Defendant Time 9/29/2025:    14:22
Time used 9/30/2025:            :44
Time remaining:               13:38