| | |
|---|---|
| John R. Keville *(Pro Hac Vice)*<br>jkeville@sheppardmullin.com<br>Michelle C. Replogle (Pro Hac Vice)<br>mreplogle@sheppardmullin.com<br>Michael C. Krill *(Pro Hac Vice)*<br>mkrill@sheppardmullin.com<br>Sunny Akarapu *(Pro Hac Vice)*<br>SAkarapu@sheppardmullin.com<br>SHEPPARD, MULLIN, RICHTER &<br>HAMPTON, LLP<br>845 Texas Avenue, 25th Floor<br>Houston, Texas 77002-<br>Telephone: (713) 431-7100<br>Facsimile: (713) 431-7024<br><br>Lai L. Yip (SBN 258029)<br>lyip@sheppardmullin.com<br>SHEPPARD, MULLIN, RICHTER &<br>HAMPTON, LLP<br>Four Embarcadero Center Seventeenth Floor<br>San Francisco, CA 94111<br>Telephone: (415) 434-9100<br>Facsimile: (415) 875-6700<br><br>Attorneys for Plaintiff,<br>CONTOUR IP HOLDING, LLC | JOHN D. HAYNES (admitted *pro hac vice*)<br>**ALSTON & BIRD LLP**<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>Telephone:    404-881-7000<br>Facsimile:    404-881-7777<br>john.haynes@alston.com<br><br>PHILIP DUCKER (State Bar No. 262644)<br>MICHELLE CLARK (State Bar No. 243777)<br>**ALSTON & BIRD LLP**<br>55 Second Street, Suite 2100<br>San Francisco, CA 94105<br>Telephone:    415-243-1000<br>Facsimile:    415-243-1001<br>phil.ducker@alston.com<br>michelle.clark@alston.com<br>dana.zottola@alston.com<br><br>Attorneys for Defendant GOPRO, INC.<br><br>Additional counsel on signature page |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTOUR IP HOLDING, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>GOPRO, INC.,<br><br>    Defendant. | **CONSOLIDATED**<br>Lead Case No. 17-cv-04738-WHO<br>Consolidated Case No. 21-cv-02143-WHO<br><br>**JOINT NOTICE REGARDING UNSEALING DOCKET NO. 831**<br><br>Judge: William H. Orrick |

1  Pursuant to the Court's Order (Dkt. No. 831 at 1 n.1), the parties have met and conferred and
2  have determined that no redactions are necessary to the Court's Order on Motions for Summary
3  Judgment, Motions to Strike and Exclude, and Motions *in Limine*. Therefore, the parties jointly
4  stipulate and agree that Docket No. 831 may be unsealed.

| | | |
|---|---|---|
| 1 | Dated: September 30, 2025 | /s/ John. R. Keville |
| 2 | | Lai L. Yip (SBN 258029) |
| | | *lyip@sheppardmullin.com* |
| 3 | | SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP |
| 4 | | Four Embarcadero Center Seventeenth Floor |
| | | San Francisco, CA 94111 |
| 5 | | Telephone: (415) 434-9100 |
| | | Facsimile: (415) 875-6700 |

John R. Keville *(Pro Hac Vice)*
*jkeville@sheppardmullin.com*
Michelle C. Replogle (Pro Hac Vice)
*mreplogle@sheppardmullin.com*
Michael C. Krill *(Pro Hac Vice)*
*mkrill@sheppardmullin.com*
Sunny Akarapu *(Pro Hac Vice)*
*SAkarapu@sheppardmullin.com*
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
700 Louisiana Street, Suite 2750
Houston, Texas 77002-2791
Telephone: (713) 431-7100
Facsimile: (713) 431-7024

Counsel for Plaintiff
CONTOUR IP HOLDING LLC

Dated: September 30, 2025   /s/ Michelle A. Clark

Michelle Ann Clark (SBN 243777)
Philip C. Ducker (SBN 262644)
Dana Zottola (SBN 346715)
**ALSTON & BIRD LLP**
55 Second Street, Suite 2100
San Francisco, California 94105-0912
Telephone: (415) 243-1000
Facsimile: (415) 243-1001
michelle.clark@alston.com
phil.ducker@alston.com
dana.zottola@alston.com

John D. Haynes (admitted *pro hac vice*)
Sloane Kyrazis (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone:   404-881-7000
Facsimile:   404-881-7777
john.haynes@alston.com

|   |   |
|---|---|
| 1 | Karlee N. Wroblewski (admitted *pro hac vice*) |
| 2 | **ALSTON & BIRD LLP**<br>Bank of America Plaza |
|   | Suite 4000 |
| 3 | 101 South Tryon Street |
|   | Charlotte, NC 28280-4000 |
| 4 | Telephone:   (704) 444-1000 |
|   | Facsimile:    (704) 444-1111 |
| 5 | karlee.wroblewski@alston.com |
| 6 | Elliott C. Riches (admitted *pro hac vice*) |
|   | **ALSTON & BIRD LLP** |
| 7 | 2200 Ross Avenue |
|   | Suite 2300 |
| 8 | Dallas, TX 75201 |
|   | Telephone:   (214) 922-3492 |
| 9 | elliott.riches@alston.com |
| 10 | Attorneys for Defendant GOPRO, INC. |

**CONCURRENCE IN FILING**

I, John R. Keville, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: September 30, 2025            /s/ John R. Keville
                                     John R. Keville