UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 17-cv-04738-WHO
Case Name: Contour IP Holding, LLC v. GoPro, Inc.

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: William H. Orrick | PLAINTIFF ATTORNEY: John Keville, Michelle Replogle, Michael Krill, and Sunny Akarapu | DEFENSE ATTORNEY: John Haynes, Michelle Clark, and Elliott C. Riches |
|---|---|---|
| **TRIAL DATE:** 10/1/2025<br>5 hours, 29 minutes<br>8:01 a.m. to 1:30 p.m. | **REPORTER:** Ana Dub | **CLERK:** Jean Davis |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:01 a.m. | | | Court in session (jurors out) |
| **1292** | | 8:01 a.m. | X | X | Contour GPS device; Admitted by stipulation |
| **PDX1** | | 8:01 a.m. | X | | Contour 4K device; labeled for reference only. This demonstrative is not part of the evidence that will go to the jury. |
| **PDX2** | | 8:01 a.m. | X | | Drawings by Mr. Mander; labeled for reference only. This demonstrative is not part of the evidence that will go to the jury. |
| | | 8:03 a.m. | | | Deposition designations discussed |
| | | 8:12 a.m. | | | Live presentation to be incorporated in expert's testimony discussed. |
| | | 8:15 a.m. | | | Scope of expert testimony discussed |
| | | 8:17 a.m. | | | Court addresses prospective juror investigative materials gathered in violation of the Court's standing order |
| | | 8:19 a.m. | | | Court in recess |
| | | 8:32 a.m. | | | Court in session (jurors present)<br>Defense cross examination of **Richard Mander** continues (Haynes) |
| | | 9:02 a.m. | | | Plaintiff redirect of **Richard Mander** (Replogle) |
| | | 9:06 a.m. | | | Witness excused |
| | | 9:08 a.m. | | | Plaintiff direct examination of **Jing Hu** (Krill) |
| **155** | | 9:25 a.m. | X | X | GoPro – Introducing Capture App video; Admitted without objection |
| **55** | | 9:40 a.m. | X | X | GoPro HERO 3 – Black Edition User Manual; Admitted without objection |
| **56** | | 9:40 a.m. | X | X | GoPro HERO 3 – Silver Edition User Manual; Admitted without objection |
| **57** | | 9:40 a.m. | X | X | GoPro HERO 3 – White User Manual; Admitted without objection |
| **69** | | 9:40 a.m. | X | X | HERO+ User Manual; Admitted without objection |

1

Case No: 17-cv-04738-WHO
Case Name: Contour IP Holding, LLC v. GoPro, Inc.
Date: October 1, 2025
Courtroom Deputy: Jean Davis         - Court Reporter:    Ana Dub

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| 71 | | 9:40 a.m. | X | X | HERO+ LCD User Manual; Admitted without objection |
| 74 | | 9:40 a.m. | X | X | HERO5 Session User Manual; Admitted without objection |
| 87 | | 9:40 a.m. | X | X | GoPro HERO4 Session – User Manual; Admitted without objection |
| 120 | | 9:40 a.m. | X | X | HERO5 Black User Manual; Admitted without objection |
| 148 | | 9:40 a.m. | X | X | HERO6 Black User Manual; Admitted without objection |
| 149 | | 9:40 a.m. | X | X | GoPro Fusion User Manual; Admitted without objection |
| 152 | | 9:40 a.m. | X | X | HERO3+ Silver User Manual; Admitted without objection |
| 156 | | 9:40 a.m. | X | X | GoPro HERO2 User Manual + Warranty Info; Admitted without objection |
| 158 | | 9:40 a.m. | X | X | GoPro HEREO3+ Black Edition User Manual; Admitted without objection |
| 159 | | 9:40 a.m. | X | X | GoPro HERO4 Black User Manual; Admitted without objection |
| 160 | | 9:40 a.m. | X | X | GoPro HERO4 Silver User Manual; Admitted without objection |
| 813 | | 9:40 a.m. | X | X | GoPro Max User Guide; Admitted without objection |
| 815 | | 9:40 a.m. | X | X | GoPro Hero 8 Black User Guide; Admitted without objection |
| 816 | | 9:40 a.m. | X | X | GoPro Hero 7 White User Guide; Admitted without objection |
| 817 | | 9:40 a.m. | X | X | GoPro Hero 7 Silver User Guide; Admitted without objection |
| 818 | | 9:40 a.m. | X | X | GoPro Hero 7 Black User Guide; Admitted without objection |
| 814 | | 9:48 a.m. | X | X | GoPro Hero 9 Black User Guide; Admitted without objection |
| 1210 | | 9:48 a.m. | X | X | HERO GoPro Instruction Manual; Admitted without objection |
| 1211 | | 9:48 a.m. | X | X | HERO 10 Black Instruction Manual; Admitted without objection |
| 1212 | | 9:48 a.m. | X | X | HERO 11 Black Instruction Manual; Admitted without objection |
| 1213 | | 9:48 a.m. | X | X | HERO 11 Black Mini Instruction Manual; Admitted without objection |
| 1214 | | 9:48 a.m. | X | X | GoPro 12 Instruction Manual; Admitted without objection |
| 1215 | | 9:48 a.m. | X | X | HERO 13 Black GoPro Instruction Manual; Admitted without objection |

Case No: 17-cv-04738-WHO
Case Name: Contour IP Holding, LLC v. GoPro, Inc.
Date: October 1, 2025
Courtroom Deputy: Jean Davis          - Court Reporter:      Ana Dub

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| **1291** | | 9:51 a.m. | X | X | HERO11 Black Photograph; Admitted without objection |
| **1229** | | 9:53 a.m. | X | X | Quik (Mobile): Live Preview; Admitted without objection |
| | | 10:00 a.m. | | | Court in recess |
| | | 10:17 a.m. | | | Court in session (jurors present)<br>Direct examination of **Jing Hu** continues (Krill) |
| **4481** | | 10:22 a.m. | X | X | Qualcomm QCA9377 WiFi Bluetooth SoC Product Brief; Admitted without objection |
| **1259** | | 10:37 a.m. | X | X | GOPRO CPK use cases (Version 1.2); Admitted without objection |
| **1231** | | 10:54 a.m. | X | X | H22 Video SoC for Consumer Applications; Admitted without objection |
| **1293** | | 11:04 a.m. | X | X | HERO 4k device; Admitted without objection |
| **100** | | 11:16 a.m. | X | X | Socionext Kubota Study of Use case PowerPoint presentation; Admitted without objection |
| **702** | | 11:29 a.m. | X | X | License Agreement between Contour IP Holding, LLC and Element Electronics Holding, LLC; Admitted without objection |
| | | 11:31 a.m. | | | Defense cross examination of **Jing Hu** (Haynes) |
| | | 11:47 a.m. | | | Court in recess |
| | | 12:04 p.m. | | | Court in session (jurors present)<br>Defense cross examination of **Jing Hu** continues (Haynes) |
| | | 12:40 p.m. | | | Plaintiff redirect of **Jing Hu** (Krill) |
| | | 12:47 p.m. | | | Witness excused |
| | | 12:49 p.m. | | | Plaintiff direct examination of **Nicholas Woodman** (Keville) |
| **2833** | | 12:56 p.m. | X | X | Email from B. Wildman – Subject: RE: NICKPD; Admitted without objection |
| **259** | | 12:59 p.m. | X | X | Rudy Samuels' Expense Report including purchases of Contour cameras; Admitted without objection |
| **263** | | 1:00 p.m. | X | X | Email from Nicholas Woodman to Rudy Samuels re Ordered Contour Plus and GP; Admitted without objection |
| **2351** | | 1:10 p.m. | X | X | US Patent No. 8,199,251; Admitted without objection |
| **3431** | | 1:17 p.m. | X | X | File History 12/498,890; Admitted without objection |
| | | 1:28 p.m. | | | Examination suspended; Court addresses jurors as to impact of government shutdown |
| | | 1:29 p.m. | | | Jurors excused |
| | | 1:30 p.m. | | | Court in recess |

| | |
|---|---:|
| Plaintiff Time 9/30/2025: | 10:52 |
| Time used 10/1/2025: | 3:04 |
| Time remaining: | 6:48 |
| | |
| Defendant Time 9/30/2025: | 13:38 |
| Time used 10/1/2025: | 1:22 |
| Time remaining: | 12:16 |