UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 17-cv-04738-WHO
Case Name: Contour IP Holding, LLC v. GoPro, Inc.

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| William H. Orrick | John Keville, Michelle Replogle, Michael Krill, and Sunny Akarapu | John Haynes, Karlee N. Wroblewski, Philip C. Ducker, and Elliott Riches |
| **TRIAL DATE: 10/2/2025** | **REPORTER:** | **CLERK:** |
| 5 hours, 27 minutes 8:00 a.m. to 1:27 p.m. | Ana Dub | Jean Davis |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:00 a.m. | | | Court in session (jurors out) Issue related to the file history discussed; The Court directs that the portion admitted and provided to jurors should be limited to the portion that is actually used during testimony. |
| | | 8:07 a.m. | | | Court advises counsel of the loss of Juror #7 (selection #37) due to illness |
| | | 8:08 a.m. | | | Court in recess |
| | | 8:34 a.m. | | | Court in session (jurors present) Direct examination of **Nicholas Woodman** continues (Keville) |
| 367 | | 8:38 a.m. | X | X | Woody Scal-Nicholas Woodman-Brook Burke-Brandon Kroger email string re Brook and Brandon: GoPro HD HERO launch; Admitted without objection |
| 363 | | 8:39 a.m. | X | X | John Ju-Nicholas Woodman-Jason Wang-Julie Li email string re Ambarella/GoPro/Sky Light A2; Admitted without objection |
| 426 | | 8:40 a.m. | X | X | John Ju-Nicholas Woodman-Jason Wang-Julie Li email string re Ambarella/GoPro/Sky Light A2; Admitted without objection |
| 304 | | 8:41 a.m. | X | X | GoPro YHDC5170 Hero HD Camera System Engineering Requirements Specification Revision 0.5; |
| 2411 | | 8:43 a.m. | X | X | Short Range RF Comments, Questions, Cost Analysis; Admitted without objection |
| 3339 | | 8:46 a.m. | X | X | Question on GoPro and Sky Light Camera Design for picture frame out; Admitted without objection |
| 2383 | | 8:51 a.m. | X | X | GoPro Remote Control Product Specification by Rudy Lucas Samuels; Admitted without objection |
| 2381 | | 8:54 a.m. | X | X | Email from P. Donovan - Subject: Comments back on wrist remote LDC, camera resolution, and LCD EMB - design related items!!!!; Admitted without objection |
| 3153 | | 8:54 a.m. | X | X | Email from P. Donovan - Subject: GoPro Ambarella Call on skype at noon Shenzen time |

1

Case No: 17-cv-04738-WHO
Case Name: Contour IP Holding, LLC v. GoPro, Inc.
Date: October 2, 2025
Courtroom Deputy: Jean Davis              - Court Reporter:     Ana Dub

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| 2387 | | 8:58 a.m. | X | X | Email from N. Woodman - Subject: RE: WiFi module for camera + apps; Admitted without objections |
| 3130 | | 9:05 a.m. | X | X | Re: Tasks for Nipper and David on Tues; Admitted without objection |
| 3116 | | 9:07 a.m. | X | X | RE: Wednesday 2pm SF -- Re: GoPro Wireless Options and Nordic Meeting; Admitted without objection |
| 412 | | 9:08 a.m. | X | X | GoPro Paul Donovan Consulting Weekly Status Report; Admitted without objection |
| 405 | | 9:12 a.m. | X | X | GoPro Paul Donovan Consulting Weekly Status Report; Admitted without objection |
| 269 | | 9:19 a.m. | X | | Keith Gurganus LinkedIn Profile; Displayed for witness only, not admitted |
| 369 | | 9:20 a.m. | X | | Spreadsheet of GoPro products, prices, specifications and features; Objection sustained, admission denied |
| 713 | | 9:29 a.m. | X | | Omer Cygler-Michael Millman-Noah Wintroub et al. email string re CONVO WITH JACK; Objection sustained; admission denied |
| | | 9:37 a.m. | | | Defense cross and direct examination of **Nicholas Woodman** (Haynes) |
| | | 10:00 a.m. | | | Court in recess |
| | | 10:16 a.m. | | | Court in session<br>Defense cross and direct examination of Nicholas Woodman (Haynes) |
| ?? | 1000 | 10:23 a.m. | | | PHYSICAL EXHIBIT DT camera |
| | 3412 | 10:34 a.m. | X | X | AMBARELLA 2 "video out" resolution; Admitted without objection |
| | 3475 | 10:41 a.m. | X | X | Photos GoPro YHDC5170 HE Hero; Admitted (objection resolved by agreement that all pictures in the series will be included) |
| | 3127 | 10:47 a.m. | X | X | Wifi camera—confidential; Admitted without objection |
| | 3473 | 10:50 a.m. | X | X | PHYSICAL EXHIBIT: GoPro HD Motorsports HERO |
| | 2384 | 10:52 a.m. | X | X | GoPro Wireless EMB Overview ("GoPro Wireless Overview"); Admitted, objection cured |
| | 2387 | 10:55 a.m. | X | X | Email from N. Woodman - Subject: RE: WiFi module for camera + apps; Admitted without objection |
| | 2378 | 11:01 a.m. | X | X | GoPro - Wireless BacPac Product Requirements; Admitted without objection |

Case Name: <u>Contour IP Holding, LLC v. GoPro, Inc.</u>
Date: <u>October 2, 2025</u>
Courtroom Deputy: <u>Jean Davis</u>    - Court Reporter: <u>Ana Dub</u>

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 11:22 a.m. | | | Plaintiff redirect/cross examination of **Nicholas Woodman** (Keville) |
| **1294** | | 11:29 a.m. | X | X | Photo; Admitted per agreement re: Exhibit 3457 |
| **1295** | | 11:29 a.m. | X | X | Photo; Admitted per agreement re: Exhibit 3457 |
| | | 11:31 a.m. | | | Defense redirect of **Nichlas Woodman** (Haynes) |
| | | 11:35 a.m. | | | Witness excused |
| | | 11:35 a.m. | | | Court in recess |
| | | 11:50 a.m. | | | Court in session<br>Counsel confirm the admission of Exhibits 1294 &1295 by agreement |
| | | 11:54 a.m. | | | Jurors seated<br>Testimony of **Jason Green** offered by way of videodeposition |
| | | 12:10 a.m. | | | Court provides jury instruction regarding testimony offered by way of videodeposition |
| | | 12:13 p.m. | | | Plaintiff direct examination of **Robert Paul Kalmaer Mooney** (Replogle) |
| **3** | | 12:17 p.m. | X | X | 954 Patent File; Admitted without objection under the conditions agreed to in attorney's conference at 8:00 a.m. |
| **4** | | 12:27 p.m. | X | X | 694 Patent File; Admitted without objection under the conditions agreed to in attorney's conference at 8:00 a.m. |
| | | 12:58 p.m. | | | Defense cross examination of **Robert Paul Kalmaer Mooney** (Ducker) |
| | **3435** | 1:14 p.m. | X | X | Declaration of John L. Davidson - Superior Court of the State of Washington, for the County of King, Case no. 13-2-30828-2); Admitted without objection |
| | **2136** | 1:17 p.m. | X | X | Email from K. Kaufman - Subject: Contribution to Contour IP Holdings, LLC; Admitted without objection |
| | **2309** | 1:21 p.m. | X | X | UBS Project Cyclops - Process Update; Admitted without objection |
| | | 1:26 p.m. | | | Examination suspended. |
| | | 1:26 p.m. | | | Jurors dismissed. |
| | | 1:27 p.m. | | | Court in recess |

Plaintiff Time 10/1/2025:    6:48
Time used 10/2/2025:    2:05
Time remaining:    4:43

3

Defendant Time 10/1/2025:   12:16
Time used 10/2/2025:          2:07
Time remaining:              10:09