SUNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 17-cv-04738-WHO
Case Name: Contour IP Holding, LLCv. GoPro, Inc.

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| William H. Orrick | John Keville, Michelle Replogle, Michael Krill, and Sunny Akarapu | John Haynes, Michelle Clark, Karlee N. Wroblewski, Philip C. Ducker, and Elliott Riches |
| **TRIAL DATE: 10/3/2025** | **REPORTER:** | **CLERK:** |
| 6 hours, 30 minutes 8:00 a.m. to 2:30 p.m. | Ana Dub | Jean Davis |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:00 a.m. | | | Court in session (jurors out) Motion in limine issues discussed in context of testimony elicited. |
| | | 8:08 a.m. | | | Video deposition designations discussed |
| | | 8:11 a.m. | | | Demonstrative video discussed |
| | | 8:15 a.m. | | | Court in recess |
| | | 8:31 a.m. | | | Court in session (jurors seated) Defense cross examination of **Robert Paul Kalmaer Mooney** (Ducker) |
| | | 8:37 a.m. | | | Plaintiff redirect of **Robert Paul Kalmaer Mooney** (Replogle) |
| 1255 | | 8:41 a.m. | X | | Patent; Objection sustained; admission denied |
| | | 8:42 a.m. | | | Witness excused |
| | | 8:42 a.m. | | | Testimony of **Vlad Kazhdan** provided by way of video deposition |
| 1096 | | 8:55 a.m. | X | X | Email from Vlad Kazhdan to Ross Helfer re: Office Addresses; Admitted without objection |
| 1117 | | 8:55 a.m. | X | X | Vlad Kazhdan-Ross Helfer email string re: Updated Skybell patent assets list; Admitted without objection |
| 1145 | | 8:55 a.m. | X | X | Email from Helfer to Garriques re: Executed Contour IP License Agreement (attached); Admitted without objection |
| | | 8:55 a.m. | | | Testimony of Ross T. Helfer provided by way of video deposition |
| | | 9:14 a.m. | | | Plaintiff direct examination of **Keith Raymond Ugone** (Replogle) |
| | | 9:58 a.m. | | | Court in recess |
| | | 10:14 a.m. | | | Court in session (jurors present) |

1

Case No: 17-cv-04738-WHO
Case Name: Contour IP Holding, LLC v. GoPro, Inc.
Date: October 3, 2025
Courtroom Deputy: Jean Davis           - Court Reporter:     Ana Dub

### EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 10:14 a.m. | | | Defense cross examination of **Keith Raymond Ugone** continues (Clark) |
| | 2269 | 10:39 a.m. | X | | Contour Shareholder Update; ID only, not offered for admission |
| | 4157 | 10:57 a.m. | X | X | Supply Agreement between Element TV Company, LP and Skybell Technologies, Inc. |
| | | 11:19 a.m. | | | Plaintiff declines redirect. Witness excused. |
| | | 11:20 a.m. | | | Plaintiff rests case in chief |
| | | 11:21 a.m. | | | Defense direct examination of **Pablo Lema** (Clark) |
| | 4505 | 11:40 a.m. | X | X | Captures History; Admitted without objection |
| | | 11:45 a.m. | | | Court in recess |
| | | 12:02 p.m. | | | Court in session (jurors present) Defense direct examination of **Pablo Lema** continues (Clark) |
| | 4422 | 12:08 p.m. | X | X | Live Stream History 2025; Admitted without objection |
| | 4289 | 12:12 p.m. | X | X | Video settings for HERO9 Black; Admitted without objection |
| | | 12:20 p.m. | | | Plaintiff cross examination of **Pablo Lema** (Krill) |
| 1224 | | 12:24 p.m. | X | X | Live preview in the GoPro App while recording using HERO 10 Black; Admitted, objection overruled |
| 1227 | | 12:27 p.m. | X | X | Sony Product Information IMX677-AAPH5-J; Admitted without objection |
| 1297 | | 12:32 p.m. | X | | AMA with Pablo Lema; Objection sustained, admission denied |
| | | 12:46 p.m. | | | Defense redirect waived; witness excused |
| | | 12:47 p.m. | | | Defense direct examination of **Dicky Jian Liu** (Ducker) |
| | 4767 | 1:00 p.m. | X | X | AWS Starfruit; Admitted without objection |
| | | 1:10 p.m. | | | Plaintiff cross examination of **Dicky Jian Liu** (Krill) |
| | | 1:16 p.m. | | | Defense redirect of **Dicky Jian Liu** (Ducker) |
| | | 1:17 p.m. | | | Witness excused |
| | | 1:18 p.m. | | | Testimony of **Laura O'Donnell Dunn** presented by way of video deposition |
| | 2006 | 1:30 p.m. | X | X | Email from L. O'Donnell - Subject: FW: GPS; Admitted without objection |
| | | 1:31 p.m. | | | Witnesses excused with the admonitions of the Court |
| | | 1:31 p.m. | | | Court in recess |

Case No: 17-cv-04738-WHO
Case Name: Contour IP Holding, LLC v. GoPro, Inc.
Date: October 3, 2025
Courtroom Deputy: Jean Davis   - Court Reporter:   Ana Dub

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 2:02 p.m. | | | Court in session (jurors out) Jury instruction conference conducted |
| | | 2:15 p.m. | | | Final jury instruction conference set for **3:30 p.m.** on Tuesday, **10/7/2025** |
| | | 2:19 p.m. | | | Defense proffer to be filed in CM/ECF; |
| | | 2:20 p.m. | | | Defense motions for judgment as a matter of law stated for the record and preserved for further argument as may prove necessary. |
| | | 2:22 p.m. | | | Plaintiff response heard (Keville) |
| | **3950** | 2:23 p.m. | | X | Email from V. Kazhdan to R. Helfer - Subject:FW: Skybell License - Attorney Client Privileged (and any attachments); Admitted by stipulation |
| | | 2:24 p.m. | | | Counsel heard as to verdict form issue |
| | | 2:30 p.m. | | | Court in recess |

Plaintiff Time 10/2/2025:    4:43
Time used 10/3/2025:    1:36
Time remaining:    3:07

Defendant Time 10/2/2025:   10:09
Time used 10/3/2025:    2:43
Time remaining:    7:26