UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 17-cv-04738-WHO
Case Name: Contour IP Holding, LLCv. GoPro, Inc.

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| William H. Orrick | John Keville, Michelle Replogle, Michael Krill, and Sunny Akarapu | John Haynes, Michelle Clark, Karlee N. Wroblewski, Sloane Kyrazis, Philip C. Ducker, and Elliott Riches |
| **TRIAL DATE: 10/6/2025** | **REPORTER:** | **CLERK:** |
| 5 hours, 31 minutes 7:59 a.m. to 1:30 p.m. | Ana Dub | Jean Davis |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 7:59 a.m. | | | Court in session (jurors out) Proper authentication of exhibits by expert witnesses discussed, and proposed demonstratives and exhibits reviewed. |
| | | 8:31 a.m. | | | Court in recess |
| | | 8:35 a.m. | | | Court in session (jurors present) The Court provides an update as to the progress of the case |
| | | 8:38 a.m. | | | Defense direct examination of **Didier Legall** (Haynes) |
| | 2041 | 8:45 a.m. | X | X | Ambarella - Company Presentation, LeGall Dep. Ex. 17; Admitted without objection |
| | 2047 | 8:59 a.m. | X | X | Ambarella A5S Technical Introduction (for Zoom); Admitted without objection |
| | 2048 | 9:03 a.m. | X | X | A5 Full HD Hybrid Camera; Admitted without objection |
| | 3899 | 9:08 a.m. | X | X | Customer list; Admitted without objection |
| | 2479 | 9:13 a.m. | X | X | "Ambarella A5 Hybrid Camera Platform puts High Quality Photos and Video on a Chip"; Admitted without objection |
| | 3848 | 9:15 a.m. | X | X | V&V Design - Bluecam Delivery List; Admitted, objection overruled |
| | 3885 | 9:18 a.m. | X | X | Ambarella - A5s 1080p30 IP Camera SoC; Admitted without objection |
| | 2039 | 9:26 a.m. | X | X | Ambarella System Software - Application Note – System; Admitted without objection |
| | 2007 | 9:31 a.m. | X | X | Email from J. Ju - Subject: FW: A5S Development; Admitted without objection |
| | 2049 | 9:34 a.m. | X | X | Ambarella A5S55 - High-Performance Digital Media System-On-Chip (SoC), Datasheet; Admitted without objection |
| | 2032 | 9:36 a.m. | X | X | Network Access diagram; Admitted without objection |
| | | 9:41 a.m. | | | Defense cross examination of **Didier Legall** (Keville) |

1

Case No: 17-cv-04738-WHO
Case Name: Contour IP Holding, LLC v. GoPro, Inc.
Date: October 6, 2025
Courtroom Deputy: Jean Davis          - Court Reporter:     Ana Dub

**EXHIBIT and WITNESS LIST CONTINUED**

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| 2046 | | 9:52 a.m. | X | X | Ambarella A5S Technical Introduction (for Samsung), Chien Dep. Ex. 7, LeGall Dep. Ex. 8; Admitted without objection |
| | | 10:07 a.m. | | | Court in recess |
| | | 10:20 a.m. | | | Cour in session (jury out); Counsel confirm that they have resolved all issues as to exhibits and demonstratives |
| | | 10:22 a.m. | | | Jurors seated<br>Plaintiff cross examination of **Didier Legall** continues (Keville) |
| | | 10:35 a.m. | | | Defense redirect of **Didier Legal** (Haynes) |
| | | 10:46 a.m. | | | Defense direct of **Kenneth Christopher Almeroth** (Clark) |
| | | 10:50 a.m. | | | Witness tendered as an expert without objection |
| 2350 | | 11:07 a.m. | X | X | U.S. Patent Application Pub. No. 2010/0118158 ("Boland"), Dep. Ex. Pereira 14; Admitted without objection |
| 4154 | | 11:10 a.m. | X | X | Sony Network Camera User Guide - IPELA SNC-RZ50N/RZ50P; Admitted without objection |
| 4382 | | 11:10 a.m. | X | X | Sony Sales Summary Report; Admitted without objection |
| 4280 | | 11:10 a.m. | X | | Qualcomm Atheros Technology LTD Volume Purchase Agreement; Request for admission withdrawn |
| 4208 | | 11:12 a.m. | X | X | U.S. Patent Application No. 2006/070111 (Kurosawa); Admitted without objection |
| 4214 | | 11:16 a.m. | X | X | U.S. Patent Application No. 2010/0111489 (Presler); Admitted without objection |
| | | 11:48 a.m. | | | Court in recess |
| | | 12:07 p.m. | | | Court in session<br>Defense direct examination of **Kenneth Christopher Almeroth** (Clark) |
| 495 | | 12:55 p.m. | X | X | Settlement Agreement between Monument Peak Ventures, LLC and GoPro, Inc.; Admitted without objection |
| | | 1:05 p.m. | | | Plaintiff cross examination of **Kenneth Christopher Almeroth** (Keville) |
| | | 1:25 p.m. | | | Examination suspended |
| | | 1:26 p.m. | | | Jurors excused |
| | | 1:26 p.m. | | | Court in session (jurors out)<br>Status of jury instructions and administrative matters discussed. |
| | | 1:30 p.m. | | | Court in recess |

| | |
|---|---|
| Plaintiff Time 10/3/2025: | 3:07 |
| Time used 10/6/2025: | 0:58 |
| Time remaining: | 2:09 |
| | |
| Defendant Time 10/3/2025: | 7:26 |
| Time used 10/6/2025: | 3:14 |
| Time remaining: | 4:12 |