John R. Keville *(Pro Hac Vice)*
*jkeville@sheppardmullin.com*
Michelle C. Replogle *s*
*mreplogle@sheppardmullin.com*
Michael C. Krill *(Pro Hac Vice)*
*mkrill@sheppardmullin.com*
Sunny Akarapu *(Pro Hac Vice)*
*sakarapu@sheppardmullin.com*
SHEPPARD, MULLIN, RICHTER &
HAMPTON, LLP
845 Texas Avenue, 25th Floor
Houston, Texas 77002-2791
Telephone: (713) 431-7100
Facsimile: (713) 431-7024

Lai L. Yip (SBN 258029)
*lyip@sheppardmullin.com*
SHEPPARD, MULLIN, RICHTER &
HAMPTON, LLP
Four Embarcadero Center Seventeenth Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 875-6700

Attorneys for Plaintiff,
CONTOUR IP HOLDING, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTOUR IP HOLDING, LLC, | ) Case Number: 17-cv-04738-WHO |
| | ) |
| Plaintiff, | ) **PLAINTIFF CONTOUR IP HOLDING,** |
| | ) **LLC'S MOTION FOR A CURATIVE** |
| vs. | ) **INSTRUCTION** |
| | ) |
| GOPRO, INC., | ) Judge: William H. Orrick |
| | ) Date: October 7, 2025 |
| Defendant. | ) Time: 3:00 p.m. |
| | ) Location: Courtroom 2, 17th Floor |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

During the IPR proceedings, the Patent Trial & Appeal Board ("PTAB") found that Boland did not disclose the limitations of "a camera processor configured to . . . generate from the video image data a first image data stream and a second image data stream, wherein the second image data stream is a higher quality than the first image data stream," as recited by claim 11, as follows:

> Petitioner has not shown that the combination of Boland and the GoPro Catalog teaches "a camera processor configured to . . . generate, from the video image data, first video image content at a first resolution and second video image content at a second resolution, wherein the first resolution is lower than the second resolution," as recited in claim 1. …

> Similar to independent claim 1, independent claims 11 and 27 recite the generation of two different image data streams "from the video image data." Claim 11 recites "a camera processor configured to . . . generate from the video image data a first image data stream and a second image data stream, wherein the second image data stream is a higher quality than the first image data stream." … For the same reasons explained above, Petitioner has not shown, by a preponderance of the evidence, that the cited references teach the generation of two different image data streams "from the video image data," as recited in claims 11 and 27. Petitioner has not shown, by a preponderance of the evidence, that claims 11 and 27 are unpatentable over Boland and the GoPro Catalog under 35 U.S.C. § 103(a).

Ex. A at 42-43.

During the direct examination Dr. Almeroth, GoPro elicited the following testimony at the start of Dr. Almeroth's examination:

> Q. Now, you heard Dr. Hu testify earlier in the trial. How did she characterize the claimed invention?

> A. This was one of the slides from Dr. Hu's testimony. It was titled "Contour's Invention," and it included the components of a lens, an image sensor, a camera processor that would **generate** a high-quality video for storage and then a low-quality video for transmission over a wireless device ultimately to a device that would then -- would provide remote control functions.

10/7/2025 Transcript at 1000:2-10 (emphasis added).  After discussing Boland, Dr. Almeroth was asked the following:

> Q. You recall we discussed Dr. Hu's characterization of the claim as live preview while recording. Does Boland disclose the functionality of live preview while recording?

> A. Yes, it does. That's really the purpose of having the headset and then also the handset where you can preview what you're recording while you're recording it.

*Id*. at 1114:5-10. On redirect this morning, GoPro elicited testimony from Dr. Almeroth the invention was "completely disclosed in Boland but for the Ambarella A5 processor," and that Boland disclosed "live preview while recording" referring to "generating" two streams in parallel while wirelessly outputting the low resolution stream. Therefore, GoPro elicited testimony from Dr. Almeroth that was directly contrary to the PTAB's finding that Boland does not disclose "a camera processor configured to . . . generate [i.e., ***record in parallel***] from the video image data a first image data stream and a second image data stream, wherein the second image data stream is a higher quality than the first image data stream."

Based on the above, Contour respectfully requests a curative instruction based on the testimony of Dr. Almeroth, such as:

> The Patent Office considered Boland and determined that it did not disclose "a camera processor that would generate a high-quality video for storage and then a low-quality video for transmission over a wireless device ultimately to a device that would then … provide remote control functions," or "the functionality of live preview while recording," as Dr. Almeroth testified yesterday.

Accordingly, for the foregoing reasons, Contour respectfully requests that the Court grant the above-requested curative instruction.

1

2    Dated:  October 7, 2025          /s/ John R. Keville

3                                    Lai L. Yip (SBN 258029)
                                     *lyip@sheppardmullin.com*
                                     SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
4                                    Four Embarcadero Center Seventeenth Floor
5                                    San Francisco, CA 94111
                                     Telephone: (415) 434-9100
6                                    Facsimile: (415) 875-6700

7                                    John R. Keville *(Pro Hac Vice)*
                                     *jkeville@sheppardmullin.com*
8                                    Michelle C. Replogle *(Pro Hac Vice)*
                                     *mreplogle@sheppardmullin.com*
9                                    Michael C. Krill *(Pro Hac Vice)*
10                                   *mkrill@sheppardmullin.com*
                                     Sunny Akarapu *(Pro Hac Vice)*
11                                   *sakarapu@sheppardmullin.com*
                                     SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
12                                   845 Texas Ave, 25th Floor
                                     Houston, Texas 77002
13                                   Telephone: (713) 431-7100
                                     Facsimile: (713) 431-7024
14
                                     Counsel for Plaintiff
15                                   CONTOUR IP HOLDING LLC

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2          I hereby certify that a true and correct copy of the above and foregoing document has been

3    served via email on October 7, 2025 to all counsel of record via the Court's CM/ECF system.

4

5          I certify under penalty of perjury that the above is true and correct.

6          Executed on October 7, 2025, at San Francisco, California.

7

8                                                          */s/ John R. Keville*
                                                           John R. Keville
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28