JOHN D. HAYNES (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone:   404-881-7000
Facsimile:    404-881-7777
john.haynes@alston.com

PHILIP DUCKER (State Bar No. 262644)
MICHELLE CLARK (State Bar No. 243777)
**ALSTON & BIRD LLP**
55 Second Street, Suite 2100
San Francisco, CA 94105
Telephone:   415-243-1000
Facsimile:    415-243-1001
phil.ducker@alston.com
michelle.clark@alston.com
dana.zottola@alston.com

*Attorneys for Defendant GOPRO, INC.*

*Additional counsel on signature page*

Lai L. Yip (SBN 258029)
lyip@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
Four Embarcadero Center Seventeenth Floor San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 875-6700
John R. Keville (Pro Hac Vice)
jkeville@sheppardmullin.com
Michelle C. Replogle (Pro Hac Vice)
mreplogle@sheppardmullin.com
Michael C. Krill (Pro Hac Vice)
mkrill@sheppardmullin.com
Sunny Akarapu (Pro Hac Vice)
SAkarapu@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
700 Louisiana Street, Suite 2750
Houston, Texas 77002-2791
Telephone: (713) 431-7100
Facsimile: (713) 431-7024

*Attorneys for Plaintiff Contour IP Holding LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CONTOUR IP HOLDING, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GOPRO, INC.,<br><br>　　　　　Defendant. | LEAD CASE NO. 3:17-cv-04738-WHO<br>CONSOL. CASE NO. 3:21-cv-02143-WHO<br><br>**JOINT AMENDED STIPULATION REGARDING JURY INSTRUCTIONS**<br><br>Judge: William H. Orrick<br>Date: October 8, 2025<br>Time: 8:30 AM PT<br>Location: Courtroom 2, 17th Floor |

Plaintiff Contour IP Holding, LLC ("Contour") and defendant GoPro, Inc. ("GoPro") by and through their respective counsel, provide the Tentative Final Jury Instructions attached hereto as Exhibit A. The Parties dispute the appropriate instruction for Obviousness (Jury Instruction No. 27). GoPro's Proposal is highlighted in yellow, while Contour's Proposal is highlighted in blue.

Dated: October 7, 2025   BY:   **ALSTON & BIRD LLP**

*/s/ Michelle Ann Clark*
Michelle Ann Clark (SBN 243777)
Philip C. Ducker (SBN 262644)
Dana Zottola (SBN 346715)
**ALSTON & BIRD LLP**
55 Second Street, Suite 2100
San Francisco, California 94105-0912
Telephone: (415) 243-1000
Facsimile: (415) 243-1001
michelle.clark@alston.com
phil.ducker@alston.com
dana.zottola@alston.com

JOHN D. HAYNES (admitted *pro hac vice*)
Sloane Kyrazis (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone:   404-881-7000
Facsimile:   404-881-7777
john.haynes@alston.com
sloane.kyrazis@alston.com

Karlee N. Wroblewski (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
Bank of America Plaza
Suite 4000
101 South Tryon Street
Charlotte, NC 28280-4000
Telephone:   (704) 444-1000
Facsimile:   (704) 444-1111
karlee.wroblewski@alston.com

Elliott C. Riches (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
2200 Ross Avenue
Suite 2300
Dallas, TX 75201
Telephone:   (214) 922-3492
elliott.riches@alston.com

| | | |
|---|---|---|
| Dated: October 7, 2025 | BY: | */s/ Michelle C. Replogle* |

SHPPARD MULLIN RICHTER & HAMPTON LLP

Lai L. Yip (SBN 258029)
lyip@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
Four Embarcadero Center Seventeenth Floor San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 875-6700

John R. Keville (Pro Hac Vice)
jkeville@sheppardmullin.com
Michelle C. Replogle (Pro Hac Vice)
mreplogle@sheppardmullin.com
Michael C. Krill (Pro Hac Vice)
mkrill@sheppardmullin.com
Sunny Akarapu (Pro Hac Vice)
SAkarapu@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
700 Louisiana Street, Suite 2750
Houston, Texas 77002-2791
Telephone: (713) 431-7100
Facsimile: (713) 431-7024

## **CERTIFICATE OF SERVICE**

I, Michelle Clark, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

October 7, 2025        */s/ Michelle Ann Clark*
                     Michelle Ann Clark