| | |
|---|---|
| JOHN D. HAYNES (admitted *pro hac vice*)<br>**ALSTON & BIRD LLP**<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>Telephone:    404-881-7000<br>Facsimile:    404-881-7777<br>john.haynes@alston.com<br><br>PHILIP DUCKER (State Bar No. 262644)<br>MICHELLE CLARK (State Bar No. 243777)<br>**ALSTON & BIRD LLP**<br>55 Second Street, Suite 2100<br>San Francisco, CA 94105<br>Telephone:    415-243-1000<br>Facsimile:    415-243-1001<br>phil.ducker@alston.com<br>michelle.clark@alston.com<br>dana.zottola@alston.com<br><br>*Attorneys for Defendant GOPRO, INC.*<br><br>*Additional counsel on signature page* | Lai L. Yip (SBN 258029)<br>lyip@sheppardmullin.com<br>SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP<br>Four Embarcadero Center Seventeenth Floor San Francisco, CA 94111<br>Telephone: (415) 434-9100<br>Facsimile: (415) 875-6700<br>John R. Keville (Pro Hac Vice)<br>jkeville@sheppardmullin.com<br>Michelle C. Replogle (Pro Hac Vice)<br>mreplogle@sheppardmullin.com<br>Michael C. Krill (Pro Hac Vice)<br>mkrill@sheppardmullin.com<br>Sunny Akarapu (Pro Hac Vice)<br>SAkarapu@sheppardmullin.com<br>SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP<br>700 Louisiana Street, Suite 2750<br>Houston, Texas 77002-2791<br>Telephone: (713) 431-7100<br>Facsimile: (713) 431-7024<br><br>*Attorneys for Plaintiff Contour IP Holding LLC* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CONTOUR IP HOLDING, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOPRO, INC.,<br><br>　　　　Defendant. | LEAD CASE NO. 3:17-cv-04738-WHO<br>CONSOL. CASE NO. 3:21-cv-02143-WHO<br><br>**JOINT AMENDED STIPULATION REGARDING VERDICT FORM**<br><br>Judge: William H. Orrick<br>Date: October 8, 2025<br>Time: 8:30 AM PT<br>Location: Courtroom 2, 17th Floor |

Plaintiff Contour IP Holding, LLC ("Contour") and defendant GoPro, Inc. ("GoPro") by and through their respective counsel, provide the Tentative Final Verdict Form attached hereto as Exhibit A. The Parties dispute certain language. GoPro's Proposal is highlighted in yellow, while Contour's Proposal is highlighted in blue.

Dated: October 7, 2025     BY:     **ALSTON & BIRD LLP**

*/s/ Michelle Ann Clark*
Michelle Ann Clark (SBN 243777)
Philip C. Ducker (SBN 262644)
Dana Zottola (SBN 346715)
**ALSTON & BIRD LLP**
55 Second Street, Suite 2100
San Francisco, California 94105-0912
Telephone: (415) 243-1000
Facsimile: (415) 243-1001
michelle.clark@alston.com
phil.ducker@alston.com
dana.zottola@alston.com

JOHN D. HAYNES (admitted *pro hac vice*)
Sloane Kyrazis (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone:     404-881-7000
Facsimile:     404-881-7777
john.haynes@alston.com
sloane.kyrazis@alston.com

Karlee N. Wroblewski (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
Bank of America Plaza
Suite 4000
101 South Tryon Street
Charlotte, NC 28280-4000
Telephone:     (704) 444-1000
Facsimile:     (704) 444-1111
karlee.wroblewski@alston.com

Elliott C. Riches (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
2200 Ross Avenue
Suite 2300
Dallas, TX 75201
Telephone:     (214) 922-3492
elliott.riches@alston.com

| | | |
|---|---|---|
| Dated: October 7, 2025 | BY: | */s/ Michelle C. Repogle* |
| | | SHPPARD MULLIN RICHTER & HAMPTON LLP |
| | | |
| | | Lai L. Yip (SBN 258029) |
| | | lyip@sheppardmullin.com |
| | | SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP |
| | | Four Embarcadero Center Seventeenth Floor San Francisco, CA 94111 |
| | | Telephone: (415) 434-9100 |
| | | Facsimile: (415) 875-6700 |
| | | |
| | | John R. Keville (Pro Hac Vice) |
| | | jkeville@sheppardmullin.com |
| | | Michelle C. Replogle (Pro Hac Vice) |
| | | mreplogle@sheppardmullin.com |
| | | Michael C. Krill (Pro Hac Vice) |
| | | mkrill@sheppardmullin.com |
| | | Sunny Akarapu (Pro Hac Vice) |
| | | SAkarapu@sheppardmullin.com |
| | | SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP |
| | | 700 Louisiana Street, Suite 2750 |
| | | Houston, Texas 77002-2791 |
| | | Telephone: (713) 431-7100 |
| | | Facsimile: (713) 431-7024 |

## CERTIFICATE OF SERVICE

I, Michelle Clark, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

October 7, 2025                               */s/ Michelle Ann Clark*
                                              Michelle Ann Clark