# Exhibit A

1  JOHN D. HAYNES (admitted *pro hac vice*)
   **ALSTON & BIRD LLP**
2  One Atlantic Center
   1201 West Peachtree Street
3  Atlanta, GA 30309-3424
   Telephone:     404-881-7000
4  Facsimile:     404-881-7777
   john.haynes@alston.com
5
   PHILIP DUCKER (State Bar No. 262644)
6  MICHELLE CLARK (State Bar No. 243777)
   **ALSTON & BIRD LLP**
7  55 Second Street, Suite 2100
   San Francisco, CA 94105
8  Telephone:     415-243-1000
   Facsimile:     415-243-1001
9  phil.ducker@alston.com
   michelle.clark@alston.com
10 dana.zottola@alston.com

11 *Attorneys for Defendant GOPRO, INC.*

12 *Additional counsel on signature page*

13                     **UNITED STATES DISTRICT COURT**

14                    **NORTHERN DISTRICT OF CALIFORNIA**

15                           **SAN FRANCISCO DIVISION**

| | |
|---|---|
| 16  CONTOUR IP HOLDING, LLC, | LEAD CASE NO. 3:17-cv-04738-WHO |
| 17            Plaintiff, | CONSOL. CASE NO. 3:21-cv-02143-WHO |
| 18       v. | **PROPOSED VERDICT FORM** |
| 19  GOPRO, INC., | Judge: William H. Orrick |
| 20            Defendant. | Date: September 29, 2025 |
|   | Time: 8:30am |
|   | Location: Courtroom 2, 17th Floor |

# VERDICT FORM[1]

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

# FINDINGS OF THE JURY[2]

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

---

[1] Northern District of California Sample Verdict Form, Section C.3.

[2] *Id.*

**FINDINGS ON INFRINGEMENT**

(Instruction Pages ___)

Answer the Questions 1-3 regarding infringement. You should answer these questions regardless of your findings on any other issues.

1. **Has Contour proven by a preponderance of the evidence that GoPro literally infringed the following claims with respect to the <u>Live Preview Group 1 Products</u>?[3]** Please check "yes" (for Contour) if you find infringement, or "no" (for GoPro) if you find no infringement.

    **'954 Patent**

    Claim 12     Yes ____     No ____

    **'694 Patent** (except HERO7 White & HERO7 Silver)

    Claim 6     Yes ____     No ____

---

[3] The Live Preview Group 1 Products include: HERO MAX; HERO8 Black; HERO7 Black; HERO7 White; HERO7 Silver; Fusion; HERO6 Black; HERO5 Black; HERO5 Session; HERO4 Black; HERO4 Silver; HERO4 Session; HERO3+ Silver; HERO3+ Black; HERO3 Black; HERO3 Silver; HERO3 White; HERO+ LCD; HERO+; and HD HERO2 with Wi-Fi BacPac.

2. **Has Contour proven by a preponderance of the evidence that GoPro literally infringed the following claims with respect to the <u>Live Preview Group 2 Products</u>?[4]** Please check "yes" (for Contour) if you find infringement, or "no" (for GoPro) if you find no infringement.

    **'954 Patent**

    Claim 11    Yes \_\_\_\_    No \_\_\_\_

    Claim 12    Yes \_\_\_\_    No \_\_\_\_

    **'694 Patent** (except HERO4k)

    Claim 6    Yes \_\_\_\_    No \_\_\_\_

3. **Has Contour proven by a preponderance of the evidence that GoPro literally infringed any of the following claims with respect to the <u>Live Streaming Products</u>?[5]** Please check "yes" (for Contour) if you find infringement, or "no" (for GoPro) if you find no infringement.

    **'694 Patent**

    Claim 6    Yes \_\_\_\_    No \_\_\_\_

---

[4] The Live Preview Group 2 Products include: HERO11 Black (after March 14, 2024 update), HERO11 Black Mini (after May 9, 2024 update); HERO12 Black; HERO13 Black; and HERO 4k.

[5] The Live Streaming Products include: HERO9 Black, HERO10 Black; HERO11 Black (before March 14, 2024 update); and HERO11 Black Mini (before May 9, 2024 update).

# FINDINGS ON INVALIDITY[6][7][8]

(Instruction Pages ___)

Answer Question 4-7 regarding invalidity. You should answer these questions regardless of your findings on any other issues.

4. **Has GoPro proven by clear and convincing evidence that Nick Woodman is a prior inventor of the inventions recited in the Asserted Claims under § 102(g)?** Please check "yes" (for GoPro) if you find that GoPro proved the alleged prior invention is prior art, or "no" (for Contour) if you find that GoPro failed to prove that the alleged prior invention is prior art.

**'954 Patent**

Claim 11     Yes ____     No ____

Claim 12     Yes ____     No ____

**'694 Patent**

Claim 6      Yes ____     No ____

---

[6] *Fujifilm Corp. v. Motorola Mobility LLC*, 12-cv-3587-WHO, Dkt. 330 at 5 (N.D. Cal.).

[7] Contour's proposal is necessary in view of GoPro relying on Nick Woodman's alleged prior invention under § 102(g) as an anticipatory reference and as an obviousness reference. Therefore, if Nick Woodman's alleged prior invention does not qualify as prior art, it cannot be used as a reference for obviousness. Alternatively, if the jury finds that Nick Woodman's alleged prior invention is prior art and that decision is reversed on appeal, this question would be of critical importance in determining whether a retrial is necessary.

[8] GoPro disagrees that this question is necessary. The Court has already explained its preference to have the jury return a general verdict on issues of invalidity. A special interrogatory on the status of Nick Woodman's invention as prior art is unnecessary and duplicative of other questions and jury instructions, which will already instruct the jury on what is required for Mr. Woodman's prior invention to qualify as prior art for purposes of obviousness.

5. **Has GoPro proven by clear and convincing evidence that any of the following claims are invalid as anticipated?** Please check "yes" (for GoPro) if you find that the claims are invalid as anticipated, or "no" (for Contour) if you find that GoPro failed to prove that the claims are invalid as anticipated.

**'954 Patent**

Claim 11    Yes ____    No ____

Claim 12    Yes ____    No ____

**'694 Patent**

Claim 6    Yes ____    No ____

6. **Has GoPro proven by clear and convincing evidence that any of the following claims are invalid because the claimed subject matter would have been obvious to a person of ordinary skill in the art at the time of the claimed invention**? Please check "yes" (for GoPro) if you find that GoPro proved the claims are invalid as obvious, or "no" (for Contour) if you find that GoPro failed to prove that the claims are invalid as obvious.

**'954 Patent**

Claim 11     Yes ____     No ____

Claim 12     Yes ____     No ____

**'694 Patent**

Claim 6      Yes ____     No ____

**WILLFUL INFRINGEMENT**

(Instruction Pages ___)

Answer Question 7 regarding willful infringement [only if you find at least one claim infringed and not invalid].[9] [You should answer this question regardless of your findings on any other issues.][10]

7. **Has Contour proven by a preponderance of the evidence that the infringement you found in Questions #1 – 3 was willful?** Please check "yes" (for Contour) if you find that the infringement was willful, or "no" (for GoPro) if you find that the infringement was not willful.

Yes ____    No ____

---

[9] There can be no willful infringement of an invalid or non-infringed claim. Accordingly, like with proposed question No. 8, there is no need for the jury to answer this question unless it first finds one claim infringed and not invalid. Nor will answering this question regardless of other findings obviate any potential retrial, as in the event any non-liability finding is later reversed, the jury will still need to decide the question of damages.

[10] Contour believes that including this instruction is necessary and judicially efficient. In addition to claim 11, if the jury also finds the remaining asserted claims infringed but finds these claims invalid and does not reach this question, in the event the invalidity verdict is reversed on appeal, including this question would narrow the retrial to damages.

**FINDINGS ON DAMAGES**

(Instruction Pages ___)

Answer this question only if you found at least one claim infringed and not invalid.

8. **What sum of money, if any, has Contour proven by a preponderance of the evidence would reasonably compensate Contour for any infringement you have found?**

   Answer in dollars.

   $_____

**SIGNATURE**

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Courtroom Deputy that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Date: _____   By: _____
                             Presiding Juror

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Civil L.R. 5, I hereby certify that, on October 7, 2025, all counsel of record who have appeared in this case were served with a copy of the foregoing via email.

*/s/ Michelle Ann Clark*
Michelle Ann Clark