UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTOUR IP HOLDING, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>GOPRO, INC.,<br><br>    Defendant. | Case No. 17-cv-04738-WHO<br><br>**ORDER ON CLAIM CONSTRUCTION** |

The Court agrees that it is necessary to construe the "wireless connection protocol device" term in Claim 11 of the '954 Patent. The proposed construction is below, which we will discuss at the 8:00 a.m. attorney conference on October 8, 2025.

\* \* \*

The term "a wireless connection protocol device configured to send real time image content by wireless transmission directly to and receive control signals or data signals by wireless transmission directly from a personal portable computing device executing an application" means:

At least one device that can both (1) send real time image content by wireless transmission directly to; and (2) receive control signals or data signals by wireless transmission directly from a personal portable computing device executing an application.

Dated: October 7, 2025



William H. Orrick
United States District Judge