UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 17-cv-04738-WHO
Case Name: Contour IP Holding, LLCv. GoPro, Inc.

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| William H. Orrick | John Keville, Michelle Replogle, Michael Krill, Sonya and Sunny Akarapu | John Haynes, Philip C. Ducker, Michelle A. Clark, Elliott Riches, and Karlee N. Wroblewski |
| **TRIAL DATE: 10/7/2025** | **REPORTER:** | **CLERK:** |
| 5 hours, 29 minutes 8:01 a.m. to 1:30 p.m. | Ana Dub | Jean Davis |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:01 a.m. | | | Court in session (jurors out) Administrative matters discussed |
| | 4778 | 8:07 a.m. | X | X | Physical exhibit - Wifi bacpac; replaces prior designation as exhibit 1000 |
| | 3484 | 8:07 a.m. | X | X | "AMBARELLA A5s WITH HIGH-SPEED CPU AND LOW-POWER 45NM TECHNOLOGY MAKES POCKET-SIZED HYBRID CAMERAS A RICHER USER EXPERIENCE" (http://www.ambarella.com/news/7/74/Ambarella-A5s-with-High-Speed-CPU-and-Low-Power-45nm-Technology-Makes-Pocket-Sized-Hybrid-Cameras-a-Richer-User-Experience) Replaces 3848 in the transcript from 10/6/2025 |
| | | 8:09 a.m. | | | Court in recess |
| | | 8:36 a.m. | | | Court in session (jurors present) Plaintiff cross examination of (Keville) |
| 3430 | | 9:00 a.m. | X | | Contour Launches Connect View Card and Viewfinder App; Used as impeachment evidence only, not displayed to jury |
| | | 9:13 a.m. | | | Defense redirect of **Kenneth Christopher Almeroth** (Clark) |
| | | 9:40 a.m. | | | Witness excused |
| | | 9:42 a.m. | | | Defense direct examination of **Patrick Fitzgerald Kennedy** (Ducker) |
| | | 9:44 a.m. | | | Witness tendered as an expert without objection |
| | | 10:00 a.m. | | | Court in recess |
| | | 10:17 a.m. | | | Court in session (jurors present) Defense direct examination of **Patrick Fitzgerald Kennedy** (Ducker) |
| | | 11:00 a.m. | | | Plaintiff cross examination of **Patrick Fitzgerald Kennedy** (Replogle) |
| 4378 | | 11:13 p.m. | X | | IP License and Supply Agreement; Objection sustained; admission denied |

1

Case No: 17-cv-04738-WHO
Case Name: Contour IP Holding, LLC v. GoPro, Inc.
Date: October 7, 2025
Courtroom Deputy: Jean Davis   -   Court Reporter:   Ana Dub

## EXHIBIT and WITNESS LIST CONTINUED

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 11:45 a.m. | | | Examination suspended; jurors excused |
| | | 11:46 a.m. | | | The Court deems plaintiff motions to have been raised at the close of defense case. The motions will be briefly argued as part of the jury instructions conference. |
| | | 12:01 p.m. | | | Court in session (jurors seated) <br> Plaintiff direct examination of **Patrick Fitzgerald Kennedy** continues (Replogle) |
| | | 12:03 p.m. | | | Off the record to address stenography issue |
| | | 12:05 p.m. | | | Defense redirect of **Patrick Fitzgerald Kennedy** (Ducker) |
| | | 12:06 p.m. | | | Witness excused; Defense rests |
| | | 12:06 p.m. | | | Plaintiff presents rebuttal case |
| | | 12:06 p.m. | | | Testimony of Paul M. Donovan presented by way of video deposition |
| | | 12:20 p.m. | | | Direct examination of Jing Wu (Krill) |
| | | 12:47 p.m. | | | Cross examination of Jin Wu (Haynes) |
| | 2426 | 1:14 p.m. | X | | Ambarella bot center open; Not offered for admission |
| | | 1:29 p.m. | | | Examination suspended |
| | | 1:29 p.m. | | | Court advises jurors of schedule to come and reminds them of the prior admonitions. |
| | | 1:30 p.m. | | | Court in recess |
| | | 3:10 p.m. | | | Court in session (jurors out) |
| | | 3:11 p.m. | | | Plaintiff's motion for curative instruction filed on 10/7/2025 taken up briefly. Defense is given an opportunity to file a response. |
| | | 3:15 p.m. | | | Jury instructions discussed |
| | | 3:20 p.m. | | | Counsel are directed to reduce their agreements to writing for submission to the Court as soon as possible. |
| | | 3:31 p.m. | | | Court admonishes counsel to avoid any reference in closing statements to allegations of inappropriate behavior |
| | | 3:37 p.m. | | | Plaintiff motions for judgment as a matter of law and opposition heard. Written briefing should be filed shortly after the completion of trial. |
| | | 3:52 p.m. | | | Court in recess |

| | |
|---|---|
| Plaintiff Time 10/7/2025: | 3:09* |
| Time used 10/7/2025: | 2:06 |
| Time remaining: | 1:03 |
| | |
| Defendant Time 10/7/2025: | 4:12 |
| Time used 10/7/2025: | 2:13 |
| Time remaining: | 1:59 |

*Correcting 1 hour error in calculation of time remaining on 10/1/2025