JOHN D. HAYNES (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone:     404-881-7000
Facsimile:     404-881-7777
john.haynes@alston.com

PHILIP DUCKER (State Bar No. 262644)
MICHELLE CLARK (State Bar No. 243777)
**ALSTON & BIRD LLP**
55 Second Street, Suite 2100
San Francisco, CA 94105
Telephone:     415-243-1000
Facsimile:     415-243-1001
phil.ducker@alston.com
michelle.clark@alston.com
dana.zottola@alston.com

*Attorneys for Defendant GOPRO, INC.*

*Additional counsel on signature page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CONTOUR IP HOLDING, LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>GOPRO, INC.,<br><br>            Defendant. | LEAD CASE NO. 3:17-cv-04738-WHO<br>CONSOL. CASE NO. 3:21-cv-02143-WHO<br><br>**DECLARATION OF MICHELLE CLARK IN SUPPORT OF GOPRO'S RESPONSE TO MOTION FOR A CURATIVE INSTRUCTION** |

# DECLARATION OF MICHELLE CLARK

I, Michelle Clark, declare as follows:

1. I am over the age of 18 and competent to make this declaration. All the statements made in this declaration are based on my personal knowledge.

2. I am a licensed attorney in the State of California and a partner at the law firm of Alston & Bird LLP. I represent Defendant GoPro, Inc. ("Defendant" or "GoPro") in the above-referenced action.

3. Attached hereto as **Exhibit 1** is a true and correct excerpted copy of Non-confidential Brief for Plaintiff-Appellant in Case No. 2022-1654, -1691.

4. Attached hereto as **Exhibit 2** is a true and correct excerpted redacted copy of the Expert Report of Dr. Jing Hu Regarding Issues of Infringement of U.S. Patent Nos. 8,890,954 and 8,896,694.

5. Attached hereto as **Exhibit 3** is a true and correct copy of the transcript of the June 26, 2025 deposition of Dr. Jing Hu.

Pursuant to 17 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED on this 8th day of October, 2025 in San Francisco, California.

                                                */s/ Michelle Ann Clark*
                                                Michelle Ann Clark

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Civil L.R. 5, I hereby certify that, on October 8, 2025, all counsel of record who have appeared in this case were served with a copy of the foregoing via ECF.

*/s/ Michelle Ann Clark*
Michelle Ann Clark