# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTOUR IP HOLDING, LLC,<br><br>         Plaintiff,<br>   v.<br>GOPRO, INC.,<br>         Defendant. | Case No.: 17-cv-04738-WHO<br>Case No.: 21-cv-02143-WHO<br><br>**EXPERT REPORT OF DR. JING HU REGARDING ISSUES OF INFRINGEMENT OF U.S. PATENT NOS. 8,890,954 AND 8,896,694**<br><br>Judge: Honorable William H. Orrick |

Expert Report of Dr. Jing Hu re Infringement (March 31, 2025)

| **Hero 11 Black** | GOPRO_254410 at Slide 19 |

229. I incorporate my analysis of the evidence and opinions rebutting GoPro's arguments from my *Contour II* Infringement Report (at ¶¶ 210–235) herein.

230. Thus, in my opinion, the accused cameras literally satisfy the limitation "a camera processor configured to . . . generate from the video image data a first image data stream and a second image data stream, wherein the second image data stream is a higher quality than the first image data stream."

### b.  *Preview with LRV File (All Accused Products)*

231. With all accused products (including the Hero 10 Black), after the "record" button is pressed, and the GP2 chip creates both a high-resolution "Record" stream (green-dashed box) and a low-resolution "LRV" stream (yellow-dashed box) in parallel within the "Delayed Processing" module after the 3DNR block that are saved to the SD Card memory. *See supra* Section IX. This process is substantively the same in the Ambarella chip for Hero (4k/2024). *See supra* Section IX.

GOPRO_254410 at Slide 19 (red, green, and yellow-dashed annotations added)

232.    After the high-resolution MP4 video and the low-resolution LRV video files are recorded to the SD card, the user can view the LRV video file from the mobile device.  For example, GoPro's manual for the Hero 12 Black explains that the user can view videos and photos on a mobile device:

> **Playing Back Your Media**
>
> **DELETING MULTIPLE FILES**
> 1. Tap ✓.
> 2. Tap all of the files that you want to delete. Tap a file again if you want to de-select it.
> 3. Tap 🗑 to delete the selected files.
>
> **VIEWING VIDEOS + PHOTOS ON A MOBILE DEVICE**
> 1. Connect your camera to the GoPro Quik app. For details, see *Connecting to the GoPro Quik App* (starting page 76).
> 2. Use the controls on the app to play back, edit, and share your videos and photos.
>
> **VIEWING VIDEOS + PHOTOS ON A COMPUTER**
> To see your media on a computer, you must first save the files to the computer. To learn more, see *Saving Your Media* (starting page 79).
>
> **PRO TIP:** Use the GoPro Quik app to grab still photos from videos, create short shareable videos from full-length footage, save media to your phone, and more.

Hero 12 Black Manual (CONTOUR_IP00020823) at page 75.

233. This is consistent with my testing of the accused products. During testing, I confirmed that an LRV video file was always saved to the SD card whenever a high resolution MP4 video file was saved to the SD card, including for the live streaming feature, and the LRV video file can be previewed from the mobile device using the GoPro Quik App. For example, after a recording session ended, I was able to play the "Low Res Preview" video on the app. I was also able to click on the download button at the bottom of this preview screen which triggered downloading of the high resolution .MP4 video.

### XIV. SECONDARY CONSIDERATIONS

374. I previously offered opinions regarding non-infringing alternatives in my *Contour I & II* reports. I stand by those opinions and incorporate them into this report by reference.

### XV. CONCLUSION

375. Based on the above evidence and rationale, it is my opinion that the accused products literally, or under the doctrine of equivalents, infringe the '954 patent claims 11, 12, 15, and 20 and the '694 patent claims 4 and 6.

Executed at Mountain View, California this 31st day of March, 2025.

_____
Jing Hu, Ph.D.