UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 17-cv-04738-WHO
Case Name: Contour IP Holding, LLCv. GoPro, Inc.

**TRIAL SHEET, EXHIBIT and WITNESS LIST, and MINUTE ORDER**

| JUDGE: | PLAINTIFF ATTORNEY: | DEFENSE ATTORNEY: |
|---|---|---|
| William H. Orrick | John Keville, Michael Krill, Michelle Replogle, and Sunny Akarapu | John Haynes, Michelle Clark, Philip Ducker, Karlee Wroblewski, and Elliott Riches |
| **TRIAL DATE: 10/8/2025** | **REPORTER:** | **CLERK:** |
| 5 hours, 21 minutes 8:01 a.m. to 1:22 p.m. (Jurors deliberating 1:22 p.m. to 3:00 p.m.) | Ana Dub | Jean Davis |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 8:01 a.m. | | | Court in session (jurors out) Claim construction, jury instructions and verdict form discussed. Plaintiff's Motion for Instruction re: Non-Infringing Alternatives DENIED. * |
| | | 8:10 a.m. | | | Court in recess |
| | | 8:37 a.m. | | | Court in session (jurors present) Defense cross examination of **Jing Hu** continues (Haynes) |
| | 3 | 8:47 a.m. | X | | Shown to jurors as part of historical file |
| | | 8:53 a.m. | | | Plaintiff redirect of Jing Hu (Krill) |
| | | 8:55 a.m. | | | Witness excused; Plaintiff rests rebuttal case |
| | | 8:56 a.m. | | | Defense direct examination of **Kenneth Almeroth** (Clark) |
| | | 9:12 a.m. | | | Plaintiff cross examination of **Kenneth Almeroth** (Keville) |
| | | 9:19 a.m. | | | Defense redirect of **Kenneth Almeroth** (Clark) |
| | | 9:25 a.m. | | | Witness excused; defense rests |
| | | 9:26 a.m. | | | The Court instructions the jury and previews the verdict form |
| | | 10:25 a.m. | | | Court in recess |
| | | 10:44 a.m. | | | Court in session (jurors present) Plaintiff closing statement (Keville) |
| | | 11:38 a.m. | | | Court in recess |
| | | 11:51 a.m. | | | Court in session (jurors present) Defense closing statement (Haynes) |
| | | 1:07 p.m. | | | Plaintiff rebuttal closing statement (Keville) |
| | | 1:16 p.m. | | | Court provides deliberation instructions |
| | | 1:22 p.m. | | | Jurors excused to begin deliberations |

1

|  |  | 1:23 p.m. |  |  | Court in recess |
|---|---|---|---|---|---|
|  |  | 3:00 p.m. |  |  | Jurors suspend deliberations for the evening and will return 10/9/2025 at 9:00 a.m. |

\*At the 8 a.m. conference, the Court discussed tentative rulings on claim construction, Contour's motion for a curative instruction, GoPro's motion for an instruction on non-infringing alternatives, other jury instructions and the verdict form.  After counsel was heard, the Court:
1. Adopted its claim construction with a slight modification suggested by GoPro.
2. Adopted its proposal to instruct on non-infringing alternatives.
3. Denied Contour's motion for a curative instruction.
4. Adopted the tentative regarding the remaining jury instruction and verdict form.