**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: 17-cv-04738-WHO
Case Name: Contour IP Holding, LLC v. GoPro, Inc.

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| **JUDGE:** | **PLAINTIFF ATTORNEY:** | **DEFENSE ATTORNEY:** |
|---|---|---|
| William H. Orrick | John Keville, Michael Krill, Michelle Clark, and Sunny Akarapu | John Haynes, Michelle Clark, Karlee Wroblewski, Sloane S. Kyrazis, and Elliott Riches |
| **TRIAL DATE: 10/9/2025** | **REPORTER:** | **CLERK:** |
| 10:33-11:03, 3:58-4:05 (Time in court: 37 minutes) Jury deliberating 9:35-4:45 | Ana Dub | Jean Davis |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 9:35 a.m. | | | Jurors resume deliberations |
| | | 10:33 a.m. | | | Court in session to take up Jury Questions 1-4 |
| | | 11:03 a.m. | | | Written answers reviewed with counsel and delivered to jurors in the jury room |
| | | 11:03 a.m. | | | Court in recess |
| | | 11:15 a.m. | | | Court responds to Jury Question 5 (request for hard copies of an exhibit without assembling counsel) |
| | | 3:58 p.m. | | | Court in session to take up Jury Question 6 |
| | | 4:05 p.m. | | | Written answers reviewed with counsel and delivered to jurors in the jury room |
| | | 4:05 p.m. | | | Court in recess |
| | | 4:45 p.m. | | | Jurors suspend deliberations; they will return 10/10/2025 at 9:00 a.m. |

1