UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ORRICK          Case No. 17-cv-04738-WHO

CASE NAME: Contour v. GoPro

NOTE FROM THE JURY

Note No. _1_

Date _10/9/2025_

Time _9:25_

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

   Which exhibit(s) shows Contour citing the Boland Patent as prior art?

   _____
   Foreperson of the Jury

There is no responsive exhibit before you. However, you are instructed that the Patent Office considered the Boland application.
Judge Orrick

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>WILLIAM H. ORRICK</u>   Case No. <u>17-cv-04738-WHO</u>

CASE NAME: <u>Contour v. GoPro</u>

### NOTE FROM THE JURY

Note No. __2__

Date __10/9/2025__

Time __9:30__

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

Jury instruction #14 line 13 defines "portable point of view..." is limiting. Does this mean the Woodman '251 patent is not to be considered as Prior art?

_____
Foreperson of the Jury

Limiting means that the term is a required element of the claims. The Woodman '251 patent is prior art. ~~Yes~~ The definition of "prior art" is found in Instruction 25, p. 28, lines 21-25.

Judge Orrick

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>WILLIAM H. ORRICK</u>          Case No. <u>17-cv-04738-WHO</u>

CASE NAME: <u>Contour v. GoPro</u>

## NOTE FROM THE JURY

Note No. 3

Date 10/9/2025

Time 9:32

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

   Could we have two printed copies of: 1) Contour '954 Patent 2) Contour '694 patent and 3) Boland Patent [each]

   _____
   Foreperson of the Jury

The copies have been provided.
Judge Orrick

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ORRICK          Case No. 17-cv-04738-WHO

CASE NAME: Contour v. GoPro

NOTE FROM THE JURY

Note No. 4

Date 10/9/2025

Time 9:35

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

Can you provide a definition and/or explanation of what a continuation application is and purpose in regards to the patent process?

_____
Foreperson of the Jury

A continuation patent allows a patent holder to pursue additional claims based on the same invention(s) disclosed in the earlier patent.

Judge Orrick

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ORRICK               Case No. 17-cv-04738-WHO

CASE NAME: Contour v. GoPro

## NOTE FROM THE JURY

Note No. 5

Date 10/9/2025

Time 10:25

1. The Jury has reached a unanimous verdict ( )

    or

2. The Jury has the following question:

Can you provide 2x printed copies of the Woodman '251 patent?

_____
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>WILLIAM H. ORRICK</u>   Case No. <u>17-cv-04738-WHO</u>

CASE NAME: <u>Contour v. GoPro</u>

### NOTE FROM THE JURY

Note No. _6_

Date _10/9/2025_

Time _3:40_

1. The Jury has reached a unanimous verdict ( )

   or

2. The Jury has the following question:

In regards to the patent documents are the paragraphs in the abstract weighted the same as the claims?

_____
Foreperson of the Jury