#4

A continuation application is a patent application filed during the examination process of an earlier application which has the same disclosure as the original application and does not include anything which would constitute new matter if inserted in the original application. A continuation introduces a new set of claims for examination.

#4

A continuation application is a patent application filed during the examination process of an earlier application which has the same disclosure as the original application and does not include anything which would constitute new matter if inserted in the original application. A continuation introduces a new set of claims for examination.

A continuation application is an patent application filed during "examination" process of an earlier application which has the same disclosure as for original application and does not include anything which would constitute new matter if inserted in the original application. A continuation introduces a new set of claims for examination.