UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: 17-cv-04738-WHO
Case Name: Contour IP Holding, LLC v. GoPro, Inc.

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE: | PLAINTIFF ATTORNEYS: | DEFENSE ATTORNEYS: |
|---|---|---|
| William H. Orrick | John Keville, Michael Krill, Michelle Clark, and Sunny Akarapu | John Haynes, Michelle Clark, Karlee Wroblewski, Sloane S. Kyrazis, and Elliott Riches |
| **TRIAL DATE: 10/10/2025** | **REPORTER:** | **CLERK:** |
| 9:22-9:27, 1:21-1:34<br>18 minutes<br>(Jurors deliberating 9:27 a.m. to 12:00 p.m.) | Ana Dub | Jean Davis |

| PLF NO. | DEF NO. | TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 9:22 a.m. | | | Court in session (jurors out)<br>Court advises counsel that Jurors No. 6 and 9 (Selection Nos. 13 and 42) have not appeared. The Court is inclined to dismiss both jurors and allow the remaining 7 jurors to resume deliberations. Counsel concur. |
| | | 9:26 a.m. | | | Court directs that the defense jury investigator prepare and submit a declaration summarizing the investigative work he performed |
| | | 9:27 a.m. | | | Court in recess |
| | | 9:28 a.m. | | | Jurors resume deliberations |
| | | 1:21 p.m. | | | Court in session (jurors out) |
| | | 1:22 p.m. | | | Jurors seated; Foreperson confirms that a verdict has been reached |
| | | 1:23 p.m. | | | Bench conference conducted |
| | | 1:25 p.m. | | | The Court publishes the verdict |
| | | 1:28 p.m. | | | Jury polled |
| | | 1:29 p.m. | | | The Court directs the Clerk to record the verdict |
| | | 1:30 p.m. | | | The Court thanks the jurors for their service |
| | | 1:32 p.m. | | | Jurors excused |
| | | 1:32 p.m. | | | The Court directs counsel to stipulate to an agreed upon post trial briefing schedule and to file that stipulation along with competing judgment drafts for the Court's review. |
| | | 1:34 p.m. | | | Court in recess |

1