UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE WILLIAM H. ORRICK

Case No. 17-cv-04738-WHO

CASE NAME: Contour v. GoPro

NOTE FROM THE JURY

Note No. 7

Date 10/10/2025

Time 8:52

1. The Jury has reached a unanimous verdict ( )

or

2. The Jury has the following question:

Can you provide printed copies of the Kurasawa (4208) and the Prester (4214) patents, 2x Each.

_____
Foreperson of the Jury

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDGE <u>WILLIAM H. ORRICK</u>   Case No. <u>17-cv-04738-WHO</u>

CASE NAME: <u>Contour v. GoPro</u>

### NOTE FROM THE JURY

Note No. _9_

Date _10/10/2025_

Time _12:15_

1. The Jury has reached a unanimous verdict (X)

   or

2. The Jury has the following question:

_____

_____

_____

_____
Foreperson of the Jury