UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTOUR IP HOLDING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOPRO, INC.,<br><br>Defendant. | Case No. 17-cv-04738-WHO<br><br>**VERDICT FORM** |

# VERDICT FORM

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

## FINDINGS OF THE JURY

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

# FINDINGS ON INFRINGEMENT

(Jury Instructions 16–19)

Answer the Questions 1–3 regarding infringement. You should answer these questions regardless of your findings on any other issues.

**Direct Infringement**

1. **Has Contour proven by a preponderance of the evidence that GoPro literally infringed the following claims with respect to the <u>Live Preview Group 1 Products</u>?**[1]

    Please check "yes" (for Contour) if you find infringement, or "no" (for GoPro) if you find no infringement.

    **'954 Patent**

    Claim 12     Yes_____     No __X__

    **'694 Patent** (except HERO7 White & HERO7 Silver)

    Claim 6     Yes_____     No __X__

---

[1] The Live Preview Group 1 Products include: HERO MAX; HERO8 Black; HERO7 Black; HERO7 White; HERO7 Silver; Fusion; HERO6 Black; HERO5 Black; HERO5 Session; HERO4 Black; HERO4 Silver; HERO4 Session; HERO3+ Silver; HERO3+ Black; HERO3 Black; HERO3 Silver; HERO3 White; HERO+ LCD; HERO+; and HD HERO2 with Wi-Fi BacPac

3

2. **Has Contour proven by a preponderance of the evidence that GoPro literally infringed the following claims with respect to the Live Preview Group 2 Products?**[2]

Please check "yes" (for Contour) if you find infringement, or "no" (for GoPro) if you find no infringement.

**'954 Patent**

Claim 11    Yes _____    No __X__

Claim 12    Yes _____    No __X__

**'694 Patent** (except HERO4k)

Claim 6     Yes _____    No __X__

---

[2] The Live Preview Group 2 Products include: HERO11 Black (after March 14, 2024 update); HERO11 Black Mini (after May 9, 2024 update); HERO12 Black; HERO13 Black; and HERO4k.

4

3.  **Has Contour proven by a preponderance of the evidence that GoPro literally infringed any of the following claims with respect to the <u>Live Streaming Products</u>?[3]**
Please check "yes" (for Contour) if you find infringement, or "no" (for GoPro) if you find no infringement.

**'694 Patent**

Claim 6     Yes_____          No _X_

---

[3] The Live Streaming Products include: HERO9 Black, HERO10 Black; HERO11 Black (before March 14, 2024 update); and HERO11 Black Mini (before May 9, 2024 update).

5

# FINDINGS ON INVALIDITY

(Jury Instructions 21–25)

Answer Questions 4–6 regarding invalidity. You should answer these questions regardless of your findings on any other issues.

4. **Has GoPro proven by clear and convincing evidence that any of the following claims are invalid as anticipated?** Please check "yes" (for GoPro) if you find that the claims are invalid as anticipated, or "no" (for Contour) if you find that GoPro failed to prove that the claims are invalid as anticipated.

**'954 Patent**

Claim 11      Yes_____          No __X__

Claim 12      Yes __X__         No_____

**'694 Patent**

Claim 6       Yes __X__         No_____

6

5. **Has GoPro proven by clear and convincing evidence that any of the following claims are invalid because the claimed subject matter would have been obvious to a person of ordinary skill in the art at the time of the claimed invention? Please check "yes" (for GoPro) if you find that GoPro proved the claims are invalid as obvious, or "no" (for Contour) if you find that GoPro failed to prove that the claims are invalid as obvious.**

'954 Patent

Claim 11    Yes_____    No__X__

Claim 12    Yes__X__    No_____

'694 Patent

Claim 6    Yes__X__    No_____

7

(Jury Instruction 20)

Answer Question 6 regarding willful infringement only if you find at least one claim infringed and not invalid.

6. **Has Contour proven by a preponderance of the evidence that the infringement you found in Questions #1–3 was willful?** Please check "yes" (for Contour) if you find that the infringement was willful, or "no" (for GoPro) if you find that the infringement was not willful.

Yes_____        No__X__

# FINDINGS ON DAMAGES

(Jury Instructions 26–31)

Answer Question 7 only if you found at least one claim infringed and not invalid.

7. **What sum of money, if any, has Contour proven by a preponderance of the evidence would reasonably compensate Contour for any infringement you have found?**

Answer in dollars.

$ _8,200,000.00/Eight Million Two Hundred Thousand dollars._

9

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Courtroom Deputy that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

Date: *October 10, 2025*              By: _____
                                          Presiding Juror