1    JOHN D. HAYNES (admitted *pro hac vice*)    Lai L. Yip (SBN 258029)
     **ALSTON & BIRD LLP**                        lyip@sheppardmullin.com
2    One Atlantic Center                          **SHEPPARD, MULLIN, RICHTER &**
     1201 West Peachtree Street                   **HAMPTON, LLP**
3    Atlanta, GA 30309-3424                       Four Embarcadero Center Seventeenth
     Telephone:    404-881-7000                   Floor San Francisco, CA 94111
4    Facsimile:    404-881-7777                   Telephone: (415) 434-9100 Facsimile:
     john.haynes@alston.com                       (415) 875-6700
5
     PHILIP DUCKER (State Bar No. 262644)         John R. Keville (Pro Hac Vice)
6    MICHELLE CLARK (State Bar No.                jkeville@sheppardmullin.com
     243777)                                      Michelle C. Replogle (Pro Hac Vice)
7    **ALSTON & BIRD LLP**                        mreplogle@sheppardmullin.com
     55 Second Street, Suite 2100                 Michael C. Krill (Pro Hac Vice)
8    San Francisco, CA 94105                      mkrill@sheppardmullin.com
     Telephone:    415-243-1000                   Sunny Akarapu (Pro Hac Vice)
9    Facsimile:    415-243-1001                   SAkarapu@sheppardmullin.com
     phil.ducker@alston.com                       **SHEPPARD, MULLIN, RICHTER &**
10   michelle.clark@alston.com                    **HAMPTON, LLP**
     dana.zottola@alston.com                      700 Louisiana Street, Suite 2750
11                                                Houston, Texas 77002-2791
     *Attorneys for Defendant GOPRO, INC.*        Telephone: (713) 431-7100 Facsimile:
12                                                (713) 431-7024
     *Additional counsel on signature page*
13
                                                  *Attorneys for Plaintiff Contour IP Holding*
14                                                *LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CONTOUR IP HOLDING, LLC, | LEAD CASE NO. 3:17-cv-04738-WHO |
| | CONSOL. CASE NO. 3:21-cv-02143-WHO |
| Plaintiff, | |
| | **JOINT STIPULATION AND [PROPOSED** |
| v. | **ORDER] REGARDING POST-TRIAL** |
| | **BRIEFING SCHEDULE** |
| GOPRO, INC., | |
| Defendant. | |

1    Pursuant to the Northern District of California Civil Local Rules 6-1(b), 6-2, and 7-12,

2    Defendant GoPro, Inc. ("GoPro") and Plaintiffs Contour IP Holding, LLC ("Contour") jointly stipulate

3    to the post-trial briefing schedule detailed below.

4    WHEREAS the jury returned a verdict in this case on October 10, 2025;

5    WHEREAS the Court instructed the parties to agree on a schedule for post-trial briefing.

6    WHEREAS the below schedule applies to post-trial motions including motions pursuant to

7    FRCP Rule 50, FRCP Rule 59, motion for attorney fees, motion for enhanced damages, and motion

8    for a permanent injunction.

9    Now therefore, the Parties jointly request that the post-trial briefing schedule proceed as

10    follows:

11    • Opening Briefs will be due December 17, 2025 and;

12    • Opposition Briefs will be due January 28, 2026 and;

13    • Reply Briefs will be due February 11, 2026 and;

14    • A Hearing will be held on March 11, 2026.

15

16    IT IS SO STIPULATED.

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 17-cv-04738-WHO
JOINT STIPULATION REGARDING POST-TRIAL BRIEFING SCHEDULE

1
2

**ALSTON & BIRD LLP**

3

Dated: October 15, 2025              BY:   */s/ Michelle Ann Clark*

4          Michelle Ann Clark (SBN 243777)
           Philip C. Ducker (SBN 262644)

5          Dana Zottola (SBN 346715)
           **ALSTON & BIRD LLP**

6          55 Second Street, Suite 2100
           San Francisco, California 94105-0912

7          Telephone: (415) 243-1000
           Facsimile: (415) 243-1001

8          michelle.clark@alston.com
           phil.ducker@alston.com

9          dana.zottola@alston.com

10
           JOHN D. HAYNES (admitted *pro hac vice*)

11         Sloane Kyrazis (admitted *pro hac vice*)
           **ALSTON & BIRD LLP**

12         One Atlantic Center
           1201 West Peachtree Street

13         Atlanta, GA 30309-3424
           Telephone:   404-881-7000

14         Facsimile:   404-881-7777

           john.haynes@alston.com

15         sloane.kyrazis@alston.com

16
           Karlee N. Wroblewski (admitted *pro hac vice*)

17         **ALSTON & BIRD LLP**
           Bank of America Plaza

18         Suite 4000
           101 South Tryon Street

19         Charlotte, NC 28280-4000

20         Telephone:    (704) 444-1000
           Facsimile:    (704) 444-1111

21         karlee.wroblewski@alston.com

22
           Elliott C. Riches (admitted *pro hac vice*)

23         **ALSTON & BIRD LLP**
           2200 Ross Avenue

24         Suite 2300
           Dallas, TX 75201

25         Telephone:    (214) 922-3492
           elliott.riches@alston.com

26

27

28

                                         Case No. 17-cv-04738-WHO
JOINT STIPULATION REGARDING POST-TRIAL BRIEFING SCHEDULE

Page **2** of **5**

1   Dated: October 15, 2025         BY:    */s/ Michelle C. Replogle*

2                                          SHPPARD MULLIN RICHTER &
                                           HAMPTON LLP

3                                          Lai L. Yip (SBN 258029)
                                           lyip@sheppardmullin.com
4                                          SHEPPARD, MULLIN, RICHTER &
                                           HAMPTON, LLP
5                                          Four Embarcadero Center Seventeenth Floor
                                           San Francisco, CA 94111
6                                          Telephone: (415) 434-9100
                                           Facsimile: (415) 875-6700
7
                                           John R. Keville (Pro Hac Vice)
8                                          jkeville@sheppardmullin.com
                                           Michelle C. Replogle (Pro Hac Vice)
9                                          mreplogle@sheppardmullin.com
                                           Michael C. Krill (Pro Hac Vice)
10                                         mkrill@sheppardmullin.com
                                           Sunny Akarapu (Pro Hac Vice)
11                                         SAkarapu@sheppardmullin.com
                                           SHEPPARD, MULLIN, RICHTER &
12                                         HAMPTON, LLP
                                           700 Louisiana Street, Suite 2750
13                                         Houston, Texas 77002-2791
                                           Telephone: (713) 431-7100
14                                         Facsimile: (713) 431-7024

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 17-cv-04738-WHO
JOINT STIPULATION REGARDING POST-TRIAL BRIEFING SCHEDULE

1    **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

2         The post-trial briefing schedule deadlines are as follows:

3         • Opening Briefs will be due <u>December 17, 2025 </u>and;

4         • Opposition Briefs will be due <u>January 28, 2026 </u>and;

5         • Reply Briefs will be due <u>February 11, 2026 </u>and;

6         • A Hearing will be held on <u>March 11, 2026</u>.

7

8

9

10    Dated: _____       HONORABLE WILLIAM H. ORRICK
                                       UNITED STATES DISTRICT COURT
11                                     JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2                    <u>**CERTIFICATE OF SERVICE**</u>

3        I, Michelle Clark, hereby attest that the concurrence to the filing of this document has been

4   obtained from each signatory hereto.

5

6    October 15, 2025                    */s/ Michelle Ann Clark*
                                          Michelle Ann Clark
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 17-cv-04738-WHO
<small>JOINT STIPULATION REGARDING POST-TRIAL BRIEFING SCHEDULE</small>