JOHN D. HAYNES (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: 404-881-7000
Facsimile: 404-881-7777
john.haynes@alston.com

PHILIP DUCKER (State Bar No. 262644)
MICHELLE CLARK (State Bar No. 243777)
**ALSTON & BIRD LLP**
55 Second Street, Suite 2100
San Francisco, CA 94105
Telephone: 415-243-1000
Facsimile: 415-243-1001
phil.ducker@alston.com
michelle.clark@alston.com
dana.zottola@alston.com

*Attorneys for Defendant GOPRO, INC.*

*Additional counsel on signature page*

Lai L. Yip (SBN 258029)
lyip@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP**
Four Embarcadero Center Seventeenth Floor San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 875-6700

John R. Keville (Pro Hac Vice)
jkeville@sheppardmullin.com
Michelle C. Replogle (Pro Hac Vice)
mreplogle@sheppardmullin.com
Michael C. Krill (Pro Hac Vice)
mkrill@sheppardmullin.com
Sunny Akarapu (Pro Hac Vice)
SAkarapu@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP**
700 Louisiana Street, Suite 2750
Houston, Texas 77002-2791
Telephone: (713) 431-7100
Facsimile: (713) 431-7024

*Attorneys for Plaintiff Contour IP Holding LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CONTOUR IP HOLDING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOPRO, INC.,<br>Defendant. | LEAD CASE NO. 3:17-cv-04738-WHO<br>CONSOL. CASE NO. 3:21-cv-02143-WHO<br><br>**JOINT STIPULATION AND REGARDING POST-TRIAL BRIEFING SCHEDULE** |

Case No. 17-cv-04738-WHO
JOINT STIPULATION REGARDING POST-TRIAL BRIEFING SCHEDULE

1  Pursuant to the Northern District of California Civil Local Rules 6-1(b), 6-2, and 7-12,
2 Defendant GoPro, Inc. ("GoPro") and Plaintiffs Contour IP Holding, LLC ("Contour") jointly stipulate
3 to the post-trial briefing schedule detailed below.
4  WHEREAS the jury returned a verdict in this case on October 10, 2025;
5  WHEREAS the Court instructed the parties to agree on a schedule for post-trial briefing.
6  WHEREAS the below schedule applies to post-trial motions including motions pursuant to
7 FRCP Rule 50, FRCP Rule 59, motion for attorney fees, motion for enhanced damages, and motion
8 for a permanent injunction.
9  Now therefore, the Parties jointly request that the post-trial briefing schedule proceed as
10 follows:

- Opening Briefs will be due December 17, 2025 and;
- Opposition Briefs will be due January 28, 2026 and;
- Reply Briefs will be due February 11, 2026 and;
- A Hearing will be held on March 11, 2026.

IT IS SO STIPULATED.

**ALSTON & BIRD LLP**

Dated: October 16, 2025      BY:    */s/ Michelle Ann Clark*

Michelle Ann Clark (SBN 243777)
Philip C. Ducker (SBN 262644)
Dana Zottola (SBN 346715)
**ALSTON & BIRD LLP**
55 Second Street, Suite 2100
San Francisco, California 94105-0912
Telephone: (415) 243-1000
Facsimile: (415) 243-1001
michelle.clark@alston.com
phil.ducker@alston.com
dana.zottola@alston.com

JOHN D. HAYNES (admitted *pro hac vice*)
Sloane Kyrazis (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone:    404-881-7000
Facsimile:      404-881-7777
john.haynes@alston.com
sloane.kyrazis@alston.com

Karlee N. Wroblewski (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
Bank of America Plaza
Suite 4000
101 South Tryon Street
Charlotte, NC 28280-4000
Telephone:     (704) 444-1000
Facsimile:       (704) 444-1111
karlee.wroblewski@alston.com

Elliott C. Riches (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
2200 Ross Avenue
Suite 2300
Dallas, TX 75201
Telephone:     (214) 922-3492
elliott.riches@alston.com

Dated: October 15, 2025   BY:   */s/ Michelle C. Relpogle*
SHPPARD MULLIN RICHTER & HAMPTON LLP

Lai L. Yip (SBN 258029)
lyip@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
Four Embarcadero Center Seventeenth Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 875-6700

John R. Keville (Pro Hac Vice)
jkeville@sheppardmullin.com
Michelle C. Replogle (Pro Hac Vice)
mreplogle@sheppardmullin.com
Michael C. Krill (Pro Hac Vice)
mkrill@sheppardmullin.com
Sunny Akarapu (Pro Hac Vice)
SAkarapu@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
700 Louisiana Street, Suite 2750
Houston, Texas 77002-2791
Telephone: (713) 431-7100
Facsimile: (713) 431-7024

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

The post-trial briefing schedule deadlines are as follows:

- Opening Briefs will be due December 17, 2025 and;
- Opposition Briefs will be due January 28, 2026 and;
- Reply Briefs will be due February 11, 2026 and;
- A Hearing will be held on March 11, 2026.

Dated: October 16, 2025

HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE

## CERTIFICATE OF SERVICE

I, Michelle Clark, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

October 15, 2025     */s/ Michelle Ann Clark*
                     Michelle Ann Clark