# EXHIBIT C

# FinalV2

Designation List Report

| | |
|---|---|
| **Helfer, Ross** | **2021-10-26** |
| **Helfer, Ross** | **2021-11-16** |
| **Helfer, Ross** | **2025-09-26** |

| | |
|---|---|
| Our Designations | 00:03:55 |
| Their Counters | 00:10:29 |
| Our Counter Counters | 00:02:45 |
| **TOTAL RUN TIME** | **00:17:09** |

Documents linked to video:
P702



ID: HelferCombinedFinalV2

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 8:24 - 9:03 | **Helfer, Ross 2021-10-26** | 00:00:07 | **HelferCombinedFinalV2.1** |
| | 8:24   Q.   Good morning, Mr. Helfer. | | |
| | 8:25   A.   Good morning. | | |
| | 9:01   Q.   Could you please state your full name for | | |
| | 9:02        the record? | | |
| | 9:03   A.   Yeah, Ross T. Helfer. | | |
| 16:08 - 16:09 | **Helfer, Ross 2021-10-26** | 00:00:03 | **HelferCombinedFinalV2.2** |
| | 16:08  Q.   Can I ask, are you the named inventor on | | |
| | 16:09       any patent? | | |
| 16:10 - 16:10 | **Helfer, Ross 2021-10-26** | 00:00:01 | **HelferCombinedFinalV2.3** |
| | 16:10  A.   No. | | |
| 91:03 - 91:10 | **Helfer, Ross 2021-10-26** | 00:00:28 | **HelferCombinedFinalV2.4** |
| | 91:03       with Element.  How did you first become aware of | | |
| | 91:04       Element? | | |
| | 91:05  A.   James Palmer who works for Fortress, who | | |
| | 91:06       we know, called us one day and said, you know, he's | | |
| | 91:07       in a relationship with Element.  I'm not sure what | | |
| | 91:08       that meant.  And he thought the two of us could | | |
| | 91:09       potentially be of interest to one another and he | | |
| | 91:10       asked if he could make an introduction. | | |
| 92:20 - 92:24 | **Helfer, Ross 2021-10-26** | 00:00:16 | **HelferCombinedFinalV2.5** |
| | 92:20       When Mr. Palmer reached out to you -- by | | |
| | 92:21       "you" I mean Mr. Garriques -- was he discussing the | | |
| | 92:22       potential for a relationship between Element and | | |
| | 92:23       Contour or Element and SkyBell? | | |
| | 92:24  A.   All three. | | |
| 111:15 - 111:22 | **Helfer, Ross 2021-10-26** | 00:00:19 | **HelferCombinedFinalV2.6** |
| | 111:15 Q.   Did you attend the meeting in Chicago? | | |
| | 111:16 A.   I did. | | |
| | 111:17 Q.   What did you think the purpose of that | | |
| | 111:18       meeting was when you attended -- before you | | |
| | 111:19       attended? | | |
| | 111:20 A.   To learn about their company and to see if | | |
| | 111:21       there was any, you know, potential opportunities | | |
| | 111:22       between the two of us -- the three of us. | | |
| 112:10 - 112:13 | **Helfer, Ross 2021-10-26** | 00:00:11 | **HelferCombinedFinalV2.7** |
| | 112:10      between -- first of all, was it your understanding | | |
| | 112:11      that you attended this meeting on behalf of Contour | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 112:12   IP Holdings? | | |
| | 112:13 A. And SkyBell. | | |
| 113:05 - 113:08 | **Helfer, Ross 2021-10-26** | 00:00:11 | HelferCombinedFinalV2.8 |
| | 113:05 Q. What's your title at Contour LLC? | | |
| | 113:06 A. Director of IP, and I also assist with | | |
| | 113:07    strategy, but I don't know if there's a title with | | |
| | 113:08    that. | | |
| 113:24 - 113:25 | **Helfer, Ross 2021-10-26** | 00:00:05 | HelferCombinedFinalV2.9 |
| | 113:24 Q. Are you an employee of SkyBell? | | |
| | 113:25 A. I'm an adviser with SkyBell. | | |
| 133:05 - 133:07 | **Helfer, Ross 2021-10-26** | 00:00:07 | HelferCombinedFinalV2.10 |
| | 133:05 Q. Prior to these discussions, do you know if | | |
| | 133:06    Element ever manufactured a camera before? | | |
| | 133:07 A. I don't believe they have. | | |
| 171:07 - 171:11 | **Helfer, Ross 2021-10-26** | 00:00:08 | HelferCombinedFinalV2.11 |
| | 171:07    Under this license agreement -- | | |
| | 171:08 A. Yes. | | |
| | 171:09 Q. -- if Element wanted to, could it | | |
| | 171:10    essentially reproduce an exact Contour camera and | | |
| | 171:11    sell it? | | |
| 171:13 - 171:13 | **Helfer, Ross 2021-10-26** | 00:00:01 | HelferCombinedFinalV2.12 |
| | 171:13    THE WITNESS: Yes. | | |
| 185:17 - 185:19 | **Helfer, Ross 2021-10-26** | 00:00:06 | HelferCombinedFinalV2.13 |
| | 185:17 Q. Are you aware of any agreements between | | |
| | 185:18    Contour IP Holdings and SkyBell? | | |
| | 185:19 A. No. | | |
| 217:06 - 217:07 | **Helfer, Ross 2021-11-16** | 00:00:04 | HelferCombinedFinalV2.14 |
| | 217:06 Q. Okay. Changing gears a little bit, do you know | | |
| | 217:07    who owns Contour LLC? | | |
| 217:09 - 217:13 | **Helfer, Ross 2021-11-16** | 00:00:19 | HelferCombinedFinalV2.15 |
| | 217:09    THE WITNESS: I believe it's VIP -- I'm not | | |
| | 217:10    sure of the exact name, but VIP Holdings, or whatever | | |
| | 217:11    VIP is called, owns roughly 90 percent of it. The | | |
| | 217:12    previous owners they bought the 90 percent from, I | | |
| | 217:13    believe, own roughly 10 percent. | | |
| 218:10 - 218:13 | **Helfer, Ross 2021-11-16** | 00:00:04 | HelferCombinedFinalV2.16 |
| | 218:10 Q. BY MR. FLOOD: Who are the interest holders | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 218:11   that you've heard of as having ownership interest in<br>218:12   VIP?<br>218:13   A.  I think Ron Garriques -- | | |
| 218:17 - 218:20 | **Helfer, Ross 2021-11-16**<br>218:17   THE WITNESS:  Ron Garriques, I believe, has an<br>218:18   interest.  Bob Gay, I believe, has an interest.  And<br>218:19   outside of that, I'm not sure who else the other<br>218:20   stakeholders are. | 00:00:14 | **HelferCombinedFinalV2.17** |
| 220:20 - 220:22 | **Helfer, Ross 2021-11-16**<br>220:20   Q.  Mr. Helfer, do you have any understanding --<br>220:21   are you aware of anyone with an ownership stake in<br>220:22   SkyBell Technologies? | 00:00:07 | **HelferCombinedFinalV2.18** |
| 221:01 - 221:02 | **Helfer, Ross 2021-11-16**<br>221:01   THE WITNESS:  I believe VIP has an interest in<br>221:02   SkyBell. | 00:00:03 | **HelferCombinedFinalV2.19** |
| 222:18 - 222:19 | **Helfer, Ross 2021-11-16**<br>222:18   Q.  Do you know who owns Contour IP Holdings?<br>222:19   A.  I think the same parties that own Contour. | 00:00:10 | **HelferCombinedFinalV2.20** |
| 236:12 - 236:15 | **Helfer, Ross 2021-11-16**<br>236:12   Q.  BY MR. FLOOD:  Sure.  Have there been<br>236:13   discussions between Contour and Element about building<br>236:14   an action camera?<br>236:15   A.  Yes. | 00:00:08 | **HelferCombinedFinalV2.21** |
| 236:24 - 237:02 | **Helfer, Ross 2021-11-16**<br>236:24   Q.  BY MR. FLOOD:  Have there been discussions<br>236:25   between Contour and Element about Element building<br>237:01   licensed products under the Contour/Element agreement?<br>237:02   A.  Yes. | 00:00:10 | **HelferCombinedFinalV2.22** |
| 250:22 - 250:24 | **Helfer, Ross 2021-11-16**<br>250:22   Q.  BY MR. FLOOD:  Do you know if the Contour<br>250:23   license was executed before or after the SkyBell<br>250:24   agreements? | 00:00:05 | **HelferCombinedFinalV2.23** |
| 251:02 - 251:06 | **Helfer, Ross 2021-11-16**<br>251:02   THE WITNESS:  The Contour license was executed<br>251:03   first.<br>251:04   Q.  BY MR. FLOOD:  Why was the Contour agreement<br>251:05   executed first?<br>251:06   A.  Because it was done.  It was completed. | 00:00:15 | **HelferCombinedFinalV2.24** |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 255:03 - 255:05 | **Helfer, Ross 2021-11-16** | 00:00:09 | **HelferCombinedFinalV2.25** |
| | 255:03  Q.  Other than you, who else was negotiating with | | |
| | 255:04       Element on behalf of Contour? | | |
| | 255:05  A.  I -- I was the negotiator on it. | | |
| 256:17 - 256:19 | **Helfer, Ross 2021-11-16** | 00:00:07 | **HelferCombinedFinalV2.26** |
| | 256:17  Q.  It says here that Element understood this | | |
| | 256:18       license to cover all Contour patents and IP. | | |
| | 256:19       Do you know why Element had that understanding? | | |
| 256:22 - 257:02 | **Helfer, Ross 2021-11-16** | 00:00:12 | **HelferCombinedFinalV2.27** |
| | 256:22       THE WITNESS:  I believe they wanted freedom to | | |
| | 256:23       operate under -- they didn't want Contour coming back in | | |
| | 256:24       case there was another patent that Contour had.  So they | | |
| | 256:25       wanted to make sure -- I believe they wanted to make | | |
| | 257:01       sure they had coverage under all the IP that Contour | | |
| | 257:02       had. | | |
| 259:13 - 259:15 | **Helfer, Ross 2021-11-16** | 00:00:10 | **HelferCombinedFinalV2.28** |
| | 259:13  Q.  BY MR. FLOOD:  Sure.  So during discussions | | |
| | 259:14       regarding the Contour/Element license, did you and | | |
| | 259:15       Mr. Kazhdan also discuss the SkyBell agreements? | | |
| 259:18 - 259:18 | **Helfer, Ross 2021-11-16** | 00:00:01 | **HelferCombinedFinalV2.29** |
| | 259:18       THE WITNESS:  Yes. | | |
| 259:24 - 260:03 | **Helfer, Ross 2021-11-16** | 00:00:11 | **HelferCombinedFinalV2.30** |
| | 259:24  Q.  Did you ever tell Mr. Kazhdan that you were now | | |
| | 259:25       acting as Contour's representative and then separately | | |
| | 260:01       changed to say you were acting as SkyBell's | | |
| | 260:02       representative? | | |
| | 260:03  A.  No. | | |
| 332:05 - 332:12 | **Helfer, Ross 2021-11-16** | 00:00:18 | **HelferCombinedFinalV2.31** |
| | 332:05       Prior to the execution of the Contour/Element | | |
| | 332:06       license agreement, did Contour have any ownership | | |
| | 332:07       interest in Element? | | |
| | 332:08  A.  No. | | |
| | 332:09  Q.  Prior to the execution of the Contour/Element | | |
| | 332:10       license agreement, did Element have any ownership | | |
| | 332:11       interest in Contour? | | |
| | 332:12  A.  No. | | |
| 332:21 - 333:02 | **Helfer, Ross 2021-11-16** | 00:00:16 | **HelferCombinedFinalV2.32** |
| | 332:21  Q.  Prior to the execution of the Contour/Element | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 332:22   license agreement, had Contour ever conducted any | | |
| | 332:23   business with Mike O'Shaughnessy? | | |
| | 332:24 A. No. | | |
| | 332:25 Q. Prior to the execution of the Contour/Element | | |
| | 333:01   license agreement, had Contour ever conducted any | | |
| | 333:02   business with Vlad Kazhdan? | | |
| 333:05 - 333:05 | **Helfer, Ross 2021-11-16** <br> 333:05 A. No. | 00:00:01 | **HelferCombinedFinalV2.33** |
| 334:16 - 334:21 | **Helfer, Ross 2021-11-16** <br> 334:16 Q. Had SkyBell ever had a financial interest in <br> 334:17   Contour? <br> 334:18 A. No. <br> 334:19 Q. Has Contour ever had a financial interest in <br> 334:20   SkyBell? <br> 334:21 A. No. | 00:00:08 | **HelferCombinedFinalV2.34** |
| 335:05 - 335:07 | **Helfer, Ross 2021-11-16** <br> 335:05 Q. Does Contour currently have any ownership or <br> 335:06   financial interest in Element? <br> 335:07 A. No. | 00:00:06 | **HelferCombinedFinalV2.35** |
| 339:15 - 339:18 | **Helfer, Ross 2021-11-16** <br> 339:15 Q. During your negotiations with Element for the <br> 339:16   Contour/Element license, did you generally attempt to <br> 339:17   keep those negotiations separate from the <br> 339:18   SkyBell/Element license negotiations? | 00:00:15 | **HelferCombinedFinalV2.36** |
| 339:21 - 339:21 | **Helfer, Ross 2021-11-16** <br> 339:21   THE WITNESS: Yes. | 00:00:01 | **HelferCombinedFinalV2.37** |
| 349:18 - 349:22 | **Helfer, Ross 2021-11-16** <br> 349:18 Q. BY MR. FLOOD: Sure. If the CEO is responsible <br> 349:19   for managing the corporation and is the highest level <br> 349:20   executive, then I would like to know who the CEO is of <br> 349:21   SkyBell Technologies. <br> 349:22 A. Mr. Garriques. | 00:00:08 | **HelferCombinedFinalV2.38** |
| 351:11 - 351:16 | **Helfer, Ross 2021-11-16** <br> 351:11 Q. Mr. Helfer, SkyBell currently has agreements <br> 351:12   with Element; correct? <br> 351:13 A. Yes. <br> 351:14 Q. Now under those agreements is it true that <br> 351:15   SkyBell is obligated to pay money to Element? | 00:00:14 | **HelferCombinedFinalV2.39** |

| DESIGNATION | SOURCE | DURATION | ID |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 351:16  A.  Yes. | | |
| 9:17 - 9:21 | **Helfer, Ross 2025-09-26** | 00:00:09 | HelferCombinedFinalV2.42 |
| | 9:17   Q.  Are you currently employed by Contour IP | | |
| | 9:18        Holding, LLC? | | |
| | 9:19   A.  Yes. | | |
| | 9:20   Q.  What's your title? | | |
| | 9:21   A.  Business development. | | |
| 11:08 - 11:11 | **Helfer, Ross 2025-09-26** | 00:00:09 | HelferCombinedFinalV2.43 |
| | 11:08  Q.  Mr. Helfer, in 2021, Contour IP Holding | | |
| | 11:09       signed a license agreement with Element | | |
| | 11:10       Electronics; is that right? | | |
| | 11:11  A.  That's correct. | | |
| 13:03 - 13:07  🔗 P702.1.1 | **Helfer, Ross 2025-09-26** | 00:00:12 | HelferCombinedFinalV2.44 |
| | 13:03  Q.  Is it your understanding that under the | | |
| | 13:04       license agreement between Contour IP Holding and | | |
| | 13:05       Element Electronics, Element was supposed to make | | |
| | 13:06       two lump sum payments to Contour IP Holding? | | |
| | 13:07  A.  Yes. | | |
| 13:14 - 13:16 | **Helfer, Ross 2025-09-26** | 00:00:07 | HelferCombinedFinalV2.45 |
| | 13:14  Q.  Were those two lump sum payments -- was | | |
| | 13:15       one for $1.5 million? | | |
| | 13:16  A.  Yes. | | |
| 13:17 - 13:18 | **Helfer, Ross 2025-09-26** | 00:00:04 | HelferCombinedFinalV2.46 |
| | 13:17  Q.  And was the other for $500,000? | | |
| | 13:18  A.  Yes. | | |
| 13:22 - 13:23 | **Helfer, Ross 2025-09-26** | 00:00:04 | HelferCombinedFinalV2.47 |
| | 13:22       There was a monthly payment plan for those | | |
| | 13:23       payments; is that correct? | | |
| 14:01 - 14:01 | **Helfer, Ross 2025-09-26** | 00:00:01 | HelferCombinedFinalV2.48 |
| | 14:01       THE WITNESS:  Yes. | | |
| 14:07 - 14:09 | **Helfer, Ross 2025-09-26** | 00:00:07 | HelferCombinedFinalV2.49 |
| | 14:07  Q.  Okay.  And is Exhibit 1 the license we've | | |
| | 14:08       been discussing between Contour IP Holding and | | |
| | 14:09       Element Electronics? | | |
| 14:10 - 14:10 | **Helfer, Ross 2025-09-26** | 00:00:02 | HelferCombinedFinalV2.50 |
| | 14:10  A.  Yes, it is. | | |
| 14:13 - 14:15 | **Helfer, Ross 2025-09-26** | 00:00:05 | HelferCombinedF |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 14:13   Has Element made each of the monthly | | inalV2.51 |
| | 14:14   payments it was obligated to make under this | | |
| | 14:15   license? | | |
| 14:18 - 14:18 | **Helfer, Ross 2025-09-26** | 00:00:02 | **HelferCombinedFinalV2.52** |
| | 14:18   THE WITNESS: They paid 1.5 million. | | |
| 14:20 - 14:21 | **Helfer, Ross 2025-09-26** | 00:00:03 | **HelferCombinedFinalV2.53** |
| | 14:20   Q. And so they were supposed to pay | | |
| | 14:21   2 million; is that correct? | | |
| 14:24 - 15:02 | **Helfer, Ross 2025-09-26** | 00:00:06 | **HelferCombinedFinalV2.54** |
| | 14:24   THE WITNESS: Yes. | | |
| | 14:25   BY MR. RICHES: | | |
| | 15:01   Q. So Element has not made all of its | | |
| | 15:02   payments under this license; is that correct? | | |
| 15:04 - 15:04 | **Helfer, Ross 2025-09-26** | 00:00:01 | **HelferCombinedFinalV2.55** |
| | 15:04   THE WITNESS: Yes. | | |
| 15:19 - 15:25 | **Helfer, Ross 2025-09-26** | 00:00:19 | **HelferCombinedFinalV2.56** |
| | 15:19   Q. The 1.5 million that Element has paid to | | |
| | 15:20   date, do you understand that to be for the patents | | |
| | 15:21   licensed under Exhibit A, the patents licensed | | |
| | 15:22   under Exhibit B, or both? | | |
| | 15:23   A. I consider it to be for the patents | | |
| | 15:24   licensed under A. | | |
| | 15:25   Q. And why is that? | | |
| 16:01 - 16:01 | **Helfer, Ross 2025-09-26** | 00:00:02 | **HelferCombinedFinalV2.57** |
| | 16:01   A. Because it matches that amount exactly. | | |
| 17:02 - 17:17<br>🔗 P702.4.1 | **Helfer, Ross 2025-09-26** | 00:00:42 | **HelferCombinedFinalV2.58** |
| | 17:02   Is the payment that's discussed in | | |
| | 17:03   Section 3(a)(1) the 1.5 million lump sum payment | | |
| | 17:04   for the patents licensed under Exhibit A? | | |
| | 17:05   A. It is. | | |
| | 17:06   Q. Okay. And 3(a)(1) says that those are to | | |
| | 17:07   be made in monthly installments of $187,500; is | | |
| | 17:08   that correct? | | |
| | 17:09   A. That's correct. | | |
| | 17:10   Q. And if we look at 3(a)(3) on the same | | |
| | 17:11   page. | | |
| | 17:12   A. Mm-hmm. | | |
| | 17:13   Q. Does this section discuss the $500,000 | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 17:14    payment for the patents in Exhibit B? | | |
| | 17:15  A.  It does. | | |
| | 17:16  Q.  And is the monthly payment required to be | | |
| | 17:17    made for those patents $62,500? | | |
| 17:24 - 17:24 | **Helfer, Ross 2025-09-26** | 00:00:01 | **HelferCombinedFinalV2.59** |
| | 17:24  A.  Yes. | | |
| 19:05 - 19:23 | **Helfer, Ross 2025-09-26** | 00:00:44 | **HelferCombinedFinalV2.60** |
| | 19:05    Mr. Helfer, Element was only required to | | |
| | 19:06    pay $187,500 per month for the patents in | | |
| | 19:07    Exhibit A; is that right? | | |
| | 19:08  A.  Correct. | | |
| | 19:09  Q.  Why did they pay more? | | |
| | 19:10  A.  They weren't obligated to only pay that. | | |
| | 19:11    They could pay whatever they want.  They could | | |
| | 19:12    have paid the whole 1.5 that month if they wanted | | |
| | 19:13    to. | | |
| | 19:14  Q.  Okay.  And would it surprise you to know | | |
| | 19:15    that if you add the payments for the patents in | | |
| | 19:16    Exhibit A and the monthly payment for the patents | | |
| | 19:17    in Exhibit B, it comes out to $250,000 exactly? | | |
| | 19:18  A.  It would not. | | |
| | 19:19  Q.  And despite that, it's still your position | | |
| | 19:20    that the 250,000 is only for the patents in | | |
| | 19:21    Exhibit A? | | |
| | 19:22  A.  That's how I'm considering it right now. | | |
| | 19:23    Correct. | | |
| 20:20 - 20:23 | **Helfer, Ross 2025-09-26** | 00:00:10 | **HelferCombinedFinalV2.61** |
| | 20:20  Q.  Mr. Helfer, while he does that, beyond the | | |
| | 20:21    $1.5 million, has Element made any other payments | | |
| | 20:22    to Contour IP Holding? | | |
| | 20:23  A.  They have not. | | |
| 25:23 - 26:08 | **Helfer, Ross 2025-09-26** | 00:00:25 | **HelferCombinedFinalV2.62** |
| | 25:23  Q.  Mr. Helfer, we -- we've looked now at | | |
| | 25:24    payments from October, November, and December of | | |
| | 25:25    2021, and January, February, and May of 2022; is | | |
| | 26:01    that correct? | | |
| | 26:02  A.  It is. | | |
| | 26:03  Q.  Why was there no payment made in March of | | |
| | 26:04    2022? | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
|  | 26:05  A.  I don't know. <br> 26:06  Q.  Why was there no payment made in April of <br> 26:07      2022? <br> 26:08  A.  I don't know. |  |  |
| 29:09 - 29:14 | **Helfer, Ross 2025-09-26** <br> 29:09      Mr. Helfer, who was the point person on <br> 29:10      negotiations with Element? <br> 29:11  A.  I was. <br> 29:12  Q.  And after the license was signed, who was <br> 29:13      the point person regarding any ongoing development <br> 29:14      efforts? | 00:00:14 | HelferCombinedFinalV2.63 |
| 29:17 - 29:17 | **Helfer, Ross 2025-09-26** <br> 29:17      THE WITNESS:  I was the primary contact. | 00:00:02 | HelferCombinedFinalV2.64 |
| 30:03 - 30:05 | **Helfer, Ross 2025-09-26** <br> 30:03  Q.  Since November 2021, what conversations <br> 30:04      has Contour IP Holding had with Element regarding <br> 30:05      developing products? | 00:00:08 | HelferCombinedFinalV2.65 |
| 30:08 - 30:19 | **Helfer, Ross 2025-09-26** <br> 30:08      THE WITNESS:  None that I'm aware of. <br> 30:09      BY MR. RICHES: <br> 30:10  Q.  To your knowledge, since November 2021, <br> 30:11      has Element developed an action camera? <br> 30:12  A.  Not that I'm aware of. <br> 30:13  Q.  Since November 2021, to your knowledge, <br> 30:14      has Element sold an action camera? <br> 30:15  A.  Not that I'm aware of. <br> 30:16  Q.  Since November of 2021, have Contour IP <br> 30:17      Holding and Element had any discussions about <br> 30:18      developing an action camera? <br> 30:19  A.  Not that I'm aware of. | 00:00:32 | HelferCombinedFinalV2.66 |
| 30:23 - 31:02 | **Helfer, Ross 2025-09-26** <br> 30:23  Q.  In November of 2021, Contour IP Holding <br> 30:24      sent a Contour 4K camera to Element; is that <br> 30:25      correct? <br> 31:01  A.  Yes. <br> 31:02  Q.  Has Element made a Contour 4K camera? | 00:00:13 | HelferCombinedFinalV2.67 |
| 31:05 - 31:05 | **Helfer, Ross 2025-09-26** <br> 31:05      THE WITNESS:  I don't believe. | 00:00:01 | HelferCombinedFinalV2.68 |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| 31:07 - 31:09 | **Helfer, Ross 2025-09-26**<br>31:07  Q.  Since November of 2021, has Element<br>31:08       developed a smart doorbell?<br>31:09  A.  Not that I'm aware of. | 00:00:07 | **HelferCombinedFinalV2.69** |
| 31:20 - 31:21 | **Helfer, Ross 2025-09-26**<br>31:20  Q.  In that same time period, are you aware of<br>31:21       Element selling a smart doorbell? | 00:00:04 | **HelferCombinedFinalV2.70** |
| 31:23 - 32:01 | **Helfer, Ross 2025-09-26**<br>31:23       THE WITNESS:  Not that I'm aware of.<br>31:24       BY MR. RICHES:<br>31:25  Q.  Do you know whether Element currently has<br>32:01       a video doorbell product in manufacturing? | 00:00:07 | **HelferCombinedFinalV2.71** |
| 32:03 - 32:03 | **Helfer, Ross 2025-09-26**<br>32:03       THE WITNESS:  I don't. | 00:00:01 | **HelferCombinedFinalV2.72** |
| 32:05 - 32:06 | **Helfer, Ross 2025-09-26**<br>32:05  Q.  Are you aware of whether Element currently<br>32:06       has an action camera in development? | 00:00:04 | **HelferCombinedFinalV2.73** |
| 32:08 - 32:08 | **Helfer, Ross 2025-09-26**<br>32:08       THE WITNESS:  I am not. | 00:00:01 | **HelferCombinedFinalV2.74** |
| 32:13 - 32:14 | **Helfer, Ross 2025-09-26**<br>32:13       Are you aware of any timeline for Element<br>32:14       to develop an action camera? | 00:00:04 | **HelferCombinedFinalV2.75** |
| 32:16 - 32:16 | **Helfer, Ross 2025-09-26**<br>32:16       THE WITNESS:  I am not. | 00:00:01 | **HelferCombinedFinalV2.76** |
| 32:22 - 33:02 | **Helfer, Ross 2025-09-26**<br>32:22  Q.  To your knowledge, has Element developed<br>32:23       any licensed products under this agreement?<br>32:24  A.  Not that I'm aware of.<br>32:25  Q.  To your knowledge, has Element<br>33:01       manufactured any licensed products under this<br>33:02       agreement? | 00:00:15 | **HelferCombinedFinalV2.77** |
| 33:05 - 33:08 | **Helfer, Ross 2025-09-26**<br>33:05       THE WITNESS:  Not that I'm aware of.<br>33:06       BY MR. RICHES:<br>33:07  Q.  To your knowledge, has Element sold any<br>33:08       licensed products under this agreement? | 00:00:06 | **HelferCombinedFinalV2.78** |
| 33:10 - 33:13 | **Helfer, Ross 2025-09-26** | 00:00:07 | **HelferCombinedF** |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| | 33:10 | THE WITNESS: Not that I'm aware of. | | inalV2.79 |
| | 33:11 | BY MR. RICHES: | | |
| | 33:12 | Q. Are you aware of any product roadmaps for | | |
| | 33:13 | Element to build an action camera? | | |
| 33:15 - 33:15 | **Helfer, Ross 2025-09-26** | | 00:00:01 | **HelferCombinedFinalV2.80** |
| | 33:15 | THE WITNESS: I am not. | | |
| 33:22 - 33:23 | **Helfer, Ross 2025-09-26** | | 00:00:05 | **HelferCombinedFinalV2.81** |
| | 33:22 | Q. Are you aware of any product roadmaps for | | |
| | 33:23 | Element to develop any licensed product? | | |
| 33:25 - 33:25 | **Helfer, Ross 2025-09-26** | | 00:00:01 | **HelferCombinedFinalV2.82** |
| | 33:25 | THE WITNESS: I am not. | | |
| 42:06 - 42:23 | **Helfer, Ross 2025-09-26** | | 00:00:51 | **HelferCombinedFinalV2.83** |
| | 42:06 | Q. And counsel for GoPro asked you some | | |
| | 42:07 | questions earlier about whether Element | | |
| | 42:08 | Electronics had developed an action camera, to | | |
| | 42:09 | your knowledge. | | |
| | 42:10 | Do you recall that? | | |
| | 42:11 | A. I do. | | |
| | 42:12 | Q. Okay. Do you yourself have any personal | | |
| | 42:13 | knowledge about what Element Electronics is | | |
| | 42:14 | developing today? | | |
| | 42:15 | A. I do not. | | |
| | 42:16 | Q. Do you have any personal knowledge as to | | |
| | 42:17 | what Element Electronics has been developing at | | |
| | 42:18 | all since -- anytime -- since 2021? | | |
| | 42:19 | A. No, I've no line of sight into Element. | | |
| | 42:20 | Q. Okay. In your experience, is it unusual | | |
| | 42:21 | at all that Element Electronics has not yet | | |
| | 42:22 | developed an action camera, to your personal | | |
| | 42:23 | knowledge, as of today? | | |
| 42:25 - 42:25 | **Helfer, Ross 2025-09-26** | | 00:00:02 | **HelferCombinedFinalV2.84** |
| | 42:25 | THE WITNESS: No, it is not. | | |
| 43:02 - 43:09 | **Helfer, Ross 2025-09-26** | | 00:00:29 | **HelferCombinedFinalV2.85** |
| | 43:02 | Q. And why is it not unusual? | | |
| | 43:03 | A. Because a licensee does not communicate | | |
| | 43:04 | their internal development. They may have issues. | | |
| | 43:05 | These things are very difficult to bring to | | |
| | 43:06 | market. And it's kept under pretty tight wrap, | | |
| | 43:07 | usually, and we don't learn about it until | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 43:08    something is in the marketplace sold, and there is | | |
| | 43:09    a liability due to us. | | |
| 44:15 - 44:20 | **Helfer, Ross 2025-09-26** | 00:00:19 | HelferCombinedFinalV2.86 |
| | 44:15  Q.  Okay.  And so let me just kind of recap | | |
| | 44:16      what I understood. | | |
| | 44:17      Is the fact that Element Electronics has | | |
| | 44:18      not launched an action camera as of today, in | | |
| | 44:19      2025, when they signed the license agreement in | | |
| | 44:20      2021, unusual at all to you? | | |
| 44:23 - 44:23 | **Helfer, Ross 2025-09-26** | 00:00:01 | HelferCombinedFinalV2.87 |
| | 44:23      THE WITNESS:  No, not at all. | | |
| 45:07 - 45:10 | **Helfer, Ross 2025-09-26** | 00:00:10 | HelferCombinedFinalV2.88 |
| | 45:07  Q.  Based on your prior conversations with | | |
| | 45:08      Element Electronics, do you have any expectation | | |
| | 45:09      as to whether, in fact, they will release a | | |
| | 45:10      licensed product at some point in time? | | |
| 45:12 - 45:12 | **Helfer, Ross 2025-09-26** | 00:00:01 | HelferCombinedFinalV2.89 |
| | 45:12      THE WITNESS:  I believe they will. | | |
| 46:13 - 46:16 | **Helfer, Ross 2025-09-26** | 00:00:09 | HelferCombinedFinalV2.90 |
| | 46:13  Q.  And when -- if Element Electronics | | |
| | 46:14      releases a licensed product, what is your | | |
| | 46:15      expectation as to what their obligations are under | | |
| | 46:16      the Element license? | | |
| 46:19 - 46:20 | **Helfer, Ross 2025-09-26** | 00:00:03 | HelferCombinedFinalV2.91 |
| | 46:19      THE WITNESS:  The product practices the | | |
| | 46:20      patents, there will be a 5 percent royalty. | | |
| 46:23 - 46:25 | **Helfer, Ross 2025-09-26** | 00:00:03 | HelferCombinedFinalV2.92 |
| | 46:23  A.  Actually, A.  I'm sorry.  Section A under | | |
| | 46:24      the patent, there would be a 5 percent royalty. | | |
| | 46:25      Yeah. | | |
| 47:01 - 47:03  🔗 P702.1.1 | **Helfer, Ross 2025-09-26** | 00:00:06 | HelferCombinedFinalV2.93 |
| | 47:01  Q.  Okay.  Excuse me.  One more question. | | |
| | 47:02      Could you turn to Exhibit 1 that counsel | | |
| | 47:03      for GoPro introduced? | | |
| 47:04 - 47:05 | **Helfer, Ross 2025-09-26** | 00:00:03 | HelferCombinedFinalV2.94 |
| | 47:04      Tell me when you're there. | | |
| | 47:05  A.  I'm there. | | |

| DESIGNATION | SOURCE | | DURATION | ID |
|---|---|---|---|---|
| 47:11 - 47:12 | **Helfer, Ross 2025-09-26** | | 00:00:09 | **HelferCombinedFinalV2.95** |
| 🔗 P702.6.1 | 47:11 | Q. Do you see under paragraph 4(b), sub iv -- | | |
| | 47:12 | can you just read what that states, please? | | |
| 47:21 - 47:25 | **Helfer, Ross 2025-09-26** | | 00:00:11 | **HelferCombinedFinalV2.96** |
| | 47:21 | A. Yeah. | | |
| | 47:22 | Licensee may terminate this Agreement upon | | |
| | 47:23 | written notice to Licensor if neither Licensee nor | | |
| | 47:24 | its Affiliates no longer Disposes of any Licensed | | |
| | 47:25 | Products or has any Licensed Products in | | |
| 48:01 - 48:05 | **Helfer, Ross 2025-09-26** | | 00:00:08 | **HelferCombinedFinalV2.97** |
| | 48:01 | inventory. | | |
| | 48:02 | Q. As of today, has Element Electronics | | |
| | 48:03 | provided written notice of any termination of the | | |
| | 48:04 | Element license? | | |
| ✖ Clear | 48:05 | A. They have not. | | |
| 48:21 - 49:08 | **Helfer, Ross 2025-09-26** | | 00:00:40 | **HelferCombinedFinalV2.98** |
| | 48:21 | Q. What products that would be a healthcare | | |
| | 48:22 | product are you aware of that Element could make | | |
| | 48:23 | which would practice the licensed patents? | | |
| | 48:24 | A. Yeah, they -- they have it very close to | | |
| | 48:25 | the chest.  So what they shared with us was that | | |
| | 49:01 | they -- they were pursuing an aging in place -- | | |
| | 49:02 | their words -- and aging-in-place solution, and | | |
| | 49:03 | that they had one of the largest medical-hospital | | |
| | 49:04 | corporations in the country partnering with them; | | |
| | 49:05 | they had a large insurance carrier partnering with | | |
| | 49:06 | them.  And they seemed pretty excited about it. | | |
| | 49:07 | And that would, of course, use cameras, sensors, | | |
| | 49:08 | all kinds of technology. | | |
| 50:16 - 50:21 | **Helfer, Ross 2025-09-26** | | 00:00:14 | **HelferCombinedFinalV2.99** |
| | 50:16 | Q. Mr. Helfer, you talked a lot about what | | |
| | 50:17 | Element might be doing. | | |
| | 50:18 | To be clear, you have no personal | | |
| | 50:19 | knowledge of whether Element has taken any steps | | |
| | 50:20 | to develop a licensed product; is that correct? | | |
| | 50:21 | A. That's correct. | | |
| 51:09 - 51:18 | **Helfer, Ross 2025-09-26** | | 00:00:29 | **HelferCombinedFinalV2.100** |
| | 51:09 | Q. Beyond what Element told you and your | | |
| | 51:10 | personal beliefs, do you have any other basis for | | |

| DESIGNATION | SOURCE | DURATION | ID |
|---|---|---|---|
| | 51:11  saying that Element will release a licensed camera | | |
| | 51:12  product? | | |
| | 51:13  A. No. That's what it's based on. | | |
| | 51:14  Q. Okay. Beyond what Element told you and | | |
| | 51:15  your personal belief, do you have any other basis | | |
| | 51:16  that Element will release a healthcare product | | |
| | 51:17  that practices the asserted patents? | | |
| | 51:18  A. No. Just that. | | |
| 51:19 - 52:15 | **Helfer, Ross 2025-09-26** | 00:00:43 | **HelferCombinedFinalV2.101** |
| | 51:19  Q. Okay. When you testified that you do not | | |
| | 51:20  believe it was unusual that Element has not | | |
| | 51:21  released a licensed product, what is that based | | |
| | 51:22  on? | | |
| | 51:23  A. Just product cycles, how -- you know, how | | |
| | 51:24  long it takes for you to analyze the market, get | | |
| | 51:25  engineering in place, to engineer a product, | | |
| | 52:01  develop your manufacturing lines, and you've got | | |
| | 52:02  to go to Vietnam, you got to -- you know. And | | |
| | 52:03  they're not just sitting there waiting for you, | | |
| | 52:04  right? So you -- you've got to go there, get a | | |
| | 52:05  contract, get your slot. They might not get a | | |
| | 52:06  slot for a year. Then you've got to get parts, | | |
| | 52:07  supply. It might take you eight months to get | | |
| | 52:08  your supply lines supplies. And then you've got | | |
| | 52:09  to get your prototypes built. You've got to get | | |
| | 52:10  FCC approval after your prototypes are done. Then | | |
| | 52:11  you've got to get your retail distribution | | |
| | 52:12  partners in place. | | |
| | 52:13  It's years and years of development to | | |
| | 52:14  bring something to market, electronics, in the | | |
| | 52:15  U.S. | | |
| 52:22 - 53:03 | **Helfer, Ross 2025-09-26** | 00:00:17 | **HelferCombinedFinalV2.102** |
| | 52:22  Q. Have you ever brought a product to market | | |
| | 52:23  yourself? | | |
| | 52:24  A. No. That -- it's based on working with | | |
| | 52:25  companies that have. | | |
| | 53:01  Q. But you, yourself, have never been | | |
| | 53:02  responsible for bringing a product to market? | | |
| | 53:03  A. That is correct. | | |
| 53:12 - 53:16 | **Helfer, Ross 2025-09-26** | 00:00:14 | **HelferCombinedF** |

| DESIGNATION | SOURCE | | | DURATION | ID |
|---|---|---|---|---|---|
| 53:12 | Q. | And, Mr. Helfer, just one quick question. | | | inalV2.103 |
| 53:13 | | In the past, with your experience, have | | | |
| 53:14 | | you worked with companies that are, in fact, | | | |
| 53:15 | | responsible for bringing a product to market? | | | |
| 53:16 | A. | Intimately, yes. | | | |

| | |
|---|---|
| Our Designations | 00:03:55 |
| Their Counters | 00:10:29 |
| Our Counter Counters | 00:02:45 |
| **TOTAL RUN TIME** | **00:17:09** |

Documents linked to video:
P702