John R. Keville *(Pro Hac Vice)*
jkeville@sheppardmullin.com
Michelle C. Replogle (Pro Hac Vice)
mreplogle@sheppardmullin.com
Michael C. Krill *(Pro Hac Vice)*
mkrill@sheppardmullin.com
Sunny Akarapu *(Pro Hac Vice)*
SAkarapu@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON, LLP
845 Texas Avenue, 25th Floor
Houston, Texas 77002-
Telephone: (713) 431-7100
Facsimile: (713) 431-7024

Lai L. Yip (SBN 258029)
*lyip@sheppardmullin.com*
SHEPPARD, MULLIN, RICHTER &
HAMPTON, LLP
Four Embarcadero Center Seventeenth Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 875-6700

Attorneys for Plaintiff,
CONTOUR IP HOLDING, LLC

JOHN D. HAYNES (admitted *pro hac vice)*
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone:     404-881-7000
Facsimile:     404-881-7777
john.haynes@alston.com

PHILIP DUCKER (State Bar No. 262644)
MICHELLE CLARK (State Bar No. 243777)
**ALSTON & BIRD LLP**
55 Second Street, Suite 2100
San Francisco, CA 94105
Telephone:     415-243-1000
Facsimile:     415-243-1001
phil.ducker@alston.com
michelle.clark@alston.com
dana.zottola@alston.com

Attorneys for Defendant GOPRO, INC.

Additional counsel on signature page

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTOUR IP HOLDING, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>GOPRO, INC.,<br><br>Defendant. | ) **CONSOLIDATED**<br>) Lead Case No. 17-cv-04738-WHO<br>) Consolidated Case No. 21-cv-02143-WHO<br>)<br>) **JOINT STIPULATION REGARDING**<br>) **DEPOSITION TESTIMONY PLAYED**<br>) **DURING TRIAL AND [PROPOSED]**<br>) **ORDER**<br>)<br>) Judge: William H. Orrick<br>)<br>)<br>)<br>) |

1    Pursuant to the Northern District of California Civil Local Rule 7-12 , Contour IP Holding,

2    LLC ("Contour") and Defendant GoPro, Inc. ("GoPro") hereby stipulate and jointly to file portions of

3    deposition video played at trial in Case No. 3:17-cv-04738-WHO and 3:17-cv-04738-WHO

4    (collectively the "Case").

5    WHEREAS, a jury trial in this case was commenced on September 29, 2025 (Dkt. No. 839);

6    WHEREAS, Plaintiffs rested their case-in-chief on 10/03/2025 (Dkt. No. 847);

7    WHEREAS, Defendants rested their case-in-chief on 10/07/2025 (Dkt. No. 854);

8    WHEREAS, Plaintiffs rested their rebuttal case on 10/08/2025 (Dkt. No. 858);

9    NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned

10    counsel for the Parties, subject to the approval of the Court, as follows:

11    The Parties submit to this Stipulation the following Exhibits which designate the deposition

12    testimony played during trial because it was not recorded on the trial transcript.

13    The testimony is attached hereto as follows:

14    Exhibit A: Marc Barros

15    Exhibit B: Jason Green

16    Exhibit C: Ross Helfer

17    Exhibit D: Vlad Kazhdan

18    Exhibit E: Laura O'Donnell

19    Exhibit F: Paul Donovan

20

21    IT IS SO STIPULATED.

22

23

24

25

26

27

28

| | |
|---|---|
| Dated: October 17, 2025 | /s/ John. R. Keville |

Lai L. Yip (SBN 258029)
*lyip@sheppardmullin.com*
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
Four Embarcadero Center Seventeenth Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 875-6700

John R. Keville *(Pro Hac Vice)*
*jkeville@sheppardmullin.com*
Michelle C. Replogle (Pro Hac Vice)
*mreplogle@sheppardmullin.com*
Michael C. Krill *(Pro Hac Vice)*
*mkrill@sheppardmullin.com*
Sunny Akarapu *(Pro Hac Vice)*
*SAkarapu@sheppardmullin.com*
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
700 Louisiana Street, Suite 2750
Houston, Texas 77002-2791
Telephone: (713) 431-7100
Facsimile: (713) 431-7024

Counsel for Plaintiff
CONTOUR IP HOLDING LLC

| | |
|---|---|
| Dated: October 17, 2025 | /s/ Michelle A. Clark |

Michelle Ann Clark (SBN 243777)
Philip C. Ducker (SBN 262644)
Dana Zottola (SBN 346715)
**ALSTON & BIRD LLP**
55 Second Street, Suite 2100
San Francisco, California 94105-0912
Telephone: (415) 243-1000
Facsimile: (415) 243-1001
michelle.clark@alston.com
phil.ducker@alston.com
dana.zottola@alston.com

John D. Haynes (admitted *pro hac vice*)
Sloane Kyrazis (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone:     404-881-7000
Facsimile:     404-881-7777
john.haynes@alston.com

Karlee N. Wroblewski (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
Bank of America Plaza
Suite 4000
101 South Tryon Street
Charlotte, NC 28280-4000
Telephone:      (704) 444-1000
Facsimile:      (704) 444-1111
karlee.wroblewski@alston.com

Elliott C. Riches (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
2200 Ross Avenue
Suite 2300
Dallas, TX 75201
Telephone:      (214) 922-3492
elliott.riches@alston.com

Attorneys for Defendant GOPRO, INC.

**CONCURRENCE IN FILING**

I, John R. Keville, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  October 17, 2025                    /s/ John R. Keville

                                            John R. Keville

**PURSUANT TO STIPULATION, IT IS SO ORDERED.:**

The deposition testimony in Exhibits A-F were played during trial.

Dated: October 17, 2025

HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT
JUDGE