Pages 1 - 14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Before The Honorable William H. Orrick, Judge

| | |
|---|---|
| CONTOUR IP HOLDING, LLC, | ) |
| | ) |
| Plaintiff, | ) **CONSOLIDATED CASES** |
| | ) **NO. 3:17-CV-04738 WHO** |
| VS. | ) **NO. 3:21-CV-02143 WHO** |
| | ) |
| GOPRO, INC., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

San Francisco, California

**MASTER INDEX**

**APPEARANCES**:

For Plaintiff:
            SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
            845 Texas Avenue, 25th Floor
            Houston, Texas 77002
        BY: **JOHN R. KEVILLE, ATTORNEY AT LAW**
            **MICHELLE C. REPLOGLE, ATTORNEY AT LAW**
            **SUNNY AKARAPU, ATTORNEY AT LAW**
            **MICHAEL C. KRILL, ATTORNEY AT LAW**

For Defendant:
            ALSTON & BIRD LLP
            One Atlantic Center
            1201 West Peachtree Street
            Atlanta, Georgia  30309
        BY: **JOHN D. HAYNES, ATTORNEY AT LAW**
            **SLOANE S. KYRAZIS, ATTORNEY AT LAW**

**(APPEARANCES CONTINUED ON FOLLOWING PAGE)**

REPORTED BY:  Ana Dub, RMR, RDR, CRR, CCRR, CRG, CCG
            CSR No. 7445, Official United States Reporter

1    **APPEARANCES**:   (CONTINUED)

2    For Defendant:

                         ALSTON & BIRD LLP
3                        55 Second Street, Suite 2100
                         San Francisco, California 94105
4               BY:  **MICHELLE A. CLARK, ATTORNEY AT LAW**
                     **PHILIP C. DUCKER, ATTORNEY AT LAW**
5

6                        ALSTON & BIRD LLP
                         2828 North Harwood Street, Suite 1800
7                        Dallas, Texas  75201
                BY:  **ELLIOTT C. RICHES, ATTORNEY AT LAW**
8
                         ALSTON & BIRD LLP
9                        Vantage South End
                         1120 South Tryon Street, Suite 300
10                       Charlotte, North Carolina 28203
                BY:  **KARLEE N. WROBLEWSKI, ATTORNEY AT LAW**
11

12   **Also Present:**
                         Robert Mooney, Contour Corporate Rep
13                       Pablo Lema, GoPro Corporate Rep
                         Tyler Gee, Deputy General Counsel, GoPro
14                       Jesse Taylor, Trial Technician
                         Allen Eaton, Trial Technician
15                       Luke Arndt, Trial Technician
                         Sarah Moyer, Trial Technician
16

17

18

19

20

21

22

23

24

25

1                **M A S T E R   I N D E X**

2

3   Monday, September 29, 2025 - Volume 1

4   Tuesday, September 30, 2025 - Volume 2

5   Wednesday, October 1, 2025 - Volume 3

6   Thursday, October 2, 2025 - Volume 4

7   Friday, October 4, 2025 - Volume 5

8   Monday, October 6, 2025 - Volume 6

9   Tuesday, October 7, 2025 - Volume 7

10   Wednesday, October 8, 2025 - Volume 8

11   Thursday, October 9, 2025 - Volume 9

12   Friday, October 10, 2025 - Volume 10

13

| | PAGE | VOL. |
|---|---|---|
| Preliminary Jury Instructions | 40 | 1 |
| Jury Voir Dire | 45 | 1 |
| Jury Instructions | 147 | 1 |
| Opening Statement by Mr. Keville | 162 | 1 |
| Opening Statement by Mr. Haynes | 190 | 1 |
| Plaintiff Rests | 874 | 5 |
| Charging Conference | 949 | 5 |
| Defense Rests | 1313 | 7 |
| Charging Conference | 1361 | 7 |
| Plaintiff Rests Rebuttal | 1415 | 8 |
| Defendant Rests Surrebuttal | 1435 | 8 |
| Jury Instructions | 1435 | 8 |
| Closing Argument by Mr. Keville | 1473 | 8 |
| Closing Argument by Mr. Haynes | 1517 | 8 |
| Rebuttal Argument by Mr. Keville | 1570 | 8 |
| Final Jury Instructions | 1577 | 8 |
| Jury Question | 1585 | 9 |
| Jury Question | 1597 | 9 |
| Proceedings Regarding Jury | 1604 | 10 |
| Verdict | 1607 | 10 |

1                          **M A S T E R   I N D E X**

2

3    **PLAINTIFF'S WITNESSES**                           **PAGE**   **VOL.**

4    **BARROS, MARC**
     By Video Deposition (not reported)             229     2

5

6    **HARRISON, JAMES ALEXANDER TOBIAS**
      (SWORN)                                        230     2
7    Direct Examination by Mr. Keville              231     2
     Cross-Examination by Mr. Haynes                270     2
8    Redirect Examination by Mr. Keville            289     2

9

10   **MANDER, RICHARD IAN**
      (SWORN)                                        291     2
11   Direct Examination by Ms. Replogle             292     2
     Cross-Examination by Mr. Haynes                382     2

12

13   **MANDER, RICHARD IAN (RECALLED)**
      (PREVIOUSLY SWORN)                             417     3
14   Cross-Examination resumed by Mr. Haynes        417     3
     Redirect Examination by Ms. Replogle           437     3

15

16   **HU, PH.D., JING**
      (SWORN)                                        439     3
17   Direct Examination by Mr. Krill                440     3
     Cross-Examination by Mr. Haynes                513     3
18   Redirect Examination by Mr. Krill              544     3

19

20   **WOODMAN, NICHOLAS D.**
      (SWORN)                                        549     3
21   Direct Examination by Mr. Keville              550     3

22

23

24

25

# M A S T E R   I N D E X

| **PLAINTIFF'S WITNESSES** | **PAGE** | **VOL.** |
|---|---|---|
| **WOODMAN, NICHOLAS D.** | | |
| (SWORN) | 549 | 3 |
| Direct Examination by Mr. Keville | 550 | 3 |
| | | |
| **WOODMAN, NICHOLAS D. (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 592 | 4 |
| Direct Examination resumed by Mr. Keville | 592 | 4 |
| Cross-Examination by Mr. Woodman | 640 | 4 |
| Redirect Examination by Mr. Keville | 702 | 4 |
| Recross-Examination by Mr. Haynes | 709 | 4 |
| **GREEN, JASON** | | |
| By Video Deposition (not reported) | 715 | 4 |
| | | |
| **MOONEY, ROBERT PAUL KALMAR** | | |
| (SWORN) | 716 | 4 |
| Direct Examination by Ms. Replogle | 716 | 4 |
| Cross-Examination by Mr. Ducker | 747 | 4 |
| | | |
| **MOONEY, ROBERT PAUL KALMAR (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 782 | 5 |
| Cross-Examination resumed by Mr. Ducker | 782 | 5 |
| Redirect Examination by Ms. Replogle | 787 | 5 |
| | | |
| **KAZHDAN, VLAD** | | |
| By Video Deposition (not reported) | 791 | 5 |
| | | |
| **HELFER, ROSS T.** | | |
| By Video Deposition (not reported) | 792 | 5 |
| | | |
| **UGONE, KEITH R.** | | |
| (SWORN) | 792 | 5 |
| Direct Examination by Ms. Replogle | 793 | 5 |
| Cross-Examination by Ms. Clark | 822 | 5 |
| Redirect Examination by Ms. Replogle | 873 | 5 |

# M A S T E R   I N D E X

| **PLAINTIFF'S WITNESSES** | **PAGE** | **VOL.** |
|---|---|---|
| **HU, JING (RECALLED)** | | |
| (PREVIOUSLY SWORN) | 1314 | 7 |
| Direct Examination by Mr. Krill | 1314 | 7 |
| Cross-Examination by Mr. Haynes | 1332 | 7 |
| | | |
| **HU, JING (RECALLED IN REBUTTAL)** | | |
| (PREVIOUSLY SWORN) | 1402 | 8 |
| Cross-Examination resumed by Mr. Haynes | 1402 | 8 |
| Redirect Examination by Mr. Krill | 1413 | 8 |

| **DEFENDANT'S WITNESSES** | **PAGE** | **VOL.** |
|---|---|---|
| **LEMA, PABLO** | | |
| (SWORN) | 874 | 5 |
| Direct Examination by Ms. Clark | 875 | 5 |
| Cross-Examination by Mr. Krill | 903 | 5 |
| | | |
| **LIU, DICKY JI-AN** | | |
| (SWORN) | 922 | 5 |
| Direct Examination by Mr. Ducker | 922 | 5 |
| Cross-Examination by Mr. Krill | 941 | 5 |
| Redirect Examination by Mr. Ducker | 945 | 5 |
| | | |
| **O'DONNELL, LAURA** | | |
| By Video Deposition (not reported) | 946 | 5 |
| | | |
| **LEGALL, DIDIER** | | |
| (SWORN) | 998 | 6 |
| Direct Examination by Mr. Haynes | 999 | 6 |
| Cross-Examination by Mr. Keville | 1039 | 6 |
| Redirect Examination by Mr. Haynes | 1068 | 6 |
| | | |
| **ALMEROTH, KEVIN CHRISTOPHER** | | |
| (SWORN) | 1074 | 6 |
| Direct Examination by Ms. Clark | 1075 | 6 |
| Cross-Examination by Mr. Keville | 1154 | 6 |

1              **M A S T E R   I N D E X**

2

3    **DEFENDANT'S WITNESSES**                        **PAGE**   **VOL.**

4    **ALMEROTH, KEVIN CHRISTOPHER (RECALLED)**
     (PREVIOUSLY SWORN)                               1184      7
5    Cross-Examination resumed by Mr. Keville         1185      7
     Redirect Examination by Ms. Clark                1213      7

6

7    **KENNEDY, PATRICK FITZGERALD**
     (SWORN)                                          1233      7
8    Direct Examination by Mr. Ducker                 1233      7
     Cross-Examination by Ms. Replogle                1278      7
9    Redirect Examination by Mr. Ducker               1312      7

10

11   **DONOVAN, PAUL "NIPPER"**
     By Video Deposition (not reported)               1314      7

12

13   **ALMEROTH, KEVIN CHRISTOPHER (RECALLED IN SURREBUTTAL)**
     (PREVIOUSLY SWORN)                               1415      8
14   Direct Examination by Ms. Clark                  1416      8
     Cross-Examination by Mr. Keville                 1428      8
15   Redirect Examination by Ms. Clark                1433      8

16

17

18

19

20

21

22

23

24

25

# M A S T E R   I N D E X

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 1 | | 360 | 2 |
| 2 | | 360 | 2 |
| PDX-2 | | 404 | 3 |
| PDX-3 | | 404 | 3 |
| 3 | | 719 | 4 |
| 4 | | 728 | 4 |
| 6 | | 301 | 2 |
| 8 | | 344 | 2 |
| 10 | | 329 | 2 |
| 14 | | 951 | 5 |
| JTX-14 | | 1184 | 7 |
| 21 | | 338 | 2 |
| 26 | | 315 | 2 |
| 27 | | 313 | 2 |
| 43 | | 244 | 2 |
| 55 | | 459 | 3 |
| 56 | | 459 | 3 |
| 57 | | 459 | 3 |
| 69 | | 459 | 3 |
| 71 | | 459 | 3 |
| 74 | | 459 | 3 |
| 87 | | 459 | 3 |

**M A S T E R   I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 100 | | 504 | 3 |
| 120 | | 459 | 3 |
| 148 | | 459 | 3 |
| 149 | | 459 | 3 |
| 152 | | 459 | 3 |
| 155 | | 451 | 3 |
| 156 | | 459 | 3 |
| 158 | | 459 | 3 |
| 159 | | 459 | 3 |
| 160 | | 459 | 3 |
| 259 | | 558 | 3 |
| 263 | | 560 | 3 |
| 303 | | 695 | 4 |
| 304 | | 598 | 4 |
| 363 | | 596 | 4 |
| 367 | | 595 | 4 |
| 405 | | 622 | 4 |
| 412 | | 620 | 4 |
| 426 | | 597 | 4 |
| 442 | | 367 | 2 |
| 443 | | 366 | 2 |
| 444 | | 369 | 2 |

**M A S T E R   I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 454 | | 263 | 2 |
| 455 | | 265 | 2 |
| 459 | | 259 | 2 |
| 463 | | 284 | 2 |
| 469 | | 258 | 2 |
| 470 | | 238 | 2 |
| 495 | | 1148 | 6 |
| 579 | | 267 | 2 |
| 580 | | 267 | 2 |
| 702 | | 512 | 3 |
| 702 | | 792 | 5 |
| 813 | | 459 | 3 |
| 814 | | 464 | 3 |
| 815 | | 459 | 3 |
| 816 | | 459 | 3 |
| 817 | | 459 | 3 |
| 818 | | 459 | 3 |
| 1000 | | 662 | 4 |
| 1079 | | 304 | 2 |
| 1096 | | 792 | 5 |
| 1117 | | 792 | 5 |
| 1145 | | 792 | 5 |

**M A S T E R   I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 1210 | | 464 | 3 |
| 1211 | | 464 | 3 |
| 1212 | | 464 | 3 |
| 1213 | | 464 | 3 |
| 1214 | | 464 | 3 |
| 1215 | | 464 | 3 |
| 1224 | | 907 | 5 |
| 1228 | | 909 | 5 |
| 1229 | | 468 | 3 |
| 1231 | | 493 | 3 |
| 1259 | | 483 | 3 |
| 1272 | | 782 | 5 |
| 1280 | | 321 | 2 |
| 1282 | | 346 | 2 |
| 1291 | | 466 | 3 |
| 1292 | 403 | | 3 |
| 1293 | | 498 | 3 |
| 1294 | | 714 | 4 |
| 1295 | | 714 | 4 |
| 2006 | | 947 | 5 |
| 2006 | | 1030 | 6 |
| 2007 | | 1032 | 6 |

**M A S T E R   I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 2010 | | 325 | 2 |
| 2032 | | 1037 | 6 |
| 2039 | | 1028 | 6 |
| 2041 | | 1003 | 6 |
| 2046 | | 1048 | 6 |
| 2047 | | 1011 | 6 |
| 2048 | | 1014 | 6 |
| 2049 | | 1034 | 6 |
| 2136 | | 760 | 4 |
| 2182 | | 336 | 2 |
| 2188 | | 391 | 2 |
| 2200 | | 310 | 2 |
| 2239 | | 252 | 2 |
| 2309 | | 763 | 4 |
| 2350 | | 1089 | 6 |
| 2351 | | 567 | 3 |
| 2378 | | 689 | 4 |
| 2381 | | 607 | 4 |
| 2383 | | 606 | 4 |
| 2384 | | 682 | 4 |
| 2387 | | 611 | 4 |
| 2387 | | 685 | 4 |

# M A S T E R   I N D E X

## E X H I B I T S

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 2411 | | 600 | 4 |
| 2479 | | 1019 | 6 |
| 2833 | | 555 | 3 |
| 3116 | | 618 | 4 |
| 3127 | | 678 | 4 |
| 3130 | | 616 | 4 |
| 3153 | | 608 | 4 |
| 3339 | | 602 | 4 |
| 3412 | | 670 | 4 |
| 3431 | | 572 | 3 |
| 3435 | | 758 | 4 |
| 3473 | | 702 | 4 |
| 3475 | | 674 | 4 |
| 3484 | | 1021 | 6 |
| TX-3484 | | 1183 | 7 |
| 3559 | | 267 | 2 |
| 3885 | | 1023 | 6 |
| 3899 | | 1016 | 6 |
| 3950 | | 965 | 5 |
| 4154 | | 1091 | 6 |
| 4157 | | 857 | 5 |
| 4208 | | 1092 | 6 |

**M A S T E R   I N D E X**

**E X H I B I T S**

| TRIAL EXHIBITS | IDEN | EVID | VOL. |
|---|---|---|---|
| 4214 | | 1095 | 6 |
| 4289 | | 898 | 5 |
| 4382 | | 1091 | 6 |
| 4422 | | 896 | 5 |
| 4481 | | 475 | 3 |
| 4505 | | 888 | 5 |
| 4767 | | 932 | 5 |
| TX-4778 | | 1183 | 7 |