| | |
|---|---|
| John R. Keville *(Pro Hac Vice)*<br>jkeville@sheppardmullin.com<br>Michelle C. Replogle (Pro Hac Vice)<br>mreplogle@sheppardmullin.com<br>Michael C. Krill *(Pro Hac Vice)*<br>mkrill@sheppardmullin.com<br>Sunny Akarapu *(Pro Hac Vice)*<br>SAkarapu@sheppardmullin.com<br>SHEPPARD, MULLIN, RICHTER &<br>HAMPTON, LLP<br>845 Texas Avenue, 25th Floor<br>Houston, Texas 77002-<br>Telephone: (713) 431-7100<br>Facsimile: (713) 431-7024<br><br>Lai L. Yip (SBN 258029)<br>lyip@sheppardmullin.com<br>SHEPPARD, MULLIN, RICHTER &<br>HAMPTON, LLP<br>Four Embarcadero Center Seventeenth Floor<br>San Francisco, CA 94111<br>Telephone: (415) 434-9100<br>Facsimile: (415) 875-6700<br><br>Attorneys for Plaintiff,<br>CONTOUR IP HOLDING, LLC | JOHN D. HAYNES (admitted *pro hac vice*)<br>**ALSTON & BIRD LLP**<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, GA 30309-3424<br>Telephone:    404-881-7000<br>Facsimile:    404-881-7777<br>john.haynes@alston.com<br><br>PHILIP DUCKER (State Bar No. 262644)<br>MICHELLE CLARK (State Bar No. 243777)<br>**ALSTON & BIRD LLP**<br>55 Second Street, Suite 2100<br>San Francisco, CA 94105<br>Telephone:    415-243-1000<br>Facsimile:    415-243-1001<br>phil.ducker@alston.com<br>michelle.clark@alston.com<br>dana.zottola@alston.com<br><br>Attorneys for Defendant GOPRO, INC.<br><br>Additional counsel on signature page |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTOUR IP HOLDING, LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GOPRO, INC.,<br><br>　　　　Defendant. | )<br>) **CONSOLIDATED**<br>) Lead Case No. 17-cv-04738-WHO<br>) Consolidated Case No. 21-cv-02143-WHO<br>)<br>) **JOINT CERTIFICATION OF COUNSEL**<br>) **REGARDING ADMITTED EXHIBITS**<br>) **UNDER CIVIL LOCAL RULE 5-1(G)**<br>) **AND 79-4(A)**<br>)<br>) Judge: William H. Orrick |

Pursuant to the Northern District of California Civil Local Rule 5-1(g) and 79-4 , Contour IP Holding, LLC ("Contour") and Defendant GoPro, Inc. ("GoPro") (collectively, the "Parties") hereby certify that the exhibits listed below and attached hereto are true and correct copies of the exhibits that were admitted during trial in the above-referenced matter.

| TRIAL EXHIBIT NO. | DESCRIPTION |
|---|---|
| JTX-1 | U.S. Patent No. 8,890,954 |
| JTX-2 | U.S. Patent No. 8,896,694 |
| JTX-3 | U.S. Patent No. 8,890,954 File History (pp. 1; 514; 1160-1162; 1165, 1176-1183; 1247-1252; 1254-1261) |
| JTX-4 | U.S. Patent No. 8,896,694 File History (pp. 1; 676-678) |
| JTX-14 | Chart re Unit Sales (Redacted) |
| 6 | Laura O'Donnell-Richard Mander email string re HD60 |
| 8 | Richard Mander-Laura O'Donnell email string re Scout BT prototype instructions |
| 10 | Jason Huang-Richard Mander email string re GPS recording **(filed Under Seal)** |
| 21 | Richard Mander-Laura O'Donnell-Ben Bodley email string re Orca prototype |
| 26 | Richard Mander-Ben Bodley email string WiFi and co |
| 27 | Richard Mander-Ben Bodley email string re: Status Update |
| 43 | Contour Hardware 2014 PowerPoint presentation |
| 55 | GoPro HERO 3 – Black Edition User Manual |
| 56 | GoPro HERO 3 – Silver Edition User Manual |
| 57 | GoPro HERO 3 – White User Manual |
| 69 | HERO+ User Manual |
| 71 | HERO+ LCD User Manual |
| 74 | HERO5 Session User Manual |
| 87 | GoPro HERO4 Session – User Manual |
| 100 | Socionext Kubota Study of Use case PowerPoint presentation **(filed Under Seal)** |
| 120 | HERO5 Black User Manual |
| 148 | HERO6 Black User Manual |
| 149 | GoPro Fusion User Manual |
| 152 | HERO3+ Silver User Manual |
| 155 | GoPro – Introducing Capture App video **(Manually filed)** |
| 156 | GoPro HERO2 User Manual + Warranty Info |
| 158 | GoPro HEREO3+ Black Edition User Manual |
| 159 | GoPro HERO4 Black User Manual |
| 160 | GoPro HERO4 Silver User Manual |
| 259 | Rudy Samuels' Expense Report including purchases of Contour cameras **(filed Under Seal)** |
| 263 | Email from Nicholas Woodman to Rudy Samuels re Ordered Contour Plus and GP **(filed Under Seal)** |

| | | |
|---|---|---|
| 1 | 304 | GoPro YHDC5170 Hero HD Camera System Engineering Requirements Specification Revision 0.5 **(filed Under Seal)** |
| 2 | 363 | John Ju-Nicholas Woodman-Jason Wang-Julie Li email string re Ambarella/GoPro/Sky Light A2 **(filed Under Seal)** |
| 3 | 367 | Woody Scal-Nicholas Woodman-Brook Burke-Brandon Kroger email string re Brook and Brandon: GoPro HD HERO launch; Admitted without objection **(filed Under Seal)** |
| 4 | 405 | GoPro Paul Donovan Consulting Weekly Status Report **(filed Under Seal)** |
| 5 | 412 | GoPro Paul Donovan Consulting Weekly Status Report **(filed Under Seal)** |
| 6 | 426 | John Ju-Nicholas Woodman-Jason Wang-Julie Li email string re Ambarella/GoPro/Sky Light A2 **(filed Under Seal)** |
| 7 | 442 | Xavier Lanier webpage: Best Mobile Lifestyle Accessory of CES 2011 Contour GPS Cam & Contour Mobile APP |
| 8 | 443 | Engadget webpage: Contour adds Live Viewfinder to its ConourGPS helmet cam, real-time streaming to smartphones |
| 9 | 444 | Marketwired Press Release: ContourGPS Takes Home Prestigious 2011 Red Dot Product Design Award |
| 10 | 454 | Assignment of Patents and Patent Applications between Contour, LLC and Contour IP Holding, LLC |
| 11 | 455 | Non-Exclusive License Agreement between Contour IP Holding, LLC and iON Wordwide, Inc. (Redacted) **(filed Under Seal)** |
| 12 | 459 | Contour PowerPoint presentation |
| 13 | 463 | Email from James Harrison to James Clark and Ken Kaufman re Contour Update Meeting |
| 14 | 469 | Spreadsheet of Contour Sales Data 2013-September 2016 **(Manually filed)** |
| 15 | 470 | Contour PowerPoint Presentation – Miami January 2014 |
| 16 | 495 | Settlement Agreement between Monument Peak Ventures, LLC and GoPro, Inc. **(filed Under Seal)** |
| 17 | 579 | Contour Spreadsheet of Sales by Product 2018 **(Manually filed)** |
| 18 | 580 | Contour Spreadsheet of Sales by Product 2018 **(Manually filed)** |
| 19 | 702 | License Agreement between Contour IP Holding, LLC and Element Electronics Holding, LLC **(filed Under Seal)** |
| 20 | 813 | GoPro Max User Guide |
| 21 | 814 | GoPro Hero 9 Black User Guide |
| 22 | 815 | GoPro Hero 8 Black User Guide |
| 23 | 816 | GoPro Hero 7 White User Guide |
| 24 | 817 | GoPro Hero 7 Silver User Guide |
| 25 | 818 | GoPro Hero 7 Black User Guide |
| 26 | 1079 | Ambarella (A5S30 Datasheet) **(filed Under Seal)** |
| 27 | 1096 | Email from Vlad Kazhdan to Ross Helfer re: Office Addresses |
| 28 | 1117 | Vlad Kazhdan-Ross Helfer email string re: Updated Skybell patent assets list **(filed Under Seal)** |
| | 1145 | Email from Helfer to Garriques re: Executed Contour IP License Agreement (attached) **(filed Under Seal)** |
| | 1210 | HERO GoPro Instruction Manual |
| | 1211 | HERO 10 Black Instruction Manual |

| | | |
|---|---|---|
| 1 | **1212** | HERO 11 Black Instruction Manual |
| 2 | **1213** | HERO 11 Black Mini Instruction Manual |
| | **1214** | GoPro 12 Instruction Manual |
| 3 | **1215** | HERO 13 Black GoPro Instruction Manual |
| | **1224** | Live preview in the GoPro App while recording using HERO 10 Black |
| 4 | **1227** | Sony Product Information IMX677-AAPH5-J |
| 5 | **1228** | Preview Not Available on HERO10 Black |
| | **1229** | Quik (Mobile): Live Preview |
| 6 | **1231** | H22 Video SoC for Consumer Applications |
| | **1259** | GOPRO CPK use cases (Version 1.2) **(filed Under Seal)** |
| 7 | **1272** | Jabil Contour Mutual Non-Disclosure Agreement |
| 8 | **1280** | Email Mander to Bodley re use cases; Admitted without objection |
| | **1282** | Mander Email re: Decode video buffer |
| 9 | **1291** | HERO11 Black Photograph |
| | **1292** | Physical Exhibit, Contour GPS Camera |
| 10 | **1293** | Physical Exhibit, HERO 4K device |
| 11 | **1294** | Photo Hero Camera Prototype |
| | **1295** | Photo Hero Camera Prototype |
| 12 | **2006** | Email from L. O'Donnell - Subject: FW: GPS **(filed Under Seal)** |
| | **2007** | Email from J. Ju - Subject: FW: A5S Development **(filed Under Seal)** |
| 13 | **2010** | Email from R. Mander – Subject Re: Video resolutions and second stream in Contour **(filed Under Seal)** |
| 14 | **2032** | Network Access Diagram **(filed Under Seal)** |
| 15 | **2039** | Ambarella System Software - Application Note **(filed Under Seal)** |
| | **2041** | Ambarella - Company Presentation, LeGall Dep. Ex. 17 **(filed Under Seal)** |
| 16 | **2046** | Ambarella A5S Technical Introduction (for Samsung), Chien Dep. Ex. 7, LeGall Dep. Ex. 8 **(filed Under Seal)** |
| 17 | **2047** | Ambarella A5S Technical Introduction (for Zoom) **(filed Under Seal)** |
| 18 | **2048** | A5 Full Hybrid Camera **(filed Under Seal)** |
| 19 | **2049** | Ambarella A5S55 - High-Performance Digital Media System-On-Chip (SoC), Datashe **(filed Under Seal)** |
| | **2136** | Email from K. Kaufman - Subject: Contribution to Contour IP Holdings, LLC |
| 20 | **2182** | Email from R. Mander – Subject Re: Quick update |
| 21 | **2188** | Email from R. Mander – Subject: Ways around BT issue |
| | **2200** | Email from R. Mander – Subject WiFi and contract |
| 22 | **2239** | Calypso Product Spec for Jabil |
| | **2309** | UBS Project Cyclops - Process Update |
| 23 | **2350** | U.S. Patent Application Pub. No. 2010/0118158 ("Boland"), Dep. Ex. Pereira 14 |
| 24 | **2351** | U.S. Patent No. 8,199,251 |
| | **2378** | GoPro - Wireless BacPac Product Requirements **(filed Under Seal)** |
| 25 | **2381** | Email from P. Donovan - Subject: Comments back on wrist remote LDC, camera resolution, and LCD EMB - design related items!!!! **(filed Under Seal)** |
| 26 | **2383** | GoPro Remote Control Product Specification by Rudy Lucas Samuels **(filed Under Seal)** |
| 27 | **2384** | GoPro Wireless EMB Overview ("GoPro Wireless Overview") **(filed Under Seal)** |

| | | |
|---|---|---|
| | 2387 | Email from N. Woodman - Subject: RE: WiFi module for camera + apps **(filed Under Seal)** |
| | 2411 | Short Range RF Comments, Questions, Cost Analysis **(filed Under Seal)** |
| | 2479 | "Ambarella A5 Hybrid Camera Platform puts High Quality Photos and Video on a Chip" |
| | 2833 | Email from B. Wildman – Subject: RE: NICKPD **(filed Under Seal)** |
| | 3116 | RE: Wednesday 2pm SF -- Re: GoPro Wireless Options and Nordic Meeting **(filed Under Seal)** |
| | 3127 | Wifi camera—confidential **(filed Under Seal)** |
| | 3130 | Re: Tasks for Nipper and David on Tues **(filed Under Seal)** |
| | 3153 | Email from P. Donovan - Subject: GoPro Ambarella Call on skype at noon Shenzen time **(filed Under Seal)** |
| | 3339 | Question on GoPro and Sky Light Camera Design for picture frame out **(filed Under Seal)** |
| | 3412 | AMBARELLA 2 "video out" resolution **(filed Under Seal)** |
| | 3431 | File History 12/498,890 |
| | 3435 | Declaration of John L. Davidson - Superior Court of the State of Washington, for the County of King, Case no. 13-2-30828-2) |
| | 3473 | PHYSICAL EXHIBIT: GoPro HD Motorsports HERO |
| | 3475 | Photos GoPro YHDC5170 HE Hero **(filed Under Seal)** |
| | 3484 | Ambarella A5s With High-Speed CPU And Low-Power 45nm Technology Makes Pocket-Sized Hybrid Cameras A Richer User Experience |
| | 3559 | Contour 4K HD Helmet action cam with lens modification Opt. |
| | 3885 | Ambarella – A5s 1080p30 IP Camera SoC |
| | 3899 | Customer list **(filed Under Seal)** |
| | 3950 | Email from V. Kazhdan to R. Helfer - Subject:FW: Skybell License - Attorney Client Privileged (and any attachments) **(filed Under Seal)** |
| | 4154 | Sony Network Camera User Guide - IPELA SNC-RZ50N/RZ50P |
| | 4157 | Supply Agreement between Element TV Company, LP and Skybell Technologies, Inc. **(filed Under Seal)** |
| | 4208 | U.S. Patent Application No. 2006/070111 (Kurosawa) |
| | 4214 | U.S. Patent Application No. 2010/0111489 (Presler) |
| | 4289 | Video settings for HERO9 Black **(filed Under Seal)** |
| | 4382 | Sony Sales Summary Report **(filed Under Seal)** |
| | 4422 | Live Stream History 2025 **(Manually filed; filed Under Seal)** |
| | 4481 | Qualcomm QCA9377 WiFi Bluetooth SoC Product Brief |
| | 4505 | Captures History **(Manually filed; filed Under Seal)** |
| | 4767 | AWS Starfruit **(filed Under Seal)** |
| | 4778 | Physical Exhibit: WiFi BacPac |

| | | |
|---|---|---|
| 1 | Dated: October 20, 2025 | Respectfully submitted, |
| 2 | | /s/ John. R. Keville |

Lai L. Yip (SBN 258029)
*lyip@sheppardmullin.com*
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
Four Embarcadero Center Seventeenth Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 875-6700

John R. Keville *(Pro Hac Vice)*
*jkeville@sheppardmullin.com*
Michelle C. Replogle (Pro Hac Vice)
*mreplogle@sheppardmullin.com*
Michael C. Krill *(Pro Hac Vice)*
*mkrill@sheppardmullin.com*
Sunny Akarapu *(Pro Hac Vice)*
*SAkarapu@sheppardmullin.com*
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
700 Louisiana Street, Suite 2750
Houston, Texas 77002-2791
Telephone: (713) 431-7100
Facsimile: (713) 431-7024

Counsel for Plaintiff
CONTOUR IP HOLDING LLC


Dated: October 20, 2025        /s/ Michelle A. Clark

Michelle Ann Clark (SBN 243777)
Philip C. Ducker (SBN 262644)
Dana Zottola (SBN 346715)
**ALSTON & BIRD LLP**
55 Second Street, Suite 2100
San Francisco, California 94105-0912
Telephone: (415) 243-1000
Facsimile: (415) 243-1001
michelle.clark@alston.com
phil.ducker@alston.com
dana.zottola@alston.com

John D. Haynes (admitted *pro hac vice*)
Sloane Kyrazis (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone:    404-881-7000

| | |
|---|---|
| 1 | Facsimile: 404-881-7777 |
| 2 | john.haynes@alston.com<br>Karlee N. Wroblewski (admitted *pro hac vice*) |
| 3 | **ALSTON & BIRD LLP**<br>Bank of America Plaza |
| 4 | Suite 4000<br>101 South Tryon Street |
| 5 | Charlotte, NC 28280-4000<br>Telephone:   (704) 444-1000 |
| 6 | Facsimile:    (704) 444-1111<br>karlee.wroblewski@alston.com |
| 7 | Elliott C. Riches (admitted *pro hac vice*) |
| 8 | **ALSTON & BIRD LLP**<br>2200 Ross Avenue |
| 9 | Suite 2300<br>Dallas, TX 75201 |
| 10 | Telephone:   (214) 922-3492<br>elliott.riches@alston.com |
| 11 | Attorneys for Defendant GOPRO, INC. |

**CONCURRENCE IN FILING**

I, John R. Keville, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  October 20, 2025            /s/ John R. Keville
                                    John R. Keville