From: "Laura ODonnell" <laura@vholdr.com>
Date: November 23, 2009 4:10:38 PM PST
To: "'Richard Mander'" <richard@vholdr.com>
Subject: **FW: HD60**

This is what I sent to Kevin a few weeks ago re. the camera spec – obviously some changes based on our conversation last night

Laura O'Donnell
**VholdR**   Wear it. Shoot it. Share it.
c: 310-706-7776   laura@vholdr.com   http://www.VholdR.com

**From:** Laura ODonnell [mailto:laura@vholdr.com] **Sent:** Sunday, November 15, 2009 8:50 PM **To:** 'Kevin' **Subject:** HD60 **Importance:** High

Kevin,

With the Q4 rush, we have not had much time to focus on the HD60 development. It is critical we turn attention to this. I know that Ambarella is working on the integration of the GPS data in the video file. But we need to get moving on the rest of the system. I would appreciate if you identify a project manager for this development. I believe Jimmy has his hands full coming up to speed on the current product, managing Q4 activities, and launching production at OSE.

We still want to start production in April '10 so we need to be moving quickly on some of the open items. I think the big issue is the GPS module that we use and the impact of GPS on the industrial design. We want to preserve the current industrial design and are working with some GPS experts to identify risks and options. I would like to work with your team to layout a project schedule. Please let me know who will be leading this.

Thanks
Laura

In summary our requirements for HD60:

Improved Video:
New lens
    Stabilization with gyro or processing in IC



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**TRIAL EXHIBIT 6**
CASE NO. 3:17-cv-04738-WHO
DATE ENTERED _____
BY _____
DEPUTY CLERK



EXHIBIT
3
ALMEROTH

Confidential

CONTOUR00112629

**Exhibit 6-1**

Improved lighting range (possibly different sensor)
Dual-encode (Capture main video and secondary video file)

Improved Audio:
Improved audio processing for noise reduction
Move microphone out of wind path
Microphone jack for remote microphone
Wireless microphone (priority 2)

Supplemental Data:
GPS
    May require modification of ID to avoid interference with antenna
    May need on/off control to preserve power
G-force
Magnetometer (priority 2)

Additional communication
    Features:
File transfer
    Video streaming (priority 2)
Remote for configuring camera (formats, video settings, GPS settings, etc.)
Remote control for starting recording – wireless only (priority 2)
Implementation options:
Wired: (USB or other?)
Wireless: Bluetooth or WiFi (priority 2)

Fit and Finish
Retain current ID with minor improvements and necessary adjustments
Required Improvements
Increase size of battery to offset power demand of GPS
battery cavity design and latching mechanism
    Modified hinge design for back door
    Latching solution for rails
    GPS lock indicator (unless status screen is added)
    Priority 2 Improvements
        Improved status LEDs
Smooth action on record switch
Improve water tightness
Small status screen

Confidential

CONTOUR00112630

Exhibit 6-2

Laura O'Donnell
**VholdR**   Wear it. Shoot it. Share it.
c: 310-706-7776   laura@vholdr.com   http://www.VholdR.com

Confidential

CONTOUR00112631

**Exhibit 6-3**

**Exhibit 6-4**