**Exhibit A**

| Product | 01/05/2015 – 12/31/2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 |
|---|---|---|---|---|---|---|---|---|---|---|
| HERO3 White | 181,206 | 3,720 | (15) | (2) | (3) | - | - | - | - | - |
| HERO3 Silver | (125) | (50) | (3) | - | (3) | - | - | - | - | - |
| HERO3 Black | (390) | (58) | (3) | - | (3) | - | - | - | - | - |
| HERO3+ Silver | 350,232 | 12,982 | 6,615 | 969 | (24) | - | - | - | - | - |
| HERO3+ Black | (184) | 440 | (21) | 298 | (1) | - | - | - | - | - |
| HERO4 Silver | 990,684 | 520,485 | 8,719 | 2,323 | (15) | (4) | - | - | - | - |
| HERO4 Black | 326,850 | 147,132 | 8,906 | 10,423 | 38 | (8) | - | (1) | - | - |
| HERO4 Session | 283,061 | 700,987 | 290,201 | 29,639 | (63) | (71) | - | - | - | - |
| HERO+ LCD | 253,580 | 55,120 | 68,755 | 3,419 | (329) | (86) | (1) | (1) | - | - |
| HERO+ | 211,253 | 55,385 | 50,746 | 1,583 | (141) | (27) | - | - | - | - |
| HERO5 Session | - | 187,424 | 339,085 | 100,861 | 12,315 | (445) | (292) | - | - | - |
| HERO5 Black | - | 608,494 | 1,185,463 | 439,366 | 41,422 | 4,284 | (844) | (45) | - | - |
| HERO6 Black | - | - | 256,762 | 358,724 | 35,455 | 4,375 | 5,456 | (219) | (12) | - |
| Fusion | - | - | 4,399 | 39,227 | 34,666 | (797) | (200) | (11) | (1) | - |
| HERO7 Black | - | - | - | 498,932 | 899,992 | 207,477 | 59,921 | (1,623) | (347) | (2) |
| HERO7 Silver | - | - | - | 188,396 | 195,649 | 201,409 | 71,591 | 722 | (194) | (8) |
| HERO7 White | - | - | - | 204,415 | 179,387 | 82,998 | 610 | 60 | (40) | (1) |
| HERO8 Black | - | - | - | - | 469,077 | 699,623 | 327,928 | 135,996 | 22,286 | (617) |
| HERO9 Black | - | - | - | - | - | 366,999 | 757,340 | 173,785 | 196,507 | 4,401 |
| MAX | - | - | - | - | 44,481 | 68,095 | 84,452 | 64,334 | 62,050 | 943 |
| HERO10 Black | - | - | - | - | - | - | 351,853 | 607,065 | 180,830 | 114,110 |
| HERO11 Black (pre-firmware update) | - | - | - | - | - | - | - | 281,323 | 518,237 | 24,661 |
| HERO11 Black Mini (pre-firmware update) | - | - | - | - | - | - | - | 21,549 | 51,159 | 4,063 |
| HERO11 Black (post-firmware update) | - | - | - | - | - | - | - | - | - | 100,927 |
| HERO11 Black Mini (post-firmware update) | - | - | - | - | - | - | - | - | - | 9,102 |
| HERO12 Black | - | - | - | - | - | - | - | - | 302,567 | 400,645 |
| HERO13 Black | - | - | - | - | - | - | - | - | - | 330,540 |
| HERO (4k/2024) | - | - | - | - | - | - | - | - | - | 125,366 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**JOINT TRIAL EXHIBIT 14**
CASE NO. 3:17-cv-04738-WHO
DATE ENTERED _____
BY _____
DEPUTY CLERK