JOHN D. HAYNES (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone:     404-881-7000
Facsimile:      404-881-7777
john.haynes@alston.com

PHILIP DUCKER (State Bar No. 262644)
MICHELLE CLARK (State Bar No. 243777)
DANA ZOTTOLA (SBN 346715)
**ALSTON & BIRD LLP**
55 Second Street, Suite 2100
San Francisco, CA 94105
Telephone:     415-243-1000
Facsimile:      415-243-1001
phil.ducker@alston.com
michelle.clark@alston.com
dana.zottola@alston.com

*Attorneys for Defendant GOPRO, INC.*

*Additional counsel on signature page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTOUR IP HOLDING, LLC,<br><br>       Plaintiff,<br><br>       v.<br><br>GOPRO, INC.,<br><br>       Defendant. | LEAD CASE NO. 3:17-cv-04738-WHO<br>CONSOL. CASE NO. 3:21-cv-02143-WHO<br><br>**GOPRO'S NOTICE OF**<br>**DEMONSTRATIVE TRIAL EXHIBITS** |

Defendant GoPro Inc. ("GoPro"), respectfully submits this Notice to file certain demonstrative trial exhibits:

| Trial Demonstrative No. | Description |
| --- | --- |
| DDX-01 | Demonstrative Exhibits for GoPro's Opening Presentation |
| DDX-02 | Demonstrative Exhibits for Direct Examination of Nicholas Woodman |
| DDX-03 | Demonstrative Exhibits for Direct Examination of Pablo Lema |
| DDX-04 | Demonstrative Exhibits for Direct Examination of Dicky Liu |
| DDX-05 | Demonstrative Exhibits for Direct Examination of Dr. Kevin Almeroth |
| DDX-06 | Demonstrative Exhibits for Direct Examination of Dr. Patrick Kennedy |
| DDX-08 | Demonstrative Exhibits for Cross Examination of Richard Mander |
| DDX-09 | Demonstrative Exhibits for Cross Examination of Dr. Jing Hu |
| DDX-10 | Demonstrative Exhibits for Cross Examination of Dr. Keith Ugone |
| DDX-11 | Demonstrative Exhibits for Rebuttal Cross Examination of Dr. Jing Hu |
| DDX-12 | Demonstrative Exhibits for GoPro's Closing Arguments |

|   |   |   |   |
|---|---|---|---|
| | | | **ALSTON & BIRD LLP** |
| Dated: October 20, 2025 | | BY: | */s/ Michelle Ann Clark* |

Michelle Ann Clark (SBN 243777)
Philip C. Ducker (SBN 262644)
Dana Zottola (SBN 346715)
**ALSTON & BIRD LLP**
55 Second Street, Suite 2100
San Francisco, California 94105-0912
Telephone: (415) 243-1000
Facsimile: (415) 243-1001
michelle.clark@alston.com
phil.ducker@alston.com
dana.zottola@alston.com

JOHN D. HAYNES (admitted *pro hac vice*)
Sloane S. Kyrazis (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone:    404-881-7000
Facsimile:     404-881-7777
john.haynes@alston.com
sloane.kyrazis@alston.com

Karlee N. Wroblewski (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
Bank of America Plaza
Suite 4000
101 South Tryon Street
Charlotte, NC 28280-4000
Telephone:     (704) 444-1000
Facsimile:      (704) 444-1111
karlee.wroblewski@alston.com

Elliott C. Riches (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
2200 Ross Avenue
Suite 2300
Dallas, TX 75201
Telephone:     (214) 922-3492
elliott.riches@alston.com

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Civil L.R. 5, I hereby certify that, on October 20, 2025, all counsel of record who have appeared in this case were served with a copy of the foregoing via ECF.

*/s/ Michelle Ann Clark*
Michelle Ann Clark