# DDX-06

# FILED UNDER SEAL