# Contour's Invention



'964 Patent

ing, frame sampling, and Wi-Fi to media server. Reduced resolution or frame rate entails recording video in two formats, high quality and low quality, in which the lower quality file is streamed or played back after the recorded action has taken place. For streaming implementation, wireless connec-

REAL TIME PREVIEW VIDEO

# Contour's Invention



REAL TIME PREVIEW VIDEO

'964 Patent

ing, frame sampling, and Wi-Fi to media server. Reduced resolution or frame rate entails recording video in two formats, high quality and low quality, in which the lower quality file is streamed or played back after the recorded action has taken place. For streaming implementation, wireless connec-

'954 Patent at 20:9-13

DDX-08.2

24

# Contour's Invention



**REAL TIME PREVIEW VIDEO**

# Contour's Invention



**REAL TIME PREVIEW VIDEO**

'954 Patent at 20:9-13

DDX-08.4

24

# Contour's Invention



REAL TIME PREVIEW VIDEO

'964 Patent

ing. frame sampling, and Wi-Fi to media server. Reduced resolution or frame rate entails recording video in two formats, high quality and low quality, in which the lower quality file is streamed or played back after the recorded action has taken place. For streaming implementation, wireless connec-

DDX-08.5

# Contour's Invention



'964 Patent

ing, frame sampling, and Wi-Fi to media server. Reduced resolution or frame rate entails recording video in two formats, high quality and low quality, in which the lower quality file is streamed or played back after the recorded action has taken place. For streaming implementation, wireless connec-

**REAL TIME PREVIEW VIDEO**

'954 Patent at 20:9-13

DDX-08.6

24

# Contour's Invention



'964 Patent

ing, frame sampling, and Wi-Fi to media server. Reduced resolution or frame rate entails recording video in two formats, high quality and low quality, in which the lower quality file is streamed or played back after the recorded action has taken place. For streaming implementation, wireless connec-

REAL TIME PREVIEW VIDEO

'954 Patent at 20:9-13

DDX-08.7

24

# Contour's Invention



REAL TIME PREVIEW VIDEO

DDX-08.8

'954 Patent at 20:9-13

24