JOHN D. HAYNES (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone:    404-881-7000
Facsimile:    404-881-7777
john.haynes@alston.com

PHILIP DUCKER (State Bar No. 262644)
MICHELLE CLARK (State Bar No. 243777)
**ALSTON & BIRD LLP**
55 Second Street, Suite 2100
San Francisco, CA 94105
Telephone:    415-243-1000
Facsimile:    415-243-1001
phil.ducker@alston.com
michelle.clark@alston.com
dana.zottola@alston.com

*Attorneys for Defendant GOPRO, INC.*

*Additional counsel on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTOUR IP HOLDING, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>GOPRO, INC.,<br><br>    Defendant. | LEAD CASE NO. 3:17-cv-04738-WHO<br>CONSOL. CASE NO. 3:21-cv-02143-WHO<br><br>**DECLARATION OF KARLEE WROBLEWSKI IN SUPPORT OF GOPRO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEMONSTRATIVE TRIAL EXHIBITS** |

**DECLARATION OF KARLEE WROBLEWSKI**

I, Karlee Wroblewski, declare as follows:

1. I am over the age of 18 and competent to make this declaration. All the statements made in this declaration are based on my personal knowledge.

2. I am a licensed attorney in the State of North Carolina and an associate at the law firm of Alston & Bird LLP. I represent Defendant GoPro, Inc. ("Defendant" or "GoPro") in the above-referenced action.

3. Attached hereto as **DDX-05** is a true and correct copy of the demonstrative exhibits used during the direct examination of Dr. Kevin Almeroth.

4. Attached hereto as **DDX-06** is a true and correct copy of the demonstrative exhibits used during the direct examination of Dr. Patrick Kennedy.

5. Attached hereto as **DDX-09** is a true and correct copy of the demonstrative exhibits used during the cross examination of Dr. Jing Hu during Contour IP Holding LLC's case-in-chief.

6. Attached hereto as **DDX-10** is a true and correct copy of the demonstrative exhibits used during the cross examination of Dr. Keith Ugone.

7. Attached hereto as **DDX-12** is a true and correct copy of the demonstrative exhibits used during GoPro's closing arguments.

EXECUTED on this 20th day of October 2025 in Charlotte, North Carolina.

*/s/ Karlee N. Wroblewski*
Karlee N. Wroblewski

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Civil L.R. 5, I hereby certify that, on October 20, 2025, all counsel of record who have appeared in this case were served with a copy of the foregoing via ECF.

/s/ Michelle Ann Clark
Michelle Ann Clark