JOHN D. HAYNES (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone:   404-881-7000
Facsimile:   404-881-7777
john.haynes@alston.com

PHILIP DUCKER (State Bar No. 262644)
MICHELLE CLARK (State Bar No. 243777)
**ALSTON & BIRD LLP**
55 Second Street, Suite 2100
San Francisco, CA 94105
Telephone:   415-243-1000
Facsimile:   415-243-1001
phil.ducker@alston.com
michelle.clark@alston.com
dana.zottola@alston.com

*Attorneys for Defendant GOPRO, INC.*

*Additional counsel on signature page*

Lai L. Yip (SBN 258029)
lyip@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
Four Embarcadero Center Seventeenth Floor San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 875-6700
John R. Keville (Pro Hac Vice)
jkeville@sheppardmullin.com
Michelle C. Replogle (Pro Hac Vice)
mreplogle@sheppardmullin.com
Michael C. Krill (Pro Hac Vice)
mkrill@sheppardmullin.com
Sunny Akarapu (Pro Hac Vice)
SAkarapu@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
700 Louisiana Street, Suite 2750
Houston, Texas 77002-2791
Telephone: (713) 431-7100
Facsimile: (713) 431-7024

*Attorneys for Plaintiff Contour IP Holding LLC*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTOUR IP HOLDING, LLC,<br><br>  Plaintiff,<br><br>v.<br><br>GOPRO, INC.,<br>  Defendant. | LEAD CASE NO. 3:17-cv-04738-WHO<br>CONSOL. CASE NO. 3:21-cv-02143-WHO<br><br>**JOINT STIPULATION AND [PROPOSED ORDER] REGARDING DEPOSITION TESTIMONY FOR IMPEACHMENT** |

1  Pursuant to the Northern District of California Civil Local Rules 7-12, Defendant GoPro, Inc. ("GoPro") and Plaintiffs Contour IP Holding, LLC ("Contour") jointly stipulate to the portions of deposition testimony played for purposes of impeachment at trial.

4  WHEREAS, a jury trial in this case was commenced on September 29, 2025 (Dkt. No. 839);

5  WHEREAS, Plaintiffs rested their case-in-chief on 10/03/2025 (Dkt. No. 847);

6  WHEREAS, Defendants rested their case-in-chief on 10/07/2025 (Dkt. No. 854);

7  WHEREAS, Plaintiffs rested their rebuttal case on 10/08/2025 (Dkt. No 858);

8  NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned counsel for the Parties, subject to the approval of the Court, submit to this Stipulation the following Exhibits, which designate the deposition testimony and other video clips played for purposes of impeachment during trial:

Exhibit A: Dr. Jing Hu

Exhibit B: Nicholas Woodman

Exhibit C: Nicholas Woodman

Exhibit D: Patrick Kennedy

Exhibit E: Didier LeGall

Exhibit F: Dicky Liu

IT IS SO STIPULATED.

|   |   |   |   |
|---|---|---|---|
| 1 | | | **ALSTON & BIRD LLP** |
| 2 | | | |
| 3 | Dated: October 20, 2025 | BY: | */s/ Michelle Ann Clark* |
| 4 | | | Michelle Ann Clark (SBN 243777) |
| | | | Philip C. Ducker (SBN 262644) |
| 5 | | | Dana Zottola (SBN 346715) |
| | | | **ALSTON & BIRD LLP** |
| 6 | | | 55 Second Street, Suite 2100 |
| | | | San Francisco, California 94105-0912 |
| 7 | | | Telephone: (415) 243-1000 |
| | | | Facsimile: (415) 243-1001 |
| 8 | | | michelle.clark@alston.com |
| | | | phil.ducker@alston.com |
| 9 | | | dana.zottola@alston.com |

JOHN D. HAYNES (admitted *pro hac vice*)
Sloane Kyrazis (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone:   404-881-7000
Facsimile:   404-881-7777
john.haynes@alston.com
sloane.kyrazis@alston.com


Karlee N. Wroblewski (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
Bank of America Plaza
Suite 4000
101 South Tryon Street
Charlotte, NC 28280-4000
Telephone:   (704) 444-1000
Facsimile:   (704) 444-1111
karlee.wroblewski@alston.com


Elliott C. Riches (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
2200 Ross Avenue
Suite 2300
Dallas, TX 75201
Telephone:   (214) 922-3492
elliott.riches@alston.com

| | | | |
|---|---|---|---|
| Dated: October 20, 2025 | | BY: | */s/ John R. Keville* <br> SHPPARD MULLIN RICHTER & HAMPTON LLP |

                                                  Lai L. Yip (SBN 258029)
                                                  lyip@sheppardmullin.com
                                                  SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
                                                  Four Embarcadero Center Seventeenth Floor
                                                  San Francisco, CA 94111
                                                  Telephone: (415) 434-9100
                                                  Facsimile: (415) 875-6700

                                                  John R. Keville (Pro Hac Vice)
                                                  jkeville@sheppardmullin.com
                                                  Michelle C. Replogle (Pro Hac Vice)
                                                  mreplogle@sheppardmullin.com
                                                  Michael C. Krill (Pro Hac Vice)
                                                  mkrill@sheppardmullin.com
                                                  Sunny Akarapu (Pro Hac Vice)
                                                  SAkarapu@sheppardmullin.com
                                                  SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
                                                  700 Louisiana Street, Suite 2750
                                                  Houston, Texas 77002-2791
                                                  Telephone: (713) 431-7100
                                                  Facsimile: (713) 431-7024

## **CERTIFICATE OF SERVICE**

I, John R. Keville, hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.

October 20, 2025

*/s/ John R. Keville*
John R. Keville

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.:**

2  The designations in Exhibits A-F were played for purposes of impeachment.

Dated: October 21, 2025

_____
HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT COURT JUDGE