Thomas N. Millikan, Bar No. 234430
TMillikan@perkinscoie.com
Joseph P. Reid, Bar No. 211082
JReid@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, CA  92130-2080
Telephone:  858.720.5700
Facsimile:  858.720.5799

*Attorneys for Non-Party*
*Element Electronics Holdings, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTOUR IP HOLDING, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GOPRO, INC.,<br><br>　　　　　Defendant. | Case No. 3:17-cv-04738-WHO<br>Consol. Case. No. 3:21-cv-02143-WHO<br><br>**DECLARATION OF JOSEPH P. REID IN SUPPORT OF MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5** |

I, Joseph P. Reid, hereby declare as follows:

1. I am an attorney at law licensed to practice before the United States District Court for the Northern District of California.  I am an attorney for the Element Electronics Holdings, LLC ("Element"), a non-party to the above-captioned civil action.  Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. I make this declaration pursuant to Civil Local Rule 79-5(e)(i) in support of Defendant GoPro, Inc.'s Administrative Motion to File Under Seal Admitted Trial Exhibits (Dkt. 884) and Administrative Motion to File Under Seal Demonstrative Trial Exhibits (Dkt. 886) to establish that the unredacted versions of certain documents contain non-party Element's confidential information and are subject to sealing by this Court.

3. In particular, Element agrees with the portions of Docket Nos. 884 and 886 that GoPro has identified as confidential. These documents all incorporate, reference, analyze, and discuss information derived from documents and deposition testimony provided by Element in response to a third-party subpoena served on Element by GoPro. Element designated those documents and the deposition transcripts as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order entered in this case.

4. Specifically, the Element information discussed in these papers concerns the commercial terms of confidential license agreements entered into by Element, as well as the underlying circumstances through which the licenses were negotiated and executed.

5. These documents, facts, and information are not public. Indeed, the licenses themselves contain confidentiality provisions, reflecting their proprietary nature. Element considers the facts and circumstances of these licenses to be proprietary, and the public dissemination of these facts would risk significant harm to Element's business by revealing the contents of its negotiations with its business partners and the financial and other terms under which it operates its business. This would allow Element's competitors to gain an unfair business advantage over Element in the development and sale of existing and future products.

6. Thus, good cause exists to seal the confidential Element materials. The public does not have a meaningful interest in obtaining Element's proprietary contracts and financial information, and any minimal interest is clearly outweighed by the risk of harm to Element.

7. Accordingly, non-party Element respectfully requests that the Court grant GoPro's administrative motions to file under seal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 22, 2025, in San Diego County, California.

*/s/ Joseph P. Reid*
Joseph P. Reid