DAVID YANG (SBN 246132)
 *dyang@hycounsel.com*
MATTHEW HAWKINSON (SBN 248216)
 *mhawkinson@hycounsel.com*
HAWKINSON YANG LLP
8033 W. Sunset Blvd. #3300
Los Angeles, CA 90046
Telephone: (213) 634-0370
Facsimile: (213) 260-9305

Attorneys for Non-Party
AMBARELLA, CORP.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTOUR IP HOLDING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GOPRO, INC., <br><br> Defendant. | CASE NO. 17-cv-04738 WHO <br><br> **DECLARATION OF MICHAEL MOREHEAD IN SUPPORT OF GOPRO, INC.'S ADMINSTRATIVE MOTIONS TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL L.R. 79-5** |

DECLARATION OF MICHAEL MOREHEAD ISO MOTION TO SEAL

## DECLARATION OF MICHAEL MOREHEAD

I, Michael Morehead, declare as follows:

1. I am over the age of 18, and am General Counsel of Ambarella Corporation. ("Ambarella"). I have worked at Ambarella since 2010. I make this declaration on behalf of Ambarella based upon my personal knowledge and belief as well as knowledge and belief gathered from additional Ambarella employees. If called as a witness, I could and would testify competently to the information set forth in this Declaration.

2. I make this declaration pursuant to Civil Local Rule 79-5(e)(i) in support of two motions to seal filed by Defendant GoPro, Inc., (a) Administrative Motion to File Under Seal Admitted Trial Exhibits (Dkt. 884) and (b) Administrative Motion to File Under Seal Demonstrative Trial Exhibits (Dkt. 886), to establish that the Ambarella Confidential Material, as defined below, contain non-party Ambarella's confidential information and are subject to sealing by this Court.

3. In particular, Ambarella seeks to seal the following documents that were admitted as exhibits at trial or used as trial demonstratives in this matter:

   a. DDX-05 – a copy of the demonstrative exhibits used during the direct examination of Dr. Kevin Almeroth;

   b. DDX-12 - a copy of the demonstrative exhibits used during GoPro's closing arguments;

   c. DTX-2006 – a copy of a December 10, 2009 email correspondence sent by Laura O'Donnell produced by Ambarella in this action;

   d. DTX-2007 - a copy of a December 14, 2009 email correspondence sent by John Ju produced by Ambarella in this action;

   e. DTX-2010 - a copy of a March 17, 2010 email correspondence sent by Richard Mander produced by Ambarella in this action;

   f. DTX-2032 – a copy of an Ambarella document relating to network access produced by Ambarella in this action;

   g. DTX-2039 - a copy of an Ambarella System Software Application Note

produced by Ambarella in this action;

  h. DTX-2041 - a copy of a June 2008 Ambarella company presentation produced by Ambarella in this action;

  i. DTX-2046 - a copy of Ambarella's November 15, 2009 A5S Technical Introduction for Samsung produced by Ambarella in this action;

  j. DTX-2047 - a copy of Ambarella's November 15, 2009 A5S Technical Introduction for Zoom produced by Ambarella in this action;

  k. DTX-2048 - a copy of Ambarella's January 16, 2009 presentation for Premier regarding the A5 product family produced by Ambarella in this action;

  l. DTX-2049 – a copy of Ambarella's November 19, 2009 A5S55 datasheet on High-Performance Digital Media System-On-Chip (SoC) produced by Ambarella in this action;

  m. DTX-3899 - a copy of Ambarella's customer list produced by Ambarella in this action;

  n. PTX-10 - a copy of an April 6, 2010 email correspondence sent by Jason Huang produced by Ambarella in this action.

  o. PTX-1079 - a copy of Ambarella's November 18, 2009 A5S30 Datasheet for the Ambarella True Hybrid Camera produced by Ambarella in this action;

4. I will refer to Paragraph 3(a) through (o), above, as the "Ambarella Confidential Material."

5. The Ambarella Confidential Material refers to, discusses, or excerpts documents, information, or testimony produced or provided by non-party Ambarella in response to subpoenas issued by Contour and GoPro in this matter. Ambarella designated these documents as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order entered in this case.

6. The Ambarella Confidential Material includes information about Ambarella technology, including Ambarella chipsets.

2
DECLARATION OF MICHAEL MOREHEAD ISO MOTION TO SEAL

7.  Non-party Ambarella expends significant time and resources to maintain the confidentiality of such information and seeks to maintain the confidentiality and non-public nature of this type of information. Indeed, access to this confidential information is limited only to specific personnel within Ambarella.

8.  Based on my investigation, Ambarella does not publicly share or publish this confidential information and data. Public filing of the Ambarella Confidential Material would result in harm to Ambarella, a non-party to this litigation.

9.  Good cause exists to seal these documents. The public does not have a meaningful interest in obtaining the information contained in the documents Ambarella seeks to redact or withhold because Ambarella is not a party to this lawsuit between GoPro and Contour, and the material sought to be sealed is not relevant to the adjudication of that suit. Public disclosure of this information would cause particularized harm to non-party Ambarella, for example, as it would allow others to access non-public information about Ambarella and its technology, which competitors and the public could use to gain an unfair business advantage against Ambarella in the development of future products.

10. Ambarella's request to seal is narrowly tailored as set forth in Paragraph 3(a) through (o).

11. In view of the foregoing, Ambarella respectfully requests that the Court seal:

   a.  DDX-05 – a copy of the demonstrative exhibits used during the direct examination of Dr. Kevin Almeroth;

   b.  DDX-12 - a copy of the demonstrative exhibits used during GoPro's closing arguments;

   c.  DTX-2006 – a copy of a December 10, 2009 email correspondence sent by Laura O'Donnell produced by Ambarella in this action;

   d.  DTX-2007 - a copy of a December 14, 2009 email correspondence sent by John Ju produced by Ambarella in this action;

   e.  DTX-2010 - a copy of a March 17, 2010 email correspondence sent by Richard Mander produced by Ambarella in this action;

f.  DTX-2032 – a copy of an Ambarella document relating to network access produced by Ambarella in this action;

g.  DTX-2039 - a copy of an Ambarella System Software Application Note produced by Ambarella in this action;

h.  DTX-2041 - a copy of a June 2008 Ambarella company presentation produced by Ambarella in this action;

i.  DTX-2046 - a copy of Ambarella's November 15, 2009 A5S Technical Introduction for Samsung produced by Ambarella in this action;

j.  DTX-2047 - a copy of Ambarella's November 15, 2009 A5S Technical Introduction for Zoom produced by Ambarella in this action;

k.  DTX-2048 - a copy of Ambarella's January 16, 2009 presentation for Premier regarding the A5 product family produced by Ambarella in this action;;

l.  DTX-2049 – a copy of Ambarella's November 19, 2009 A5S55 datasheet on High-Performance Digital Media System-On-Chip (SoC) produced by Ambarella in this action;

m.  DTX-3899 - a copy of Ambarella's customer list produced by Ambarella in this action;

n.  PTX-10 - a copy of an April 6, 2010 email correspondence sent by Jason Huang produced by Ambarella in this action.

o.  PTX-1079 - a copy of Ambarella's November 18, 2009 A5S30 Datasheet for the Ambarella True Hybrid Camera produced by Ambarella in this action;

//
//
//
//
//

1  I declare under penalty of perjury under the laws of the United States of America and the State of
2  California that the foregoing is true and correct.

4  Executed this 22nd of October 2025, at Santa Clara, California.

By: /s/ Michael Morehead
Michael Morehead
Ambarella Corp.