JOHN D. HAYNES (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone:     404-881-7000
Facsimile:     404-881-7777
john.haynes@alston.com

PHILIP DUCKER (State Bar No. 262644)
MICHELLE CLARK (State Bar No. 243777)
DANA ZOTTOLA (SBN 346715)
**ALSTON & BIRD LLP**
55 Second Street, Suite 2100
San Francisco, CA 94105
Telephone:     415-243-1000
Facsimile:     415-243-1001
phil.ducker@alston.com
michelle.clark@alston.com
dana.zottola@alston.com

*Attorneys for Defendant GOPRO, INC.*

*Additional counsel on signature page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTOUR IP HOLDING, LLC,<br><br>     Plaintiff,<br><br>   v.<br><br>GOPRO, INC.,<br><br>     Defendant. | LEAD CASE NO. 3:17-cv-04738-WHO<br>CONSOL. CASE NO. 3:21-cv-02143-WHO<br><br>**GOPRO'S NOTICE OF INTENT TO REQUEST REDACTIONS TO TRANSCRIPTS** |

GoPro, Inc. ("GoPro") hereby provides notice of its intent to request redactions of the Transcript(s) of the jury trial proceedings held September 29, 2025 through October 10, 2025. The Transcripts were filed October 19, 2025. GoPro will provide its requested redactions by November 3, 2025.

                                        **ALSTON & BIRD LLP**

Dated: October 24, 2025            BY:    */s/ Michelle Ann Clark*
                                          Michelle Ann Clark (SBN 243777)
                                          Philip C. Ducker (SBN 262644)
                                          Dana Zottola (SBN 346715)
                                          **ALSTON & BIRD LLP**
                                          55 Second Street, Suite 2100
                                          San Francisco, California 94105-0912
                                          Telephone: (415) 243-1000
                                          Facsimile: (415) 243-1001
                                          michelle.clark@alston.com
                                          phil.ducker@alston.com
                                          dana.zottola@alston.com

                                          JOHN D. HAYNES (admitted *pro hac vice*)
                                          Sloane S. Kyrazis (admitted *pro hac vice*)
                                          **ALSTON & BIRD LLP**
                                          One Atlantic Center
                                          1201 West Peachtree Street
                                          Atlanta, GA 30309-3424
                                          Telephone:    404-881-7000
                                          Facsimile:    404-881-7777
                                          john.haynes@alston.com
                                          sloane.kyrazis@alston.com

                                          Karlee N. Wroblewski (admitted *pro hac vice*)
                                          **ALSTON & BIRD LLP**
                                          Bank of America Plaza
                                          Suite 4000
                                          101 South Tryon Street
                                          Charlotte, NC 28280-4000
                                          Telephone:    (704) 444-1000
                                          Facsimile:    (704) 444-1111
                                          karlee.wroblewski@alston.com

                                          Elliott C. Riches (admitted *pro hac vice*)
                                          **ALSTON & BIRD LLP**
                                          2200 Ross Avenue
                                          Suite 2300
                                          Dallas, TX 75201
                                          Telephone:    (214) 922-3492
                                          elliott.riches@alston.com

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Civil L.R. 5, I hereby certify that, on October 24, 2025, all counsel of record who have appeared in this case were served with a copy of the foregoing via ECF.

*/s/ Michelle Ann Clark*
Michelle Ann Clark