IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTOUR IP HOLDING, LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>GOPRO, INC.,<br><br>        Defendant. | **CONSOLIDATED**<br>Case No. 17-cv-04738-WHO<br>Case No. 21-cv-02143-WHO<br><br>**DECLARATION OF ROSS HELFER IN SUPPORT OF MOTION TO FILE UNDER SEAL (DKT. 884)** |

I, Ross Helfer, declare as follows:

1. I am Director of Business Development for Contour IP Holding, LLC ("Contour"). I have personal knowledge of the matters set forth in this Declaration, and if called as a witness I would testify competently to those matters. I submit this declaration pursuant to Civil Local Rules 79-5(c) and (f) in support of Defendant GoPro, Inc.'s Administrative Motion To Seal Certain Confidential Admitted Trial Exhibits ("Motion") (Dkt. 884).

2. I am familiar with Contour's treatment of confidential information based on my personal experience working at Contour. I have knowledge of the facts set forth herein, and if called to testify as a witness, could do so competently under oath.

3. I understand that PTX-455, PTX-702, PTX-1117, and PTX-1145 were filed under seal and identified as containing the confidential information of Contour and third-party iON Worldwide, Inc. ("iON"), and/or Contour and third-party Element Electronics ("Element"). I have reviewed these documents and am familiar with them. PTX-455 is a confidential license agreement between Contour and third-party iON that was designated "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY," and includes confidential terms with third-party iON that Contour is contractually obligated to maintain as confidential. PTX-702, PTX-1117, and PTX-1145 are confidential documents that were designated "HIGHLY CONFIDENTIAL—ATTORNEYS' EYES ONLY," and include a confidential license agreement with confidential terms between Contour and third-party Element that Contour is contractually obligated to maintain as confidential, as well as confidential license negotiations (including emails and draft agreements) between Contour and third-party Element related to the negotiation and execution of a confidential license agreement.

4. This type of information is kept confidential by Contour in the ordinary course of business. Contour does not disclose this information publicly. Such information reveals insight into Contour's licensing practices and strategic decisions, which if disclosed would allow a potential licensee or competitor to use that information against Contour in licensing negotiations.

5. I believe that this request to seal is narrowly tailored to those portions of the filed exhibits that merit sealing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed in Cornelius, North Carolina on October 27, 2025.

*/s/ Ross Helfer*
Ross Helfer
Director of Business Development
Contour IP Holding, LLC

DECLARATION IN SUPPORT OF MOTION TO FILE UNDER SEAL
Case Nos.: 17-CV-04738-WHO, 21-CV-02143-WHO

3