# Exhibit A

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION
11

| 12 | CONTOUR IP HOLDING, LLC, | LEAD CASE NO. 3:17-cv-04738-WHO |
| --- | --- | --- |
| 13 | Plaintiff, | CONSOL. CASE NO. 3:21-cv-02143-WHO |
| 14 | v. | **DECLARATION IN SUPPORT OF GOPRO'S ADMINISTRATIVE** |
| 15 | GOPRO, INC., | **MOTIONS TO FILE UNDER SEAL ADMITTED TRIAL EXHIBITS AND** |
| 16 | Defendant. | **DEMONSTRATIVE TRIAL EXHIBITS** |

17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF GREGORY S. GEWIRTZ
CASE NO. 3:17-cv-04738-WHO

**DECLARATION OF GREGORY S. GEWIRTZ**

I, Gregory S. Gewirtz, declare as follows:

1. I submit this declaration pursuant to Civil Local Rules 79-5(c) and (f) in support of GoPro, Inc.'s Administrative Motion to File Under Seal Admitted Exhibits (Dkt. 884) and in support GoPro's Administrative Motion to File Under Seal Demonstrative Trial Exhibits (Dkt. 886). I am counsel for Sony Electronics Inc. ("Sony") and am familiar with Sony's treatment of highly proprietary and confidential information based on my personal experience working with Sony. I have knowledge of the facts set forth herein, and if called to testify as a witness, could do so competently under oath.

2. GoPro's admitted exhibit DTX-4382 and demonstrative exhibit DDX-05 contain confidential Sony sales information relating to Sony's professional security camera SNC-RZ50 and associated wireless LAN card.

3. This is the type of information that is kept confidential by Sony in its ordinary course of business. Sony does not disclose this information publicly.

4. If the identified portions of the exhibit were to be publicly disclosed, it would cause competitive harm to Sony. For example, competitors could use Sony's confidential sales information to adjust their own product strategies, pricing, or marketing approaches. Disclosure of this sensitive commercial data could enable competitors to gain an unfair advantage, thereby placing Sony at a competitive disadvantage in the professional security camera market.

5. I believe that this request to seal is narrowly tailored to those portions of the filed exhibits that merit sealing.

Pursuant to 17 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED on this 27th day of October 2025.

  /s/ Gregory S. Gewirtz
Lerner David LLP
20 Commerce Drive
Cranford, NJ 07016