1  John R. Keville *(Pro Hac Vice)*
   jkeville@sheppardmullin.com
2  Michelle C. Replogle (Pro Hac Vice)
   mreplogle@sheppardmullin.com
3  Michael C. Krill *(Pro Hac Vice)*
   mkrill@sheppardmullin.com
4  Sunny Akarapu *(Pro Hac Vice)*
   sakarapu@sheppardmullin.com
5  SHEPPARD, MULLIN, RICHTER &
   HAMPTON, LLP
6  845 Texas Avenue, 25th Floor
7  Houston, Texas 77002-2791
   Telephone: (713) 431-7100
8  Facsimile: (713) 431-7024

9  Lai L. Yip (SBN 258029)
   lyip@sheppardmullin.com
10 SHEPPARD, MULLIN, RICHTER &
   HAMPTON, LLP
11 Four Embarcadero Center Seventeenth Floor
   San Francisco, CA 94111
12 Telephone: (415) 434-9100
   Facsimile: (415) 875-6700
13

14 Attorneys for Plaintiff,
   CONTOUR IP HOLDING, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTOUR IP HOLDING, LLC, | Case Number: 17-cv-04738-WHO |
| Plaintiff, | **PLAINTIFF CONTOUR IP HOLDING, LLC'S NOTICE OF DEMONSTRATIVE EXHIBITS** |
| vs. | |
| GOPRO, INC., | |
| Defendant. | |

Plaintiff Contour IP Holding, LLC ("Contour") respectfully submits this Notice to file certain demonstrative trial exhibits, as identified in the table below:

| Demonstrative Exhibit No. | Description |
|---|---|
| PDX-001 | Demonstrative Exhibit of Contour 4K Camera |
| PDX-002 | Demonstrative Exhibit of Orca Prototype Drawing by Richard Mander |
| PDX-003 | Demonstrative Exhibit of Contour GPS Camera Drawing by Richard Mander |
| PDX-004 | Demonstrative Exhibit US 223,898 (Edison) for Contour's Cross Examination of Dr. Kevin Almeroth |
| PDX-005 | Demonstrative Exhibits for Contour's Opening Statements **(Filed Under Seal)** |
| PDX-006 | Demonstrative Exhibits for Contour's Direct Examination of Dr. Jing Hu **(Filed Under Seal)** |
| PDX-007 | Demonstrative Exhibits for Contour's Direct Examination of Dr. Keith Ugone **(Filed Under Seal)** |
| PDX-008 | Demonstrative Exhibits for Contour's Cross Examination of Dr. Patrick Kennedy |
| PDX-009 | Demonstrative Exhibits for Contour's Closing Arguments **(Filed Under Seal)** |

1
2  Dated: October 28, 2025      /s/ John R. Keville
3                               Lai L. Yip (SBN 258029)
                                *lyip@sheppardmullin.com*
4                               SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
                                Four Embarcadero Center Seventeenth Floor
5                               San Francisco, CA 94111
                                Telephone: (415) 434-9100
6                               Facsimile: (415) 875-6700

7                               John R. Keville *(Pro Hac Vice)*
                                *jkeville@sheppardmullin.com*
8                               Michelle C. Replogle (Pro Hac Vice)
                                *mreplogle@sheppardmullin.com*
9                               Michael C. Krill *(Pro Hac Vice)*
                                *mkrill@sheppardmullin.com*
10                              Sunny Akarapu *(Pro Hac Vice)*
                                *sakarapu@sheppardmullin.com*
11                              SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
                                845 Texas Ave, 25th Floor
12                              Houston, Texas 77002
                                Telephone: (713) 431-7100
13                              Facsimile: (713) 431-7024

14
                                Counsel for Plaintiff
15                              CONTOUR IP HOLDING LLC

16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served via email on October 28, 2025 to all counsel of record via the Court's CM/ECF system.

I certify under penalty of perjury that the above is true and correct.

Executed on October 28, 2025, at Houston, Texas.

*/s/ John R. Keville*
John R. Keville