JOHN D. HAYNES (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone:   404-881-7000
Facsimile:    404-881-7777
john.haynes@alston.com

PHILIP DUCKER (State Bar No. 262644)
MICHELLE CLARK (State Bar No. 243777)
**ALSTON & BIRD LLP**
55 Second Street, Suite 2100
San Francisco, CA 94105
Telephone:   415-243-1000
Facsimile:    415-243-1001
phil.ducker@alston.com
michelle.clark@alston.com
dana.zottola@alston.com

*Attorneys for Defendant GOPRO, INC.*

*Additional counsel on signature page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTOUR IP HOLDING, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>GOPRO, INC.,<br><br>     Defendant. | LEAD CASE NO. 3:17-cv-04738-WHO<br>CONSOL. CASE NO. 3:21-cv-02143-WHO<br><br>**DECLARATION OF TYLER GEE IN SUPPORT OF GOPRO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF TRANSCRIPTS OF TRIAL PROCEEDINGS** |

**DECLARATION OF TYLER GEE**

I, Tyler Gee, declare as follows:

1. I am a member in good standing of the Bar of the State of California. I am Vice President, Deputy General Counsel and Assistant Corporate Secretary at Defendant GoPro, Inc. ("GoPro"), and have been counsel at GoPro over eleven years. I submit this declaration pursuant to Civil Local Rules 79-5(c) and (f) in support of GoPro, Inc.'s Administrative Motion to File Under Seal Portions of Transcripts of Trial Proceedings. I am familiar with GoPro's treatment of highly proprietary and confidential information based on my personal experience working at GoPro. I have knowledge of the facts set forth herein, and if called to testify as a witness, could do so competently under oath.

2. I have been informed by counsel that Transcript Volume 7 of the jury trial proceedings held October 7, 2025 contain confidential GoPro information relating to GoPro's licenses.

3. Information related to GoPro's licensing practices is the type of information that is kept confidential by GoPro in the ordinary course of business. GoPro does not disclose this information publicly. Furthermore, the terms of the license for which the payment term is sought to redact require GoPro to maintain confidentiality of the terms of the agreement. Thus, GoPro is complying with its contractual obligations by seeking to seal these portions of the trial transcript.

4. If the identified portions of the transcript were to be publicly disclosed, it would cause competitive harm to GoPro and its licensing partners. For example, GoPro maintains the confidentiality of its patent license values for strategic, competitive, and legal reasons. Publicly disclosing the financial terms of GoPro's licenses could provide competitors with valuable insights into GoPro's and its licensing partner's technology valuation practices, business strategy, and revenue streams which could enable competitors to unfairly assess market strength and better position their own products against GoPro's, introducing unfair competitive harm. Similarly, confidentiality allows GoPro to maintain flexibility in future licensing negotiations to tailor terms to specific situations and markets. Public disclosure could allow competitors to use GoPro's patent license values to gain an unfair advantage or benchmark in future licensing negotiations to demand lower rates.

5. I believe that this request to seal is narrowly tailored to those portions of the filed transcripts that merit sealing.

Pursuant to 17 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED on this 3rd day of November 2025 in San Mateo, California.

                                        */s/ Tyler Gee*
                                        Tyler Gee

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Civil L.R. 5, I hereby certify that, on November 3 2025, all counsel of record who have appeared in this case were served with a copy of the foregoing via ECF.

/s/ Michelle Ann Clark
Michelle Ann Clark