JOHN D. HAYNES (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone:     404-881-7000
Facsimile:      404-881-7777
john.haynes@alston.com

PHILIP DUCKER (State Bar No. 262644)
MICHELLE CLARK (State Bar No. 243777)
**ALSTON & BIRD LLP**
55 Second Street, Suite 2100
San Francisco, CA 94105
Telephone:     415-243-1000
Facsimile:      415-243-1001
phil.ducker@alston.com
michelle.clark@alston.com
dana.zottola@alston.com

*Attorneys for Defendant GOPRO, INC.*

*Additional counsel on signature page*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CONTOUR IP HOLDING, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>GOPRO, INC.,<br><br>    Defendant. | LEAD CASE NO. 3:17-cv-04738-WHO<br>CONSOL. CASE NO. 3:21-cv-02143-WHO<br><br>**DECLARATION OF KARLEE WROBLEWSKI IN SUPPORT OF GOPRO'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF TRIAL TRANSCRIPTS** |

**DECLARATION OF KARLEE WROBLEWSKI**

I, Karlee Wroblewski, declare as follows:

1. I am over the age of 18 and competent to make this declaration. All the statements made in this declaration are based on my personal knowledge.

2. I am a licensed attorney in the State of North Carolina and an associate at the law firm of Alston & Bird LLP. I represent Defendant GoPro, Inc. ("Defendant" or "GoPro") in the above-referenced action.

3. Attached hereto as **Exhibit 1** is a true and correct copy of the Transcript of jury trial proceedings held October 6, 2025 containing GoPro's requested redactions.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the Transcript of jury trial proceedings held October 7, 2025 containing GoPro's requested redactions.

EXECUTED on this 3rd day of November 2025 in Charlotte, North Carolina.

/s/ *Karlee N. Wroblewski*
Karlee N. Wroblewski

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure and Civil L.R. 5, I hereby certify that, on November 3, 2025, all counsel of record who have appeared in this case were served with a copy of the foregoing via ECF.

/s/ *Michelle Ann Clark*
Michelle Ann Clark