1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTOUR IP HOLDING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>GOPRO, INC.,<br><br>Defendant. | LEAD CASE NO. 3:17-cv-04738-WHO<br>CONSOL. CASE NO. 3:21-cv-02143-WHO<br><br>**[PROPOSED] ORDER GRANTING GOPRO'S ADMINISTRATIVE MOTION TO FILE UNDER PORTIONS OF TRANSCRIPT OF TRIAL PROCEEDINGS** |

# [PROPOSED] ORDER

Upon consideration of Defendant GoPro, Inc.'s ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF TRANSCRIPTS OF TRIAL PROCEEDINGS (the "Motion") in the above-captioned case, and for compelling reasons shown, this Court hereby GRANTS Defendant GoPro Inc.'s Motion. The documents are granted sealed as follows:

| Exhibit | Portion(s) Requested to be Sealed |
|---|---|
| Ex. 1 – Trial Volume 6 (Dkt. 875) | 1067:9; 1067:16; 1067:20 |
| Ex. 2 – Trial Volume 7 (Dkt. 876) | 1261:19-20; 1262:4-5 |

**IT IS SO ORDERED.**

Dated: _____

HONORABLE WILLIAM H. ORRICK
JUDGE OF THE DISTRICT COURT