1  DAVID YANG (SBN 246132)
   *dyang@hycounsel.com*
2  MATTHEW HAWKINSON (SBN 248216)
   *mhawkinson@hycounsel.com*
3  HAWKINSON YANG LLP
4  8033 W. Sunset Blvd. #3300
   Los Angeles, CA 90046
5  Telephone: (213) 634-0370
   Facsimile: (213) 260-9305
6
7  Attorneys for Non-Party
   AMBARELLA, CORP.
8
9
                    UNITED STATES DISTRICT COURT
10                  NORTHERN DISTRICT OF CALIFORNIA
11
   CONTOUR IP HOLDING, LLC,            CASE NO. 17-cv-04738 WHO
12
              Plaintiff,               **DECLARATION OF MICHAEL**
13                                     **MOREHEAD IN SUPPORT OF GOPRO,**
       v.                              **INC.'S ADMINSTRATIVE MOTION TO**
14                                     **FILE UNDER SEAL PORTIONS OF**
   GOPRO, INC.,                        **TRANSCRIPTS OF TRIAL**
15                                     **PROCEEDINGS PURSUANT TO CIVIL**
              Defendant.                **L.R. 79-5**
16
17

---

DECLARATION OF MICHAEL MOREHEAD ISO MOTION TO SEAL

## DECLARATION OF MICHAEL MOREHEAD

I, Michael Morehead, declare as follows:

1. I am over the age of 18, and am General Counsel of Ambarella Corporation. ("Ambarella"). I have worked at Ambarella since 2010. I make this declaration on behalf of Ambarella based upon my personal knowledge and belief as well as knowledge and belief gathered from additional Ambarella employees. If called as a witness, I could and would testify competently to the information set forth in this Declaration.

2. I make this declaration pursuant to Civil Local Rule 79-5(e)(i) in support Defendant GoPro, Inc.'s Administrative Motion to File Under Seal Portions of Transcripts of Trial Proceedings (Dkt. 896) to establish that the Ambarella Confidential Material, as defined below, contain non-party Ambarella's confidential information and is subject to sealing by this Court.

3. In particular, Ambarella seeks to seal the portions of trial transcript Volume 6 identified in GoPro's motion and Exhibit 1 to the Declaration of Karlee Wroblewski (Dkt. 896-3). Those portions are found at the following pages: lines of Volume 6: 1067:9; 1067:16; and 1067:20. Volume 6 is a transcript of the jury trial proceedings held October 6, 2025. Case No. 3:17-cv-04738-WHO, Dkt. 875.

4. I will refer to the identified portions of Volume 6 as the "Ambarella Confidential Material."

5. The Ambarella Confidential Material refers to information produced or provided by non-party Ambarella in response to subpoenas issued by Contour and GoPro in this matter. Ambarella designated this information as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Protective Order entered in this case.

6. The Ambarella Confidential Material includes confidential pricing information for Ambarella software development kits.

7. Non-party Ambarella expends significant time and resources to maintain the confidentiality of such information and seeks to maintain the confidentiality and non-public nature of this type of information.

8. Based on my investigation, Ambarella does not publicly share or publish this

1
DECLARATION OF MICHAEL MOREHEAD ISO MOTION TO SEAL

confidential information and data. Public filing of the Ambarella Confidential Material would result in harm to Ambarella, a non-party to this litigation.

9. Good cause exists to seal these documents. The public does not have a meaningful interest in obtaining the information contained in the limited portions of Volume 6 Ambarella seeks to redact or withhold because Ambarella is not a party to this lawsuit between GoPro and Contour, and the material sought to be sealed is not relevant to the adjudication of that suit. Public disclosure of this information would cause particularized harm to non-party Ambarella, for example, as it would allow others to access non-public information about Ambarella's pricing, which competitors and the public could use to gain an unfair business advantage against Ambarella.

10. Ambarella's request to seal is narrowly tailored as set forth in Paragraph 3.

11. In view of the foregoing, Ambarella respectfully requests that the Court seal the portions of trial transcript Volume 6 at pages: lines 1067:9; 1067:16; and 1067:20 as identified in GoPro's motion and Exhibit 1 to the Declaration of Karlee Wroblewski (Dkt. 896-3).

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 11th of November 2025, at Santa Clara, California.

By: _____
Michael Morehead
Ambarella Corp.