JOHN D. HAYNES (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone:    404-881-7000
Facsimile:    404-881-7777
john.haynes@alston.com

PHILIP DUCKER (State Bar No. 262644)
MICHELLE CLARK (State Bar No. 243777)
**ALSTON & BIRD LLP**
55 Second Street, Suite 2100
San Francisco, CA 94105
Telephone:    415-243-1000
Facsimile:    415-243-1001
phil.ducker@alston.com
michelle.clark@alston.com

*Attorneys for Defendant GOPRO, INC.*

*Additional counsel information omitted*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTOUR IP HOLDING, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>GOPRO, INC.,<br><br>    Defendant. | Case No. 17-cv-04738-WHO<br>Consolidated with: Case No. 3:21-cv-02143-WHO<br><br>**DECLARATION OF MICHELLE CLARK IN SUPPORT OF DEFENDANT GOPRO, INC.'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND ALTERNATIVE MOTION FOR NEW TRIAL**<br><br>Judge: William H. Orrick<br>Hearing Date: March 11, 2026<br>Time: 2:00 PM |

## DECLARATION OF MICHELLE CLARK

I, Michelle Clark, declare as follows:

1. I am over the age of 18 and competent to make this declaration. All the statements made in this declaration are based on my personal knowledge.

2. I am a licensed attorney in the State of California and a partner at the law firm of Alston & Bird LLP. I represent Defendant GoPro, Inc. ("Defendant" or "GoPro") in the above-referenced action.

3. Attached hereto as **Exhibit A** is a true and correct excerpted copy of the Record of Oral Hearing in Case Nos. IPR2015-01078 and IPR2015-0108, held June 22, 2016.

4. Attached hereto as **Exhibit B** is a true and correct excerpted copy of Patent Owner's Preliminary Response filed in Case No. IPR2015-01080.

Pursuant to 17 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED on this 17th day of December, 2025 in San Francisco, California.

*/s/ Michelle Ann Clark*
Michelle Ann Clark

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Civil L.R. 5, I hereby certify that, on December 17, 2025, all counsel of record who have appeared in this case were served with a copy of the foregoing via ECF.

*/s/ Michelle Ann Clark*
Michelle Ann Clark