# EXHIBIT A

[trials@uspto.gov](mailto:trials@uspto.gov)                                                  IPR2015-01078, Paper No. 53
                                                                    IPR2015-01080, Paper No. 54
571-272-7822                                                                            July 13, 2016

# RECORD OF ORAL HEARING

## UNITED STATES PATENT AND TRADEMARK OFFICE

- - - - - -

### BEFORE THE PATENT TRIAL AND APPEAL BOARD

- - - - - -

GOPRO, INC.,

Petitioner,

v.

CONTOUR IP HOLDING LLC,

Patent Owner.

- - - - - -

Case IPR2015-01078 (Patent 8,896,694 B2)
Case IPR2015-01080 (Patent 8,890,954 B2)
Oral Hearing Held: Wednesday, June 22, 2016

Before: JUSTIN T. ARBES; MICHAEL J. FITZPATRICK (via video link); and NEIL T. POWELL, Administrative Patent Judges.

The above-entitled matter came on for hearing on Wednesday, June 22, 2016, at 1:02 p.m., Hearing Room B, taken at the U.S. Patent and Trademark Office, 600 Dulany Street, Alexandria, Virginia.

REPORTED BY: RAYMOND G. BRYNTESON, RMR, CRR, RDR

APPEARANCES:

ON BEHALF OF THE PETITIONER:

>PATRICK D. McPHERSON, ESQ.
>Duane Morris LLP
>505 9th Street, N.W.
>Suite 1000
>Washington, D.C.  20004-2166
>202-776-5214
>
>KARINEH KHACHATOURIAN, ESQ.
>DAVID T. XUE, ESQ.
>Duane Morris LLP
>2475 Hanover Street
>Palo Alto, California 94304-1194
>650-847-4150
>
>TYLER GEE, ESQ.
>GoPro Representative

ON BEHALF OF THE PATENT OWNER:

>NICOLE M. JANTZI, ESQ.
>PAUL M. SCHOENHARD, ESQ.
>IAN B. BROOKS, ESQ.
>Ropes & Gray LLP
>2099 Pennsylvania Avenue, N.W.
>Washington, D.C.  20006-6807
>202-508-4600
>
>TODD KINARD, ESQ.
>Contour Representative

IPR2015-01078 (Patent 8,896,694 B2)
IPR2015-01080 (Patent 8,890,954 B2)

1  needing to be the video content generated at the same time,
2  where the same video content frame-for-frame is being
3  handled, that is what simultaneously would mean.
4          Simultaneously also would represent the similar
5  type of parallel situation.
6          JUDGE ARBES:  So there is only one claim that
7  requires the high resolution and low resolution to be created
8  at the same time, only claim 1?
9          MR. BROOKS:  Of the '694 patent, I believe that's
10 correct.  Of the '954 patent, you have claims 1, 11 and 27.
11         JUDGE ARBES:  Do those require the high
12 resolution/low resolution video to be created at the same time
13 or not?
14         MR. BROOKS:  They don't have to be created at
15 the same time.  They need to be created in parallel from the
16 same source.
17         JUDGE ARBES:  Okay.  From the same source but
18 not necessarily at the same time?
19         MR. BROOKS:  Correct.  Simultaneously as --
20 excuse me.
21         JUDGE FITZPATRICK:  I wanted to ask a
22 question.  You bolded and underlined "from the video image
23 data" in these three claims.  I understand your argument but it
24 seems it would be a lot more powerful if that phrase said
25 "from the image sensor."  So you have the image sensor

78

IPR2015-01078 (Patent 8,896,694 B2)
IPR2015-01080 (Patent 8,890,954 B2)

1  producing real-time video image data, and then it is from that
2  data that you do the generation.
3         Once you have that data, it seems to me that you
4  can fill that generation step without it being at the same time.
5  You could take two different paths, one of them being
6  delayed.
7         MR. BROOKS:  If you are talking about from the
8  video data, yes, there is no temporal requirement.  If you are
9  talking simultaneously, there is a temporal requirement.
10        JUDGE FITZPATRICK:  Okay.  Maybe I
11 misunderstood the point of this slide, slide 28, with these
12 three claim limitations.
13        What was the point?  You were making an
14 argument about direct.  What was your -- could you repeat
15 that -- that from the video image data represents directness?
16 Can you explain the directness?
17        MR. BROOKS:  Yes.  So "from" is telling you
18 what the source is.  So this is your source for generating the
19 first and second video.  So as you pointed out, Your Honor,
20 the source is what is coming from the image sensor.  In the
21 claims it requires that video image data to be the source for
22 the first and second image content.
23        This is illustrated on slide 29 of our
24 demonstratives.  And Boland, however, as Petitioner has
25 conceded, is doing a generation of a high resolution from the

79

IPR2015-01078 (Patent 8,896,694 B2)
IPR2015-01080 (Patent 8,890,954 B2)

1  image sensor data and then using that high resolution video to
2  generate the low resolution video.
3          And so, therefore, only one video is taught by
4  Boland as being from the image sensor data, the video image
5  data, as claimed.
6          JUDGE FITZPATRICK:  When does the data, the
7  video image data that gets produced from the image sensor,
8  how do we know when it ceases, you know, in this chain of
9  events, how do we know when it ceases to be -- let me put it a
10 different way.
11         The video sensor is a physical thing.  It is much
12 easier to say that is exactly what it is and its output is very
13 easy to pinpoint.  But once you have data it is more, you
14 know, it can be embodied in all kinds of media.  It can be
15 replicated and you can make a copy of it and you can do two
16 different things with those two different copies.
17         And so I guess I'm just, you know, I'm not
18 persuaded by this argument.
19         MR. BROOKS:  Okay.  So I think it is helpful to
20 understand, so the claims refer to the video image data that
21 comes from the image sensor and then refers to generation of
22 first and second contents or streams.
23         In Boland when you are taking the video data from
24 the image sensor, Boland refers to this as the input image
25 signals 209, and those go into the processor.  Boland teaches

IPR2015-01078 (Patent 8,896,694 B2)
IPR2015-01080 (Patent 8,890,954 B2)

1    that the processor has a capability of encoding that video
2    signal.
3            So you are not dealing with the same data when
4    you are coming out of the processor, you have made some
5    modifications to it, and you are essentially -- Boland talks
6    about an MPEG-4 compression.  So you are compressing that
7    video so that you can store it in your storage medium or send
8    it off to another place.
9            When Boland talks about taking its high-res --
10           JUDGE FITZPATRICK:  I think you just
11   answered, I'm sorry, I think you just answered my question.
12   You can go on if you want.  I will have to think about it, but I
13   see what you are saying.
14           The image data, what you interpret to be the image
15   data in that scenario, once it has been encoded, I think you
16   said, it is now something else, it is a different set of data?
17           MR. BROOKS:  That's right.
18           JUDGE FITZPATRICK:  Right?
19           MR. BROOKS:  Yes.
20           JUDGE FITZPATRICK:  Okay.
21           MR. BROOKS:  And I think there is an image that
22   Mr. Roman has in his initial declaration, GoPro Exhibit 1007
23   at paragraphs 101 to 102 that illustrates this idea.
24           JUDGE ARBES:  Counsel, your time has expired.
25   We will allow you a few more minutes to finish up if you

IPR2015-01078 (Patent 8,896,694 B2)
IPR2015-01080 (Patent 8,890,954 B2)

1  would like to complete this and we will give the Petitioner an
2  equal amount of time.
3           MR. BROOKS:  I would just add that with respect
4  to the dependent claims, we have briefed those and I'm happy
5  to rely on the briefing there.
6           If you have any additional questions with respect
7  to simultaneously or anything, I'm happy to address it.
8           JUDGE ARBES:  Thank you.
9           MR. BROOKS:  Okay.  Thank you.
10          JUDGE ARBES:  Counsel, you have 13 minutes.
11          MS. KHACHATOURIAN:  Thank you.  I'm going
12 to discuss slide 30 of Contour's slides and then the GoPro
13 catalog.  There are just some things that need to be addressed.
14          With respect to slide 30, you had asked me why a
15 POSA would think it was obvious to combine the two
16 diagrams.  This, to be clear, is a description of one camera,
17 the processes in one camera.  One is record, the top one.  The
18 second one is preview.
19          So it would -- a POSA would know to combine
20 preview and record in one camera.  Also, with this idea of
21 always recording and that when you bypass the buffer it still
22 gets saved in storage, if you look at paragraph 73 of Boland,
23 it specifically says that you can shunt the buffer and look at --
24 and receive video live, in real-time.  That is no storage
25 whatsoever.  And if you actually look at the diagrams that