1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **NORTHERN DISTRICT OF CALIFORNIA**
10                         **SAN FRANCISCO DIVISION**
11

| | |
|---|---|
| CONTOUR IP HOLDING, LLC, | LEAD CASE NO. 3:17-cv-04738-WHO |
| Plaintiff, | CONSOL. CASE NO. 3:21-cv-02143-WHO |
| v. | **[PROPOSED] ORDER GRANTING GOPRO'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW, ALTERNATIVELY ORDERING A NEW TRIAL** |
| GOPRO, INC., | |
| Defendant. | |

**[PROPOSED] ORDER**

Upon consideration of Defendant GoPro, Inc.'s RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW AND ALTERNATIVE MOTION FOR NEW TRIAL in the above-captioned case as follows, the Court hereby **GRANTS** GoPro's Renewed Motion for Judgment as a Matter of Law and enters judgment of invalidity of Claim 11 of U.S. Patent No. 8,890,954.

The Court further conditionally **GRANTS** Defendant's Motion for New Trial on the Invalidity of Claims 11 and 12 of U.S. Patent No. 8,890,954 and Claim 6 of U.S. Patent No. 8,896,694 if the Court's entry of Judgment as a Matter of Law is modified, reversed, or remanded on appeal.

**IT IS SO ORDERED.**

Dated: _____

_____
HONORABLE WILLIAM H. ORRICK
JUDGE OF THE DISTRICT COURT