# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTOUR IP HOLDING, LLC ) | |
| ) | Case Number: |
| Plaintiff, ) | CONSOLIDATED |
| ) | Case No. 17-cv-04738-WHO |
| vs. ) | Case No. 21-cv-02143-WHO |
| ) | |
| GOPRO, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

**DECLARATION OF KEITH R. UGONE, PH.D.**
**REGARDING PRE- AND POST-JUDGMENT INTEREST**

**December 17, 2025**

**DECLARATION OF KEITH R. UGONE, PH.D.
REGARDING PRE- AND POST-JUDGMENT INTEREST**

**December 17, 2025**

1. I have been retained as an economics and damages expert for Contour IP Holding, LLC ("Contour") in the matter of *Contour IP Holding, LLC, vs. GoPro, Inc.* I have submitted expert reports in both the Contour I and Contour II matters.[1] My qualifications are contained in my prior expert reports submitted in this matter.

2. Following a trial in this matter, a jury verdict was reached on October 10, 2025. The jury awarded Contour an amount of $8,200,000 as a monetary remedy to compensate Contour for the finding of infringement of the Patents-in-Suit by GoPro, Inc. ("GoPro") relating to certain Accused Products.[2] I have been asked by Counsel for Contour to calculate pre-judgment interest on the damages awarded by the jury verdict through the post-trial motions hearing scheduled for March 11, 2026 as well as daily pre-judgment interest assuming the final judgment will be entered at some point in 2026 after March 11, 2026.[3] I also have been asked to calculate the daily post-judgment interest for calculating any additional interest due after the final judgment date (assumed here to be March 11, 2026).

3. **Exhibit 1A** (annual compounding) and **Exhibit 1B** (quarterly compounding) summarize the total prejudgment interest calculated on the jury damages award to Contour through March 11, 2026 and the daily pre-judgment interest after that date.

4. **Exhibit 2A** and **Exhibit 2B** show the daily post-judgment interest, assuming final judgment is entered on March 11, 2026. **Exhibit 2A** provides the relevant daily post-

---

[1] With respect to Contour II, I submitted an expert report on October 27, 2021 and a supplemental report on November 23, 2021. I was provided with updated sales and financial data of the Accused Products covering the period up through December 31, 2024, and submitted a second supplemental report on March 31, 2025.

[2] Verdict Form, *Contour IP Holding, LLC v. GoPro, Inc.,* Case No. 17-cv-04738-WHO, filed October 10, 2025.

[3] I understand by the issuance of this declaration, the hearing on post-trial motions is scheduled on March 11, 2026.

- 1 -

Declaration of Keith R. Ugone, Ph.D.
December 17, 2025

___

judgement interest if the associated pre-judgement interest is compounded annually (i.e., **Exhibit 1A**). **Exhibit 2B** provides the relevant daily post-judgement interest if the associated pre-judgement interest is compounded quarterly (i.e., **Exhibit 1B**).

\* \* \* \* \* \*

5. My analyses and opinions contained in this declaration are based upon information available to date. I reserve the ability to review additional information that may become relevant to my calculations and to supplement my calculations based upon that review.

_____
Keith R. Ugone, Ph.D.
December 17, 2025

**Calculation Inputs**

| | |
|---|---|
| Interest Rate: | U.S. Prime Rate |
| Damages Date: | 11/18/2014 |
| Damages Amount: | $8,200,000 |
| Final Judgment Date: | 3/11/2026 |
| Compounding Period | Annually |

**Exhibit 1A**
**Pre-Judgment Interest on Damages Awarded to Contour**
**Assuming Prejudgment Interest Accrues from November 18, 2014 through March 11, 2026**

| Period Start | Period End | Prime Rate (Average over Annual Period) | Principal and Accured Interest at the Beginning of Period | Prejudgment Interest for the Accrual Period | Principal and Accured Interest at the End of Period |
|---|---|---|---|---|---|
| 11/18/2014 | 11/17/2015 | 3.25% | $ 8,200,000 | $ 266,500 | $ 8,466,500 |
| 11/18/2015 | 11/17/2016 | 3.48% | $ 8,466,500 | $ 294,631 | $ 8,761,131 |
| 11/18/2016 | 11/17/2017 | 4.01% | $ 8,761,131 | $ 351,201 | $ 9,112,331 |
| 11/18/2017 | 11/17/2018 | 4.79% | $ 9,112,331 | $ 436,603 | $ 9,548,935 |
| 11/18/2018 | 11/17/2019 | 5.35% | $ 9,548,935 | $ 511,052 | $ 10,059,986 |
| 11/18/2019 | 11/17/2020 | 3.72% | $ 10,059,986 | $ 374,370 | $ 10,434,356 |
| 11/18/2020 | 11/17/2021 | 3.25% | $ 10,434,356 | $ 339,117 | $ 10,773,473 |
| 11/18/2021 | 11/17/2022 | 4.39% | $ 10,773,473 | $ 472,939 | $ 11,246,412 |
| 11/18/2022 | 11/17/2023 | 8.04% | $ 11,246,412 | $ 904,345 | $ 12,150,757 |
| 11/18/2023 | 11/17/2024 | 8.41% | $ 12,150,757 | $ 1,022,299 | $ 13,173,056 |
| 11/18/2024 | 11/17/2025 | 7.47% | $ 13,173,056 | $ 983,689 | $ 14,156,745 |
| 11/18/2025 | 3/11/2026 | 6.79% | $ 14,156,745 | $ 300,195 | $ 14,456,940 |
| | | | **Total Prejudgment Interest as of March 11, 2026:** | **$ 6,256,940** | |
| | | | **Daily Pre-Judgment Interest Until Final Judgment:** | **$ 2,633.29** | |

**Notes:**
[1] Prejudgment interest starts accruing from November 18, 2014, the time of first infringement and the date of the hypothetical negotiation between the parties.
[2] Interest is compounded annually. The interest rate in each annual accrual period is calculated as the simple average of all daily U.S. Prime rate values within that period.
[3] US prime rate is assumed to remain constant post December 11, 2025 at the rate on December 11, 2025 (the last day of available data at the time of preparation of this Exhibit) of 6.75%.
[4] Because interest is compounded annually, the daily interest amount in a year period can be viewed as an equivalent of simple interest. Daily pre-judgment interest is calculated using the principal accrued as of 11/17/2025 and applying the annual rate of 6.79% converted to a daily simple rate of 6.79% / 365. This daily interest amount is valid through November 17, 2026 at which point the principal and interest accrued to that point becomes the new base for calculating daily interest over the next year. Hence, the daily pre-judgment interest figure is the year ending 11/17/2025 principal plus the accrued interest figure times the daily interest rate.

**Source:**
[1] Federal Reserve Bankd of St. Louis, Bank Prime Loan Rate (DPRIME), available at https://fred.stlouisfed.org/series/DPRIME.

**Calculation Inputs**
| | |
|---|---|
| Interest Rate: | U.S. Prime Rate |
| Damages Date: | 11/18/2014 |
| Damages Amount: | $8,200,000 |
| Final Judgment Date: | 3/11/2026 |
| Compounding Period | Quarterly |

**Exhibit 1B**
**Pre-Judgment Interest on Damages Awarded to Contour**
**Assuming Prejudgment Interest Accrues from November 18, 2014 through March 11, 2026**

| Period Start | Period End | Prime Rate (Average over Quarterly Period) | Principal and Accured Interest at the Beginning of Period | Prejudgment Interest for the Accrual Period | Principal and Accured Interest at the End of Period |
|---|---|---|---|---|---|
| 11/18/2014 | 2/17/2015 | 0.82% | $ 8,200,000 | $ 67,173 | $ 8,267,173 |
| 2/18/2015 | 5/17/2015 | 0.79% | $ 8,267,173 | $ 65,515 | $ 8,332,687 |
| 5/18/2015 | 8/17/2015 | 0.82% | $ 8,332,687 | $ 68,260 | $ 8,400,947 |
| 8/18/2015 | 11/17/2015 | 0.82% | $ 8,400,947 | $ 68,819 | $ 8,469,765 |
| 11/18/2015 | 2/17/2016 | 0.86% | $ 8,469,765 | $ 73,021 | $ 8,542,787 |
| 2/18/2016 | 5/17/2016 | 0.86% | $ 8,542,787 | $ 73,725 | $ 8,616,512 |
| 5/18/2016 | 8/17/2016 | 0.88% | $ 8,616,512 | $ 76,014 | $ 8,692,526 |
| 8/18/2016 | 11/17/2016 | 0.88% | $ 8,692,526 | $ 76,685 | $ 8,769,211 |
| 11/18/2016 | 2/17/2017 | 0.93% | $ 8,769,211 | $ 81,296 | $ 8,850,507 |
| 2/18/2017 | 5/17/2017 | 0.96% | $ 8,850,507 | $ 84,781 | $ 8,935,289 |
| 5/18/2017 | 8/17/2017 | 1.05% | $ 8,935,289 | $ 94,012 | $ 9,029,300 |
| 8/18/2017 | 11/17/2017 | 1.07% | $ 9,029,300 | $ 96,725 | $ 9,126,025 |
| 11/18/2017 | 2/17/2018 | 1.12% | $ 9,126,025 | $ 101,919 | $ 9,227,944 |
| 2/18/2018 | 5/17/2018 | 1.14% | $ 9,227,944 | $ 104,858 | $ 9,332,802 |
| 5/18/2018 | 8/17/2018 | 1.24% | $ 9,332,802 | $ 115,926 | $ 9,448,728 |
| 8/18/2018 | 11/17/2018 | 1.30% | $ 9,448,728 | $ 122,469 | $ 9,571,197 |
| 11/18/2018 | 2/17/2019 | 1.36% | $ 9,571,197 | $ 130,552 | $ 9,701,749 |
| 2/18/2019 | 5/17/2019 | 1.34% | $ 9,701,749 | $ 130,110 | $ 9,831,859 |
| 5/18/2019 | 8/17/2019 | 1.37% | $ 9,831,859 | $ 135,155 | $ 9,967,014 |
| 8/18/2019 | 11/17/2019 | 1.27% | $ 9,967,014 | $ 126,675 | $ 10,093,689 |
| 11/18/2019 | 2/17/2020 | 1.20% | $ 10,093,689 | $ 120,848 | $ 10,214,536 |
| 2/18/2020 | 5/17/2020 | 0.90% | $ 10,214,536 | $ 91,498 | $ 10,306,034 |
| 5/18/2020 | 8/17/2020 | 0.82% | $ 10,306,034 | $ 84,425 | $ 10,390,459 |
| 8/18/2020 | 11/17/2020 | 0.82% | $ 10,390,459 | $ 85,116 | $ 10,475,575 |
| 11/18/2020 | 2/17/2021 | 0.82% | $ 10,475,575 | $ 85,814 | $ 10,561,389 |
| 2/18/2021 | 5/17/2021 | 0.79% | $ 10,561,389 | $ 83,695 | $ 10,645,084 |
| 5/18/2021 | 8/17/2021 | 0.82% | $ 10,645,084 | $ 87,202 | $ 10,732,287 |
| 8/18/2021 | 11/17/2021 | 0.82% | $ 10,732,287 | $ 87,917 | $ 10,820,203 |
| 11/18/2021 | 2/17/2022 | 0.82% | $ 10,820,203 | $ 88,637 | $ 10,908,840 |
| 2/18/2022 | 5/17/2022 | 0.85% | $ 10,908,840 | $ 92,993 | $ 11,001,833 |
| 5/18/2022 | 8/17/2022 | 1.18% | $ 11,001,833 | $ 129,830 | $ 11,131,663 |
| 8/18/2022 | 11/17/2022 | 1.54% | $ 11,131,663 | $ 170,898 | $ 11,302,561 |
| 11/18/2022 | 2/17/2023 | 1.87% | $ 11,302,561 | $ 210,859 | $ 11,513,420 |
| 2/18/2023 | 5/17/2023 | 1.94% | $ 11,513,420 | $ 223,142 | $ 11,736,562 |
| 5/18/2023 | 8/17/2023 | 2.09% | $ 11,736,562 | $ 245,849 | $ 11,982,412 |
| 8/18/2023 | 11/17/2023 | 2.14% | $ 11,982,412 | $ 256,719 | $ 12,239,131 |
| 11/18/2023 | 2/17/2024 | 2.14% | $ 12,239,131 | $ 262,219 | $ 12,501,350 |
| 2/18/2024 | 5/17/2024 | 2.10% | $ 12,501,350 | $ 262,015 | $ 12,763,364 |
| 5/18/2024 | 8/17/2024 | 2.14% | $ 12,763,364 | $ 273,451 | $ 13,036,815 |
| 8/18/2024 | 11/17/2024 | 2.06% | $ 13,036,815 | $ 267,935 | $ 13,304,750 |
| 11/18/2024 | 2/17/2025 | 1.91% | $ 13,304,750 | $ 254,436 | $ 13,559,186 |
| 2/18/2025 | 5/17/2025 | 1.83% | $ 13,559,186 | $ 247,966 | $ 13,807,152 |
| 5/18/2025 | 8/17/2025 | 1.89% | $ 13,807,152 | $ 261,012 | $ 14,068,164 |
| 8/18/2025 | 11/17/2025 | 1.84% | $ 14,068,164 | $ 258,290 | $ 14,326,454 |
| 11/18/2025 | 2/17/2026 | 1.71% | $ 14,326,454 | $ 245,530 | $ 14,571,984 |
| 2/18/2026 | 3/11/2026 | 1.65% | $ 14,571,984 | $ 59,286 | $ 14,631,270 |
| | | **Total Prejudgment Interest as of March 11, 2026:** | | **$ 6,431,270** | |
| | | **Daily Pre-Judgment Interest Until Final Judgment:** | | **$ 2,694.82** | |

**Notes:**
[1] Prejudgment interest starts accruing from November 18, 2014, the time of first infringement and the date of the hypothetical negotiation between the parties.
[2] Interest is compounded quarterly. The interest rate in each quarterly accrual period is calculated as the simple average of all daily U.S. Prime rate values within that period.
[3] US prime rate is assumed to remain constant post December 11, 2025 at the rate on December 11, 2025 (the last day of available data at the time of preparation of this Exhibit) of 6.75%.
[4] Because interest is compounded quarterly, the daily interest amount in a quarterly period can be viewed as an equivalent of simple interest. Daily pre-judgment interest is calculated using the principal accrued as of 2/17/2026 and applying the quarterly rate of 1.69% converted to a daily simple rate. This daily interest amount is valid through May 17, 2026 at which point the principal and interest accrued to that point becomes the new base for calculating daily interest over the next quarter. Hence, the daily pre-judgment interest figure is the quarter ending 2/17/2026 principal plus the accrued interest figure times the daily interest rate.

**Source:**
[1] Federal Reserve Bankd of St. Louis, Bank Prime Loan Rate (DPRIME), available at https://fred.stlouisfed.org/series/DPRIME.

**Exhibit 2A**
**Post-Judgment Interest**
**Assuming Final Judgment Is Entered on March 11, 2026**

| Principal and Accured Interest as of March 11, 2026 | Interest Rate | Daily Post-Judgment Interest |
|---|---|---|
| $14,456,940.35 | 3.52% | $1,394.20 |

**Notes:**

[1] According to 28 U.S.C. 1961, post-judgment interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding.

[2] Final judgment is assumed to enter on March 11, 2026. Accured interest as of March 11, 2026 is calculated based on U.S. Prime Rate with annual compounding from November 18, 2014 (see **Exhibit 1A**).

[3] 1-year constant maturity Treasury yield is assumed to remain constant post December 15, 2025 at the rate on December 15, 2025 (the last day of available data at the time of preparation of this Exhibit) of 3.52%. Hence, the weekly average interest rate for the week preceding March 11, 2026 is assumed to be 3.52%

**Sources:**

[1] Federal Reserve Bankd of St. Louis, Market Yield on U.S. Treasury Securities at 1-Year Constant Maturity, Quoted on an Investment Basis (DGS1), available at https://fred.stlouisfed.org/series/DGS1.

[2] 28 U.S.C. 1961 - Post Judgment Interest Rates, available at https://www.uscourts.gov/28-usc-1961-post-judgment-interest-rates.

**Exhibit 2B**
**Post-Judgment Interest**
**Assuming Final Judgment Is Entered on March 11, 2026**

| Principal and Accured Interest as of March 11, 2026 | Interest Rate | Daily Post-Judgment Interest |
|---|---|---|
| $14,631,270.35 | 3.52% | $1,411.02 |

**Notes:**

[1] According to 28 U.S.C. 1961, post-judgment interest shall be calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding.

[2] Final judgment is assumed to enter on March 11, 2026. Accured interest as of March 11, 2026 is calculated based on U.S. Prime Rate with quarterly compounding from November 18, 2014 (see **Exhibit 1B**).

[3] 1-year constant maturity Treasury yield is assumed to remain constant post December 15, 2025 at the rate on December 15, 2025 (the last day of available data at the time of preparation of this Exhibit) of 3.52%. Hence, the weekly average interest rate for the week preceding March 11, 2026 is assumed to be 3.52%

**Sources:**

[1] Federal Reserve Bankd of St. Louis, Market Yield on U.S. Treasury Securities at 1-Year Constant Maturity, Quoted on an Investment Basis (DGS1), available at https://fred.stlouisfed.org/series/DGS1.

[2] 28 U.S.C. 1961 - Post Judgment Interest Rates, available at https://www.uscourts.gov/28-usc-1961-post-judgment-interest-rates.