IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTOUR IP HOLDING, LLC,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GOPRO, INC.,<br><br>　　　　Defendant. | Case Number: 17-cv-04738-WHO<br>Consolidated Case No. 21-cv-02143-WHO<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF CONTOUR IP HOLDING, LLC'S MOTION FOR NEW TRIAL AND MOTION FOR JUDGMENT AS A MATTER OF LAW** |

1  Before the Court is Plaintiff Contour IP Holding, LLC's Motion for New Trial and Motion for
2  Judgment as a Matter of Law. Having considered the briefing and the arguments and evidence
3  presented by the parties, the Court finds that the motion is taken and should be, and hereby is,
4  **GRANTED**.

5  Accordingly, it is **ORDERED** that there will be a new trial on all issues raised on the verdict
6  form (Dkt. 865). It is further **ORDERED** that judgment as a matter of law is granted that:

- GoPro, Inc's ("GoPro") Group 1 Products, as reflected on the Verdict Form, infringe Claim 12 of U.S. Patent No. 8,890,954 ("the '954 Patent") and claim 6 of U.S. Patent No. 8,896,694 ("the '694 Patent");
- GoPro's Group 2 Products, as reflected on the Verdict Form, infringe claims 11 and 12 of the '954 Patent and claim 6 of U.S. Patent No. 8,896,694 ("the '694 Patent"); and
- The asserted claims are not anticipated by Nicholas Woodman's purported prior invention.

DATED: _____

_____
Honorable William H. Orrick
United States District Judge