# EXHIBIT A

United States District Court
Northern District of California
Civil Action Nos. 3:17-cv-04738-WHO and
3:21-cv-02143-WHO

Contour IP Holding, LLC

v.

GoPro, Inc.

Declaration of Patrick F. Kennedy, Ph.D.
Regarding Pre-Judgment Interest
January 28, 2026

**Declaration of Patrick F. Kennedy, Ph.D. Regarding Pre- and Post- Judgment Interest**

**January 28, 2026**

1.  I have been retained on behalf of GoPro, Inc. ("GoPro" or "Defendant") to evaluate economic damages claims asserted against GoPro by Contour IP Holding, LLC ("CIPH" or "Plaintiff") related to the alleged infringement of U.S. Patent Nos. 8,890,954 (the "'954 Patent") and 8,896,694 (the "'694 Patent") (collectively, the "Patents-in-Suit").[1]  Dr. Keith Ugone, the Plaintiff's damages expert, and I have submitted a number of expert reports in this matter, detailed in my previous reports.[2]  My qualifications are contained in my prior expert reports submitted in this matter.

2.  Following a trial in this matter, a jury verdict was reached on October 10, 2025.  I understand that the jury awarded Contour an amount of $8,200,000 as a monetary remedy to compensate Contour for the finding of infringement of the Patents-in-Suit by GoPro relating to certain Accused Products.[3]  On December 17, 2025, Dr. Ugone, CIPH's damages expert, submitted a Declaration regarding pre- and post-judgment interest.[4]  In it, he stated, "I have been asked by Counsel for Contour to calculate pre-judgment interest on the damages awarded by the jury verdict through the post-trial motions hearing scheduled for March 11, 2026 as well as daily pre-judgment interest assuming the final judgment will be entered at some point in 2026 after March 11, 2026."[5]  I have been asked to prepare alternative calculations to Dr. Ugone's pre-

---

[1]  Complaint, *Contour IP Holding, LLC v. GoPro, Inc.*, Civil Action No. 3:21-cv-02143-WHO, March 26, 2021 ("*Contour II* Complaint") ("*Contour II*"), p. 2.  I understand that *Contour II* was consolidated with a prior lawsuit whereby CIPH and iON filed a suit against GoPro in the U.S. District Court for the District of Delaware ("*Contour I*").

[2]  This report incorporates my prior expert reports from *Contour III*, which therein incorporate my prior expert reports from *Contour I and Contour II*.

[3]  Verdict Form, *Contour IP Holding, LLC v. GoPro, Inc.,* Case No. 17-cv-04738-WHO, October 10, 2025.

[4]  Declaration of Keith R. Ugone, Ph.D. Regarding Pre- and Post- Judgment Interest, December 17, 2025 ("Ugone Declaration").

[5]  Ugone Declaration, p. 1.

judgement interest calculations, including alternative interest rate assumptions and forms of royalty.

3. **Schedule 2.1** (compound interest) and **Schedule 2.2** (simple interest) summarize the total prejudgment interest calculated on the jury damages award to Contour through March 11, 2026 and the daily pre-judgment interest after that date, based on a **running royalty** and applying a **one-year Treasury bill rate** for the applicable interest rates.  Schedules 2.1 and 2.2 begin interest calculations on **January 5, 2015**, the date of first royalty bearing sales.

4. **Schedule 3.1** (compound interest) and **Schedule 3.2** (simple interest) summarize the total prejudgment interest calculated on the jury damages award to Contour through March 11, 2026 and the daily pre-judgment interest after that date, based on a **running royalty** and applying the **U.S. prime rate** for the applicable interest rates.  Schedules 3.1 and 3.2 begin interest calculations on **January 5, 2015**.

5. **Schedule 4.1** (compound interest) and **Schedule 4.2** (simple interest) summarize the total prejudgment interest calculated on the jury damages award to Contour through March 11, 2026 and the daily pre-judgment interest after that date, based on an upfront **lump sum payment** and applying **a one-year Treasury bill rate** for the applicable interest rates.  Schedules 4.1 and 4.2 begin interest calculations on **January 5, 2015**.

6. **Schedule 5.1** (compound interest) and **Schedule 5.2** (simple interest) summarize the total prejudgment interest calculated on the jury damages award to Contour through March 11, 2026 and the daily pre-judgment interest after that date, based on an upfront **lump sum payment** and applying the **U.S. prime rate** for the applicable interest rates.  Schedules 5.1 and 5.2 begin interest calculations on **January 5, 2015**.

   7.  I reserve the right to supplement this declaration if additional information becomes available.

Patrick F. Kennedy, Ph.D.

_____

Managing Director

Stout Risius Ross, LLC

# EXHIBIT A

**Contour IP Holding, LLC v. GoPro, Inc.**  **Schedule 1**
Summary of Prejudgment Interest Calculation Alternatives

| | Form of Payment | Interest Rate | Interest Method | Interest Start Date | Total Interest | | Daily Prejudgment Interest |
|---|---|---|---|---|---|---|---|
| [a] | Running Royalty | Treasury Bill Rate | Compound | 1/5/2015 | $ | 1,826,103 | $ 922 |
| [b] | Running Royalty | Treasury Bill Rate | Simple | 1/5/2015 | | 1,674,667 | 759 |
| [c] | Running Royalty | U.S. Prime Rate | Compound | 1/5/2015 | | 4,718,103 | 2,358 |
| [d] | Running Royalty | U.S. Prime Rate | Simple | 1/5/2015 | | 3,811,266 | 1,516 |
| [e] | Lump Sum | Treasury Bill Rate | Compound | 1/5/2015 | | 2,100,102 | 947 |
| [f] | Lump Sum | Treasury Bill Rate | Simple | 1/5/2015 | | 1,900,194 | 759 |
| [g] | Lump Sum | U.S. Prime Rate | Compound | 1/5/2015 | | 6,190,811 | 2,627 |
| [h] | Lump Sum | U.S. Prime Rate | Simple | 1/5/2015 | | 4,742,060 | 1,516 |

*Sources/ Notes:*

[a]  Schedule 2.1
[b]  Schedule 2.2
[c]  Schedule 3.1
[d]  Schedule 3.2
[e]  Schedule 4.1
[f]  Schedule 4.2
[g]  Schedule 5.1
[h]  Schedule 5.2

**Contour IP Holding, LLC v. GoPro, Inc.**  
Prejudgment Interest on Damages Awarded to Contour: Running Royalty Basis, Treasury Bill Rate, Compound Interest

Schedule 2.1

|   | Period | Period Start Date | Period End Date | Units | Annual Royalty | Cumulative Royalty | Annual Interest Rate | Principal and Accrued Interest at the Beginning of Period | Prejudgment Interest for the Accrual Period | Principal and Accrued Interest at the End of the Period |
|---|---|---|---|---|---|---|---|---|---|---|
|   |   |   |   | [b] | [c] |   | [d] |   | [e] | [f] |
| [a] | 2015 | 1/5/2015 | 12/31/2015 | 2,596,167 | $ 1,637,957 | $ 1,637,957 | 0.30% | $        - | $    2,469 | $ 1,640,427 |
|   | 2016 | 1/1/2016 | 12/31/2016 | 2,292,061 | 1,446,093 | 3,084,050 | 0.60% | 1,640,427 | 14,071 | 3,100,590 |
|   | 2017 | 1/1/2017 | 12/31/2017 | 2,219,609 | 1,400,382 | 4,484,432 | 1.17% | 3,100,590 | 44,452 | 4,545,425 |
|   | 2018 | 1/1/2018 | 12/31/2018 | 1,878,573 | 1,185,217 | 5,669,649 | 2.25% | 4,545,425 | 115,730 | 5,846,372 |
|   | 2019 | 1/1/2019 | 12/31/2019 | 1,911,900 | 1,206,244 | 6,875,893 | 1.99% | 5,846,372 | 128,559 | 7,181,175 |
|   | 2020 | 1/1/2020 | 12/31/2020 | 1,266,823 | 799,256 | 7,675,149 | 0.36% | 7,181,175 | 27,548 | 8,007,978 |
|   | 2021 | 1/1/2021 | 12/31/2021 | 548,621 | 346,133 | 8,021,282 | 0.10% | 8,007,978 | 8,184 | 8,362,295 |
|   | 2022 | 1/1/2022 | 12/31/2022 | 199,212 | 125,686 | 8,146,967 | 2.68% | 8,362,295 | 225,780 | 8,713,761 |
|   | 2023 | 1/1/2023 | 12/31/2023 | 83,742 | 52,834 | 8,199,801 | 4.84% | 8,713,761 | 422,630 | 9,189,224 |
|   | 2024 | 1/1/2024 | 12/31/2024 | 315 | 199 | 8,200,000 | 4.48% | 9,189,224 | 411,391 | 9,600,814 |
|   | 2025 | 1/1/2025 | 12/31/2025 | - | - | 8,200,000 | 3.76% | 9,600,814 | 360,732 | 9,961,547 |
|   | 2026 | 1/1/2026 | 3/11/2026 | - | - | 8,200,000 | 0.65% | 9,961,547 | 64,557 | 10,026,103 |
|   | **Total** |   |   | 12,997,023 | $ 8,200,000 |   |   |   | $ 1,826,103 |   |

Daily Prejudgment Interest Until Final Judgement   $   922   [g]

**Sources/ Notes:**

[a] Prejudgment interest begins accruing on January 5, 2015, the beginning of the damages period.

[b] Schedule 6

[c] Per Unit Royalty is calculated as follows:

| | | | |
|---|---|---|---|
| Lump Sum Amount | $ | 8,200,000 | [i] Verdict Form, Contour IP Holding, LLC v. GoPro, Inc., Case No. 17-cv-04738-WHO, filed October 10, 2025. |
| Total Units Sold | | 12,997,023 | [ii] Schedule 6 |
| Effective Per Unit Royalty | $ | 0.63 | [iii] = [i] / [ii] |

[d] Interest is compounded annually. The interest rate in each annual accrual period is calculated as the simple average of 1-year treasury bill rates within that period. See Federal Reserve Bank of St. Louis, 1-Year Treasury Bill Secondary Market Rate, Discount Basis (DTB1YR), available at https://fred.stlouisfed.org/series/DTB1YR. The treasury bill rates are assumed to remain constant following January 26, 2026 (the last date with DTB1YR data available at the time of the issuance of this declaration) at the rate on January 26, 2026 of 3.38%.  For accrual periods of less than one year, the annual rate is linearly prorated to reflect the applicable interest for that partial period.

[e] Prejudgment interest is calculated using a mid-period convention, assuming royalties accrue evenly throughout each period.

[f] Principal and Accrued Interest at the End of the Period = Annual Royalty + Principal and Accrued Interest at the Beginning of Period + Prejudgment Interest for the Accrual Period

[g] Daily prejudgment interest until final judgement is calculated as follows:

| | | | |
|---|---|---|---|
| Treasury Bill Rate (Avg. over 1/1/2026 - 3/11/2026) | | 3.38% | [i] https://fred.stlouisfed.org/series/DTB1YR |
| Days in Year | | 365 | [ii] |
| Avg. Daily Treasury Bill Rate | | 0.01% | [iii] = [i] / [ii] |
| Principal and Accrued Interest at Beg. of Period | $ | 9,961,547 | [iv] |
| Daily Prejudgment Interest Until Final Judgement | $ | 922 | [v] = [iii] * [iv] |

**Contour IP Holding, LLC v. GoPro, Inc.**  
Prejudgment Interest on Damages Awarded to Contour: Running Royalty Basis, Treasury Bill Rate, Simple Interest

Schedule 2.2

| | Period | Period Start Date | Period End Date | Units | Annual Royalty | Cumulative Royalty | Annual Interest Rate | Prejudgment Interest for the Accrual Period |
|---|---|---|---|---|---|---|---|---|
| | | | | [b] | [c] | | [d] | [e] |
| [a] | 2015 | 1/5/2015 | 12/31/2015 | 2,596,167 | $ 1,637,957 | $ 1,637,957 | 0.30% | $ 2,469 |
| | 2016 | 1/1/2016 | 12/31/2016 | 2,292,061 | 1,446,093 | 3,084,050 | 0.60% | 14,056 |
| | 2017 | 1/1/2017 | 12/31/2017 | 2,219,609 | 1,400,382 | 4,484,432 | 1.17% | 44,259 |
| | 2018 | 1/1/2018 | 12/31/2018 | 1,878,573 | 1,185,217 | 5,669,649 | 2.25% | 114,356 |
| | 2019 | 1/1/2019 | 12/31/2019 | 1,911,900 | 1,206,244 | 6,875,893 | 1.99% | 125,036 |
| | 2020 | 1/1/2020 | 12/31/2020 | 1,266,823 | 799,256 | 7,675,149 | 0.36% | 26,438 |
| | 2021 | 1/1/2021 | 12/31/2021 | 548,621 | 346,133 | 8,021,282 | 0.10% | 7,851 |
| | 2022 | 1/1/2022 | 12/31/2022 | 199,212 | 125,686 | 8,146,967 | 2.68% | 216,642 |
| | 2023 | 1/1/2023 | 12/31/2023 | 83,742 | 52,834 | 8,199,801 | 4.84% | 395,222 |
| | 2024 | 1/1/2024 | 12/31/2024 | 315 | 199 | 8,200,000 | 4.48% | 367,096 |
| | 2025 | 1/1/2025 | 12/31/2025 | - | - | 8,200,000 | 3.76% | 308,099 |
| | 2026 | 1/1/2026 | 3/11/2026 | - | - | 8,200,000 | 0.65% | 53,141 |
| | **Total** | | | **12,997,023** | **$ 8,200,000** | | | **$ 1,674,667** |

Daily Prejudgment Interest Until Final Judgement   $   759  [f]

---

*Sources/ Notes:*

[a] *Prejudgment interest begins accruing on January 5, 2015, the beginning of the damages period.*

[b] *Schedule 6*

[c] *Per Unit Royalty is calculated as follows:*

| | | | |
|---|---|---|---|
| Lump Sum Amount | $ | 8,200,000 | [i] Verdict Form, Contour IP Holding, LLC v. GoPro, Inc., Case No. 17-cv-04738-WHO, filed October 10, 2025. |
| Total Units Sold | | 12,997,023 | [ii] Schedule 6 |
| Effective Per Unit Royalty | $ | 0.63 | [iii] = [i] / [ii] |

[d] *The interest rate in each annual accrual period is calculated as the simple average of 1-year treasury bill rates within that period. See Federal Reserve Bank of St. Louis, 1-Year Treasury Bill Secondary Market Rate, Discount Basis (DTB1YR), available at https://fred.stlouisfed.org/series/DTB1YR. The treasury bill rates are assumed to remain constant following January 26, 2026 (the last date with DTB1YR data available at the time of the issuance of this declaration) at the rate on January 26, 2026 of 3.38%. For accrual periods of less than one year, the annual rate is linearly prorated to reflect the applicable interest for that partial period.*

[e] *Prejudgment interest is calculated using a mid-period convention, assuming royalties accrue evenly throughout each period.*

[f] *Daily prejudgment interest until final judgement is calculated as follows:*

| | | |
|---|---|---|
| Treasury Bill Rate (Avg. over 1/1/2026 - 3/11/2026) | 3.38% | [i] https://fred.stlouisfed.org/series/DTB1YR |
| Days in Year | 365 | [ii] |
| Avg. Daily Treasury Bill Rate | 0.01% | [iii] = [i] / [ii] |
| Principal Amount | $ 8,200,000 | [iv] |
| Daily Prejudgment Interest Until Final Judgement | $ 759 | [v] = [iii] * [iv] |

**Contour IP Holding, LLC v. GoPro, Inc.**  
Prejudgment Interest on Damages Awarded to Contour: Running Royalty Basis, U.S. Prime Rate, Compound Interest

Schedule 3.1

| | Period | Period Start Date | Period End Date | Units | Annual Royalty | Cumulative Royalty | Annual Interest Rate | Principal and Accrued Interest at the Beginning of Period | Prejudgment Interest for the Accrual Period | Principal and Accrued Interest at the End of the Period |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | [b] | [c] | | [d] | | [e] | [f] |
| [a] | 2015 | 1/5/2015 | 12/31/2015 | 2,596,167 | $ 1,637,957 | $ 1,637,957 | 3.22% | $ - | $ 26,406 | $ 1,664,363 |
| | 2016 | 1/1/2016 | 12/31/2016 | 2,292,061 | 1,446,093 | 3,084,050 | 3.51% | 1,664,363 | 83,821 | 3,194,277 |
| | 2017 | 1/1/2017 | 12/31/2017 | 2,219,609 | 1,400,382 | 4,484,432 | 4.10% | 3,194,277 | 159,565 | 4,754,223 |
| | 2018 | 1/1/2018 | 12/31/2018 | 1,878,573 | 1,185,217 | 5,669,649 | 4.90% | 4,754,223 | 262,123 | 6,201,564 |
| | 2019 | 1/1/2019 | 12/31/2019 | 1,911,900 | 1,206,244 | 6,875,893 | 5.29% | 6,201,564 | 359,801 | 7,767,609 |
| | 2020 | 1/1/2020 | 12/31/2020 | 1,266,823 | 799,256 | 7,675,149 | 3.53% | 7,767,609 | 288,355 | 8,855,220 |
| | 2021 | 1/1/2021 | 12/31/2021 | 548,621 | 346,133 | 8,021,282 | 3.25% | 8,855,220 | 293,419 | 9,494,771 |
| | 2022 | 1/1/2022 | 12/31/2022 | 199,212 | 125,686 | 8,146,967 | 4.85% | 9,494,771 | 463,411 | 10,083,868 |
| | 2023 | 1/1/2023 | 12/31/2023 | 83,742 | 52,834 | 8,199,801 | 8.20% | 10,083,868 | 829,103 | 10,965,805 |
| | 2024 | 1/1/2024 | 12/31/2024 | 315 | 199 | 8,200,000 | 8.31% | 10,965,805 | 911,779 | 11,877,783 |
| | 2025 | 1/1/2025 | 12/31/2025 | - | - | 8,200,000 | 7.37% | 11,877,783 | 875,230 | 12,753,013 |
| | 2026 | 1/1/2026 | 3/11/2026 | - | - | 8,200,000 | 1.29% | 12,753,013 | 165,090 | 12,918,103 |
| | Total | | | 12,997,023 | $ 8,200,000 | | | | $ 4,718,103 | |

Daily Prejudgment Interest Until Final Judgement   $ 2,358  [g]

*Sources/ Notes:*
[a] Prejudgment interest begins accruing on January 5, 2015, the beginning of the damages period.
[b] Schedule 6
[c] Per Unit Royalty is calculated as follows:
   Lump Sum Amount        $ 8,200,000    [i] Verdict Form, Contour IP Holding, LLC v. GoPro, Inc., Case No. 17-cv-04738-WHO, filed October 10, 2025.
   Total Units Sold         12,997,023    [ii] Schedule 6
   Effective Per Unit Royalty  $ 0.63    [iii] = [i] / [ii]
[d] Interest is compounded annually. The interest rate in each annual accrual period is calculated as the simple average of all U.S. prime rate values within that period. See Federal Reserve Bank of St. Louis, Bank Prime Loan Rate, available at https://fred.stlouisfed.org/series/DPRIME. The U.S. prime rate is assumed to remain constant following January 26, 2026 (the last date with DPRIME data available at the time of the issuance of this declaration) at the rate on January 26, 2026 of 6.75%. For accrual periods of less than one year, the annual rate is linearly prorated to reflect the applicable interest for that partial period.
[e] Prejudgment interest is calculated using a mid-period convention, assuming royalties accrue evenly throughout each period.
[f] Principal and Accrued Interest at the End of the Period = Annual Royalty + Principal and Accrued Interest at the Beginning of Period + Prejudgment Interest for the Accrual Period
[g] Daily prejudgment interest until final judgement is calculated as follows:
   U.S. Prime Rate (Avg. over 1/1/2026 - 3/11/2026)    6.75%    [i] https://fred.stlouisfed.org/series/DPRIME
   Days in Year                                          365    [ii]
   Avg. Daily U.S. Prime Rate                          0.02%    [iii] = [i] / [ii]
   Principal and Accrued Interest at Beg. of Period  $ 12,753,013  [iv]
   Daily Prejudgment Interest Until Final Judgement   $ 2,358    [v] = [iii] * [iv]

**Contour IP Holding, LLC v. GoPro, Inc.**  
Prejudgment Interest on Damages Awarded to Contour: Running Royalty Basis, U.S. Prime Rate, Simple Interest

Schedule 3.2

| | Period | Period Start Date | Period End Date | Units | Annual Royalty | Cumulative Royalty | Annual Interest Rate | Prejudgment Interest for the Accrual Period |
|---|---|---|---|---|---|---|---|---|
| | | | | [b] | [c] | | [d] | [e] |
| [a] | 2015 | 1/5/2015 | 12/31/2015 | 2,596,167 | $ 1,637,957 | $ 1,637,957 | 3.22% | $ 26,406 |
| | 2016 | 1/1/2016 | 12/31/2016 | 2,292,061 | 1,446,093 | 3,084,050 | 3.51% | 82,894 |
| | 2017 | 1/1/2017 | 12/31/2017 | 2,219,609 | 1,400,382 | 4,484,432 | 4.10% | 155,049 |
| | 2018 | 1/1/2018 | 12/31/2018 | 1,878,573 | 1,185,217 | 5,669,649 | 4.90% | 248,896 |
| | 2019 | 1/1/2019 | 12/31/2019 | 1,911,900 | 1,206,244 | 6,875,893 | 5.29% | 331,676 |
| | 2020 | 1/1/2020 | 12/31/2020 | 1,266,823 | 799,256 | 7,675,149 | 3.53% | 256,872 |
| | 2021 | 1/1/2021 | 12/31/2021 | 548,621 | 346,133 | 8,021,282 | 3.25% | 255,067 |
| | 2022 | 1/1/2022 | 12/31/2022 | 199,212 | 125,686 | 8,146,967 | 4.85% | 391,967 |
| | 2023 | 1/1/2023 | 12/31/2023 | 83,742 | 52,834 | 8,199,801 | 8.20% | 670,266 |
| | 2024 | 1/1/2024 | 12/31/2024 | 315 | 199 | 8,200,000 | 8.31% | 681,795 |
| | 2025 | 1/1/2025 | 12/31/2025 | - | - | 8,200,000 | 7.37% | 604,227 |
| | 2026 | 1/1/2026 | 3/11/2026 | - | - | 8,200,000 | 1.29% | 106,151 |
| | **Total** | | | **12,997,023** | **$ 8,200,000** | | | **$ 3,811,266** |

Daily Prejudgment Interest Until Final Judgement   $   1,516  [f]

*Sources/ Notes:*

[a] Prejudgment interest begins accruing on January 5, 2015, the beginning of the damages period.

[b] Schedule 6

[c] Per Unit Royalty is calculated as follows:

| | | |
|---|---|---|
| Lump Sum Amount | $ 8,200,000 | [i] Verdict Form, Contour IP Holding, LLC v. GoPro, Inc., Case No. 17-cv-04738-WHO, filed October 10, 2025. |
| Total Units Sold | 12,997,023 | [ii] Schedule 6 |
| Effective Per Unit Royalty | $ 0.63 | [iii] = [i] / [ii] |

[d] The interest rate in each annual accrual period is calculated as the simple average of all U.S. prime rate values within that period. See Federal Reserve Bank of St. Louis, Bank Prime Loan Rate, available at https://fred.stlouisfed.org/series/DPRIME. The U.S. prime rate is assumed to remain constant following January 26, 2026 (the last date with DPRIME data available at the time of the issuance of this declaration) at the rate on January 26, 2026 of 6.75%. For accrual periods of less than one year, the annual rate is linearly prorated to reflect the applicable interest for that partial period.

[e] Prejudgment interest is calculated using a mid-period convention, assuming royalties accrue evenly throughout each period.

[f] Daily prejudgment interest until final judgement is calculated as follows:

| | | |
|---|---|---|
| U.S. Prime Rate (Avg. over 1/1/2026 - 3/11/2026) | 6.75% | [i] https://fred.stlouisfed.org/series/DPRIME |
| Days in Year | 365 | [ii] |
| Avg. Daily U.S. Prime Rate | 0.02% | [iii] = [i] / [ii] |
| Principal Amount | $ 8,200,000 | [iv] |
| Daily Prejudgment Interest Until Final Judgement | $ 1,516 | [v] = [iii] * [iv] |

**Contour IP Holding, LLC v. GoPro, Inc.**  **Schedule 4.1**
Prejudgment Interest on Damages Awarded to Contour: Lump Sum Basis, Treasury Bill Rate, Compound Interest

| | Period Start | Period End | Annual Interest Rate [b] | Principal and Accrued Interest at the Beginning of Period [c] | Prejudgment Interest for the Accrual Period | Principal and Accrued Interest at the End of Period |
|---|---|---|---|---|---|---|
| [a] | 1/5/2015 | 12/31/2015 | 0.30% | $ 8,200,000 | $ 24,723 | $ 8,224,723 |
| | 1/1/2016 | 12/31/2016 | 0.60% | 8,224,723 | 48,967 | 8,273,690 |
| | 1/1/2017 | 12/31/2017 | 1.17% | 8,273,690 | 96,766 | 8,370,455 |
| | 1/1/2018 | 12/31/2018 | 2.25% | 8,370,455 | 188,537 | 8,558,992 |
| | 1/1/2019 | 12/31/2019 | 1.99% | 8,558,992 | 170,608 | 8,729,600 |
| | 1/1/2020 | 12/31/2020 | 0.36% | 8,729,600 | 31,722 | 8,761,323 |
| | 1/1/2021 | 12/31/2021 | 0.10% | 8,761,323 | 8,765 | 8,770,087 |
| | 1/1/2022 | 12/31/2022 | 2.68% | 8,770,087 | 235,024 | 9,005,112 |
| | 1/1/2023 | 12/31/2023 | 4.84% | 9,005,112 | 435,440 | 9,440,552 |
| | 1/1/2024 | 12/31/2024 | 4.48% | 9,440,552 | 422,638 | 9,863,191 |
| | 1/1/2025 | 12/31/2025 | 3.76% | 9,863,191 | 370,591 | 10,233,781 |
| | 1/1/2026 | 3/11/2026 | 0.65% | 10,233,781 | 66,321 | 10,300,102 |

Total Prejudgment Interest as of March 11, 2026  $ 2,100,102
Daily Prejudgment Interest Until Final Judgement  $ 947  [d]

**Sources/ Notes:**

[a] Prejudgment interest begins accruing on January 5, 2015, the beginning of the damages period.

[b] Interest is compounded annually. The interest rate in each annual accrual period is calculated as the simple average of 1-year treasury bill rates within that period. See Federal Reserve Bank of St. Louis, 1-Year Treasury Bill Secondary Market Rate, Discount Basis (DTB1YR), available at https://fred.stlouisfed.org/series/DTB1YR. The treasury bill rates are assumed to remain constant following January 26, 2026 (the last date with DTB1YR data available at the time of the issuance of this declaration) at the rate on January 26, 2026 of 3.38%. For accrual periods of less than one year, the annual rate is linearly prorated to reflect the applicable interest for that partial period.

[c] Principal amount is equal to the damages award. See Verdict Form, Contour IP Holding, LLC v. GoPro, Inc., Case No. 17-cv-04738-WHO, filed October 10, 2025.

[d] Daily prejudgment interest until final judgement is calculated as follows:

| | | |
|---|---:|---|
| Treasury Bill Rate (Avg. over 1/1/2026 - 3/11/2026) | 3.38% | [i] https://fred.stlouisfed.org/series/DTB1YR |
| Days in Year | 365 | [ii] |
| Avg. Daily Treasury Bill Rate | 0.01% | [iii] = [i] / [ii] |
| Principal and Accrued Interest at Beg. of Period | $ 10,233,781 | [iv] |
| Daily Prejudgment Interest Until Final Judgement | $ 947 | [v] = [iii] * [iv] |

**Contour IP Holding, LLC v. GoPro, Inc.**    Schedule 4.2
Prejudgment Interest on Damages Awarded to Contour: Lump Sum Basis, Treasury Bill Rate, Simple Interest

|  | Period Start | Period End | Annual Interest Rate | Principal Amount | Prejudgment Interest for the Accrual Period |
|---|---|---|---|---|---|
|  |  |  | [b] | [c] |  |
| [a] | 1/5/2015 | 12/31/2015 | 0.30% | $ 8,200,000 | $ 24,723 |
|  | 1/1/2016 | 12/31/2016 | 0.60% | 8,200,000 | 48,820 |
|  | 1/1/2017 | 12/31/2017 | 1.17% | 8,200,000 | 95,904 |
|  | 1/1/2018 | 12/31/2018 | 2.25% | 8,200,000 | 184,698 |
|  | 1/1/2019 | 12/31/2019 | 1.99% | 8,200,000 | 163,452 |
|  | 1/1/2020 | 12/31/2020 | 0.36% | 8,200,000 | 29,798 |
|  | 1/1/2021 | 12/31/2021 | 0.10% | 8,200,000 | 8,203 |
|  | 1/1/2022 | 12/31/2022 | 2.68% | 8,200,000 | 219,747 |
|  | 1/1/2023 | 12/31/2023 | 4.84% | 8,200,000 | 396,509 |
|  | 1/1/2024 | 12/31/2024 | 4.48% | 8,200,000 | 367,101 |
|  | 1/1/2025 | 12/31/2025 | 3.76% | 8,200,000 | 308,099 |
|  | 1/1/2026 | 3/11/2026 | 0.65% | 8,200,000 | 53,141 |
|  |  |  | **Total Prejudgment Interest as of March 11, 2026** |  | **$ 1,900,194** |
|  |  |  | Daily Prejudgment Interest Until Final Judgement |  | $ 759 [d] |

**Sources/ Notes:**

[a] Prejudgment interest begins accruing on January 5, 2015, the beginning of the damages period.

[b] The interest rate in each annual accrual period is calculated as the simple average of 1-year treasury bill rates within that period. See Federal Reserve Bank of St. Louis, 1-Year Treasury Bill Secondary Market Rate, Discount Basis (DTB1YR), available at https://fred.stlouisfed.org/series/DTB1YR. The treasury bill rates are assumed to remain constant following January 26, 2026 (the last date with DTB1YR data available at the time of the issuance of this declaration) at the rate on January 26, 2026 of 3.38%.  For accrual periods of less than one year, the annual rate is linearly prorated to reflect the applicable interest for that partial period.

[c] Principal amount is equal to the damages award. See Verdict Form, Contour IP Holding, LLC v. GoPro, Inc., Case No. 17-cv-04738-WHO, filed October 10, 2025.

[d] Daily prejudgment interest until final judgement is calculated as follows:

| | | | |
|---|---|---|---|
| Treasury Bill Rate (Avg. over 1/1/2026 - 3/11/2026) | 3.38% | [i] | https://fred.stlouisfed.org/series/DTB1YR |
| Days in Year | 365 | [ii] | |
| Avg. Daily Treasury Bill Rate | 0.01% | [iii] = [i] / [ii] | |
| Principal Amount | $ 8,200,000 | [iv] | |
| Daily Prejudgment Interest Until Final Judgement | $ 759 | [v] = [iii] * [iv] | |

**Contour IP Holding, LLC v. GoPro, Inc.**  
Prejudgment Interest on Damages Awarded to Contour: Lump Sum Basis, U.S. Prime Rate, Compound Interest

**Schedule 5.1**

|  | Period Start | Period End | Annual Interest Rate | Principal and Accrued Interest at the Beginning of Period | Prejudgment Interest for the Accrual Period | Principal and Accrued Interest at the End of Period |
|---|---|---|---|---|---|---|
|  |  |  | [b] | [c] |  |  |
| [a] | 1/5/2015 | 12/31/2015 | 3.22% | $ 8,200,000 | $ 264,387 | $ 8,464,387 |
|  | 1/1/2016 | 12/31/2016 | 3.51% | 8,464,387 | 297,181 | 8,761,568 |
|  | 1/1/2017 | 12/31/2017 | 4.10% | 8,761,568 | 358,981 | 9,120,549 |
|  | 1/1/2018 | 12/31/2018 | 4.90% | 9,120,549 | 447,125 | 9,567,674 |
|  | 1/1/2019 | 12/31/2019 | 5.29% | 9,567,674 | 505,895 | 10,073,569 |
|  | 1/1/2020 | 12/31/2020 | 3.53% | 10,073,569 | 355,661 | 10,429,230 |
|  | 1/1/2021 | 12/31/2021 | 3.25% | 10,429,230 | 338,950 | 10,768,180 |
|  | 1/1/2022 | 12/31/2022 | 4.85% | 10,768,180 | 522,107 | 11,290,287 |
|  | 1/1/2023 | 12/31/2023 | 8.20% | 11,290,287 | 925,870 | 12,216,157 |
|  | 1/1/2024 | 12/31/2024 | 8.31% | 12,216,157 | 1,015,733 | 13,231,891 |
|  | 1/1/2025 | 12/31/2025 | 7.37% | 13,231,891 | 975,009 | 14,206,899 |
|  | 1/1/2026 | 3/11/2026 | 1.29% | 14,206,899 | 183,911 | 14,390,811 |

| | |
|---|---|
| Total Prejudgment Interest as of March 11, 2026 | $ 6,190,811 |
| Daily Prejudgment Interest Until Final Judgement | $ 2,627 [d] |

**Sources/ Notes:**

[a] Prejudgment interest begins accruing on January 5, 2015, the beginning of the damages period.

[b] Interest is compounded annually. The interest rate in each annual accrual period is calculated as the simple average of all daily U.S. prime rate values within that period. See Federal Reserve Bank of St. Louis, Bank Prime Loan Rate, available at https://fred.stlouisfed.org/series/DPRIME. The U.S. prime rate is assumed to remain constant following January 26, 2026 (the last date with DPRIME data available at the time of the issuance of this declaration) at the rate on January 26, 2026 of 6.75%. For accrual periods of less than one year, the annual rate is linearly prorated to reflect the applicable interest for that partial period.

[c] Principal amount is equal to the damages award. See Verdict Form, Contour IP Holding, LLC v. GoPro, Inc., Case No. 17-cv-04738-WHO, filed October 10, 2025.

[d] Daily prejudgment interest until final judgement is calculated as follows:

| | | | |
|---|---|---|---|
| U.S. Prime Rate (Avg. over 1/1/2026 - 3/11/2026) | | 6.75% | [i] https://fred.stlouisfed.org/series/DPRIME |
| Days in Year | | 365 | [ii] |
| Average Daily U.S. Prime Rate | | 0.02% | [iii] = [i] / [ii] |
| Principal and Accrued Interest at Beg. of Period | $ | 14,206,899 | [iv] |
| Daily Prejudgment Interest Until Final Judgement | $ | 2,627 | [v] = [iii] * [iv] |

**Contour IP Holding, LLC v. GoPro, Inc.**  **Schedule 5.2**
**Prejudgment Interest on Damages Awarded to Contour: Lump Sum Basis, U.S. Prime Rate, Simple Interest**

|  | Period Start | Period End | Annual Interest Rate [b] | Principal Amount [c] | Prejudgment Interest for the Accrual Period |
|---|---|---|---|---|---|
| [a] | 1/5/2015 | 12/31/2015 | 3.22% | $ 8,200,000 | $ 264,387 |
|  | 1/1/2016 | 12/31/2016 | 3.51% | 8,200,000 | 287,898 |
|  | 1/1/2017 | 12/31/2017 | 4.10% | 8,200,000 | 335,972 |
|  | 1/1/2018 | 12/31/2018 | 4.90% | 8,200,000 | 401,996 |
|  | 1/1/2019 | 12/31/2019 | 5.29% | 8,200,000 | 433,579 |
|  | 1/1/2020 | 12/31/2020 | 3.53% | 8,200,000 | 289,512 |
|  | 1/1/2021 | 12/31/2021 | 3.25% | 8,200,000 | 266,500 |
|  | 1/1/2022 | 12/31/2022 | 4.85% | 8,200,000 | 397,586 |
|  | 1/1/2023 | 12/31/2023 | 8.20% | 8,200,000 | 672,449 |
|  | 1/1/2024 | 12/31/2024 | 8.31% | 8,200,000 | 681,803 |
|  | 1/1/2025 | 12/31/2025 | 7.37% | 8,200,000 | 604,227 |
|  | 1/1/2026 | 3/11/2026 | 1.29% | 8,200,000 | 106,151 |

Total Prejudgment Interest as of March 11, 2026   $ 4,742,060
Daily Prejudgment Interest Until Final Judgement   $ 1,516 [d]

**Sources/ Notes:**

[a] Prejudgment interest begins accruing on January 5, 2015, the beginning of the damages period.

[b] The interest rate in each annual accrual period is calculated as the simple average of all daily U.S. prime rate values within that period. See Federal Reserve Bank of St. Louis, Bank Prime Loan Rate, available at https://fred.stlouisfed.org/series/DPRIME. The U.S. prime rate is assumed to remain constant following January 26, 2026 (the last date with DPRIME data available at the time of the issuance of this declaration) at the rate on January 26, 2026 of 6.75%. For accrual periods of less than one year, the annual rate is linearly prorated to reflect the applicable interest for that partial period.

[c] Principal amount is equal to the damages award. See Verdict Form, Contour IP Holding, LLC v. GoPro, Inc., Case No. 17-cv-04738-WHO, filed October 10, 2025.

[d] Daily prejudgment interest until final judgement is calculated as follows:

| | | |
|---|---|---|
| U.S. Prime Rate (Avg. over 1/1/2026 - 3/11/2026) | 6.75% | [i] https://fred.stlouisfed.org/series/DPRIME |
| Days in Year | 365 | [ii] |
| Average Daily U.S. Prime Rate | 0.02% | [iii] = [i] / [ii] |
| Principal Amount | $ 8,200,000 | [iv] |
| Daily Prejudgment Interest Until Final Judgement | $ 1,516 | [v] = [iii] * [iv] |

**Contour IP Holding, LLC v. GoPro, Inc.**  
Accused Product Sales Data, January 5, 2015 - December 31, 2024

Schedule 6

| [a] | Accused Product | 1/5/2015 - Q1 2015 [c] | Q2 2015 | Q3 2015 | Q4 2015 | Q1 2016 | Q2 2016 | Q3 2016 | Q4 2016 | Q1 2017 | Q2 2017 | Q3 2017 | Q4 2017 | Q1 2018 | Q2 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | HERO3 White | 84,482 | 76,837 | 2,501 | 17,386 | 3,909 | (6) | (169) | (14) | (7) | (5) | (3) | - | (2) | - |
| | HERO3 Silver | (173) | 20 | 122 | (94) | (30) | (14) | (5) | (1) | (1) | (1) | (1) | - | - | - |
| | HERO3 Black | (193) | (43) | (77) | (77) | (50) | (6) | (1) | (1) | - | (1) | - | (2) | - | - |
| | HERO3+ Silver | 98,293 | 117,204 | 26,420 | 108,315 | (4,723) | 4,939 | 4,452 | 8,314 | 2,881 | 3,842 | (68) | (40) | 975 | (5) |
| | HERO3+ Black | (5,677) | 2,532 | 2,335 | 626 | 239 | 246 | (33) | (12) | (3) | (15) | (3) | - | 299 | (1) |
| | HERO4 Silver | 209,219 | 233,853 | 226,740 | 320,872 | 112,000 | 185,100 | 161,377 | 62,008 | 4,949 | 1,855 | 502 | 1,413 | 875 | 1,670 |
| | HERO4 Black | 74,473 | 83,155 | 72,096 | 97,126 | 19,724 | 74,520 | 56,431 | (3,543) | 3,835 | 3,122 | 271 | 1,678 | 6,495 | 4,109 |
| | HERO Session | - | 22,098 | 112,729 | 148,234 | 85,761 | 116,095 | 213,060 | 286,071 | 10,492 | 108,611 | 77,683 | 93,415 | 2,439 | 18,197 |
| | HERO+ LCD | - | 103,885 | 43,169 | 106,526 | 8,346 | (27) | 19,045 | 27,756 | 69,483 | (212) | (232) | (284) | (334) | (159) |
| | HERO+ | - | - | 34,962 | 176,291 | 15,870 | (1,295) | (2,445) | 43,255 | 51,697 | (201) | (409) | (341) | (161) | 1,728 |
| | HERO5 Session | - | - | - | - | - | - | 42,705 | 144,719 | 39,747 | 95,789 | 59,394 | 144,155 | 58,822 | 33,883 |
| | HERO5 Black | - | - | - | - | - | - | 77,031 | 531,463 | 178,398 | 325,111 | 313,293 | 368,661 | 103,924 | 208,668 |
| | HERO6 Black | - | - | - | - | - | - | - | - | - | - | 100,751 | 156,011 | 139,802 | 170,658 |
| | Fusion | - | - | - | - | - | - | - | - | - | - | - | 4,399 | 12,155 | 11,436 |
| | HERO7 Black | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | HERO7 Silver | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | HERO7 White | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | HERO8 Black | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | MAX | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | **Total** | **460,424** | **639,541** | **520,997** | **975,205** | **241,046** | **379,552** | **571,448** | **1,100,015** | **361,471** | **537,895** | **551,178** | **769,065** | **325,289** | **450,184** |

**Sources/Notes:**  
[a] Contour III Kennedy Report, Supplemental Schedule 1.1.  
[b] I understand from counsel that the following products do not infringe: Karma with HERO5 Black, Karma with HERO6 Black, HERO9, HERO10, HERO11, HERO12, HERO13, HERO 4k, and BONES. I understand that the GoPro "BONES" is part of the HERO10 product line. See <https://gopro.com/en/us/news/hero10-black-bones-fpv-camera-launch>.  
[c] Damages are limited to the date of notice, which I understand is January 5, 2015, the date of the filing of the first amended complaint in the Utah Matter. Therefore, the Q1 2015 royalty base is prorated as follows:

| | |
|---|---|
| Start of Q1 2015 Damages Period | 1/5/2015 [i] |
| End of Q1 2015 Damages Period | 3/31/2015 [ii] |
| Days in Q1 2015 Damages Period | 86 [iii] = [ii] - [i] + 1 |
| Days in Q1 2015 Damages Period | 90 [iv] |
| Proration Factor | 0.96 [v] = [iii] / [iv] |

Contour IP Holding, LLC v. GoPro, Inc.  
Accused Product Sales Data, January 5, 2015 - December 31, 2024

Schedule 6

| [a] Accused Product | Q3 2018 | Q4 2018 | Q1 2019 | Q2 2019 | Q3 2019 | Q4 2019 | Q1 2020 | Q2 2020 | Q3 2020 | Q4 2020 | Q1 2021 | Q2 2021 | Q3 2021 | Q4 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| HERO3 White | - | - | (1) | (2) | - | - | - | - | - | - | - | - | - | - |
| HERO3 Silver | - | - | (1) | (2) | - | - | - | - | - | - | - | - | - | - |
| HERO3 Black | - | - | - | (3) | - | - | - | - | - | - | - | - | - | - |
| HERO3+ Silver | (1) | - | (13) | (11) | - | - | - | - | - | - | - | - | - | - |
| HERO3+ Black | - | - | - | - | (1) | - | - | - | - | - | - | - | - | - |
| HERO4 Silver | (166) | (56) | 3 | (16) | (1) | (1) | (3) | - | (1) | - | - | - | - | - |
| HERO4 Black | (126) | (55) | 61 | (12) | (3) | (8) | (3) | - | (5) | - | - | - | - | - |
| HERO Session | 6,482 | 2,521 | (246) | 419 | (226) | (10) | (68) | - | (3) | - | - | - | - | - |
| HERO+ LCD | 4,092 | (180) | (46) | (272) | (8) | (3) | (86) | - | - | - | - | - | (1) | - |
| HERO+ | 85 | (69) | (42) | (91) | (5) | (3) | (26) | - | - | (1) | - | - | - | - |
| HERO5 Session | 8,455 | (299) | 975 | 3,509 | 1,290 | 6,541 | (323) | (43) | (20) | (59) | (291) | - | (1) | - |
| HERO5 Black | 105,012 | 21,762 | 5,431 | 10,068 | 18,027 | 7,896 | (580) | 5,341 | (250) | (227) | (630) | (171) | (5) | (38) |
| HERO6 Black | 50,851 | (2,587) | 6,933 | 18,652 | 3,841 | 6,029 | 1,004 | 780 | 1,162 | 1,429 | 1,460 | 2,853 | 1,249 | (106) |
| Fusion | 6,887 | 8,749 | 11,216 | 19,747 | 384 | 3,319 | (376) | (98) | (235) | (88) | (142) | (42) | (2) | (14) |
| HERO7 Black | 163,908 | 335,024 | 298,965 | 365,206 | 132,335 | 103,486 | 12,208 | 47,649 | 87,759 | 59,861 | 3,218 | 20,991 | 26,524 | 9,188 |
| HERO7 Silver | 74,070 | 114,326 | 16,857 | 37,386 | 19,589 | 121,817 | 35,966 | 31,228 | 67,223 | 66,992 | 33,865 | 38,324 | (228) | (370) |
| HERO7 White | 69,540 | 134,875 | 39,214 | 91,300 | 41,193 | 7,680 | (282) | (552) | 80,946 | 2,886 | (25) | (437) | 78 | 994 |
| HERO8 Black | - | - | - | - | 37,708 | 431,369 | 99,371 | 198,312 | 208,310 | 193,630 | 79,616 | 93,027 | 76,487 | 78,798 |
| MAX | - | - | - | - | - | 44,481 | 15,972 | 8,890 | 22,705 | 20,528 | 19,476 | 21,391 | 25,037 | 18,548 |
| **Total** | **489,089** | **614,011** | **379,306** | **545,878** | **254,123** | **732,593** | **162,774** | **291,507** | **467,591** | **344,951** | **136,547** | **175,936** | **129,138** | **107,000** |

*Sources/Notes:*
[a] Contour III Kennedy Report, Supplemental Schedule 1.1.
[b] I understand from counsel that the following products do not infringe: Karma with HERO5 Black, Karma with HERO6 Black, HERO9, HERO10, HERO11, HERO12, HERO13, HERO 4k, and BONES. I understand that the GoPro "BONES" is part of the HERO10 product line.  See <https://gopro.com/en/us/news/hero10-black-bones-fpv-camera-launch>.
[c] Damages are limited to the date of notice, which I understand is January 5, 2015, the date of the filing of the first amended complaint in the Utah Matter. Therefore, the Q1 2015 royalty base is prorated as follows:

| | | |
|---|---|---|
| Start of Q1 2015 Damages Period | 1/5/2015 | [i] |
| End of Q1 2015 Damages Period | 3/31/2015 | [ii] |
| Days in Q1 2015 Damages Period | 86 | [iii] = [ii] - [i] + 1 |
| Days in Q1 2015 Damages Period | 90 | [iv] |
| Proration Factor | 0.96 | [v] = [iii] / [iv] |

**Contour IP Holding, LLC v. GoPro, Inc.**  
Accused Product Sales Data, January 5, 2015 - December 31, 2024

Schedule 6

| [a] Accused Product | Q1 2022 | Q2 2022 | Q3 2022 | Q4 2022 | Q1 2023 | Q2 2023 | Q3 2023 | Q4 2023 | Q1 2024 | Q2 2024 | Q3 2024 | Q4 2024 | Total |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| HERO3 White | - | - | - | - | - | - | - | - | - | - | - | - | 184,906 |
| HERO3 Silver | - | - | - | - | - | - | - | - | - | - | - | - | (181) |
| HERO3 Black | - | - | - | - | - | - | - | - | - | - | - | - | (454) |
| HERO3+ Silver | - | - | - | - | - | - | - | - | - | - | - | - | 370,774 |
| HERO3+ Black | - | - | - | - | - | - | - | - | - | - | - | - | 532 |
| HERO4 Silver | - | - | - | - | - | - | - | - | - | - | - | - | 1,522,192 |
| HERO4 Black | - | (1) | - | - | - | - | - | - | - | - | - | - | 493,340 |
| HERO Session | - | - | - | - | - | - | - | - | - | - | - | - | 1,303,754 |
| HERO+ LCD | (1) | - | - | - | - | - | - | - | - | - | - | - | 380,457 |
| HERO+ | - | - | - | - | - | - | - | - | - | - | - | - | 318,799 |
| HERO5 Session | - | - | - | - | - | - | - | - | - | - | - | - | 638,948 |
| HERO5 Black | (32) | (2) | (6) | (5) | - | - | - | - | - | - | - | - | 2,278,140 |
| HERO6 Black | (38) | (33) | (91) | (57) | (7) | (1) | (1) | (3) | - | - | - | - | 660,541 |
| Fusion | (6) | - | (4) | (1) | (1) | - | - | - | - | - | - | - | 77,283 |
| HERO7 Black | 244 | 140 | (1,224) | (783) | (227) | (38) | (13) | (69) | (2) | - | - | - | 1,664,350 |
| HERO7 Silver | 528 | (65) | (63) | 322 | (123) | (45) | (4) | (22) | (4) | (4) | - | - | 657,565 |
| HERO7 White | (63) | (76) | 101 | 98 | (17) | (13) | (9) | (1) | (1) | - | - | - | 467,429 |
| HERO8 Black | 29,343 | 39,849 | 55,514 | 11,290 | 12,849 | 5,070 | 5,170 | (803) | 153 | (359) | (369) | (42) | 1,654,293 |
| MAX | 16,803 | 19,628 | 11,269 | 16,634 | 10,666 | 12,053 | 11,513 | 27,818 | 421 | 577 | (20) | (35) | 324,355 |
| **Total** | **46,778** | **59,440** | **65,496** | **27,498** | **23,140** | **17,026** | **16,656** | **26,920** | **567** | **214** | **(389)** | **(77)** | **12,997,023** |

*Sources/Notes:*  
[a]  Contour III Kennedy Report, Supplemental Schedule 1.1.  
[b]  I understand from counsel that the following products do not infringe: Karma with HERO5 Black, Karma with HERO6 Black, HERO9, HERO10, HERO11, HERO12, HERO13, HERO 4k, and BONES. I understand that the GoPro "BONES" is part of the HERO10 product line.  See <https://gopro.com/en/us/news/hero10-black-bones-fpv-camera>  
[c]  Damages are limited to the date of notice, which I understand is January 5, 2015, the date of the filing of the first amended complaint in the Utah Matter. Therefore, the Q1 2015 royalty base is prorated as follows:

| | | |
|---|---:|---|
| Start of Q1 2015 Damages Period | 1/5/2015 | [i] |
| End of Q1 2015 Damages Period | 3/31/2015 | [ii] |
| Days in Q1 2015 Damages Period | 86 | [iii] = [ii] - [i] + 1 |
| Days in Q1 2015 Damages Period | 90 | [iv] |
| Proration Factor | 0.96 | [v] = [iii] / [iv] |