UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: March 10, 2026 | Time: 57 minutes<br>1:57 p.m. to 2:54 p.m. | Judge: WILLIAM H. ORRICK |
|---|---|---|
| Case No.: 17-cv-04738-WHO | Case Name: Contour IP Holding, LLC v. GoPro, Inc. | |

**Attorneys for Plaintiff:** Robert Green, John Keville, and Michelle C. Replogle

**Attorneys for Defendant:** John Haynes, Michelle Clark, and Philip C. Ducker

**Deputy Clerk:** Jean Davis            **Court Reporter:** Stephen Franklin

## PROCEEDINGS

Hearing on competing motions for judgment as a matter of law conducted by videoconference. Court summarizes tentative. Argument of counsel heard. Motions taken under submission; written order to follow.