John R. Keville (Pro Hac Vice)
jkeville@sheppardmullin.com
Michelle C. Replogle (Pro Hac Vice)
mreplogle@sheppardmullin.com
Michael C. Krill (Pro Hac Vice)
mkrill@sheppardmullin.com
Sunny Akarapu (Pro Hac Vice)
sakarapu@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER &
HAMPTON, LLP
845 Texas Avenue, 25th Floor
Houston, Texas 77002-2791
Telephone: (713) 431-7100
Facsimile: (713) 431-7024

Lai L. Yip (SBN 258029)
lyip@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON, LLP
Four Embarcadero Center Seventeenth Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 875-6700
*Attorneys for Plaintiff, CONTOUR IP
HOLDING, LLC*

JOHN D. HAYNES (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone:      404-881-7000
Facsimile:      404-881-7777
john.haynes@alston.com

PHILIP DUCKER (State Bar No. 262644)
MICHELLE CLARK (State Bar No. 243777)
**ALSTON & BIRD LLP**
55 Second Street, Suite 2100
San Francisco, CA 94105
Telephone:      415-243-1000
Facsimile:      415-243-1001
phil.ducker@alston.com
michelle.clark@alston.com

*Attorneys for Defendant GOPRO, INC.*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTOUR IP HOLDING, LLC,<br><br>                   Plaintiff,<br><br>      v.<br><br>GOPRO, INC.,<br><br>                   Defendant. | LEAD CASE NO. 3:17-cv-04738-WHO<br>CONSOL. CASE NO. 3:21-cv-02143-WHO<br><br>**JOINT STIPULATION RE FINAL JUDGMENT and [PROPOSED] JUDGMENT** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Per the Court's directive of May 15, 2026, Plaintiff Contour IP Holding, LLC ("Contour") and Defendant GoPro, Inc. ("GoPro") (collectively the "Parties") hereby submit the attached proposed Judgment in conformance with the Court's May 14, 2026 Order (Dkt. 912).  The Parties reserve all rights with respect to appeal and other relief as may be available following entry of judgment.

Dated: May 28, 2026                    BY:     /s/ John R. Keville

Lai L. Yip (SBN 258029)
lyip@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
Four Embarcadero Center Seventeenth Floor
San Francisco, CA 94111
Telephone: (415) 434-9100
Facsimile: (415) 875-6700
John R. Keville (Pro Hac Vice)
jkeville@sheppardmullin.com
Michelle C. Replogle (Pro Hac Vice)
mreplogle@sheppardmullin.com
Michael C. Krill (Pro Hac Vice)
mkrill@sheppardmullin.com
Sunny Akarapu (Pro Hac Vice)
sakarapu@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP
845 Texas Avenue, 25th Floor
Houston, Texas 77002
Telephone: (713) 431-7100
Facsimile: (713) 431-7024
Counsel for Plaintiff
CONTOUR IP HOLDING LLC

Dated: May 28, 2026                    BY:     /s/ Philip C. Ducker

Michelle Ann Clark (SBN 243777)
Philip C. Ducker (SBN 262644)
Dana Zottola (SBN 346715)
**ALSTON & BIRD LLP**
55 Second Street, Suite 2100
San Francisco, California 94105-0912
Telephone: (415) 243-1000
Facsimile: (415) 243-1001
michelle.clark@alston.com
phil.ducker@alston.com
dana.zottola@alston.com
John D. Haynes (admitted pro hac vice)
Sloane S. Kyrazis (admitted pro hac vice)

**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone:      404-881-7000
Facsimile:      404-881-7777
john.haynes@alston.com
sloane.kyrazis@alston.com

Karlee N. Wroblewski (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
Bank of America Plaza
Suite 4000
101 South Tryon Street
Charlotte, NC 28280-4000
Telephone:      (704) 444-1000
Facsimile:      (704) 444-1111
karlee.wroblewski@alston.com

Elliott C. Riches (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
2200 Ross Avenue
Suite 2300
Dallas, TX 75201
Telephone:      (214) 922-3492
elliott.riches@alston.com

Case No. 17-cv-04738-WHO

JOINT MOTION TO SEAL

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

CONTOUR IP HOLDING, LLC,

        Plaintiff,

        v.

GOPRO, INC.,

        Defendant.

LEAD CASE NO. 3:17-cv-04738-WHO
CONSOL. CASE NO. 3:21-cv-02143-WHO

**JUDGMENT**

On May 14, 2026, the Court issued an order granting in part and denying in part GoPro, Inc.'s ("GoPro") Motion for Judgment As A Matter Of Law And Alternative Motion For New Trial (Dkt. 900) and denying Contour IP Holding, LLC's ("Contour") Motion For New Trial And Judgment As A Matter Of Law (Dkt. 901). Dkt. 912. The Court determined that judgment should be entered based on the jury's verdict finding no infringement of the Live Preview Group 2 Products and Live Streaming Products, and holding Claim 12 of U.S. Patent No. 8,890,954 ("the '954 Patent) and Claim 6 of U.S. Patent No. 8,896,694 ("the '694 Patent") invalid as anticipated and obvious. The Court further determined that GoPro is entitled to judgment as a matter of law that Claim 11 of the '954 Patent is invalid as obvious.[1]

Based on the Court's Order and pursuant to Federal Rule of Civil Procedure 58, the Court hereby enters judgment in favor of GoPro on all claims and against Plaintiff Contour IP Holding, LLC.

The Clerk of the Court shall close the file in this matter.

---

[1] The Court also granted GoPro's conditional motion for a new trial on the issue of obviousness.

IT IS SO ORDERED.

Dated: June 1, 2026



Hon. William H. Orrick
United States District Court for the Northern
District of California