

# Invoice

| PAYMENT DUE DATE | Invoice Date | Invoice # |
|---|---|---|
| *10/14/2025* | 10/14/2025 | 48971 |

Remittance Address:

QUiVX eDiscovery
3339 Vincent Road
Pleasant Hill, CA 94523

**Phone:** (925) 478-8222
**Web:** www.QUiVXCA.com

| Forward Invoice to Accounts Payable |
|---|
| **Bill To** |
| Alston & Bird<br>55 2nd Street<br>Suite 2100<br>San Francisco, CA 94105<br><br>Phone:   415-243-1000 |

| P.O. No. | Payment Terms | Account Manager | Ordered By | Matter # / Case | Project # |
|---|---|---|---|---|---|
|  | Due on receipt | CSE | Anthony Carmona | 78042.629393 | Various |

| Quantity | Description | Item | Amount |
|---|---|---|---|
|  | Ongoing trial document support during trial in San Francisco<br>*Covering work performed in September 2025. Additional invoices may follow for this case.<br><br>*** Contour IP Holding, LLC v. GoPro, Inc. *** |  |  |
| 31,602 | Color prints from disc, e-mail, or hard drive | Color 8.5x11" Blowbac... | 23,701.50T |
| 57,288 | Printing from file with heavy assembly such as creating breaks or inserting tabs. | Blowback w/ Heavy As... | 5,442.36T |
| 1,116 | 1000+ / AAA+ or Custom Tabs per set of 25. | Custom Tabs | 669.60T |
| 68 | Clear front, black plastic back covers. | Clear Covers / Black B... | 340.00T |
| 68 | Spiral coil binding. | Spiral | 510.00T |
| 630 | Pre-printed/stocked side or bottom tabs | Alpha & Numeric Tabs | 157.50T |
| 73 | 1" Heavy Duty View Binder | 1" | 634.37T |
| 42 | 2" D-Ring Heavy Duty Binder | 2" | 709.38T |
| 6 | 3" D-Ring Heavy Duty View Binder | 3" | 90.00T |
| 8 | 4" D-Ring Heavy Duty View Binder | 4" | 218.72T |
| 12 | Out of area delivery service. | Courier /Shipping / Del... | 932.52T |
|  | Pleasant Hill Sales Tax |  | 3,090.05 |

Client Signature: _____    Printed Name: _____

| **Total** | **$36,496.00** |
|---|---|

**Use the link in the email to pay by credit card or call:** (925) 478-8222

**Wire or ACH:** ███████████████

Past due invoices will incur a 1.5% late fee each month. All past due invoices are immediately subject to third party collections and may result in a suspended account. Please remit payment promptly.

**Please make checks payable to:  QUiVX**
**Tax Information:  Choice Legal Corp. Tax ID#:** ███████ **(Corporation)**