JOHN D. HAYNES (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone:    404-881-7000
Facsimile:    404-881-7777
john.haynes@alston.com

PHILIP DUCKER (State Bar No. 262644)
MICHELLE CLARK (State Bar No. 243777)
**ALSTON & BIRD LLP**
55 Second Street, Suite 2100
San Francisco, CA 94105
Telephone:    415-243-1000
Facsimile:    415-243-1001
phil.ducker@alston.com
michelle.clark@alston.com

*Attorneys for Defendant GOPRO, INC.*

*Additional counsel information omitted*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTOUR IP HOLDING, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>GOPRO, INC.,<br><br>        Defendant. | LEAD CASE NO. 3:17-cv-04738-WHO<br>CONSOL. CASE NO. 3:21-cv-02143-WHO<br><br>**DECLARATION OF MICHELLE CLARK IN SUPPORT OF GOPRO, INC.'S REVISED BILL OF COSTS**<br><br>Judge: William H. Orrick<br>Hearing Date: March 11, 2026<br>Time: 2:00 PM |

I, Michelle Clark, declare as follows:

1.    I am at attorney at the law firm of Alston & Bird LLP, located at 55 Second Street, Suite 2100, San Francisco, CA 94105.

2.    This declaration is being submitted in support of the Revised Bill of Costs submitted by GoPro, Inc. ("GoPro").  The statements made in my original declaration in support of costs (Dkt. 917 are correct except that Veritext, the court reporter and videography vendor retained by GoPro's prior counsel, Quinn Emanuel, advised us on Tuesday, June 16 that it had over-reported costs by $2,990.97.  Therefore, GoPro has submitted a revised Bill of Costs reflecting this modification.  GoPro provided notice to plaintiff Contour IP Holdings, LLC ("CIPH") of its intent to submit the revised Bill of Costs on June 22, 2026.  CIPH did not respond to GoPro's email.

3.    GoPro respectfully submits that good cause exists to consider the revised Bill of Costs because the new information reflected therein was not reasonably available to GoPro until after the deadline for filing the Bill of Costs had passed.  Despite reasonable efforts made prior to the deadline, Veritext did not provide access to invoices originally sent to GoPro's prior counsel at Quinn Emanuel until the day that the Bill of Costs was due and did not provide a revised estimate of costs until the following day.

4.    Attached hereto as Exhibit A is a spreadsheet provided by Veritext to counsel for GoPro reflecting the itemized costs for conducting depositions in this matter.

5.    Attached hereto as Exhibit B is the same spreadsheet, annotated by counsel, to identify the specific deponents corresponding to the invoices summarized by Veritext.

6.    Attached hereto as Exhibits C-J are copies of invoices provided by Veritext itemizing the amounts paid by GoPro for each deposition reflected in Exhibits A and B.

7.    Attached hereto as Exhibit K is a true and correct copy of an email from N. Russell dated Jun. 16, 2026 conveying the modified total for deposition costs incurred by Quinn Emanuel on behalf of GoPro in the above entitled matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DECLARATION OF MICHELLE CLARK IN SUPPORT OF GOPRO, INC.'S REVISED BILL OF COSTS

EXECUTED on this 22nd day of June 2026 in San Francisco, California.

*/s/ Michelle Ann Clark*
Michelle Ann Clark

DECLARATION OF MICHELLE CLARK IN SUPPORT OF GOPRO, INC.'S REVISED BILL OF COSTS

**CERTIFICATE OF SERVICES**

Pursuant to the Federal Rules of Civil Procedure and Civil L.R. 5, I hereby certify that, on June 22, 2026, all counsel of record who have appeared in this case were served with a copy of the foregoing via ECF.

*/s/ Michelle Ann Clark*
Michelle Ann Clark

DECLARATION OF MICHELLE CLARK IN SUPPORT OF GOPRO, INC.'S REVISED BILL OF COSTS