# EXHIBIT A

| Invoice# | Invoice Date | Job# | Plaintiff | Defendant | Effective Date | Firm Billed | Payment# | Applied Amount | Payor |
|---|---|---|---|---|---|---|---|---|---|
| 4223733 | 2/28/2020 | 3855723 | Contour IP Holding, LLC | GoPro, Inc. | 4/22/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3172890 | ($434.36) | QUINN EMANUEL URQUHART SULLIV |
| 4223369 | 2/28/2020 | 3961307 | Contour IP Holding, LLC | Gopro, Inc. | 4/22/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3172890 | ($434.36) | QUINN EMANUEL URQUHART SULLIV |
| 4139072 | 1/16/2020 | 3835386 | Contour IP Holding, LLC | GoPro, Inc. | 5/22/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3191307 | ($3,163.25) | QUINN EMANUEL URQUHART SULLIV |
| 4154245 | 1/26/2020 | 3838591 | Contour IP Holding, LLC | Gopro, Inc. | 5/22/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3191307 | ($546.99) | QUINN EMANUEL URQUHART SULLIV |
| 4131147 | 1/12/2020 | 3812425 | Contour IP Holding, LLC | GoPro, Inc. | 5/22/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3191307 | ($6,081.90) | QUINN EMANUEL URQUHART SULLIV |
| 4140234 | 1/17/2020 | 3812425 | Contour IP Holding, LLC | GoPro, Inc. | 5/22/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3191307 | ($809.51) | QUINN EMANUEL URQUHART SULLIV |
| 4151717 | 1/24/2020 | 3838893 | Contour IP Holding, LLC | Gopro, Inc. | 5/22/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3191307 | ($4,682.27) | QUINN EMANUEL URQUHART SULLIV |
| 4154246 | 1/27/2020 | 3838893 | Contour IP Holding, LLC | Gopro, Inc. | 5/22/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3191307 | ($2,790.15) | QUINN EMANUEL URQUHART SULLIV |
| 4146330 | 1/21/2020 | 2874671 | Contour IP Holding, LLC | GoPro, Inc. | 8/17/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3243710 | ($659.49) | QUINN EMANUEL URQUHART SULLIV |
| 4144716 | 1/21/2020 | 2874675 | Contour IP Holding, LLC | GoPro, Inc. | 8/17/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3243710 | ($621.99) | QUINN EMANUEL URQUHART SULLIV |
| 4168097 | 2/3/2020 | 3838594 | Contour IP Holding, LLC | GoPro, Inc. | 8/17/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3243710 | ($1,560.25) | QUINN EMANUEL URQUHART SULLIV |
| 4146331 | 1/21/2020 | 2874673 | Contour IP Holding, LLC | GoPro, Inc. | 8/17/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3243710 | ($771.99) | QUINN EMANUEL URQUHART SULLIV |
| 4195064 | 2/14/2020 | 3812446 | Contour IP Holding, LLC | GoPro, Inc. | 8/17/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3243710 | ($2,672.70) | QUINN EMANUEL URQUHART SULLIV |
| 4222895 | 2/28/2020 | 3855723 | Contour IP Holding, LLC | GoPro, Inc. | 8/17/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3243710 | ($1,829.05) | QUINN EMANUEL URQUHART SULLIV |
| 4221107 | 2/28/2020 | 3961295 | Contour IP Holding, LLC | GoPro, Inc. | 8/17/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3243710 | ($681.50) | QUINN EMANUEL URQUHART SULLIV |
| 4185796 | 2/11/2020 | 3838597 | Contour IP Holding, LLC | Gopro, Inc. | 8/17/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3243710 | ($2,292.80) | QUINN EMANUEL URQUHART SULLIV |
| 4215386 | 2/27/2020 | 3838581 | Contour IP Holding, LLC | Gopro, Inc. | 8/17/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3243710 | ($621.86) | QUINN EMANUEL URQUHART SULLIV |
| 4202976 | 2/20/2020 | 3961271 | Contour IP Holding, LLC | GoPro, Inc. | 8/17/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3243710 | ($2,771.25) | QUINN EMANUEL URQUHART SULLIV |
| 4199907 | 2/18/2020 | 3812454 | Contour IP Holding, LLC | GoPro, Inc. | 8/17/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3243710 | ($3,332.65) | QUINN EMANUEL URQUHART SULLIV |
| 4200087 | 2/18/2020 | 3838581 | Contour IP Holding, LLC | Gopro, Inc. | 8/17/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3243710 | ($1,606.80) | QUINN EMANUEL URQUHART SULLIV |
| 4207017 | 2/21/2020 | 3838597 | Contour IP Holding, LLC | Gopro, Inc. | 8/17/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3243710 | ($696.85) | QUINN EMANUEL URQUHART SULLIV |
| 4204452 | 2/21/2020 | 3812446 | Contour IP Holding, LLC | GoPro, Inc. | 8/17/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3243710 | ($771.85) | QUINN EMANUEL URQUHART SULLIV |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 4213596 | 2/25/2020 | 3812454 | Contour IP Holding, LLC | GoPro, Inc. | 8/17/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3243710 | ($884.36) | QUINN EMANUEL URQUHART SULLIV |
| 4217759 | 2/26/2020 | 3961307 | Contour IP Holding, LLC | Gopro, Inc. | 8/17/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3243710 | ($1,357.30) | QUINN EMANUEL URQUHART SULLIV |
| 4182321 | 2/9/2020 | 3835386 | Contour IP Holding, LLC | GoPro, Inc. | 8/17/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3243710 | ($734.44) | QUINN EMANUEL URQUHART SULLIV |
| 4182231 | 2/9/2020 | 3961295 | Contour IP Holding, LLC | GoPro, Inc. | 8/17/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3243710 | ($2,419.40) | QUINN EMANUEL URQUHART SULLIV |
| 4187514 | 2/11/2020 | 3838594 | Contour IP Holding, LLC | GoPro, Inc. | 8/17/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3243710 | ($734.38) | QUINN EMANUEL URQUHART SULLIV |
| 4167978 | 1/31/2020 | 3842335 | Contour IP Holding, LLC | GoPro, Inc. | 8/17/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3243710 | ($780.00) | QUINN EMANUEL URQUHART SULLIV |
| 4120359 | 1/6/2020 | 3804773 | Contour IP Holding, LLC | GoPro, Inc. | 8/17/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3243710 | ($4,759.20) | QUINN EMANUEL URQUHART SULLIV |
| 4196499 | 2/17/2020 | 3968949 | Contour IP Holding, LLC | Gopro, Inc. | 8/17/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3243710 | ($3,997.85) | QUINN EMANUEL URQUHART SULLIV |
| 4205047 | 2/19/2020 | 3968949 | Contour IP Holding, LLC | Gopro, Inc. | 8/17/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3243710 | ($2,272.50) | QUINN EMANUEL URQUHART SULLIV |
| 4230396 | 3/3/2020 | 3985577 | Contour IP Holding, LLC | Gopro, Inc. | 8/17/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3243710 | ($948.75) | QUINN EMANUEL URQUHART SULLIV |
| 4178612 | 2/7/2020 | 3858318 | Contour IP Holding, LLC | GoPro, Inc. | 8/17/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3243710 | ($5,179.65) | QUINN EMANUEL URQUHART SULLIV |
| 4132447 | 1/13/2020 | 3804773 | Contour IP Holding, LLC | GoPro, Inc. | 8/17/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3243710 | ($2,585.50) | QUINN EMANUEL URQUHART SULLIV |
| 4181968 | 2/10/2020 | 3858719 | Contour IP Holding, LLC | Gopro, Inc. | 8/17/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3243710 | ($948.75) | QUINN EMANUEL URQUHART SULLIV |
| 4192839 | 2/13/2020 | 3958179 | Contour IP Holding, LLC | Gopro, Inc. | 8/17/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3243710 | ($2,507.25) | QUINN EMANUEL URQUHART SULLIV |
| 4190018 | 2/13/2020 | 3958179 | Contour IP Holding, LLC | Gopro, Inc. | 8/17/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3243710 | ($4,283.00) | QUINN EMANUEL URQUHART SULLIV |
| 4134262 | 1/13/2020 | 3806473 | Contour IP Holding, LLC | GoPro, Inc. | 8/17/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3243710 | ($3,509.50) | QUINN EMANUEL URQUHART SULLIV |
| 4185426 | 2/11/2020 | 3858318 | Contour IP Holding, LLC | GoPro, Inc. | 8/17/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3243710 | ($2,295.25) | QUINN EMANUEL URQUHART SULLIV |
| 4183938 | 2/11/2020 | 3858719 | Contour IP Holding, LLC | Gopro, Inc. | 8/17/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3243710 | ($1,417.70) | QUINN EMANUEL URQUHART SULLIV |
| 4144480 | 1/21/2020 | 3806473 | Contour IP Holding, LLC | GoPro, Inc. | 8/17/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3243710 | ($2,238.00) | QUINN EMANUEL URQUHART SULLIV |
| 4143098 | 1/20/2020 | 3838591 | Contour IP Holding, LLC | Gopro, Inc. | 11/24/2020 | Quinn Emanuel Urquhart & Sullivan, LLP | 3336930 | ($2,633.35) | QUINN EMANUEL URQUHART SULLIV |
| 4410005 | 7/9/2020 | 4154446 | Contour IP Holding, LLC | Gopro, Inc. | 1/25/2021 | Quinn Emanuel Urquhart & Sullivan, LLP | 3396962 | ($3,886.80) | QUINN EMANUEL URQUHART SULLIV |
| 4459600 | 7/31/2020 | 4150846 | Contour IP Holding, LLC | Gopro, Inc. | 1/25/2021 | Quinn Emanuel Urquhart & Sullivan, LLP | 3396962 | ($2,742.00) | QUINN EMANUEL URQUHART SULLIV |
| 4221944 | 2/28/2020 | 3985577 | Contour IP Holding, LLC | Gopro, Inc. | 1/25/2021 | Quinn Emanuel Urquhart & Sullivan, LLP | 3396962 | ($1,335.45) | QUINN EMANUEL URQUHART SULLIV |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4477917 | 8/13/2020 | 4155044 | Contour IP Holding, LLC | GoPro, Inc. | 4/1/2021 | Quinn Emanuel Urquhart & Sullivan, LLP | 3465715 | ($942.50) | QUINN EMANUEL URQUHART SULLIV |
| 4609260 | 10/29/2020 | 4288683 | Contour IP Holding, LLC | GoPro, Inc. | 4/1/2021 | Quinn Emanuel Urquhart & Sullivan, LLP | 3465715 | ($3,448.59) | QUINN EMANUEL URQUHART SULLIV |
| 4613166 | 10/29/2020 | 4288683 | Contour IP Holding, LLC | GoPro, Inc. | 4/1/2021 | Quinn Emanuel Urquhart & Sullivan, LLP | 3465715 | ($1,781.00) | QUINN EMANUEL URQUHART SULLIV |
| 4657093 | 11/15/2020 | 4310325 | Contour IP Holding, LLC | GoPro, Inc. | 4/1/2021 | Quinn Emanuel Urquhart & Sullivan, LLP | 3465715 | ($530.00) | QUINN EMANUEL URQUHART SULLIV |
| 4477637 | 8/13/2020 | 4154446 | Contour IP Holding, LLC | Gopro, Inc. | 4/1/2021 | Quinn Emanuel Urquhart & Sullivan, LLP | 3465715 | ($942.50) | QUINN EMANUEL URQUHART SULLIV |
| 4392426 | 7/1/2020 | 4151745 | Contour IP Holding, LLC | GoPro, Inc. | 4/1/2021 | Quinn Emanuel Urquhart & Sullivan, LLP | 3465715 | ($5,941.20) | QUINN EMANUEL URQUHART SULLIV |
| 4395956 | 7/6/2020 | 4150846 | Contour IP Holding, LLC | Gopro, Inc. | 4/1/2021 | Quinn Emanuel Urquhart & Sullivan, LLP | 3465715 | ($3,848.45) | QUINN EMANUEL URQUHART SULLIV |
| 4452101 | 7/29/2020 | 4151745 | Contour IP Holding, LLC | GoPro, Inc. | 4/1/2021 | Quinn Emanuel Urquhart & Sullivan, LLP | 3465715 | ($2,445.00) | QUINN EMANUEL URQUHART SULLIV |
| 4209651 | 2/24/2020 | 3961271 | Contour IP Holding, LLC | GoPro, Inc. | 4/7/2021 | Quinn Emanuel Urquhart & Sullivan, LLP | 3471748 | ($809.35) | QUINN EMANUEL URQUHART AND SU |
| 4406521 | 7/9/2020 | 4155044 | Contour IP Holding, LLC | GoPro, Inc. | 4/7/2021 | Quinn Emanuel Urquhart & Sullivan, LLP | 3471748 | ($4,344.50) | QUINN EMANUEL URQUHART AND SU |
| 4646494 | 11/13/2020 | 4310325 | Contour IP Holding, LLC | GoPro, Inc. | 4/7/2021 | Quinn Emanuel Urquhart & Sullivan, LLP | 3471748 | ($2,090.45) | QUINN EMANUEL URQUHART AND SU |
| 4824833 | 2/18/2021 | 3812454 | Contour IP Holding, LLC | GoPro, Inc. | 8/23/2021 | Quinn Emanuel Urquhart & Sullivan, LLP | 3618477 | ($1,348.00) | QUINN EMANUEL URQUHART SULLIV |
| 5340982 | 10/22/2021 | 4827539 | Contour IP Holding, LLC | Gopro, Inc. | 11/8/2021 | Quinn Emanuel Urquhart & Sullivan, LLP | 3706206 | ($488.00) | QUINN EMANUEL URQUHART SULLIV |
| 5347054 | 10/26/2021 | 4833588 | Contour IP Holding, LLC | Gopro, Inc. | 11/8/2021 | Quinn Emanuel Urquhart & Sullivan, LLP | 3706206 | ($488.00) | QUINN EMANUEL URQUHART SULLIV |
| 5392623 | 11/16/2021 | 4851572 | Contour IP Holding, LLC | Gopro, Inc. | 12/1/2021 | Quinn Emanuel Urquhart & Sullivan, LLP | 3727851 | ($413.00) | QUINN EMANUEL URQUHART SULLIV |
| 5360109 | 11/1/2021 | 4842094 | Contour IP Holding, LLC | GoPro, Inc. | 3/24/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3863933 | ($2,499.25) | QUINN EMANUEL URQUHART SULLIV |
| 5326295 | 10/15/2021 | 4827539 | Contour IP Holding, LLC | Gopro, Inc. | 3/25/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3865442 | ($2,463.20) | QUINN EMANUEL URQUHART SULLIV |
| 5331021 | 10/18/2021 | 4833588 | Contour IP Holding, LLC | Gopro, Inc. | 3/25/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3865442 | ($1,904.55) | QUINN EMANUEL URQUHART SULLIV |
| 5354469 | 10/28/2021 | 4828666 | Contour IP Holding, LLC | GoPro, Inc. | 3/25/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3865442 | ($563.00) | QUINN EMANUEL URQUHART SULLIV |
| 5356459 | 10/29/2021 | 4827540 | Contour IP Holding, LLC | Gopro, Inc. | 3/25/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3865442 | ($563.00) | QUINN EMANUEL URQUHART SULLIV |
| 5357592 | 11/1/2021 | 4833649 | Contour IP Holding, LLC | Gopro, Inc. | 3/25/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3865442 | ($1,506.30) | QUINN EMANUEL URQUHART SULLIV |
| 5376118 | 11/9/2021 | 4851572 | Contour IP Holding, LLC | Gopro, Inc. | 3/25/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3865442 | ($1,432.90) | QUINN EMANUEL URQUHART SULLIV |
| 5388053 | 11/12/2021 | 4842094 | Contour IP Holding, LLC | GoPro, Inc. | 3/25/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3865442 | ($563.00) | QUINN EMANUEL URQUHART SULLIV |

| 5324955 | 10/14/2021 | 4812765 | Contour IP Holding, LLC | Gopro, Inc. | 3/25/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3865442 | ($2,832.40) | QUINN EMANUEL URQUHART SULLIV |
|---|---|---|---|---|---|---|---|---|---|
| 5335381 | 10/19/2021 | 4812765 | Contour IP Holding, LLC | Gopro, Inc. | 3/25/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3865442 | ($1,356.00) | QUINN EMANUEL URQUHART SULLIV |
| 5338954 | 10/25/2021 | 4843763 | Contour IP Holding, LLC | Gopro, Inc. | 3/25/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3865442 | ($5,417.45) | QUINN EMANUEL URQUHART SULLIV |
| 5342154 | 10/25/2021 | 4831941 | Contour IP Holding, LLC | Gopro, Inc. | 3/25/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3865442 | ($4,541.40) | QUINN EMANUEL URQUHART SULLIV |
| 5343263 | 10/25/2021 | 4831917 | Contour IP Holding, LLC | Gopro, Inc. | 3/25/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3865442 | ($3,565.10) | QUINN EMANUEL URQUHART SULLIV |
| 5345388 | 10/29/2021 | 4849841 | Contour IP Holding, LLC | Gopro, Inc. | 3/25/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3865442 | ($2,855.30) | QUINN EMANUEL URQUHART SULLIV |
| 5357721 | 10/29/2021 | 4831941 | Contour IP Holding, LLC | Gopro, Inc. | 3/25/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3865442 | ($2,184.00) | QUINN EMANUEL URQUHART SULLIV |
| 5358845 | 10/29/2021 | 4842871 | Contour IP Holding, LLC | Gopro, Inc. | 3/25/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3865442 | ($5,835.70) | QUINN EMANUEL URQUHART SULLIV |
| 5359179 | 10/29/2021 | 4843763 | Contour IP Holding, LLC | Gopro, Inc. | 3/25/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3865442 | ($1,575.00) | QUINN EMANUEL URQUHART SULLIV |
| 5361715 | 10/29/2021 | 4842871 | Contour IP Holding, LLC | Gopro, Inc. | 3/25/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3865442 | ($2,001.00) | QUINN EMANUEL URQUHART SULLIV |
| 5362728 | 11/1/2021 | 4842889 | Contour IP Holding, LLC | Gopro, Inc. | 3/25/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3865442 | ($1,938.80) | QUINN EMANUEL URQUHART SULLIV |
| 5368103 | 11/4/2021 | 4830122 | Contour IP Holding, LLC | Gopro, Inc. | 3/25/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3865442 | ($2,486.00) | QUINN EMANUEL URQUHART SULLIV |
| 5371143 | 11/4/2021 | 4849693 | Contour IP Holding, LLC | Gopro, Inc. | 3/25/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3865442 | ($2,374.95) | QUINN EMANUEL URQUHART SULLIV |
| 5374276 | 11/5/2021 | 4830122 | Contour IP Holding, LLC | Gopro, Inc. | 3/25/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3865442 | ($1,161.00) | QUINN EMANUEL URQUHART SULLIV |
| 5377072 | 11/8/2021 | 4849841 | Contour IP Holding, LLC | Gopro, Inc. | 3/25/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3865442 | ($954.00) | QUINN EMANUEL URQUHART SULLIV |
| 5377209 | 11/5/2021 | 4849693 | Contour IP Holding, LLC | Gopro, Inc. | 3/25/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3865442 | ($1,356.00) | QUINN EMANUEL URQUHART SULLIV |
| 5385571 | 11/10/2021 | 4864281 | Contour IP Holding, LLC | Gopro, Inc. | 3/25/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3865442 | ($1,770.00) | QUINN EMANUEL URQUHART SULLIV |
| 5400821 | 11/17/2021 | 4898259 | Contour IP Holding, LLC | Gopro, Inc. | 3/25/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3865442 | ($5,868.75) | QUINN EMANUEL URQUHART SULLIV |
| 5408702 | 11/22/2021 | 4898391 | Contour IP Holding, LLC | Gopro, Inc. | 3/25/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3865442 | ($3,227.20) | QUINN EMANUEL URQUHART SULLIV |
| 5407373 | 11/19/2021 | 4898337 | Contour IP Holding, LLC | GoPro, Inc. | 5/4/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3915888 | ($4,273.50) | QUINN EMANUEL URQUHART SULLIV |
| 5428802 | 12/1/2021 | 4971442 | Contour IP Holding, LLC | Gopro, Inc. | 5/4/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3915888 | ($4,375.80) | QUINN EMANUEL URQUHART SULLIV |
| 5450932 | 12/10/2021 | 4980663 | Contour IP Holding, LLC | Gopro, Inc. | 5/4/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3915888 | ($2,074.65) | QUINN EMANUEL URQUHART SULLIV |
| 5451650 | 12/10/2021 | 4898337 | Contour IP Holding, LLC | GoPro, Inc. | 5/4/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3915888 | ($1,575.00) | QUINN EMANUEL URQUHART SULLIV |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 5451898 | 12/11/2021 | 4898259 | Contour IP Holding, LLC | Gopro, Inc. | 5/4/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3915888 | ($2,160.00) | QUINN EMANUEL URQUHART SULLIV |
| 5461174 | 12/15/2021 | 4971492 | Contour IP Holding, LLC | Gopro, Inc. | 5/4/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3915888 | ($7,951.25) | QUINN EMANUEL URQUHART SULLIV |
| 5461563 | 12/16/2021 | 4971501 | Contour IP Holding, LLC | Gopro, Inc. | 5/4/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3915888 | ($3,591.60) | QUINN EMANUEL URQUHART SULLIV |
| 5469978 | 12/21/2021 | 4898391 | Contour IP Holding, LLC | Gopro, Inc. | 5/4/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3915888 | ($1,161.00) | QUINN EMANUEL URQUHART SULLIV |
| 5442370 | 12/9/2021 | 4971702 | Contour IP Holding, LLC | Gopro, Inc. | 5/4/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3915888 | ($3,287.95) | QUINN EMANUEL URQUHART SULLIV |
| 5464464 | 12/18/2021 | 4979919 | Contour IP Holding, LLC | Gopro, Inc. | 5/4/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3915888 | ($3,044.75) | QUINN EMANUEL URQUHART SULLIV |
| 5472463 | 12/21/2021 | 4971442 | Contour IP Holding, LLC | Gopro, Inc. | 5/4/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3915888 | ($1,867.50) | QUINN EMANUEL URQUHART SULLIV |
| 5496709 | 1/5/2022 | 4980663 | Contour IP Holding, LLC | Gopro, Inc. | 5/31/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3950319 | ($759.00) | QUINN EMANUEL URQUHART SULLIV |
| 5504669 | 1/7/2022 | 4971501 | Contour IP Holding, LLC | Gopro, Inc. | 5/31/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3950319 | ($2,000.00) | QUINN EMANUEL URQUHART SULLIV |
| 5506049 | 1/11/2022 | 4971492 | Contour IP Holding, LLC | Gopro, Inc. | 5/31/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 3950319 | ($2,001.00) | QUINN EMANUEL URQUHART SULLIV |
| 5376474 | 11/8/2021 | 4830138 | Contour IP Holding, LLC | Gopro, Inc. | 11/14/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 4154852 | ($966.00) | QUINN EMANUEL URQUHART SULLIV |
| 5371318 | 11/4/2021 | 4830138 | Contour IP Holding, LLC | Gopro, Inc. | 12/30/2022 | Quinn Emanuel Urquhart & Sullivan, LLP | 4214351 | ($2,540.10) | QUINN EMANUEL URQUHART SULLIV |
| 5147628 | 7/23/2021 | 4711653 | Contour IP Holding, LLC | Gopro, Inc. | 1/29/2024 | Quinn Emanuel Urquhart & Sullivan, LLP | 4705818 | ($2,010.15) | 00989 QUINN EMAN |
| 5458527 | 12/15/2021 | 4971702 | Contour IP Holding, LLC | Gopro, Inc. | 2/1/2024 | Quinn Emanuel Urquhart & Sullivan, LLP | 4712309 | ($488.00) | 00989 QUINN EMAN |
| 5358170 | 10/28/2021 | 4864281 | Contour IP Holding, LLC | Gopro, Inc. | 2/28/2024 | Quinn Emanuel Urquhart & Sullivan, LLP | 4749550 | ($5,596.50) | 00989 QUINN EMAN |
| 5365647 | 11/9/2021 | 4842889 | Contour IP Holding, LLC | Gopro, Inc. | 7/29/2024 | Quinn Emanuel Urquhart & Sullivan, LLP | 4965645 | ($721.05) | 00989 QUINN EMAN |
| 4167983 | 1/31/2020 | 3842335 | Contour IP Holding, LLC | GoPro, Inc. | 7/29/2024 | Quinn Emanuel Urquhart & Sullivan, LLP | 4965621 | ($1,852.50) | 00989 QUINN EMAN |
| 5352679 | 10/27/2021 | 4831917 | Contour IP Holding, LLC | Gopro, Inc. | 7/29/2024 | Quinn Emanuel Urquhart & Sullivan, LLP | 4965621 | ($1,484.85) | 00989 QUINN EMAN |
| 5449935 | 12/14/2021 | 4973125 | Contour IP Holding, LLC | Gopro, Inc. | 7/29/2024 | Quinn Emanuel Urquhart & Sullivan, LLP | 4965621 | ($4,358.98) | 00989 QUINN EMAN |
| 5387204 | 11/12/2021 | 4833649 | Contour IP Holding, LLC | Gopro, Inc. | 7/29/2024 | Quinn Emanuel Urquhart & Sullivan, LLP | 4965645 | ($463.60) | 00989 QUINN EMAN |
| 5463141 | 12/18/2021 | 4973125 | Contour IP Holding, LLC | Gopro, Inc. | 7/29/2024 | Quinn Emanuel Urquhart & Sullivan, LLP | 4965645 | ($677.35) | 00989 QUINN EMAN |
| 5333615 | 10/20/2021 | 4828666 | Contour IP Holding, LLC | GoPro, Inc. | 7/29/2024 | Quinn Emanuel Urquhart & Sullivan, LLP | 4965621 | ($1,793.41) | 00989 QUINN EMAN |
| 5334228 | 10/20/2021 | 4827540 | Contour IP Holding, LLC | Gopro, Inc. | 7/29/2024 | Quinn Emanuel Urquhart & Sullivan, LLP | 4965621 | ($2,004.79) | 00989 QUINN EMAN |

| 8366909 | 6/2/2025 | 7377304 | Contour IP Holding, LLC | Gopro, Inc. | 9/25/2025 | Quinn Emanuel Urquhart & Sullivan, LLP | 5550820 | ($2,472.10) | 00989 QUINN EMAN |
|---|---|---|---|---|---|---|---|---|---|
| 8393420 | 6/11/2025 | 7377304 | Contour IP Holding, LLC | Gopro, Inc. | 9/25/2025 | Quinn Emanuel Urquhart & Sullivan, LLP | 5550820 | ($985.50) | 00989 QUINN EMAN |
| 8487337 | 7/18/2025 | 7400562 | Contour IP Holding, LLC | GoPro, Inc. | 10/17/2025 | Quinn Emanuel Urquhart & Sullivan, LLP | 5580591 | ($2,656.50) | 00989 QUINN EMAN |
| 8623169 | 9/10/2025 | 7523941 | Contour IP Holding, LLC | Gopro, Inc. | 12/25/2025 | Quinn Emanuel Urquhart & Sullivan, LLP | 5671943 | ($1,018.00) | 00989 QUINN EMAN |

Total Paid ($261,152.37)