# EXHIBIT C

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



|  |  |
|---|---|
| Bill To: Nathan Sun<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>50 California Street<br>22nd Floor<br>San Francisco, CA, 94111 | **Invoice #:** **4120359**<br>**Invoice Date:** **1/6/2020**<br>**Balance Due:** **$0.00** |

| Case: Contour IP Holding, LLC v. GoPro, Inc.  (3:17cv04738WHO) | Proceeding Type: Depositions |
|---|---|

| Job #: 3804773  |  Job Date: 12/18/2019  |  Delivery: Normal | Attorney: Marc Kaplan |
|---|---|
| Location:           New York, NY | Billing Matter #: 06424-00009 |
| Billing Atty:       Nathan Sun | File #: 06424-00009 |
| Scheduling Atty:    Nathan Sun \| Quinn Emanuel Urquhart & Sullivan, LLP | Q/E File #: 06424-00009 |

| Witness: Giovanni Tomiselli | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 437.00 | $5.50 | $2,403.50 |
| Surcharge - Extended Hours | 1.50 | $95.00 | $142.50 |
| Transcript - Supplemental Surcharges* | 437.00 | $0.50 | $218.50 |
| Rough Draft | 376.00 | $1.50 | $564.00 |
| Realtime Services | 376.00 | $1.85 | $695.60 |
| Attendance | 3.00 | $75.00 | $225.00 |
| Exhibits | 484.00 | $0.65 | $314.60 |
| Exhibits - Color | 7.00 | $1.50 | $10.50 |
| Digital Exhibit Binder | 1.00 | $45.00 | $45.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Delivery & Handling | 1.00 | $35.00 | $35.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  4120359**

**Invoice Date:  1/6/2020**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

**Veritext, LLC - California Region**

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Notes: *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|
| | **Invoice Total:** | **$4,759.20** |
| | **Payment:** | **($4,759.20)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:  Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  4120359**

**Invoice Date:  1/6/2020**

**Balance Due:  $0.00**

43039

**Veritext, LLC - Northeast Region**

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Invoice #:** | **4131147** |
| **Invoice Date:** | **1/12/2020** |
| **Balance Due:** | **$0.00** |

Bill To: Marc Kaplan
Quinn Emanuel Urquhart & Sullivan, LLP
191 N Wacker Dr
Suite 2700
Chicago, IL, 60606

| | |
|---|---|
| **Case: Contour IP Holding, LLC v. GoPro, Inc.  (17cv04738WHO)** | **Proceeding Type: Depositions** |

Job #: 3812425    |    Job Date: 1/7/2020    |    Delivery: Expedited                Billing Matter #: 06424-0009

Location:         Redwood Shores, CA

Billing Atty:      Marc Kaplan

Scheduling Atty:    | Winston Taylor

| Witness: Nicholas Gilmour | Quantity | Amount |
|---|---|---|
| Transcript Services - Certified Transcript | 446.00 | $1,784.00 |
| Transcript Services - Certified Transcript - Priority Request | 446.00 | $1,315.70 |
| Rough Draft | 446.00 | $691.30 |
| Realtime Services | 446.00 | $802.80 |
| Exhibits | 1240.00 | $744.00 |
| Exhibits - Scanned/Searchable/OCR | 1403.00 | $491.05 |
| Exhibits - Color | 163.00 | $138.55 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $75.00 |
| Delivery & Handling - Expedited | 1.00 | $39.50 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$6,081.90** |
| **Payment:** | **($6,081.90)** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  4131147**

**Invoice Date:  1/12/2020**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Gina Herrera | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | | |
| | 50 California Street | | |
| | 22nd Floor | | |
| | San Francisco, CA, 94111 | | |

| | |
|---|---|
| **Invoice #:** | **4132447** |
| **Invoice Date:** | **1/13/2020** |
| **Balance Due:** | **$0.00** |

| **Case: Contour IP Holding, LLC v. GoPro, Inc.  (3:17cv04738WHO)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 3804773   |   Job Date: 12/18/2019   |   Delivery: Normal                                    Attorney: Marc Kaplan

| | | |
|---|---|---|
| Location: | New York, NY | Billing Matter #: 06424-00009 |
| Billing Atty: | Michael D. Yoo | File #: 06424-00009 |
| Scheduling Atty: | Nathan Sun \| Quinn Emanuel Urquhart & Sullivan, LLP | Q/E File #: 06424-00009 |

| Witness: Giovanni Tomiselli | Quantity | Price | Amount |
|---|---|---|---|
| Video - Services | 11.75 | $198.00 | $2,326.50 |
| Video - Media and Cloud Services | 1.00 | $22.75 | $22.75 |
| Delivery & Handling - Video Media | 1.00 | $35.00 | $35.00 |
| | Quantity | Price | Amount |
| Video - Extended Hours | 1.75 | $115.00 | $201.25 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$2,585.50** |
| | **Payment:** | **($2,585.50)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  4132447**

**Invoice Date:  1/13/2020**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



Bill To:  Sean Pak
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street
22nd Floor
San Francisco, CA, 94111

| | |
|---|---|
| **Invoice #:** | **4134262** |
| **Invoice Date:** | **1/13/2020** |
| **Balance Due:** | **$0.00** |

| **Case: Contour IP Holding, LLC v. GoPro, Inc.  (3:17cv04738WHO)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 3806473   |   Job Date: 1/3/2020   |   Delivery: Normal                    Attorney: Michael D. Yoo

Location:          Bellevue, WA                                              Billing Matter #: 06424-00009

Billing Atty:      Sean Pak

Scheduling Atty:    Sean Pak | Quinn Emanuel Urquhart & Sullivan, LLP

| Witness: Jason Green | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 310.00 | $4.95 | $1,534.50 |
| Transcript - Supplemental Surcharges* | 310.00 | $0.50 | $155.00 |
| Rough Draft | 257.00 | $1.50 | $385.50 |
| Realtime Services | 257.00 | $1.85 | $475.45 |
| Attendance | 7.00 | $60.00 | $420.00 |
| Attendance - Non-Business Hrs Surcharge | 1.25 | $95.00 | $118.75 |
| Exhibits | 362.00 | $0.65 | $235.30 |
| Digital Exhibit Binder | 1.00 | $45.00 | $45.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Delivery & Handling | 1.00 | $35.00 | $35.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  4134262**

**Invoice Date:  1/13/2020**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Notes:    *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|
| **Invoice Total:** | **$3,509.50** |
| **Payment:** | **($3,509.50)** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS:    Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  4134262**

**Invoice Date:   1/13/2020**

**Balance Due:   $0.00**

43039

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Valerie Lozano | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | | |
| | 865 S Figueroa St, 10th Floor | | |
| | Los Angeles, CA, 90017 | | |

| | |
|---|---|
| **Invoice #:** | **4139072** |
| **Invoice Date:** | **1/16/2020** |
| **Balance Due:** | **$0.00** |

| Case: Contour IP Holding, LLC v. GoPro, Inc.  (17cv04738WHO) | Proceeding Type: Depositions |
|---|---|

Job #: 3835386   |   Job Date: 1/9/2020   |   Delivery: Expedited

| | |
|---|---|
| Location: | Redwood Shores, CA |
| Billing Atty: | Valerie Lozano |
| Scheduling Atty: | William Logan \| Winston Taylor |

| Witness: Scot Briggs | Quantity | Amount |
|---|---|---|
| Transcript Services - Certified Transcript | 301.00 | $1,204.00 |
| Transcript Services - Certified Transcript - Priority Request | 301.00 | $677.25 |
| Rough Draft | 301.00 | $466.55 |
| Realtime Services | 301.00 | $541.80 |
| Exhibits - Scanned/Searchable/OCR | 359.00 | $125.65 |
| Digital Exhibit Binder | 1.00 | $45.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $103.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$3,163.25** |
| | **Payment:** | **($3,163.25)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  4139072**

**Invoice Date:   1/16/2020**

**Balance Due:   $0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Marc Kaplan | | |
| --- | --- | --- | --- |
| | Quinn Emanuel Urquhart & Sullivan, LLP | | |
| | 50 California Street | | |
| | 22nd Floor | | |
| | San Francisco, CA, 94111 | | |

| Invoice #: | 4140234 |
| --- | --- |
| Invoice Date: | 1/17/2020 |
| Balance Due: | $0.00 |

| Case: Contour IP Holding, LLC v. GoPro, Inc.  (17cv04738WHO) | Proceeding Type: Depositions |
| --- | --- |

Job #: 3812425    |    Job Date: 1/7/2020   |   Delivery: Normal

Billing Matter #: 06424-00009

| Location: | Redwood Shores, CA |
| --- | --- |
| Billing Atty: | Marc Kaplan |
| Scheduling Atty: | | Winston Taylor |

| Witness: Nicholas Gilmour | Quantity | Amount |
| --- | --- | --- |
| Video - Digitizing & Transcript Synchronization | 9.00 | $675.00 |
| Video - Media and Cloud Services | 1.00 | $42.00 |
| Delivery & Handling - Video Media | 1.00 | $92.51 |

| Notes: | | |
| --- | --- | --- |
| | Invoice Total: | $809.51 |
| | Payment: | ($809.51) |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $0.00 |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  4140234** |
| --- | --- | --- |
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:   1/17/2020** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:  $0.00** |

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Gillian Licudo | Invoice #: | **4143098** |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | **Invoice Date:** | **1/20/2020** |
| | 191 N Wacker Dr | **Balance Due:** | **$0.00** |
| | Suite 2700 | | |
| | Chicago, IL, 60606 | | |

| Case: Contour IP Holding, LLC v. Gopro, Inc.  (17cv04738WHO) | Proceeding Type: Depositions |
|---|---|

Job #: 3838591    |    Job Date: 1/15/2020    |    Delivery: Expedited       Billing Matter #: 06424-00009

| Location: | San Diego, CA |
|---|---|
| Billing Atty: | Gillian Licudo |
| Scheduling Atty: | \| Winston Taylor |

| Witness: Gregory Edward Herd  , (30(b)(6) of GoPro) | Quantity | Amount |
|---|---|---|
| Transcript Services - Certified Transcript | 231.00 | $924.00 |
| Transcript Services - Certified Transcript - Priority Request | 231.00 | $681.45 |
| Rough Draft | 231.00 | $358.05 |
| Realtime Services | 231.00 | $415.80 |
| Exhibits - Scanned/Searchable/OCR | 303.00 | $106.05 |
| Digital Exhibit Binder | 1.00 | $45.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $103.00 |

| Notes: | | Invoice Total: | $2,633.35 |
|---|---|---|---|
| | | Payment: | ($2,633.35) |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $0.00 |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**                    **Pay By ACH (Include invoice numbers):**                    **Invoice #:  4143098**
Veritext                                          **A/C Name:**Veritext
P.O. Box 71303                        **Bank Name:**BMO Harris Bank                    **Invoice Date:  1/20/2020**
Chicago IL 60694-1303           **Account No:**4353454 **ABA:**071000288
Fed. Tax ID: 20-3132569                  **Swift:** HATRUS44                    **Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Gina Herrera<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>50 California Street<br>22nd Floor<br>San Francisco, CA, 94111 |
|---|---|

| | |
|---|---|
| **Invoice #:** | **4144480** |
| **Invoice Date:** | **1/21/2020** |
| **Balance Due:** | **$0.00** |

| **Case: Contour IP Holding, LLC v. GoPro, Inc.  (3:17cv04738WHO)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 3806473  |  Job Date: 1/3/2020  |  Delivery: Normal                    Attorney: Michael D. Yoo

| Location: | Bellevue, WA |
|---|---|
| Billing Atty: | Michael D. Yoo |
| Scheduling Atty: | Sean Pak | Quinn Emanuel Urquhart & Sullivan, LLP |

Billing Matter #: 06424-00009

| Witness: Jason Green | Quantity | Price | Amount |
|---|---|---|---|
| Video - Services | 10.75 | $198.00 | $2,128.50 |
| Video - Media and Cloud Services | 1.00 | $22.75 | $22.75 |
| Expenses (Out of Pocket) | 1.00 | $23.00 | $23.00 |
| Delivery & Handling - Video Media | 1.00 | $35.00 | $35.00 |
| | Quantity | Price | Amount |
| Video - Extended Hours | 0.25 | $115.00 | $28.75 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$2,238.00** |
| | **Payment:** | **($2,238.00)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  4144480**

**Invoice Date:  1/21/2020**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: Gina Herrera | |
| Quinn Emanuel Urquhart & Sullivan, LLP | |
| 50 California Street | |
| 22nd Floor | |
| San Francisco, CA, 94111 | |

| | |
|---|---:|
| **Invoice #:** | **4144716** |
| **Invoice Date:** | **1/21/2020** |
| **Balance Due:** | **$0.00** |
| **Agency #:** | **54352** |

| | |
|---|---|
| **Case: Contour IP Holding, LLC v. GoPro, Inc.  (17cv04738WHO)** | **Proceeding Type: Depositions** |

Job #: 2874675   |   Job Date: 4/12/2018   |   Delivery: Normal
Billing Matter #: 06424-00009

| | |
|---|---|
| Location: | SanFrancisco, CA |
| Billing Atty: | Gina Herrera |
| Scheduling Atty: | Erin Villasenor Esq | Winston Taylor |

| Witness: Rudy Samuels | Quantity | Amount |
|---|---:|---:|
| Video - Digitizing & Transcript Synchronization | 6.50 | $487.50 |
| Video - Media and Cloud Services | 1.00 | $42.00 |
| Delivery & Handling - Video Media | 1.00 | $92.49 |

| Notes: | | |
|---|---|---:|
| | **Invoice Total:** | **$621.99** |
| | **Payment:** | **($621.99)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

| | | |
|---|---|---|
| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  4144716** |
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:  1/21/2020** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:  $0.00** |

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Gina Herrera | Invoice #: | 4146330 |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | Invoice Date: | 1/21/2020 |
| | 50 California Street | Balance Due: | $0.00 |
| | 22nd Floor | Agency #: | 54348 |
| | San Francisco, CA, 94111 | | |

| **Case: Contour IP Holding, LLC v. GoPro, Inc.** | **Proceeding Type: Depositions** |
|---|---|

Job #: 2874671  |  Job Date: 4/4/2018  |  Delivery: Normal

Billing Matter #: 06424-00009

| Location: | PaloAlto, CA |
|---|---|
| Billing Atty: | Gina Herrera |
| Scheduling Atty: | John Keville Esq \| Winston Taylor |

| Witness: Fabrice Barbier | Quantity | Amount |
|---|---|---|
| Video - Digitizing & Transcript Synchronization | 7.00 | $525.00 |
| Video - Media and Cloud Services | 1.00 | $42.00 |
| Delivery & Handling - Video Media | 1.00 | $92.49 |

| Notes: | Invoice Total: | $659.49 |
|---|---|---|
| | Payment: | ($659.49) |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $0.00 |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  4146330**

**Invoice Date:  1/21/2020**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Gina Herrera | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | | |
| | 50 California Street | | |
| | 22nd Floor | | |
| | San Francisco, CA, 94111 | | |

| | |
|---|---|
| **Invoice #:** | **4146331** |
| **Invoice Date:** | **1/21/2020** |
| **Balance Due:** | **$0.00** |
| **Agency #:** | **54350** |

| **Case: Contour IP Holding, LLC v. GoPro, Inc.  (17cv04738WHO)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 2874673   |   Job Date: 4/10/2018   |   Delivery: Normal

Billing Matter #: 06424-00009

| Location: | Palo Alto, CA |
|---|---|
| Billing Atty: | Gina Herrera |
| Scheduling Atty: | Matthew McCullough | Winston Taylor |

| **Witness: Paul Donovan** | **Quantity** | **Amount** |
|---|---|---|
| Video - Digitizing & Transcript Synchronization | 8.50 | $637.50 |
| Video - Media and Cloud Services | 1.00 | $42.00 |
| Delivery & Handling - Video Media | 1.00 | $92.49 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$771.99** |
| | **Payment:** | **($771.99)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | |
|---|---|---|
| Veritext | **A/C Name:** Veritext | **Invoice #:  4146331** |
| P.O. Box 71303 | **Bank Name:** BMO Harris Bank | **Invoice Date:  1/21/2020** |
| Chicago IL 60694-1303 | **Account No:** 4353454 **ABA:** 071000288 | **Balance Due:  $0.00** |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | |

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Michael Powell | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | **Invoice #:** | **4151717** |
| | 50 California Street | **Invoice Date:** | **1/24/2020** |
| | 22nd Floor | **Balance Due:** | **$0.00** |
| | San Francisco, CA, 94111 | | |

**Case: Contour IP Holding, LLC v. Gopro, Inc.  (17cv04738WHO)**  **Proceeding Type: Depositions**

Job #: 3838893   |   Job Date: 1/10/2020   |   Delivery: Normal          Attorney: Michael D. Yoo

Location:          Miami Beach, FL          Billing Matter #: 06424-00009

Billing Atty:          Michael Powell

Scheduling Atty:          Michael Powell | Quinn Emanuel Urquhart & Sullivan, LLP

| Witness: James Harrison | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 390.00 | $4.95 | $1,930.50 |
| Surcharge - Extended Hours | 2.25 | $95.00 | $213.75 |
| Transcript - Supplemental Surcharges* | 390.00 | $0.50 | $195.00 |
| Rough Draft | 390.00 | $1.50 | $585.00 |
| Realtime Services | 390.00 | $1.85 | $721.50 |
| Attendance - First Hour | 1.00 | $95.00 | $95.00 |
| Attendance - Add'l Hours | 6.50 | $95.00 | $617.50 |
| Exhibits | 148.00 | $0.65 | $96.20 |
| Exhibits - Color | 7.00 | $1.50 | $10.50 |
| Digital Exhibit Binder | 1.00 | $45.00 | $45.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Delivery & Handling | 1.00 | $35.00 | $35.00 |
| | **Quantity** | **Price** | **Amount** |
| Expenses (Out of Pocket) | 1.00 | $32.32 | $32.32 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  4151717**

**Invoice Date:  1/24/2020**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Notes:    *Supplemental Surcharges Include: Video Proceeding | **Invoice Total:** | **$4,682.27** |
| | **Payment:** | **($4,682.27)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  4151717**

**Invoice Date:   1/24/2020**

**Balance Due:   $0.00**

43039

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Joseph LeRoy | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | | |
| | 50 California Street | | |
| | 22nd Floor | | |
| | San Francisco, CA, 94111 | | |

| **Invoice #:** | **4154245** |
|---|---|
| **Invoice Date:** | **1/26/2020** |
| **Balance Due:** | **$0.00** |

| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (17cv04738WHO)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 3838591    |    Job Date: 1/15/2020    |    Delivery: Normal                          Billing Matter #: 06424-0009

Location:          San Diego, CA

Billing Atty:      Joseph LeRoy

Scheduling Atty:    | Winston Taylor

| Witness: Gregory Edward Herd  , (30(b)(6) of GoPro) | Quantity | Amount |
|---|---|---|
| Video - Digitizing & Transcript Synchronization | 5.50 | $412.50 |
| Video - Media and Cloud Services | 1.00 | $42.00 |
| Delivery & Handling - Video Media | 1.00 | $92.49 |

| Notes: | **Invoice Total:** | **$546.99** |
|---|---|---|
| | **Payment:** | **($546.99)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  4154245**

**Invoice Date:  1/26/2020**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



|  |  |
|---|---|
| **Invoice #:** | **4154246** |
| **Invoice Date:** | **1/27/2020** |
| **Balance Due:** | **$0.00** |

Bill To: Gina Herrera
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street
22nd Floor
San Francisco, CA, 94111

**Case: Contour IP Holding, LLC v. Gopro, Inc.  (17cv04738WHO)**          **Proceeding Type: Depositions**

Job #: 3838893   |   Job Date: 1/10/2020   |   Delivery: Normal                    Attorney: Michael D. Yoo

Location:          Miami Beach, FL                                         Billing Matter #: 06424-00009

Billing Atty:       Joseph LeRoy

Scheduling Atty:    Michael Powell | Quinn Emanuel Urquhart & Sullivan, LLP

| Witness: James Harrison | Quantity | Price | Amount |
|---|---|---|---|
| Video - Services | 12.25 | $198.00 | $2,425.50 |
| Video - Media and Cloud Services | 1.00 | $22.75 | $22.75 |
| Expenses (Out of Pocket) | 1.00 | $48.15 | $48.15 |
| Delivery & Handling - Video Media | 1.00 | $35.00 | $35.00 |
|  | **Quantity** | **Price** | **Amount** |
| Video - Extended Hours | 2.25 | $115.00 | $258.75 |

Notes:

|  |  |
|---|---|
| **Invoice Total:** | **$2,790.15** |
| **Payment:** | **($2,790.15)** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:  4154246**

**Invoice Date:  1/27/2020**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Michael D. Yoo | | |
| --- | --- | --- | --- |
| | Quinn Emanuel Urquhart & Sullivan, LLP | **Invoice #:** | **4167978** |
| | 50 California Street | **Invoice Date:** | **1/31/2020** |
| | 22nd Floor | **Balance Due:** | **$0.00** |
| | San Francisco, CA, 94111 | | |

| **Case: Contour IP Holding, LLC v. GoPro, Inc.  (3:17cv04738WHO)** | **Proceeding Type: Depositions** |
| --- | --- |

Job #: 3842335    |    Job Date: 2/3/2020    |    Delivery: Normal                          Attorney: Michael D. Yoo

| Location: | Kita-ku, Osaka 530-8543, | Billing Matter #: 06424-00009 |
| --- | --- | --- |
| Billing Atty: | Michael D. Yoo | File #: 06424-00009 |
| Scheduling Atty: | Michael D. Yoo | Quinn Emanuel Urquhart & Sullivan, LLP | Q/E File #: 06424-00009 |

| Witness: CX'LD Kiichiro Iga | Quantity | Price | Amount |
| --- | --- | --- | --- |
| Cancellation of Services | 1.00 | $780.00 | $780.00 |

| Notes: | | Invoice Total: | $780.00 |
| --- | --- | --- | --- |
| | | Payment: | ($780.00) |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $0.00 |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  4167978**

**Invoice Date:   1/31/2020**

**Balance Due:   $0.00**

Pay by Credit Card: www.veritext.com

43039