# EXHIBIT D

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Gina Herrera
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street
22nd Floor
San Francisco, CA, 94111

| | |
|---|---|
| **Invoice #:** | **4167983** |
| **Invoice Date:** | **1/31/2020** |
| **Balance Due:** | **$0.00** |

**Case: Contour IP Holding, LLC v. GoPro, Inc.  (3:17cv04738WHO)**   **Proceeding Type: Depositions**

Job #: 3842335   |   Job Date: 2/3/2020   |   Delivery: Normal

Location:        Kita-ku, Osaka 530-8543,

Billing Atty:      Gina Herrera

Scheduling Atty:    Michael D. Yoo | Quinn Emanuel Urquhart & Sullivan, LLP

| Witness: CX'LD Kiichiro Iga | Quantity | Price | Amount |
|---|---|---|---|
| Video - Cancellation | 1.00 | $1,950.00 | $1,950.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$1,950.00** |
| | **Payment:** | **($1,852.50)** |
| | **Credit:** | **($97.50)** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  4167983**

**Invoice Date:  1/31/2020**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Invoice #:** | **4168097** |
| **Invoice Date:** | **2/3/2020** |
| **Balance Due:** | **$0.00** |

Bill To: Marc Kaplan
Quinn Emanuel Urquhart & Sullivan, LLP
191 N Wacker Dr
Suite 2700
Chicago, IL, 60606

**Case: Contour IP Holding, LLC v. GoPro, Inc. (17cv04738WHO)** | **Proceeding Type: Depositions**

Job #: 3838594 | Job Date: 1/17/2020 | Delivery: Normal | Billing Matter #: 06424-00009

Location: San Diego, CA

Billing Atty: Marc Kaplan

Scheduling Atty: | Winston Taylor

| Witness: Peter Tran | Quantity | Amount |
|---|---|---|
| Transcript Services - Certified Transcript | 184.00 | $736.00 |
| Rough Draft | 184.00 | $285.20 |
| Realtime Services | 184.00 | $331.20 |
| Exhibits - Scanned/Searchable/OCR | 171.00 | $59.85 |
| Digital Exhibit Binder | 1.00 | $45.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $103.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$1,560.25** |
| **Payment:** | **($1,560.25)** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS: Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #: 4168097**

**Invoice Date: 2/3/2020**

**Balance Due: $0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Invoice #:** | **4178612** |
| **Invoice Date:** | **2/7/2020** |
| **Balance Due:** | **$0.00** |

Bill To: Jordan R. Jaffe
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street
22nd Floor
San Francisco, CA, 94111

| | |
|---|---|
| **Case: Contour IP Holding, LLC v. GoPro, Inc.  (17cv04738WHO)** | **Proceeding Type: Depositions** |

Job #: 3858318    |    Job Date: 1/23/2020    |    Delivery: Normal

Attorney: Michael D. Yoo

| | | |
|---|---|---|
| Location: | Redwood Shores, CA | Billing Matter #: 06424-00009 |
| Billing Atty: | Jordan R. Jaffe | File #: 06424-00009 |
| Scheduling Atty: | Jordan R. Jaffe \| Quinn Emanuel Urquhart & Sullivan, LLP | Q/E File #: 06424-00009 |

| Witness: Didier LeGall 30(B)(6) of GoPro | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 211.00 | $5.50 | $1,160.50 |
| Surcharge - Extended Hours | 0.50 | $95.00 | $47.50 |
| Transcript - Supplemental Surcharges* | 211.00 | $0.50 | $105.50 |
| Realtime & Rough Services | 211.00 | $3.00 | $633.00 |
| Exhibits | 211.00 | $0.65 | $137.15 |
| Exhibits - Color | 42.00 | $0.95 | $39.90 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $25.00 | $25.00 |
| **Witness: Max Chien 30(B)(6) of GoPro** | **Quantity** | **Price** | **Amount** |
| Transcript Services - Original Transcript(s) | 235.00 | $5.50 | $1,292.50 |
| Transcript - Supplemental Surcharges* | 235.00 | $0.50 | $117.50 |
| Realtime & Rough Services | 235.00 | $3.00 | $705.00 |
| Exhibits | 333.00 | $0.65 | $216.45 |
| Exhibits - Color | 247.00 | $0.95 | $234.65 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $55.00 | $55.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  4178612**

**Invoice Date:  2/7/2020**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| | Quantity | Price | Amount |
|---|---|---|---|
| Production & Processing | 1.00 | $25.00 | $25.00 |
| Attendance | 1.00 | $250.00 | $250.00 |
| Digital Exhibit Binder | 1.00 | $45.00 | $45.00 |
| Delivery & Handling | 1.00 | $35.00 | $35.00 |

| Notes: *Supplemental Surcharges Include: Video Proceeding | |
|---|---|
| Invoice Total: | $5,179.65 |
| Payment: | ($5,179.65) |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $0.00 |

TERMS:  Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  4178612**

**Invoice Date:  2/7/2020**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Gina Herrera | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | | |
| | 50 California Street | | |
| | 22nd Floor | | |
| | San Francisco, CA, 94111 | | |

**Invoice #:** **4181968**
**Invoice Date:** **2/10/2020**
**Balance Due:** **$0.00**

**Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17cv04738WHO)**          **Proceeding Type: Depositions**

Job #: 3858719   |   Job Date: 1/20/2020   |   Delivery: Normal                    Billing Matter #: 06424-00009

Location:          Millbrook, NY

Billing Atty:      Michael D. Yoo

Scheduling Atty:    Michael D. Yoo | Quinn Emanuel Urquhart & Sullivan, LLP

| Witness: Archibald Cox , Jr. | Quantity | Price | Amount |
|---|---|---|---|
| Video - Services | 4.50 | $198.00 | $891.00 |
| Video - Media and Cloud Services | 1.00 | $22.75 | $22.75 |
| Delivery & Handling - Video Media | 1.00 | $35.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$948.75** |
| | **Payment:** | **($948.75)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  4181968**

**Invoice Date:  2/10/2020**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: Nathan Sun | |

Nathan Sun
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street
22nd Floor
San Francisco, CA, 94111

| | |
|---|---|
| **Invoice #:** | **4182231** |
| **Invoice Date:** | **2/9/2020** |
| **Balance Due:** | **$0.00** |

| | |
|---|---|
| **Case: Contour IP Holding, LLC v. GoPro, Inc.  (17cv04738WHO)** | **Proceeding Type: Depositions** |

Job #: 3961295    |    Job Date: 2/4/2020    |    Delivery: Expedited

Billing Matter #: 06424-00009

| | |
|---|---|
| Location: | San Francisco, CA |
| Billing Atty: | Nathan Sun |
| Scheduling Atty: | William Logan | Winston Taylor |

| Witness: Robert  Koche | Quantity | Amount |
|---|---|---|
| Transcript Services - Certified Transcript | 209.00 | $836.00 |
| Transcript Services - Certified Transcript - Priority Request | 209.00 | $470.25 |
| Rough Draft | 209.00 | $323.95 |
| Realtime Services | 209.00 | $376.20 |
| Exhibits - Scanned/Searchable/OCR | 620.00 | $217.00 |
| Digital Exhibit Binder | 1.00 | $45.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $103.00 |
| Production & Processing | 1.00 | $48.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$2,419.40** |
| | **Payment:** | **($2,419.40)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  4182231**

**Invoice Date:  2/9/2020**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: Valerie Lozano<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>50 California Street<br>22nd Floor<br>San Francisco, CA, 94111 | **Invoice #:** 4182321<br>**Invoice Date:** 2/9/2020<br>**Balance Due:** $0.00 |

| **Case: Contour IP Holding, LLC v. GoPro, Inc.  (17cv04738WHO)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 3835386   |   Job Date: 1/9/2020  |  Delivery: Normal                          Billing Matter #: 06424-00009

| Location: | Redwood Shores, CA |
|---|---|
| Billing Atty: | Valerie Lozano |
| Scheduling Atty: | William Logan | Winston Taylor |

| Witness: Scot Briggs | Quantity | Amount |
|---|---|---|
| Video - Digitizing & Transcript Synchronization | 8.00 | $600.00 |
| Video - Media and Cloud Services | 1.00 | $42.00 |
| Delivery & Handling - Video Media | 1.00 | $92.44 |

| Notes: | Invoice Total: | $734.44 |
|---|---|---|
| | Payment: | ($734.44) |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $0.00 |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

| | | |
|---|---|---|
| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:**Veritext<br>**Bank Name:**BMO Harris Bank<br>**Account No:**4353454 **ABA:**071000288<br>**Swift:** HATRUS44 | **Invoice #:  4182321**<br>**Invoice Date:  2/9/2020**<br>**Balance Due:  $0.00** |

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Invoice #:** | **4183938** |
| **Invoice Date:** | **2/11/2020** |
| **Balance Due:** | **$0.00** |

Bill To:  Michael D. Yoo
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street
22nd Floor
San Francisco, CA, 94111

| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17cv04738WHO)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 3858719    |    Job Date: 1/20/2020    |    Delivery: Normal          Billing Matter #: 06424-00009

Location:            Millbrook, NY

Billing Atty:         Michael D. Yoo

Scheduling Atty:     Michael D. Yoo | Quinn Emanuel Urquhart & Sullivan, LLP

| Witness: Archibald Cox , Jr. | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 107.00 | $5.50 | $588.50 |
| Transcript - Supplemental Surcharges* | 107.00 | $0.50 | $53.50 |
| Rough Draft | 107.00 | $1.75 | $187.25 |
| Attendance - Hourly | 3.00 | $75.00 | $225.00 |
| Exhibits | 263.00 | $0.65 | $170.95 |
| Exhibits - Color | 5.00 | $1.50 | $7.50 |
| Digital Exhibit Binder | 1.00 | $45.00 | $45.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Delivery & Handling | 1.00 | $35.00 | $35.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  4183938**

**Invoice Date:  2/11/2020**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Notes: *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|
| | **Invoice Total:** | **$1,417.70** |
| | **Payment:** | **($1,417.70)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  4183938**

**Invoice Date:  2/11/2020**

**Balance Due:  $0.00**

43039

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Gina Herrera
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street
22nd Floor
San Francisco, CA, 94111

| | |
|---|---|
| **Invoice #:** | **4185426** |
| **Invoice Date:** | **2/11/2020** |
| **Balance Due:** | **$0.00** |

| **Case: Contour IP Holding, LLC v. GoPro, Inc.  (17cv04738WHO)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 3858318   |   Job Date: 1/23/2020   |   Delivery: Normal

Attorney: Michael D. Yoo

| | |
|---|---|
| Location: | Redwood Shores, CA |
| Billing Atty: | Jordan R. Jaffe |
| Scheduling Atty: | Jordan R. Jaffe | Quinn Emanuel Urquhart & Sullivan, LLP |

Billing Matter #: 06424-00009

File #: 06424-00009

Q/E File #: 06424-00009

| Witness: Didier LeGall 30(B)(6) of GoPro | Quantity | Price | Amount |
|---|---|---|---|
| Video - Services | 10.75 | $198.00 | $2,128.50 |
| Video - Media and Cloud Services | 1.00 | $22.75 | $22.75 |

| Witness: Max Chien 30(B)(6) of GoPro | Quantity | Price | Amount |
|---|---|---|---|
| Video - Extended Hours | 0.75 | $115.00 | $86.25 |
| Video - Media and Cloud Services | 1.00 | $22.75 | $22.75 |
| Delivery & Handling - Video Media | 1.00 | $35.00 | $35.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$2,295.25** |
| **Payment:** | **($2,295.25)** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

| | | |
|---|---|---|
| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:**Veritext<br>**Bank Name:**BMO Harris Bank<br>**Account No:**4353454 **ABA:**071000288<br>**Swift:** HATRUS44 | **Invoice #: 4185426**<br><br>**Invoice Date:  2/11/2020**<br><br>**Balance Due:  $0.00** |

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Valerie Lozano | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | | |
| | 865 S Figueroa St, 10th Floor | | |
| | Los Angeles, CA, 90017 | | |

| | |
|---|---|
| **Invoice #:** | **4185796** |
| **Invoice Date:** | **2/11/2020** |
| **Balance Due:** | **$0.00** |

| Case: Contour IP Holding, LLC v. Gopro, Inc.  (17cv04738WHO) | Proceeding Type: Depositions |
|---|---|

Job #: 3838597    |    Job Date: 1/24/2020    |    Delivery: Normal

Billing Matter #: 06424-00009

| Location: | San Diego, CA |
|---|---|
| Billing Atty: | Valerie Lozano |
| Scheduling Atty: | \| Winston Taylor |

| Witness: Rick  Loughery , 30(b)(6) of GoPro | Quantity | Amount |
|---|---|---|
| Transcript Services - Certified Transcript | 267.00 | $1,068.00 |
| Rough Draft | 267.00 | $413.85 |
| Realtime Services | 267.00 | $480.60 |
| Exhibits - Scanned/Searchable/OCR | 521.00 | $182.35 |
| Digital Exhibit Binder | 1.00 | $45.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $103.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$2,292.80** |
| **Payment:** | **($2,292.80)** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  4185796** |
|---|---|---|
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:   2/11/2020** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:   $0.00** |

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To: | Marc Kaplan | |
| | Quinn Emanuel Urquhart & Sullivan, LLP | |
| | 50 California Street | |
| | 22nd Floor | |
| | San Francisco, CA, 94111 | |

| | |
|---|---|
| **Invoice #:** | **4187514** |
| **Invoice Date:** | **2/11/2020** |
| **Balance Due:** | **$0.00** |

| | |
|---|---|
| **Case: Contour IP Holding, LLC v. GoPro, Inc.  (17cv04738WHO)** | **Proceeding Type: Depositions** |

Job #: 3838594   |   Job Date: 1/17/2020   |   Delivery: Normal

Billing Matter #: 06424-00009

| | |
|---|---|
| Location: | San Diego, CA |
| Billing Atty: | Marc Kaplan |
| Scheduling Atty: | \| Winston Taylor |

| Witness: Peter Tran | Quantity | Amount |
|---|---|---|
| Video - Digitizing & Transcript Synchronization | 8.00 | $600.00 |
| Video - Media and Cloud Services | 1.00 | $42.00 |
| Delivery & Handling - Video Media | 1.00 | $92.38 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$734.38** |
| | **Payment:** | **($734.38)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

| | | |
|---|---|---|
| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  4187514** |
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:   2/11/2020** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:   $0.00** |

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Michael Powell
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street
22nd Floor
San Francisco, CA, 94111

| | |
|---|---|
| **Invoice #:** | **4190018** |
| **Invoice Date:** | **2/13/2020** |
| **Balance Due:** | **$0.00** |

**Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17cv04738WHO)**          **Proceeding Type: Depositions**

Job #: 3958179    |    Job Date: 1/28/2020    |    Delivery: Normal          Billing Matter #: 06424-00009

Location:          Provo, UT          File #: 06424-00009

Billing Atty:          Michael Powell          Q/E File #: 06424-00009

Scheduling Atty:          Michael Powell | Quinn Emanuel Urquhart & Sullivan, LLP

| Witness: Robert P.K. Mooney | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 404.00 | $4.95 | $1,999.80 |
| Transcript - Supplemental Surcharges* | 404.00 | $0.50 | $202.00 |
| Rough Draft | 337.00 | $1.50 | $505.50 |
| Realtime Services | 337.00 | $1.85 | $623.45 |
| Exhibits | 645.00 | $0.65 | $419.25 |
| Exhibits - Color | 7.00 | $1.50 | $10.50 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| | **Quantity** | **Price** | **Amount** |
| Surcharge - Extended Hours | 1.50 | $95.00 | $142.50 |
| Attendance | 1.00 | $195.00 | $195.00 |
| Digital Exhibit Binder | 1.00 | $45.00 | $45.00 |
| Delivery & Handling | 1.00 | $35.00 | $35.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  4190018**

**Invoice Date:  2/13/2020**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Notes: *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|
| | **Invoice Total:** | **$4,283.00** |
| | **Payment:** | **($4,283.00)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:    Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  4190018**

**Invoice Date:  2/13/2020**

**Balance Due:  $0.00**

43039

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Michael Powell |
|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP |
| | 50 California Street |
| | 22nd Floor |
| | San Francisco, CA, 94111 |

| | |
|---|---|
| **Invoice #:** | **4192839** |
| **Invoice Date:** | **2/13/2020** |
| **Balance Due:** | **$0.00** |

| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17cv04738WHO)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 3958179   |   Job Date: 1/28/2020   |   Delivery: Normal

| | | |
|---|---|---|
| Location: | Provo, UT | Billing Matter #: 06424-00009 |
| Billing Atty: | Michael Powell | File #: 06424-00009 |
| Scheduling Atty: | Michael Powell \| Quinn Emanuel Urquhart & Sullivan, LLP | Q/E File #: 06424-00009 |

| Witness: Robert P.K. Mooney | Quantity | Price | Amount |
|---|---|---|---|
| Video - Services | 11.50 | $198.00 | $2,277.00 |
| Video - Media and Cloud Services | 1.00 | $22.75 | $22.75 |
| Delivery & Handling - Video Media | 1.00 | $35.00 | $35.00 |
| | Quantity | Price | Amount |
| Video - Extended Hours | 1.50 | $115.00 | $172.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$2,507.25** |
| | **Payment:** | **($2,507.25)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #: 4192839** |
|---|---|---|
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date: 2/13/2020** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:  $0.00** |

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Sean Pak | | |
|---|---|---|---|

Bill To: Sean Pak
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street
22nd Floor
San Francisco, CA, 94111

**Invoice #:** **4195064**
**Invoice Date:** **2/14/2020**
**Balance Due:** **$0.00**

---

**Case: Contour IP Holding, LLC v. GoPro, Inc.  (17cv04738WHO)**          **Proceeding Type: Depositions**

Job #: 3812446   |   Job Date: 1/28/2020   |   Delivery: Normal                Billing Matter #: 06242-00009

Location:          Redwood Shores, CA

Billing Atty:      Sean Pak

Scheduling Atty:    | Winston Taylor

| Witness: Naveen Krishnamurthy | Quantity | Amount |
|---|---|---|
| Transcript Services - Certified Transcript | 274.00 | $1,096.00 |
| Rough Draft | 274.00 | $424.70 |
| Realtime Services | 274.00 | $493.20 |
| Exhibits | 112.00 | $67.20 |
| Exhibits - Scanned/Searchable/OCR | 449.00 | $157.15 |
| Exhibits - Color | 337.00 | $286.45 |
| Digital Exhibit Binder | 1.00 | $45.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $103.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$2,672.70** |
| | **Payment:** | **($2,672.70)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  4195064**

**Invoice Date:  2/14/2020**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Jordan R. Jaffe | | |
| --- | --- | --- | --- |
| | Quinn Emanuel Urquhart & Sullivan, LLP | **Invoice #:** | **4196499** |
| | 50 California Street | **Invoice Date:** | **2/17/2020** |
| | 22nd Floor | **Balance Due:** | **$0.00** |
| | San Francisco, CA, 94111 | | |

| Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17cv04738WHO) | Proceeding Type: Depositions |
| --- | --- |

| | |
| --- | --- |
| Job #: 3968949   &#124;   Job Date: 1/31/2020   &#124;   Delivery: Normal | Attorney: Michael D. Yoo |
| Location:   Seattle, WA | Billing Matter #: 06424-00009 |
| Billing Atty:   Jordan R. Jaffe | Q/E File #: 06424-00009 |
| Scheduling Atty:   Michael D. Yoo &#124; Quinn Emanuel Urquhart & Sullivan, LLP | |

| Witness: Richard  Mander | Quantity | Price | Amount |
| --- | --- | --- | --- |
| Transcript Services - Original Transcript(s) | 301.00 | $5.50 | $1,655.50 |
| Surcharge - Extended Hours | 1.00 | $95.00 | $95.00 |
| Transcript - Supplemental Surcharges* | 301.00 | $0.50 | $150.50 |
| Rough Draft | 252.00 | $1.50 | $378.00 |
| Realtime Services | 252.00 | $1.85 | $466.20 |
| Attendance - Hourly | 9.00 | $80.00 | $720.00 |
| Exhibits | 371.00 | $0.65 | $241.15 |
| Exhibits - Color | 71.00 | $1.50 | $106.50 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| | **Quantity** | **Price** | **Amount** |
| Digital Exhibit Binder | 1.00 | $45.00 | $45.00 |
| Delivery & Handling | 1.00 | $35.00 | $35.00 |

| | | |
| --- | --- | --- |
| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:**Veritext<br>**Bank Name:**BMO Harris Bank<br>**Account No:**4353454 **ABA:**071000288<br>**Swift:** HATRUS44 | **Invoice #:  4196499**<br><br>**Invoice Date:  2/17/2020**<br><br>**Balance Due:  $0.00** |

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Notes: *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|
| | **Invoice Total:** | **$3,997.85** |
| | **Payment:** | **($3,997.85)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  4196499**

**Invoice Date:  2/17/2020**

**Balance Due:  $0.00**

43039

# Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Sean Pak | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | **Invoice #:** | **4199907** |
| | 50 California Street | **Invoice Date:** | **2/18/2020** |
| | 22nd Floor | **Balance Due:** | **$0.00** |
| | San Francisco, CA, 94111 | | |

| **Case: Contour IP Holding, LLC v. GoPro, Inc.  (17cv04738WHO)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 3812454   |   Job Date: 1/30/2020   |   Delivery: Normal                    Billing Matter #: 06424-00009

| Location: | Redwood Shores, CA |
|---|---|
| Billing Atty: | Sean Pak |
| Scheduling Atty: | John Keville Esq | Winston Taylor |

| Witness: Nicholas D. Woodman | Quantity | Amount |
|---|---|---|
| Transcript Services - Certified Transcript | 419.00 | $1,676.00 |
| Rough Draft | 419.00 | $649.45 |
| Realtime Services | 419.00 | $754.20 |
| Exhibits - Scanned/Searchable/OCR | 290.00 | $101.50 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $75.00 |
| | Quantity | Amount |
| Digital Exhibit Binder | 1.00 | $48.50 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $28.00 |

| Notes: | **Invoice Total:** | **$3,332.65** |
|---|---|---|
| | **Payment:** | **($3,332.65)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  4199907**

**Invoice Date:  2/18/2020**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039