# EXHIBIT E

# Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Invoice #:** | **4200087** |
| **Invoice Date:** | **2/18/2020** |
| **Balance Due:** | **$0.00** |

Bill To: Michelle Clark
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street
22nd Floor
San Francisco, CA, 94111

| | |
|---|---|
| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (17cv04738WHO)** | **Proceeding Type: Depositions** |

Job #: 3838581    |    Job Date: 2/5/2020    |    Delivery: Normal                Billing Matter #: 06424-00009

Location:         San Francisco, CA

Billing Atty:      Michelle Clark

Scheduling Atty:    | Winston Taylor

| Witness: Edward Russell  , 30(b)(6) GoPro | Quantity | Amount |
|---|---|---|
| Transcript Services - Certified Transcript | 196.00 | $784.00 |
| Rough Draft | 196.00 | $303.80 |
| Realtime Services | 196.00 | $352.80 |
| Exhibits - Scanned/Searchable/OCR | 42.00 | $14.70 |
| Digital Exhibit Binder | 1.00 | $48.50 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $103.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$1,606.80** |
| **Payment:** | **($1,606.80)** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  4200087**

**Invoice Date:  2/18/2020**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: | Michelle Clark |
| | Quinn Emanuel Urquhart & Sullivan, LLP |
| | 50 California Street |
| | 22nd Floor |
| | San Francisco, CA, 94111 |

| | |
|---|---|
| **Invoice #:** | **4202976** |
| **Invoice Date:** | **2/20/2020** |
| **Balance Due:** | **$0.00** |

**Case: Contour IP Holding, LLC v. GoPro, Inc.  (17cv04738WHO)**      **Proceeding Type: Depositions**

Job #: 3961271    |    Job Date: 1/31/2020    |    Delivery: Normal      Billing Matter #: 06424-00009

| | |
|---|---|
| Location: | Redwood Shores, CA |
| Billing Atty: | Michelle Clark |
| Scheduling Atty: | Dustin J Edwards Esq | Winston Taylor |

| Witness: Tyler  Gee | Quantity | Amount |
|---|---|---|
| Transcript Services - Certified Transcript | 340.00 | $1,360.00 |
| Rough Draft | 340.00 | $527.00 |
| Realtime Services | 340.00 | $612.00 |
| Exhibits - Scanned/Searchable/OCR | 345.00 | $120.75 |
| Digital Exhibit Binder | 1.00 | $48.50 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $103.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$2,771.25** |
| **Payment:** | **($2,771.25)** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  4202976**

**Invoice Date:  2/20/2020**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Sean Pak | | | |
|---|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | | **Invoice #:** | **4204452** |
| | 50 California Street | | **Invoice Date:** | **2/21/2020** |
| | 22nd Floor | | **Balance Due:** | **$0.00** |
| | San Francisco, CA, 94111 | | | |

| **Case: Contour IP Holding, LLC v. GoPro, Inc.  (17cv04738WHO)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 3812446    |    Job Date: 1/28/2020    |    Delivery: Normal                    Billing Matter #: 06424-00009

| Location: | Redwood Shores, CA |
|---|---|
| Billing Atty: | Sean Pak |
| Scheduling Atty: | \| Winston Taylor |

| **Witness: Naveen Krishnamurthy** | **Quantity** | **Amount** |
|---|---|---|
| Video - Digitizing & Transcript Synchronization | 8.50 | $637.50 |
| Video - Media and Cloud Services | 1.00 | $42.00 |
| Delivery & Handling - Video Media | 1.00 | $92.35 |

| Notes: | **Invoice Total:** | **$771.85** |
|---|---|---|
| | **Payment:** | **($771.85)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  4204452** |
|---|---|---|
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:  2/21/2020** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:  $0.00** |

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



Bill To:  Jordan R. Jaffe
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street
22nd Floor
San Francisco, CA, 94111

| | |
|---|---|
| **Invoice #:** | **4205047** |
| **Invoice Date:** | **2/19/2020** |
| **Balance Due:** | **$0.00** |

| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17cv04738WHO)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 3968949   |   Job Date: 1/31/2020   |   Delivery: Normal

Location:       Seattle, WA

Billing Atty:      Jordan R. Jaffe

Scheduling Atty:    Michael D. Yoo | Quinn Emanuel Urquhart & Sullivan, LLP

Attorney: Michael D. Yoo

Billing Matter #: 06424-00009

Q/E File #: 06424-00009

| Witness: Richard  Mander | Quantity | Price | Amount |
|---|---|---|---|
| Video - Services | 10.75 | $198.00 | $2,128.50 |
| Video - Media and Cloud Services | 1.00 | $22.75 | $22.75 |
| Delivery & Handling - Video Media | 1.00 | $35.00 | $35.00 |
| | Quantity | Price | Amount |
| Video - Extended Hours | 0.75 | $115.00 | $86.25 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$2,272.50** |
| | **Payment:** | **($2,272.50)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:  4205047**

**Invoice Date:  2/19/2020**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Valerie Lozano | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | | |
| | 50 California Street | | |
| | 22nd Floor | | |
| | San Francisco, CA, 94111 | | |

| | |
|---|---|
| **Invoice #:** | **4207017** |
| **Invoice Date:** | **2/21/2020** |
| **Balance Due:** | **$0.00** |

**Case: Contour IP Holding, LLC v. Gopro, Inc.  (17cv04738WHO)**    **Proceeding Type: Depositions**

Job #: 3838597    |    Job Date: 1/24/2020    |    Delivery: Normal    Billing Matter #: 06424-00009

| | |
|---|---|
| Location: | San Diego, CA |
| Billing Atty: | Valerie Lozano |
| Scheduling Atty: | | Winston Taylor |

| Witness: Rick  Loughery , 30(b)(6) of GoPro | Quantity | Amount |
|---|---|---|
| Video - Digitizing & Transcript Synchronization | 7.50 | $562.50 |
| Video - Media and Cloud Services | 1.00 | $42.00 |
| Delivery & Handling - Video Media | 1.00 | $92.35 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$696.85** |
| | **Payment:** | **($696.85)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  4207017**

**Invoice Date:  2/21/2020**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Michelle Clark<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>50 California Street<br>22nd Floor<br>San Francisco, CA, 94111 | **Invoice #:** | **4209651** |
|---|---|---|---|
| | | **Invoice Date:** | **2/24/2020** |
| | | **Balance Due:** | **$0.00** |

| **Case: Contour IP Holding, LLC v. GoPro, Inc.  (17cv04738WHO)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 3961271    |    Job Date: 1/31/2020    |    Delivery: Normal                          Billing Matter #: 06424-00009

| Location: | Redwood Shores, CA |
|---|---|
| Billing Atty: | Michelle Clark |
| Scheduling Atty: | Dustin J Edwards Esq | Winston Taylor |

| Witness: Tyler  Gee | Quantity | Amount |
|---|---|---|
| Video - Digitizing & Transcript Synchronization | 9.00 | $675.00 |
| Video - Media and Cloud Services | 1.00 | $42.00 |
| Delivery & Handling - Video Media | 1.00 | $92.35 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$809.35** |
| | **Payment:** | **($809.35)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  4209651**

**Invoice Date:  2/24/2020**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Sean Pak
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street
22nd Floor
San Francisco, CA, 94111

| | |
|---|---|
| **Invoice #:** | **4213596** |
| **Invoice Date:** | **2/25/2020** |
| **Balance Due:** | **$0.00** |

| **Case: Contour IP Holding, LLC v. GoPro, Inc.  (17cv04738WHO)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 3812454    |    Job Date: 1/30/2020    |    Delivery: Normal

Billing Matter #: 06424-00009

| Location: | Redwood Shores, CA |
|---|---|
| Billing Atty: | Sean Pak |
| Scheduling Atty: | John Keville Esq | Winston Taylor |

| Witness: Nicholas D. Woodman | Quantity | Amount |
|---|---|---|
| Video - Digitizing & Transcript Synchronization | 10.00 | $750.00 |
| Video - Media and Cloud Services | 1.00 | $42.00 |
| Delivery & Handling - Video Media | 1.00 | $92.36 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$884.36** |
| | **Payment:** | **($884.36)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  4213596**

**Invoice Date:  2/25/2020**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Michelle Clark
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street
22nd Floor
San Francisco, CA, 94111

| | |
|---|---|
| **Invoice #:** | **4215386** |
| **Invoice Date:** | **2/27/2020** |
| **Balance Due:** | **$0.00** |

| Case: Contour IP Holding, LLC v. Gopro, Inc.  (17cv04738WHO) | Proceeding Type: Depositions |
|---|---|

Job #: 3838581    |    Job Date: 2/5/2020    |    Delivery: Normal

Billing Matter #: 06424-00009

| | |
|---|---|
| Location: | San Francisco, CA |
| Billing Atty: | Michelle Clark |
| Scheduling Atty: | \| Winston Taylor |

| Witness: Edward Russell  , 30(b)(6) GoPro | Quantity | Amount |
|---|---|---|
| Video - Digitizing & Transcript Synchronization | 6.50 | $487.50 |
| Video - Media and Cloud Services | 1.00 | $42.00 |
| Delivery & Handling - Video Media | 1.00 | $92.36 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$621.86** |
| **Payment:** | **($621.86)** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  4215386**

**Invoice Date:  2/27/2020**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Valerie Lozano | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | | |
| | 865 S Figueroa St, 10th Floor | | |
| | Los Angeles, CA, 90017 | | |

| | |
|---|---|
| **Invoice #:** | **4217759** |
| **Invoice Date:** | **2/26/2020** |
| **Balance Due:** | **$0.00** |

**Case: Contour IP Holding, LLC v. Gopro, Inc.  (17cv04738WHO)**    **Proceeding Type: Depositions**

Job #: 3961307    |    Job Date: 2/7/2020    |    Delivery: Normal    Billing Matter #: 06424-00009

| Location: | Redwood Shores, CA |
|---|---|
| Billing Atty: | Valerie Lozano |
| Scheduling Atty: | Dustin J Edwards Esq | Winston Taylor |

| Witness: Jimmy  Lee | Quantity | Amount |
|---|---|---|
| Transcript Services - Certified Transcript | 152.00 | $608.00 |
| Rough Draft | 152.00 | $235.60 |
| Realtime Services | 152.00 | $273.60 |
| Exhibits - Scanned/Searchable/OCR | 126.00 | $44.10 |
| Digital Exhibit Binder | 1.00 | $45.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $103.00 |
| | **Quantity** | **Amount** |
| Production & Processing | 1.00 | $48.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$1,357.30** |
| | **Payment:** | **($1,357.30)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | |
|---|---|---|
| Veritext | **A/C Name:**Veritext | **Invoice #:  4217759** |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | **Invoice Date:  2/26/2020** |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:  $0.00** |

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Nathan Sun | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | | |
| | 50 California Street | | |
| | 22nd Floor | | |
| | San Francisco, CA, 94111 | | |

| | |
|---|---|
| **Invoice #:** | **4221107** |
| **Invoice Date:** | **2/28/2020** |
| **Balance Due:** | **$0.00** |

**Case: Contour IP Holding, LLC v. GoPro, Inc.  (17cv04738WHO)**    **Proceeding Type: Depositions**

Job #: 3961295    |    Job Date: 2/4/2020    |    Delivery: Normal            Billing Matter #:  06424-00009

| Location: | San Francisco, CA |
|---|---|
| Billing Atty: | Nathan Sun |
| Scheduling Atty: | William Logan | Winston Taylor |

| Witness: Robert  Koche | Quantity | Amount |
|---|---|---|
| Video - Digitizing & Transcript Synchronization | 8.00 | $600.00 |
| Video - Media and Cloud Services | 1.00 | $42.00 |
| Delivery & Handling - Video Media | 1.00 | $39.50 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$681.50** |
| | **Payment:** | **($681.50)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

| | | |
|---|---|---|
| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  4221107** |
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:  2/28/2020** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:  $0.00** |

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Michael Powell | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | **Invoice #:** | **4221944** |
| | 50 California Street | **Invoice Date:** | **2/28/2020** |
| | 22nd Floor | **Balance Due:** | **$0.00** |
| | San Francisco, CA, 94111 | | |

| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17cv04738WHO)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 3985577    |    Job Date: 2/13/2020    |    Delivery: Normal          Billing Matter #: 06424-00009

Location:            Salt Lake City, UT

Billing Atty:        Michael Powell

Scheduling Atty:    Michael Powell | Quinn Emanuel Urquhart & Sullivan, LLP

| Witness: Nora Anderson | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 119.00 | $4.95 | $589.05 |
| Transcript - Supplemental Surcharges* | 119.00 | $0.50 | $59.50 |
| Rough Draft | 99.00 | $1.50 | $148.50 |
| Realtime Services | 99.00 | $1.85 | $183.15 |
| Attendance | 1.00 | $97.50 | $97.50 |
| Exhibits | 105.00 | $0.65 | $68.25 |
| Exhibits - Color | 3.00 | $1.50 | $4.50 |
| Digital Exhibit Binder | 1.00 | $45.00 | $45.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $55.00 | $55.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Delivery & Handling | 1.00 | $35.00 | $35.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  4221944**

**Invoice Date:  2/28/2020**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Notes:    *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|
| **Invoice Total:** | **$1,335.45** |
| **Payment:** | **($1,335.45)** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  4221944**

**Invoice Date:   2/28/2020**

**Balance Due:   $0.00**

43039

# Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Valerie Lozano
Quinn Emanuel Urquhart & Sullivan, LLP
865 S Figueroa St, 10th Floor
Los Angeles, CA, 90017

| | |
|---|---|
| **Invoice #:** | **4222895** |
| **Invoice Date:** | **2/28/2020** |
| **Balance Due:** | **$0.00** |

| Case: Contour IP Holding, LLC v. GoPro, Inc. (17cv04738WHO) | Proceeding Type: Depositions |
|---|---|

Job #: 3855723   |   Job Date: 2/5/2020   |   Delivery: Normal                                                          Billing Matter #: 06424-00009

Location:          Redwood Shores, CA

Billing Atty:      Valerie Lozano

Scheduling Atty:   Dustin J Edwards Esq | Winston Taylor

| Witness: Spencer Beidelman , 30(b)(6) | Quantity | Amount |
|---|---|---|
| Transcript Services - Certified Transcript | 213.00 | $852.00 |
| Rough Draft | 213.00 | $330.15 |
| Realtime Services | 213.00 | $383.40 |
| Exhibits - Scanned/Searchable/OCR | 320.00 | $112.00 |
| Digital Exhibit Binder | 1.00 | $48.50 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $75.00 |
| | Quantity | Amount |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$1,829.05** |
| | **Payment:** | **($1,829.05)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

| | | |
|---|---|---|
| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:**Veritext<br>**Bank Name:**BMO Harris Bank<br>**Account No:**4353454 **ABA:**071000288<br>**Swift:** HATRUS44 | **Invoice #:  4222895**<br><br>**Invoice Date:  2/28/2020**<br><br>**Balance Due:  $0.00** |

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Valerie Lozano | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | **Invoice #:** | **4223369** |
| | 865 S Figueroa St, 10th Floor | **Invoice Date:** | **2/28/2020** |
| | Los Angeles, CA, 90017 | **Balance Due:** | **$0.00** |

| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (17cv04738WHO)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 3961307    |    Job Date: 2/7/2020    |    Delivery: Normal          Billing Matter #: 06424-00009

| Location: | Redwood Shores, CA |
|---|---|
| Billing Atty: | Valerie Lozano |
| Scheduling Atty: | Dustin J Edwards Esq | Winston Taylor |

| **Witness: Jimmy  Lee** | **Quantity** | **Amount** |
|---|---|---|
| Video - Digitizing & Transcript Synchronization | 4.00 | $300.00 |
| Video - Media and Cloud Services | 1.00 | $42.00 |
| Delivery & Handling - Video Media | 1.00 | $92.36 |

| Notes: | **Invoice Total:** | **$434.36** |
|---|---|---|
| | **Payment:** | **($434.36)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  4223369** |
|---|---|---|
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:   2/28/2020** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:   $0.00** |

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Valerie Lozano | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | | |
| | 50 California Street | | |
| | 22nd Floor | | |
| | San Francisco, CA, 94111 | | |

| **Invoice #:** | **4223733** |
|---|---|
| **Invoice Date:** | **2/28/2020** |
| **Balance Due:** | **$0.00** |

**Case: Contour IP Holding, LLC v. GoPro, Inc.  (17cv04738WHO)**   **Proceeding Type: Depositions**

Job #: 3855723   |   Job Date: 2/5/2020   |   Delivery: Normal

Billing Matter #:  06424-00009

| Location: | Redwood Shores, CA |
|---|---|
| Billing Atty: | Valerie Lozano |
| Scheduling Atty: | Dustin J Edwards Esq | Winston Taylor |

| Witness: Spencer Beidelman , 30(b)(6) | Quantity | Amount |
|---|---|---|
| Video - Digitizing & Transcript Synchronization | 4.00 | $300.00 |
| Video - Media and Cloud Services | 1.00 | $42.00 |
| Delivery & Handling - Video Media | 1.00 | $92.36 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$434.36** |
| **Payment:** | **($434.36)** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  4223733**

**Invoice Date:  2/28/2020**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: Michael Powell | **Invoice #:** **4230396** |
| Quinn Emanuel Urquhart & Sullivan, LLP | **Invoice Date:** **3/3/2020** |
| 50 California Street | **Balance Due:** **$0.00** |
| 22nd Floor | |
| San Francisco, CA, 94111 | |

| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17cv04738WHO)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 3985577   |   Job Date: 2/13/2020   |   Delivery: Normal                    Billing Matter #: 06424-00009

Location:          Salt Lake City, UT

Billing Atty:       Michael Powell

Scheduling Atty:    Michael Powell | Quinn Emanuel Urquhart & Sullivan, LLP

| Witness: Nora Anderson | Quantity | Price | Amount |
|---|---|---|---|
| Video - Services | 4.50 | $198.00 | $891.00 |
| Video - Media and Cloud Services | 1.00 | $22.75 | $22.75 |
| Delivery & Handling - Video Media | 1.00 | $35.00 | $35.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$948.75** |
| | **Payment:** | **($948.75)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**                  **Pay By ACH (Include invoice numbers):**        **Invoice #:  4230396**
Veritext                        **A/C Name:**Veritext
P.O. Box 71303                  **Bank Name:**BMO Harris Bank            **Invoice Date:  3/3/2020**
Chicago IL 60694-1303           **Account No:**4353454 **ABA:**071000288
Fed. Tax ID: 20-3132569               **Swift:** HATRUS44                **Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039