# EXHIBIT F

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: Valerie Lozano | Invoice #: | **4392426** |
|---|---|---|
| Quinn Emanuel Urquhart & Sullivan, LLP | **Invoice Date:** | **7/1/2020** |
| 865 S Figueroa St, 10th Floor | **Balance Due:** | **$0.00** |
| Los Angeles, CA, 90017 | | |

| Case: Contour IP Holding, LLC v. GoPro, Inc.  (3:17cv04738WHO) | Proceeding Type: Depositions |
|---|---|

Job #: 4151745    |    Job Date: 6/26/2020    |    Delivery: Expedited            Billing Matter #: 06424-00009

Location:          Dallas, TX

Billing Atty:      Valerie Lozano

Scheduling Atty:      Valerie Lozano | Quinn Emanuel Urquhart & Sullivan, LLP

| Witness: Keith R. Ugone , Ph. D. Vol 1 | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 351.00 | $9.85 | $3,457.35 |
| Surcharge - Video Proceeding | 351.00 | $0.50 | $175.50 |
| Surcharge - Extended Hours | 2.50 | $95.00 | $237.50 |
| Rough Draft | 351.00 | $1.50 | $526.50 |
| Realtime Services | 351.00 | $1.85 | $649.35 |
| Attendance - First Hour | 1.00 | $95.00 | $95.00 |
| Attendance - Add'l Hours | 6.00 | $50.00 | $300.00 |
| Exhibits - Handling | 1.00 | $35.00 | $35.00 |
| Exhibit Share | 1.00 | $325.00 | $325.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $90.00 | $90.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  4392426**

**Invoice Date:  7/1/2020**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$5,941.20** |
| | **Payment:** | **($5,941.20)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

| | | |
|---|---|---|
| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:**Veritext<br>**Bank Name:**BMO Harris Bank<br>**Account No:**4353454 **ABA:**071000288<br>**Swift:** HATRUS44 | **Invoice #:  4392426**<br><br>**Invoice Date:  7/1/2020**<br><br>**Balance Due:  $0.00** |

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---:|
| **Invoice #:** | **4395956** |
| **Invoice Date:** | **7/6/2020** |
| **Balance Due:** | **$0.00** |

Bill To: Jordan R. Jaffe
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street
22nd Floor
San Francisco, CA, 94111

| | |
|---|---|
| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17cv04738WHO)** | **Proceeding Type: Depositions** |

Job #: 4150846   |   Job Date: 6/25/2020   |   Delivery: Expedited

Attorney: Michael D. Yoo

Location:          Los Angeles, CA

Billing Matter #: 06424-00009

Billing Atty:      Jordan R. Jaffe

Scheduling Atty:     Jordan R. Jaffe | Quinn Emanuel Urquhart & Sullivan, LLP

| Witness: Jing Hu, Ph.D. | Quantity | Price | Amount |
|---|---:|---:|---:|
| Transcript Services - Original Transcript(s) | 264.00 | $8.80 | $2,323.20 |
| Surcharge - Extended Hours | 1.75 | $95.00 | $166.25 |
| Transcript - Supplemental Surcharges* | 264.00 | $0.50 | $132.00 |
| Realtime & Rough Services | 264.00 | $3.00 | $792.00 |
| Attendance - Half Day | 2.00 | $125.00 | $250.00 |
| Exhibits - Handling | 1.00 | $35.00 | $35.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $100.00 | $100.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |

| Notes:   *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---:|
| | **Invoice Total:** | **$3,848.45** |
| | **Payment:** | **($3,848.45)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  4395956**

**Invoice Date:  7/6/2020**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Michelle Clark |  |  |
|---|---|---|---|
|  | Quinn Emanuel Urquhart & Sullivan, LLP |  |  |
|  | 50 California Street |  |  |
|  | 22nd Floor |  |  |
|  | San Francisco, CA, 94111 |  |  |

| | |
|---|---|
| **Invoice #:** | **4406521** |
| **Invoice Date:** | **7/9/2020** |
| **Balance Due:** | **$0.00** |

**Case: Contour IP Holding, LLC v. GoPro, Inc.  (17cv04738WHO)**    **Proceeding Type: Depositions**

Job #: 4155044   |   Job Date: 6/26/2020   |   Delivery: Expedited             Billing Matter #: 06424-00009

| | |
|---|---|
| Location: | Los Angeles, CA |
| Billing Atty: | Michelle Clark |
| Scheduling Atty: | John Keville Esq \| Winston Taylor |

| Witness: Kevin Almeroth , Ph.D | Quantity | Amount |
|---|---|---|
| Transcript Services - Certified Transcript | 406.00 | $1,624.00 |
| Transcript Services - Certified Transcript - Priority Request | 406.00 | $913.50 |
| Rough Draft | 406.00 | $629.30 |
| Realtime Services | 406.00 | $730.80 |
| Exhibits - Scanned/Searchable/OCR | 854.00 | $298.90 |
| Digital Exhibit Binder | 1.00 | $45.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $103.00 |

| Notes: | | |
|---|---|---|
|  | **Invoice Total:** | **$4,344.50** |
|  | **Payment:** | **($4,344.50)** |
|  | **Credit:** | **$0.00** |
|  | **Interest:** | **$0.00** |
|  | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #: 4406521** |
|---|---|---|
| Veritext | **A/C Name:**Veritext |  |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:  7/9/2020** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 |  |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:  $0.00** |

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Valerie Lozano
Quinn Emanuel Urquhart & Sullivan, LLP
865 S Figueroa St, 10th Floor
Los Angeles, CA, 90017

| | |
|---|---|
| **Invoice #:** | **4410005** |
| **Invoice Date:** | **7/9/2020** |
| **Balance Due:** | **$0.00** |

| | |
|---|---|
| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (17cv04738WHO)** | **Proceeding Type: Depositions** |

Job #: 4154446   |   Job Date: 6/30/2020   |   Delivery: Expedited          Billing Matter #: 06424-00009

| | |
|---|---|
| Location: | Los Angeles, CA |
| Billing Atty: | Valerie Lozano |
| Scheduling Atty: | Dustin J Edwards Esq | Winston Taylor |

| Witness: Patrick Fitzgerald Kennedy , Ph.D. | Quantity | Amount |
|---|---|---|
| Transcript Services - Certified Transcript | 367.00 | $1,468.00 |
| Transcript Services - Certified Transcript - Priority Request | 367.00 | $825.75 |
| Rough Draft | 367.00 | $568.85 |
| Realtime Services | 367.00 | $660.60 |
| Exhibits - Scanned/Searchable/OCR | 616.00 | $215.60 |
| Digital Exhibit Binder | 1.00 | $45.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $103.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$3,886.80** |
| **Payment:** | **($3,886.80)** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #: 4410005**

**Invoice Date: 7/9/2020**

**Balance Due: $0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Valerie Lozano
Quinn Emanuel Urquhart & Sullivan, LLP
865 S Figueroa St, 10th Floor
Los Angeles, CA, 90017

| | |
|---|---|
| **Invoice #:** | **4452101** |
| **Invoice Date:** | **7/29/2020** |
| **Balance Due:** | **$0.00** |

| **Case: Contour IP Holding, LLC v. GoPro, Inc.  (3:17cv04738WHO)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4151745    |    Job Date: 6/26/2020    |    Delivery: Normal                                Billing Matter #: 06424-00009

Location:          Dallas, TX

Billing Atty:      Valerie Lozano

Scheduling Atty:   Valerie Lozano | Quinn Emanuel Urquhart & Sullivan, LLP

| Witness: Keith R. Ugone , Ph. D. Vol 1 | Quantity | Price | Amount |
|---|---|---|---|
| Video - Services | 10.75 | $198.00 | $2,128.50 |
| Video - Media and Cloud Services | 1.00 | $22.75 | $22.75 |
| Delivery & Handling - Video Media | 1.00 | $35.00 | $35.00 |
| | Quantity | Price | Amount |
| Video - Extended Hours | 2.25 | $115.00 | $258.75 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$2,445.00** |
| **Payment:** | **($2,445.00)** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  4452101**

**Invoice Date:  7/29/2020**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Jordan R. Jaffe | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | | |
| | 50 California Street | | |
| | 22nd Floor | | |
| | San Francisco, CA, 94111 | | |

| | |
|---|---|
| **Invoice #:** | **4459600** |
| **Invoice Date:** | **7/31/2020** |
| **Balance Due:** | **$0.00** |

| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17cv04738WHO)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4150846    |    Job Date: 6/25/2020    |    Delivery: Normal                         Attorney: Michael D. Yoo

Location:            Los Angeles, CA                                                           Billing Matter #: 06424-00009

Billing Atty:        Jordan R. Jaffe

Scheduling Atty:    Jordan R. Jaffe | Quinn Emanuel Urquhart & Sullivan, LLP

| Witness: Jing Hu, Ph.D. | Quantity | Price | Amount |
|---|---|---|---|
| Video - Services | 12.25 | $198.00 | $2,425.50 |
| Video - Media and Cloud Services | 1.00 | $22.75 | $22.75 |
| Delivery & Handling - Video Media | 1.00 | $35.00 | $35.00 |
| | Quantity | Price | Amount |
| Video - Extended Hours | 2.25 | $115.00 | $258.75 |

| Notes: | |
|---|---|
| **Invoice Total:** | **$2,742.00** |
| **Payment:** | **($2,742.00)** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:  4459600**
**Invoice Date:  7/31/2020**
**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Valerie Lozano | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | | |
| | 295 5th Avenue | | |
| | 9th Floor | | |
| | New York, NY, 10016 | | |

| | |
|---|---|
| **Invoice #:** | **4477637** |
| **Invoice Date:** | **8/13/2020** |
| **Balance Due:** | **$0.00** |

| Case: Contour IP Holding, LLC v. Gopro, Inc.  (17cv04738WHO) | Proceeding Type: Depositions |
|---|---|

Job #: 4154446    |    Job Date: 6/30/2020    |    Delivery: Normal

Billing Matter #: 170311.00001

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Valerie Lozano |
| Scheduling Atty: | Dustin J Edwards Esq | Winston Taylor |

| Witness: Patrick Fitzgerald Kennedy , Ph.D. | Quantity | Amount |
|---|---|---|
| Video - Digitizing & Transcript Synchronization | 9.50 | $712.50 |
| Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | 1.00 | $110.00 |
| Video - Electronic Access | 1.00 | $78.00 |
| Video - Media and Cloud Services | 1.00 | $42.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$942.50** |
| | **Payment:** | **($942.50)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  4477637** |
|---|---|---|
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:  8/13/2020** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:  $0.00** |

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Valerie Lozano
Quinn Emanuel Urquhart & Sullivan, LLP
295 5th Avenue
9th Floor
New York, NY, 10016

| | |
|---|---|
| **Invoice #:** | **4477917** |
| **Invoice Date:** | **8/13/2020** |
| **Balance Due:** | **$0.00** |

**Case: Contour IP Holding, LLC v. GoPro, Inc.  (17cv04738WHO)**          **Proceeding Type: Depositions**

Job #: 4155044   |   Job Date: 6/26/2020   |   Delivery: Normal                                Billing Matter #: 170311.00001

Location:            Los Angeles, CA

Billing Atty:         Valerie Lozano

Scheduling Atty:     John Keville Esq | Winston Taylor

| Witness: Kevin Almeroth , Ph.D | Quantity | Amount |
|---|---|---|
| Video - Digitizing & Transcript Synchronization | 9.50 | $712.50 |
| Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | 1.00 | $110.00 |
| Video - Electronic Access | 1.00 | $78.00 |
| Video - Media and Cloud Services | 1.00 | $42.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$942.50** |
| **Payment:** | **($942.50)** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  4477917**

**Invoice Date:  8/13/2020**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Accounts Payable | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | | |
| | 865 S Figueroa St, 10th Floor | | |
| | Los Angeles, CA, 90017 | | |

| **Invoice #:** | **4609260** |
|---|---|
| **Invoice Date:** | **10/29/2020** |
| **Balance Due:** | **$0.00** |

| **Case: Contour IP Holding, LLC v. GoPro, Inc.  (3:17cv04738WHO)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4288683    |    Job Date: 10/16/2020    |    Delivery: Expedited

Billing Matter #: 06424-00009

| Location: | Dallas, TX |
|---|---|
| Billing Atty: | Valerie Lozano |
| Scheduling Atty: | Valerie Lozano | Quinn Emanuel Urquhart & Sullivan, LLP |

| Witness: Keith R Ugone , Ph. D. Vol 2 | Quantity | Amount |
|---|---|---|
| Transcript Services - Original Transcript(s) | 207.00 | $1,024.65 |
| Transcript Services - Priority Request | 207.00 | $614.79 |
| Rough Draft | 207.00 | $320.85 |
| Attendance | 2.00 | $210.00 |
| Exhibits | 56.00 | $25.20 |
| Exhibits - Linked (SBF, PTZ, LEF) | 1.00 | $116.00 |
| Exhibit Share | 1.00 | $318.00 |
| Digital Exhibit Binder | 1.00 | $48.50 |
| Realtime Services - Remote | 207.00 | $372.60 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $103.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  4609260**

**Invoice Date:  10/29/2020**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$3,448.59** |
| | **Payment:** | **($3,448.59)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS: Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  4609260**

**Invoice Date:  10/29/2020**

**Balance Due:  $0.00**

43039

# Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Accounts Payable | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | **Invoice #:** | **4613166** |
| | 865 S Figueroa St, 10th Floor | **Invoice Date:** | **10/29/2020** |
| | Los Angeles, CA, 90017 | **Balance Due:** | **$0.00** |

| **Case: Contour IP Holding, LLC v. GoPro, Inc.  (3:17cv04738WHO)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4288683    |    Job Date: 10/16/2020    |    Delivery: Normal        Billing Matter #: 06424-00009

Location:        Dallas, TX

Billing Atty:      Valerie Lozano

Scheduling Atty:      Valerie Lozano | Quinn Emanuel Urquhart & Sullivan, LLP

| Witness: Keith R Ugone , Ph. D. Vol 2 | Quantity | Amount |
|---|---|---|
| Video - Initial Services | 1.00 | $350.00 |
| Video - Additional Hours | 5.00 | $775.00 |
| Video - Digitizing & Transcript Synchronization | 4.00 | $300.00 |
| Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | 1.00 | $110.00 |
| Video - Electronic Access | 1.00 | $78.00 |
| Video - Media and Cloud Services | 4.00 | $168.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$1,781.00** |
| | **Payment:** | **($1,781.00)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  4613166**

**Invoice Date:  10/29/2020**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Accounts Payable | | |
|---|---|---|---|

Accounts Payable
Quinn Emanuel Urquhart & Sullivan, LLP
865 S Figueroa St, 10th Floor
Los Angeles, CA, 90017

| | |
|---|---|
| **Invoice #:** | **4646494** |
| **Invoice Date:** | **11/13/2020** |
| **Balance Due:** | **$0.00** |

**Case: Contour IP Holding, LLC v. GoPro, Inc.  (17cv04738WHO)**  —  **Proceeding Type: Depositions**

Job #: 4310325    |    Job Date: 10/29/2020    |    Delivery: Normal

Billing Matter #: 06424-00009

| | |
|---|---|
| Location: | Los Angeles, CA |
| Billing Atty: | Valerie Lozano |
| Scheduling Atty: | Dustin J Edwards Esq | Winston Taylor |

| Witness: Patrick Kennedy | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 215.00 | $4.00 | $860.00 |
| Rough Draft | 215.00 | $1.55 | $333.25 |
| Exhibits | 586.00 | $0.45 | $263.70 |
| Digital Exhibit Binder | 1.00 | $48.50 | $48.50 |
| Realtime Services - Remote | 215.00 | $1.80 | $387.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $103.00 | $103.00 |
| Veritext Virtual Participants | 1.00 | $95.00 | $95.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$2,090.45** |
| | **Payment:** | **($2,090.45)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  4646494**
**Invoice Date:  11/13/2020**
**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Accounts Payable | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | | |
| | 295 5th Avenue | | |
| | 9th Floor | | |
| | New York, NY, 10016 | | |

**Invoice #:** **4657093**
**Invoice Date:** **11/15/2020**
**Balance Due:** **$0.00**

| **Case: Contour IP Holding, LLC v. GoPro, Inc.  (17cv04738WHO)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4310325    |    Job Date: 10/29/2020    |    Delivery: Normal          Billing Matter #: 170311.00001

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Valerie Lozano |
| Scheduling Atty: | Dustin J Edwards Esq \| Winston Taylor |

| **Witness: Patrick Kennedy** | **Quantity** | **Amount** |
|---|---|---|
| Video - Digitizing & Transcript Synchronization | 4.00 | $300.00 |
| Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | 1.00 | $110.00 |
| Video - Electronic Access | 1.00 | $78.00 |
| Video - Media and Cloud Services | 1.00 | $42.00 |

| Notes: | **Invoice Total:** | **$530.00** |
|---|---|---|
| | **Payment:** | **($530.00)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:    Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  4657093**
**Invoice Date:  11/15/2020**
**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Joseph LeRoy<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>50 California Street<br>22nd Floor<br>San Francisco, CA, 94111 | **Invoice #:** | **4824833** |
|---|---|---|---|
| | | **Invoice Date:** | **2/18/2021** |
| | | **Balance Due:** | **$0.00** |

| **Case: Contour IP Holding, LLC v. GoPro, Inc.  (17cv04738WHO)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 3812454   |   Job Date: 1/30/2020   |   Delivery: Immediate          Billing Matter #: 06424-00009

| Location: | Redwood Shores, CA |
|---|---|
| Billing Atty: | Joseph LeRoy |
| Scheduling Atty: | John Keville Esq | Winston Taylor |

| Witness: Nicholas D. Woodman | Quantity | Price | Amount |
|---|---|---|---|
| Video - Digitizing & Transcript Synchronization | 7.00 | $75.00 | $525.00 |
| Video - Transcript Synchronization - Expedited Production | 7.00 | $75.00 | $525.00 |
| Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | 2.00 | $110.00 | $220.00 |
| | Quantity | Price | Amount |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |

| Notes: | **Invoice Total:** | **$1,348.00** |
|---|---|---|
| | **Payment:** | **($1,348.00)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  4824833** |
|---|---|---|
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:  2/18/2021** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:  $0.00** |

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Accounts Payable
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street
22nd Floor
San Francisco, CA, 94111

| | |
|---|---|
| **Invoice #:** | **5147628** |
| **Invoice Date:** | **7/23/2021** |
| **Balance Due:** | **$0.00** |

**Case: Contour IP Holding, LLC v. Gopro, Inc.  (17cv04738WHO)**          **Proceeding Type: Depositions**

Job #: 4711653   |   Job Date: 7/19/2021   |   Delivery: Daily          Billing Matter #: 06424-00009

| | |
|---|---|
| Location: | Los Angeles, CA |
| Billing Atty: | Nathan Hamstra |
| Scheduling Atty: | Matthew McCullough \| Winston Taylor |

| Witness: Kevin Almeroth , Ph.D. | Quantity | Price | Amount |
|---|---|---|---|
| Transcript - Fee for Daily | 141.00 | $4.00 | $564.00 |
| Transcript Services - Certified Transcript | 141.00 | $4.00 | $564.00 |
| Rough Draft | 141.00 | $1.55 | $218.55 |
| Exhibits | 364.00 | $0.45 | $163.80 |
| Digital Exhibit Binder | 1.00 | $48.00 | $48.00 |
| Realtime Services - Remote | 141.00 | $1.80 | $253.80 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $103.00 | $103.00 |
| Veritext Virtual Participants | 1.00 | $95.00 | $95.00 |

Notes:    nathanhamstra@quinnemanuel.com

| | |
|---|---|
| **Invoice Total:** | **$2,010.15** |
| **Payment:** | **($2,010.15)** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  5147628**

**Invoice Date:  7/23/2021**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

| | |
|---|---|
| Bill To: Accounts Payable | **Invoice #:** **5324955** |
| Quinn Emanuel Urquhart & Sullivan, LLP | **Invoice Date:** **10/14/2021** |
| 50 California Street | **Balance Due:** **$0.00** |
| 22nd Floor | |
| San Francisco, CA, 94111 | |

| | |
|---|---|
| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17cv04738WHO)** | **Proceeding Type: Depositions** |

Job #: 4812765   |   Job Date: 9/24/2021   |   Delivery: Normal                        Billing Matter #: 06424-00009

Location:         Los Angeles, CA                                                        Q/E File #: 06424-00009

Billing Atty:     Michael Powell

Scheduling Atty:   Joseph LeRoy | Quinn Emanuel Urquhart & Sullivan, LLP

| Witness: Jason Fournier | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 167.00 | $5.75 | $960.25 |
| Transcript - Supplemental Surcharges* | 167.00 | $0.50 | $83.50 |
| Rough Draft | 167.00 | $1.50 | $250.50 |
| Attendance - Full Day | 1.00 | $300.00 | $300.00 |
| Exhibits | 312.00 | $0.35 | $109.20 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Realtime Services - Remote | 167.00 | $1.85 | $308.95 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $80.00 | $80.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |

| | | |
|---|---|---|
| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #: 5324955** |
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:  10/14/2021** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:  $0.00** |

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Notes:  *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|
| | **Invoice Total:** | **$2,832.40** |
| | **Payment:** | **($2,832.40)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  5324955**

**Invoice Date:   10/14/2021**

**Balance Due:   $0.00**