# EXHIBIT G

# Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: Accounts Payable | |
| Quinn Emanuel Urquhart & Sullivan, LLP | |
| 50 California Street | |
| 22nd Floor | |
| San Francisco, CA, 94111 | |

| | |
|---|---|
| **Invoice #:** | **5326295** |
| **Invoice Date:** | **10/15/2021** |
| **Balance Due:** | **$0.00** |

| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (17cv04738)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4827539    |    Job Date: 9/30/2021    |    Delivery: Normal    Billing Matter #: 06424-00009

Location:             Los Angeles, CA

Billing Atty:         Cathryn Lacey

Scheduling Atty:     William Logan | Winston Taylor

| **Witness: Thomas M. Jolly , 30(b)(6)** | **Quantity** | **Price** | **Amount** |
|---|---|---|---|
| Transcript Services - Certified Transcript | 199.00 | $4.00 | $796.00 |
| Rough Draft | 199.00 | $1.55 | $308.45 |
| Exhibits - Scanned/Searchable/OCR | 79.00 | $0.65 | $51.35 |
| Digital Exhibit Binder | 1.00 | $48.00 | $48.00 |
| Realtime Services - Remote | 199.00 | $1.80 | $358.20 |
| Realtime Services - Remote | 199.00 | $1.80 | $358.20 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $103.00 | $103.00 |
| | **Quantity** | **Price** | **Amount** |
| Exhibit Share | 1.00 | $345.00 | $345.00 |
| Veritext Virtual Participants | 1.00 | $95.00 | $95.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  5326295**

**Invoice Date:   10/15/2021**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Notes: | catylacey@quinnemanuel.com | Invoice Total: | $2,463.20 |
|---|---|---|---|
| | ktsai@gopro.com | Payment: | ($2,463.20) |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $0.00 |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  5326295**

**Invoice Date:   10/15/2021**

**Balance Due:   $0.00**

43039

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Accounts Payable | | Invoice #: | **5331021** |
|---|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | | **Invoice Date:** | **10/18/2021** |
| | 50 California Street | | **Balance Due:** | **$0.00** |
| | 22nd Floor | | | |
| | San Francisco, CA, 94111 | | | |

| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (17cv04738)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4833588    |    Job Date: 10/5/2021    |    Delivery: Normal                          Billing Matter #: 06424-00009

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Michelle Garcia |
| Scheduling Atty: | Dustin J Edwards Esq | Winston Taylor |

| **Witness: Richard Loughery , 30(b)(6)** | **Quantity** | **Price** | **Amount** |
|---|---|---|---|
| Transcript Services - Certified Transcript | 191.00 | $4.00 | $764.00 |
| Rough Draft | 191.00 | $1.55 | $296.05 |
| Exhibits - Scanned/Searchable/OCR | 238.00 | $0.65 | $154.70 |
| Digital Exhibit Binder | 1.00 | $48.00 | $48.00 |
| Realtime Services - Remote | 191.00 | $1.80 | $343.80 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $103.00 | $103.00 |
| | **Quantity** | **Price** | **Amount** |
| Veritext Virtual Participants | 1.00 | $195.00 | $195.00 |

| Notes: | 10/15/2021 6:50:57 PM ashala | **Invoice Total:** | **$1,904.55** |
|---|---|---|---|
| | Realtime feed sent by reporter to Ms. Clark of Quinn | **Payment:** | **($1,904.55)** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  5331021**

**Invoice Date:  10/18/2021**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Accounts Payable | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | | |
| | 191 N Wacker Dr | | |
| | Suite 2700 | | |
| | Chicago, IL, 60606 | | |

| Invoice #: | 5333615 |
|---|---|
| Invoice Date: | 10/20/2021 |
| Balance Due: | $0.00 |

| Case: Contour IP Holding, LLC v. GoPro, Inc.  (17cv04738) | Proceeding Type: Depositions |
|---|---|

Job #: 4828666   |   Job Date: 9/30/2021   |   Delivery: Normal          Billing Matter #: 06424-00009

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Marc Kaplan |
| Scheduling Atty: | Matthew McCullough \| Winston Taylor |

| Witness: Ojas Gandhi | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 221.00 | $4.00 | $884.00 |
| Rough Draft | 221.00 | $1.55 | $342.55 |
| Exhibits - Scanned/Searchable/OCR | 485.00 | $0.65 | $315.25 |
| Digital Exhibit Binder | 1.00 | $48.00 | $48.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $103.00 | $103.00 |
| | Quantity | Price | Amount |
| Veritext Virtual Participants | 1.00 | $195.00 | $195.00 |

| Notes: | | Invoice Total: | $1,887.80 |
|---|---|---|---|
| | | Payment: | ($1,793.41) |
| | | Credit: | ($94.39) |
| | | Interest: | $0.00 |
| | | Balance Due: | $0.00 |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  5333615**

**Invoice Date:   10/20/2021**

**Balance Due:   $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

| | |
|---|---|
| Bill To: Accounts Payable | |
| Quinn Emanuel Urquhart & Sullivan, LLP | |
| 50 California Street | |
| 22nd Floor | |
| San Francisco, CA, 94111 | |

| | |
|---|---|
| **Invoice #:** | **5334228** |
| **Invoice Date:** | **10/20/2021** |
| **Balance Due:** | **$0.00** |

| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (17cv04738)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4827540    |    Job Date: 10/1/2021    |    Delivery: Normal

Billing Matter #: 06424-00009

| | |
|---|---|
| Location: | Los Angeles, CA |
| Billing Atty: | Michelle Clark |
| Scheduling Atty: | Dustin J Edwards Esq | Winston Taylor |

| Witness: Pablo Lema | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 294.00 | $4.00 | $1,176.00 |
| Rough Draft | 294.00 | $1.55 | $455.70 |
| Exhibits - Scanned/Searchable/OCR | 204.00 | $0.65 | $132.60 |
| Digital Exhibit Binder | 1.00 | $48.00 | $48.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $103.00 | $103.00 |
| | Quantity | Price | Amount |
| Veritext Virtual Participants | 1.00 | $195.00 | $195.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$2,110.30** |
| | **Payment:** | **($2,004.79)** |
| | **Credit:** | **($105.51)** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  5334228** |
|---|---|---|
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:   10/20/2021** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:   $0.00** |

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Accounts Payable | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | **Invoice #:** | **5335381** |
| | 50 California Street | **Invoice Date:** | **10/19/2021** |
| | 22nd Floor | **Balance Due:** | **$0.00** |
| | San Francisco, CA, 94111 | | |

| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17cv04738WHO)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4812765   |   Job Date: 9/24/2021   |   Delivery: Normal — Billing Matter #: 06424-00009

Location:          Los Angeles, CA — Q/E File #: 06424-00009

Billing Atty:      Michael Powell

Scheduling Atty:    Joseph LeRoy | Quinn Emanuel Urquhart & Sullivan, LLP

| Witness: Jason Fournier | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $490.00 | $490.00 |
| Video - Additional Hours | 4.00 | $195.00 | $780.00 |
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |
| Video - Media and Cloud Services | 3.00 | $12.00 | $36.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$1,356.00** |
| | **Payment:** | **($1,356.00)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  5335381** |
|---|---|---|
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:  10/19/2021** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:  $0.00** |

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| **Bill To:** Accounts Payable | **Invoice #:** | **5338954** |
| Quinn Emanuel Urquhart & Sullivan, LLP | **Invoice Date:** | **10/25/2021** |
| 50 California Street | **Balance Due:** | **$0.00** |
| 22nd Floor | | |
| San Francisco, CA, 94111 | | |

| | |
|---|---|
| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17-cv-04738)** | **Proceeding Type: Depositions** |

| | |
|---|---|
| Job #: 4843763   |   Job Date: 10/12/2021   |   Delivery: Daily | Billing Matter #: 06424-00009 |
| Location:        Los Angeles, CA | Q/E File #: 06424-00009 |
| Billing Atty:     Sean Pak | |
| Scheduling Atty:    Sean Pak | Quinn Emanuel Urquhart & Sullivan, LLP | |

| Witness: Didier LeGall | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 242.00 | $9.70 | $2,347.40 |
| Transcript - Supplemental Surcharges* | 242.00 | $0.50 | $121.00 |
| Rough Draft | 242.00 | $1.50 | $363.00 |
| Attendance - Full Day | 1.00 | $300.00 | $300.00 |
| Exhibits | 231.00 | $0.35 | $80.85 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Realtime Services - Remote | 242.00 | $1.85 | $447.70 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $80.00 | $80.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Concierge Tech Support | 6.25 | $150.00 | $937.50 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  5338954**

**Invoice Date:   10/25/2021**

**Balance Due:   $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Notes:    *Supplemental Surcharges Include: Video Proceeding | Invoice Total: | $5,417.45 |
|---|---|---|
| | Payment: | ($5,417.45) |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $0.00 |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  5338954**

**Invoice Date:   10/25/2021**

**Balance Due:   $0.00**

43039

# Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: Accounts Payable | |
| Quinn Emanuel Urquhart & Sullivan, LLP | |
| 50 California Street | |
| 22nd Floor | |
| San Francisco, CA, 94111 | |

| | |
|---|---|
| **Invoice #:** | **5340982** |
| **Invoice Date:** | **10/22/2021** |
| **Balance Due:** | **$0.00** |

| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (17cv04738)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4827539    |    Job Date: 9/30/2021    |    Delivery: Normal        Billing Matter #: 06424-00009

| | |
|---|---|
| Location: | Los Angeles, CA |
| Billing Atty: | Cathryn Lacey |
| Scheduling Atty: | William Logan \| Winston Taylor |

| Witness: Thomas M. Jolly , 30(b)(6) | Quantity | Price | Amount |
|---|---|---|---|
| Video - Digitizing & Transcript Synchronization | 4.00 | $75.00 | $300.00 |
| Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | 1.00 | $110.00 | $110.00 |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$488.00** |
| | **Payment:** | **($488.00)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

| | | |
|---|---|---|
| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  5340982** |
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:   10/22/2021** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:   $0.00** |

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Accounts Payable
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street
22nd Floor
San Francisco, CA, 94111

| | |
|---|---|
| **Invoice #:** | **5342154** |
| **Invoice Date:** | **10/25/2021** |
| **Balance Due:** | **$0.00** |

| **Case: Contour IP Holding, LLC v. Gopro, Inc. (17cv04738WHO)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4831941   |   Job Date: 10/5/2021   |   Delivery: Normal                    Billing Matter #: 06424-00009

Location:        Los Angeles, CA                                             Q/E File #: 06424-00009

Billing Atty:    Michelle Garcia

Scheduling Atty:   Jason Williams | Quinn Emanuel Urquhart & Sullivan, LLP

| Witness: Lincoln S Essig | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 255.00 | $5.45 | $1,389.75 |
| Transcript - Supplemental Surcharges* | 255.00 | $0.50 | $127.50 |
| Rough Draft | 255.00 | $1.50 | $382.50 |
| Exhibits | 214.00 | $0.35 | $74.90 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Realtime Services - Remote | 255.00 | $1.85 | $471.75 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $80.00 | $80.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Concierge Tech Support | 8.50 | $150.00 | $1,275.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #: 5342154**

**Invoice Date: 10/25/2021**

**Balance Due: $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Notes: *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|
| | **Invoice Total:** | **$4,541.40** |
| | **Payment:** | **($4,541.40)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  5342154**

**Invoice Date:  10/25/2021**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: | Accounts Payable |
| | Quinn Emanuel Urquhart & Sullivan, LLP |
| | 50 California Street |
| | 22nd Floor |
| | San Francisco, CA, 94111 |

| | |
|---|---|
| **Invoice #:** | **5343263** |
| **Invoice Date:** | **10/25/2021** |
| **Balance Due:** | **$0.00** |

**Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17cv04738WHO)**    **Proceeding Type: Depositions**

Job #: 4831917    |    Job Date: 10/8/2021    |    Delivery: Normal    Billing Matter #: 06424-00009

Location:    Los Angeles, CA    Q/E File #: 06424-00009

Billing Atty:    Michelle Garcia

Scheduling Atty:    Jason Williams | Quinn Emanuel Urquhart & Sullivan, LLP

| Witness: Paul Angello | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 155.00 | $5.45 | $844.75 |
| Transcript - Supplemental Surcharges* | 155.00 | $0.50 | $77.50 |
| Rough Draft | 155.00 | $1.50 | $232.50 |
| Attendance - Full Day | 1.00 | $300.00 | $300.00 |
| Exhibits | 296.00 | $0.35 | $103.60 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Realtime Services - Remote | 155.00 | $1.85 | $286.75 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $80.00 | $80.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Concierge Tech Support | 6.00 | $150.00 | $900.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  5343263**

**Invoice Date:  10/25/2021**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Notes: *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|
| | **Invoice Total:** | **$3,565.10** |
| | **Payment:** | **($3,565.10)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  5343263**

**Invoice Date:  10/25/2021**

**Balance Due:  $0.00**

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: Accounts Payable | **Invoice #:** **5345388** |
| Quinn Emanuel Urquhart & Sullivan, LLP | **Invoice Date:** **10/29/2021** |
| 50 California Street | **Balance Due:** **$0.00** |
| 22nd Floor | |
| San Francisco, CA, 94111 | |

| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17-cv-04738)** | **Proceeding Type: Depositions** |
|---|---|
| Job #: 4849841   |   Job Date: 10/21/2021   |   Delivery: Daily | Billing Matter #: 06424-00009 |
| Location:         Los Angeles, CA | Q/E File #: 06424-00009 |
| Billing Atty:      Sean Pak | |
| Scheduling Atty:   Sean Pak | Quinn Emanuel Urquhart & Sullivan, LLP | |

| Witness: Laura ODonnell-Dunn | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 99.00 | $10.90 | $1,079.10 |
| Transcript - Supplemental Surcharges* | 99.00 | $0.50 | $49.50 |
| Rough Draft | 99.00 | $1.50 | $148.50 |
| Attendance (Half Day) | 1.00 | $150.00 | $150.00 |
| Exhibits | 143.00 | $0.35 | $50.05 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Realtime Services - Remote | 99.00 | $1.85 | $183.15 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $80.00 | $80.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Concierge Tech Support | 2.50 | $150.00 | $375.00 |

| | | |
|---|---|---|
| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  5345388** |
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:   10/29/2021** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:   $0.00** |

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Notes:   *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|
| **Invoice Total:** | **$2,855.30** |
| **Payment:** | **($2,855.30)** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  5345388**

**Invoice Date:   10/29/2021**

**Balance Due:   $0.00**

43039

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Accounts Payable | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | | |
| | 50 California Street | | |
| | 22nd Floor | | |
| | San Francisco, CA, 94111 | | |

**Invoice #:**      **5347054**
**Invoice Date:**      **10/26/2021**
**Balance Due:**      **$0.00**

| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (17cv04738)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4833588    |    Job Date: 10/5/2021    |    Delivery: Normal      Billing Matter #: 06424-00009

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Michelle Clark |
| Scheduling Atty: | Dustin J Edwards Esq \| Winston Taylor |

| **Witness: Richard Loughery , 30(b)(6)** | Quantity | Price | Amount |
|---|---|---|---|
| Video - Digitizing & Transcript Synchronization | 4.00 | $75.00 | $300.00 |
| Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | 1.00 | $110.00 | $110.00 |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$488.00** |
| | **Payment:** | **($488.00)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:    Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #: 5347054**

**Invoice Date:  10/26/2021**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Accounts Payable
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street
22nd Floor
San Francisco, CA, 94111

| | |
|---|---|
| **Invoice #:** | **5352679** |
| **Invoice Date:** | **10/27/2021** |
| **Balance Due:** | **$0.00** |

| | |
|---|---|
| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17cv04738WHO)** | **Proceeding Type: Depositions** |

Job #: 4831917    |    Job Date: 10/8/2021    |    Delivery: Normal

Billing Matter #: 06424-00009

Location:        Los Angeles, CA

Q/E File #: 06424-00009

Billing Atty:      Michelle Garcia

Scheduling Atty:    Jason Williams | Quinn Emanuel Urquhart & Sullivan, LLP

| Witness: Paul Angello | Amount |
|---|---|
| Video Services | $1,513.00 |
| Video - Electronic Access | $50.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$1,563.00** |
| | **Payment:** | **($1,484.85)** |
| | **Credit:** | **($78.15)** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  5352679**

**Invoice Date:   10/27/2021**

**Balance Due:   $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Accounts Payable | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | **Invoice #:** | **5354469** |
| | 50 California Street | **Invoice Date:** | **10/28/2021** |
| | 22nd Floor | **Balance Due:** | **$0.00** |
| | San Francisco, CA, 94111 | | |

| **Case: Contour IP Holding, LLC v. GoPro, Inc.  (17cv04738)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4828666   |   Job Date: 9/30/2021   |   Delivery: Normal    Billing Matter #: 06424-00009

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Marc Kaplan |
| Scheduling Atty: | Matthew McCullough | Winston Taylor |

| Witness: Ojas Gandhi | Quantity | Price | Amount |
|---|---|---|---|
| Video - Digitizing & Transcript Synchronization | 5.00 | $75.00 | $375.00 |
| Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | 1.00 | $110.00 | $110.00 |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |

| Notes: | | Invoice Total: | $563.00 |
|---|---|---|---|
| | | Payment: | ($563.00) |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $0.00 |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  5354469**

**Invoice Date:   10/28/2021**

**Balance Due:   $0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Accounts Payable
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street
22nd Floor
San Francisco, CA, 94111

| | |
|---|---|
| **Invoice #:** | **5356459** |
| **Invoice Date:** | **10/29/2021** |
| **Balance Due:** | **$0.00** |

**Case: Contour IP Holding, LLC v. Gopro, Inc.  (17cv04738)**                 **Proceeding Type: Depositions**

Job #: 4827540   |   Job Date: 10/1/2021   |   Delivery: Normal                 Billing Matter #: 06424-00009

Location:          Los Angeles, CA

Billing Atty:      Michelle Clark

Scheduling Atty:   Dustin J Edwards Esq | Winston Taylor

| Witness: Pablo Lema | Quantity | Price | Amount |
|---|---|---|---|
| Video - Digitizing & Transcript Synchronization | 5.00 | $75.00 | $375.00 |
| Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | 1.00 | $110.00 | $110.00 |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$563.00** |
| | **Payment:** | **($563.00)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  5356459**

**Invoice Date:   10/29/2021**

**Balance Due:   $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Accounts Payable | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | | |
| | 191 N Wacker Dr | | |
| | Suite 2700 | | |
| | Chicago, IL, 60606 | | |

| | |
|---|---|
| **Invoice #:** | **5357592** |
| **Invoice Date:** | **11/1/2021** |
| **Balance Due:** | **$0.00** |

**Case: Contour IP Holding, LLC v. Gopro, Inc.  (17cv04738)**  **Proceeding Type: Depositions**

Job #: 4833649   |   Job Date: 10/13/2021   |   Delivery: Normal   Billing Matter #: 06424-00009

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Marc Kaplan |
| Scheduling Atty: | Matthew McCullough \| Winston Taylor |

| Witness: Dicky Liu | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 197.00 | $4.00 | $788.00 |
| Rough Draft | 197.00 | $1.55 | $305.35 |
| Exhibits - Scanned/Searchable/OCR | 103.00 | $0.65 | $66.95 |
| Digital Exhibit Binder | 1.00 | $48.00 | $48.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $103.00 | $103.00 |
| | Quantity | Price | Amount |
| Veritext Virtual Participants | 1.00 | $195.00 | $195.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$1,506.30** |
| | **Payment:** | **($1,506.30)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #: 5357592** |
|---|---|---|
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:  11/1/2021** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:  $0.00** |

Pay by Credit Card: www.veritext.com

43039