# EXHIBIT H

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: Accounts Payable | |
| Quinn Emanuel Urquhart & Sullivan, LLP | |
| 50 California Street | |
| 22nd Floor | |
| San Francisco, CA, 94111 | |

| | |
|---|---|
| **Invoice #:** | **5357721** |
| **Invoice Date:** | **10/29/2021** |
| **Balance Due:** | **$0.00** |

| | |
|---|---|
| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (17cv04738WHO)** | **Proceeding Type: Depositions** |

| | |
|---|---|
| Job #: 4831941    \|    Job Date: 10/5/2021    \|    Delivery: Normal | Billing Matter #: 06424-00009 |
| Location:          Los Angeles, CA | Q/E File #: 06424-00009 |
| Billing Atty:      Jason Williams | |
| Scheduling Atty:      Jason Williams \| Quinn Emanuel Urquhart & Sullivan, LLP | |

| **Witness: Lincoln S Essig** | **Amount** |
|---|---|
| Video Services | $2,134.00 |
| Video - Electronic Access | $50.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$2,184.00** |
| | **Payment:** | **($2,184.00)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

| | | |
|---|---|---|
| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  5357721** |
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:   10/29/2021** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:   $0.00** |

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Accounts Payable | Invoice #: | 5358170 |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | Invoice Date: | 10/28/2021 |
| | 50 California Street | Balance Due: | $0.00 |
| | 22nd Floor | | |
| | San Francisco, CA, 94111 | | |

| Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17-cv-04738) | Proceeding Type: Depositions |
|---|---|

Job #: 4864281    |    Job Date: 10/26/2021    |    Delivery: Expedited            Billing Matter #: 06424-00009

Location:         Los Angeles, CA                                    Q/E File #: 06424-00009

Billing Atty:      Zack Flood

Scheduling Atty:    Valerie Lozano | Quinn Emanuel Urquhart & Sullivan, LLP

| Witness: Ross T. Helfer , Vol 1 | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 244.00 | $10.40 | $2,537.60 |
| Transcript - Supplemental Surcharges* | 244.00 | $0.50 | $122.00 |
| Rough Draft | 244.00 | $1.50 | $366.00 |
| Attendance - Full Day | 1.00 | $300.00 | $300.00 |
| Exhibits | 70.00 | $0.35 | $24.50 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Realtime Services - Remote | 244.00 | $1.85 | $451.40 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $80.00 | $80.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Concierge Tech Support | 6.50 | $150.00 | $975.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  5358170**

**Invoice Date:   10/28/2021**

**Balance Due:   $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Notes:   *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|
| | **Invoice Total:** | **$5,596.50** |
| | **Payment:** | **($5,596.50)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  5358170**

**Invoice Date:   10/28/2021**

**Balance Due:   $0.00**

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Accounts Payable |
|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP |
| | 50 California Street |
| | 22nd Floor |
| | San Francisco, CA, 94111 |

| | |
|---|---|
| **Invoice #:** | **5358845** |
| **Invoice Date:** | **10/29/2021** |
| **Balance Due:** | **$0.00** |

| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (17cv04738WHO)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4842871   |   Job Date: 10/11/2021   |   Delivery: Normal                    Billing Matter #: 06424-00009

Location:          Los Angeles, CA                                                   Q/E File #: 06424-00009

Billing Atty:      Marc Kaplan

Scheduling Atty:     Marc Kaplan | Quinn Emanuel Urquhart & Sullivan, LLP

| Witness: Jerome Pereira | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 411.00 | $5.45 | $2,239.95 |
| Transcript - Supplemental Surcharges* | 411.00 | $0.50 | $205.50 |
| Rough Draft | 411.00 | $1.50 | $616.50 |
| Attendance - Full Day | 1.00 | $300.00 | $300.00 |
| Exhibits | 225.00 | $0.35 | $78.75 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $80.00 | $80.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Concierge Tech Support | 10.50 | $150.00 | $1,575.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  5358845**

**Invoice Date:   10/29/2021**

**Balance Due:   $0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Notes:    *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|
| **Invoice Total:** | **$5,835.70** |
| **Payment:** | **($5,835.70)** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  5358845**

**Invoice Date:   10/29/2021**

**Balance Due:   $0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Accounts Payable
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street
22nd Floor
San Francisco, CA, 94111

| | |
|---|---|
| **Invoice #:** | **5359179** |
| **Invoice Date:** | **10/29/2021** |
| **Balance Due:** | **$0.00** |

| | |
|---|---|
| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17-cv-04738)** | **Proceeding Type: Depositions** |

| | |
|---|---|
| Job #: 4843763    |    Job Date: 10/12/2021    |    Delivery: Normal | Billing Matter #: 06424-00009 |
| Location:          Los Angeles, CA | Q/E File #: 06424-00009 |
| Billing Atty:      Sean Pak | |
| Scheduling Atty:   Sean Pak | Quinn Emanuel Urquhart & Sullivan, LLP | |

| Witness: Didier LeGall | Amount |
|---|---|
| Video Services | $1,525.00 |
| Video - Electronic Access | $50.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$1,575.00** |
| | **Payment:** | **($1,575.00)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #: 5359179**

**Invoice Date:   10/29/2021**

**Balance Due:   $0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: Valerie Lozano | **Invoice #:** **5360109** |
| Quinn Emanuel Urquhart & Sullivan, LLP | **Invoice Date:** **11/1/2021** |
| 865 S Figueroa St, 10th Floor | **Balance Due:** **$0.00** |
| Los Angeles, CA, 90017 | |

| **Case: Contour IP Holding, LLC v. GoPro, Inc.  (3:17-cv-04738)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4842094   |   Job Date: 10/14/2021   |   Delivery: Normal          Billing Matter #: 06424-00009

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Valerie Lozano |
| Scheduling Atty: | William Logan \| Winston Taylor |

| Witness: Spencer Beidelman , 30(b)(6) | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 245.00 | $4.00 | $980.00 |
| Rough Draft | 245.00 | $1.55 | $379.75 |
| Exhibits - Scanned/Searchable/OCR | 350.00 | $0.65 | $227.50 |
| Digital Exhibit Binder | 1.00 | $48.00 | $48.00 |
| Realtime Services - Remote | 245.00 | $1.80 | $441.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $103.00 | $103.00 |
| | Quantity | Price | Amount |
| Realtime Services Connection | 1.00 | $125.00 | $125.00 |
| Veritext Virtual Participants | 1.00 | $195.00 | $195.00 |

| Notes: valerielozano@quinnemanuel.com | | |
|---|---|---|
| | **Invoice Total:** | **$2,499.25** |
| | **Payment:** | **($2,499.25)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #: 5360109** |
|---|---|---|
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:  11/1/2021** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:  $0.00** |

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Accounts Payable Quinn Emanuel Urquhart & Sullivan, LLP 50 California Street 22nd Floor San Francisco, CA, 94111 | | | |
|---|---|---|---|---|

| **Invoice #:** | **5361715** |
|---|---|
| **Invoice Date:** | **10/29/2021** |
| **Balance Due:** | **$0.00** |

| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (17cv04738WHO)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4842871   |   Job Date: 10/11/2021   |   Delivery: Normal                    Billing Matter #: 06424-00009

Location:          Los Angeles, CA                                              Q/E File #: 06424-00009

Billing Atty:      Marc Kaplan

Scheduling Atty:   Marc Kaplan | Quinn Emanuel Urquhart & Sullivan, LLP

| **Witness: Jerome Pereira** | **Amount** |
|---|---|
| Video Services | $1,951.00 |
| Video - Electronic Access | $50.00 |

| Notes: | | **Invoice Total:** | **$2,001.00** |
|---|---|---|---|
| | | **Payment:** | **($2,001.00)** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  5361715**

**Invoice Date:   10/29/2021**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Accounts Payable | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | **Invoice #:** | **5362728** |
| | 191 N Wacker Dr | **Invoice Date:** | **11/1/2021** |
| | Suite 2700 | **Balance Due:** | **$0.00** |
| | Chicago, IL, 60606 | | |

| Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17-cv-04738) | Proceeding Type: Depositions |
|---|---|

Job #: 4842889   |   Job Date: 10/15/2021   |   Delivery: Normal        Billing Matter #: 06424-00009

Location:        Los Angeles, CA        Q/E File #: 06424-00009

Billing Atty:        Marc Kaplan

Scheduling Atty:        Marc Kaplan | Quinn Emanuel Urquhart & Sullivan, LLP

| Witness: Marc Barros | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 87.00 | $5.45 | $474.15 |
| Transcript - Supplemental Surcharges* | 87.00 | $0.50 | $43.50 |
| Rough Draft | 87.00 | $1.50 | $130.50 |
| Attendance (Half Day) | 1.00 | $150.00 | $150.00 |
| Exhibits | 59.00 | $0.35 | $20.65 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $80.00 | $80.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Concierge Tech Support | 2.00 | $150.00 | $300.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  5362728**

**Invoice Date:   11/1/2021**

**Balance Due:   $0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Notes: *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|
| **Invoice Total:** | **$1,938.80** |
| **Payment:** | **($1,938.80)** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  5362728**

**Invoice Date:  11/1/2021**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Accounts Payable |
|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP |
| | 50 California Street |
| | 22nd Floor |
| | San Francisco, CA, 94111 |

| | |
|---|---|
| **Invoice #:** | **5365647** |
| **Invoice Date:** | **11/9/2021** |
| **Balance Due:** | **$0.00** |

| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17-cv-04738)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4842889   |   Job Date: 10/15/2021   |   Delivery: Normal

Billing Matter #: 06424-00009

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Marc Kaplan |

Q/E File #: 06424-00009

Scheduling Atty:   Marc Kaplan | Quinn Emanuel Urquhart & Sullivan, LLP

| **Witness: Marc Barros** | **Amount** |
|---|---|
| Video Services | $709.00 |
| Video - Electronic Access | $50.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$759.00** |
| | **Payment:** | **($721.05)** |
| | **Credit:** | **($37.95)** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  5365647** |
|---|---|---|
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:  11/9/2021** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:  $0.00** |

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Accounts Payable | | |
| --- | --- | --- | --- |

Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street
22nd Floor
San Francisco, CA, 94111

**Invoice #:**      **5368103**
**Invoice Date:**      **11/4/2021**
**Balance Due:**      **$0.00**

| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17-cv-04738)** | **Proceeding Type: Depositions** |
| --- | --- |

Job #: 4830122   |   Job Date: 10/14/2021   |   Delivery: Normal      Billing Matter #: 06424-00009

Location:      Los Angeles, CA      Q/E File #: 06424-00009

Billing Atty:      Zack Flood

Scheduling Atty:      Zack Flood | Quinn Emanuel Urquhart & Sullivan, LLP

| **Witness: Todd Kinard** | **Quantity** | **Price** | **Amount** |
| --- | --- | --- | --- |
| Transcript Services - Original Transcript(s) | 104.00 | $5.45 | $566.80 |
| Transcript - Supplemental Surcharges* | 104.00 | $0.50 | $52.00 |
| Rough Draft | 104.00 | $1.50 | $156.00 |
| Attendance (Half Day) | 1.00 | $150.00 | $150.00 |
| Exhibits | 68.00 | $0.35 | $23.80 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Realtime Services - Remote | 104.00 | $1.85 | $192.40 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $80.00 | $80.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Concierge Tech Support | 3.50 | $150.00 | $525.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  5368103**

**Invoice Date:  11/4/2021**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Notes: *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|
| | **Invoice Total:** | **$2,486.00** |
| | **Payment:** | **($2,486.00)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  5368103**

**Invoice Date:  11/4/2021**

**Balance Due:  $0.00**

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Zack Flood | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | | |
| | 295 5th Avenue | | |
| | 9th Floor | | |
| | New York, NY, 10016 | | |

| | |
|---|---|
| **Invoice #:** | **5371143** |
| **Invoice Date:** | **11/4/2021** |
| **Balance Due:** | **$0.00** |

**Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17-cv-04738)**  **Proceeding Type: Depositions**

Job #: 4849693   |   Job Date: 10/19/2021   |   Delivery: Normal     Billing Matter #: 06424-00009

Location:         Los Angeles, CA     Q/E File #: 06424-00009

Billing Atty:     Zack Flood

Scheduling Atty:     Zack Flood | Quinn Emanuel Urquhart & Sullivan, LLP

| Witness: Michael L. Levine | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 121.00 | $5.45 | $659.45 |
| Transcript - Supplemental Surcharges* | 121.00 | $0.75 | $90.75 |
| Rough Draft | 121.00 | $1.50 | $181.50 |
| Attendance - Full Day | 1.00 | $300.00 | $300.00 |
| Exhibits | 284.00 | $0.35 | $99.40 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Realtime Services - Remote | 121.00 | $1.85 | $223.85 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $80.00 | $80.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  5371143**

**Invoice Date:  11/4/2021**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Notes: | *Supplemental Surcharges Include: Video Proceeding | Invoice Total: | $2,374.95 |
|---|---|---|---|
| | | Payment: | ($2,374.95) |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $0.00 |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  5371143**

**Invoice Date:  11/4/2021**

**Balance Due:   $0.00**

43039

**Veritext, LLC - California Region**

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



Bill To:  Gavin Frisch
Quinn Emanuel Urquhart & Sullivan, LLP
111 Huntington Avenue
Suite 520
Boston, MA, 02199

| | |
|---|---|
| **Invoice #:** | **5371318** |
| **Invoice Date:** | **11/4/2021** |
| **Balance Due:** | **$0.00** |

| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (21cv2143)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4830138   |   Job Date: 10/12/2021   |   Delivery: Normal

Location:          Los Angeles, CA

Billing Atty:      Gavin Frisch

Scheduling Atty:   Gavin Frisch | Quinn Emanuel Urquhart & Sullivan, LLP

Billing Matter #: 06424-00009

Q/E File #: 06424-00009

| Witness: Carm Pierce | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 107.00 | $5.45 | $583.15 |
| Transcript - Supplemental Surcharges* | 107.00 | $0.50 | $53.50 |
| Rough Draft | 107.00 | $1.50 | $160.50 |
| Attendance (Half Day) | 1.00 | $150.00 | $150.00 |
| Exhibits | 250.00 | $0.35 | $87.50 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Realtime Services - Remote | 107.00 | $1.85 | $197.95 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $80.00 | $80.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Concierge Tech Support | 3.25 | $150.00 | $487.50 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  5371318**

**Invoice Date:  11/4/2021**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Notes:   *Supplemental Surcharges Include: Video Proceeding | Invoice Total: | **$2,540.10** |
|---|---|---|
| | Payment: | **($2,540.10)** |
| | Credit: | **$0.00** |
| | Interest: | **$0.00** |
| | Balance Due: | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  5371318**

**Invoice Date:   11/4/2021**

**Balance Due:   $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To: | Accounts Payable | |
| | Quinn Emanuel Urquhart & Sullivan, LLP | |
| | 50 California Street | |
| | 22nd Floor | |
| | San Francisco, CA, 94111 | |

| | |
|---|---|
| **Invoice #:** | **5374276** |
| **Invoice Date:** | **11/5/2021** |
| **Balance Due:** | **$0.00** |

| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17-cv-04738)** | **Proceeding Type: Depositions** |
|---|---|

| Job #: 4830122   |   Job Date: 10/14/2021   |   Delivery: Normal | Billing Matter #: 06424-00009 |
|---|---|
| Location:         Los Angeles, CA | Q/E File #: 06424-00009 |
| Billing Atty:       Zack Flood | |
| Scheduling Atty:   Zack Flood | Quinn Emanuel Urquhart & Sullivan, LLP | |

| **Witness: Todd Kinard** | **Amount** |
|---|---|
| Video Services | $1,111.00 |
| Video - Electronic Access | $50.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$1,161.00** |
| | **Payment:** | **($1,161.00)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

| | | |
|---|---|---|
| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  5374276** |
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:   11/5/2021** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:  $0.00** |

Pay by Credit Card: www.veritext.com

# Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Accounts Payable | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | | |
| | 50 California Street | | |
| | 22nd Floor | | |
| | San Francisco, CA, 94111 | | |

**Invoice #:** **5376118**
**Invoice Date:** **11/9/2021**
**Balance Due:** **$0.00**

| Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17-cv-04738) | Proceeding Type: Depositions |
|---|---|

Job #: 4851572   |   Job Date: 10/20/2021   |   Delivery: Normal                                                   Billing Matter #: 06424-00009

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Zack Flood |
| Scheduling Atty: | William Logan \| Winston Taylor |

| Witness: Jules Gerard Malin , 30(b)(6) | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 123.00 | $4.00 | $492.00 |
| Rough Draft | 123.00 | $1.55 | $190.65 |
| Exhibits - Scanned/Searchable/OCR | 89.00 | $0.65 | $57.85 |
| Digital Exhibit Binder | 1.00 | $48.00 | $48.00 |
| Realtime Services - Remote | 123.00 | $1.80 | $221.40 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $103.00 | $103.00 |
| | Quantity | Price | Amount |
| Realtime Services Connection | 1.00 | $125.00 | $125.00 |
| Veritext Virtual Participants | 1.00 | $195.00 | $195.00 |

| Notes:   zackflood@quinnemanuel.com | | |
|---|---|---|
| | **Invoice Total:** | **$1,432.90** |
| | **Payment:** | **($1,432.90)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  5376118**

**Invoice Date:  11/9/2021**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Accounts Payable | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | **Invoice #:** | **5376474** |
| | 50 California Street | **Invoice Date:** | **11/8/2021** |
| | 22nd Floor | **Balance Due:** | **$0.00** |
| | San Francisco, CA, 94111 | | |

| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (21cv2143)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4830138    |    Job Date: 10/12/2021    |   Delivery: Normal

Billing Matter #: 06424-00009

| Location: | Los Angeles, CA | Q/E File #: 06424-00009 |
|---|---|---|
| Billing Atty: | Gavin Frisch | |
| Scheduling Atty: | Gavin Frisch \| Quinn Emanuel Urquhart & Sullivan, LLP | |

| **Witness: Carm Pierce** | **Amount** |
|---|---|
| Video Services | $916.00 |
| Video - Electronic Access | $50.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$966.00** |
| | **Payment:** | **($966.00)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  5376474** |
|---|---|---|
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:   11/8/2021** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:   $0.00** |

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Accounts Payable | Invoice #: | **5377072** |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | **Invoice Date:** | **11/8/2021** |
| | 50 California Street | **Balance Due:** | **$0.00** |
| | 22nd Floor | | |
| | San Francisco, CA, 94111 | | |

| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17-cv-04738)** | **Proceeding Type: Depositions** |
|---|---|

| Job #: 4849841    |    Job Date: 10/21/2021    |   Delivery: Normal | Billing Matter #: 06424-00009 |
|---|---|
| Location:        Los Angeles, CA | Q/E File #: 06424-00009 |
| Billing Atty:      Sean Pak | |
| Scheduling Atty:    Sean Pak | Quinn Emanuel Urquhart & Sullivan, LLP | |

| **Witness: Laura ODonnell-Dunn** | **Amount** |
|---|---|
| Video Services | $904.00 |
| Video - Electronic Access | $50.00 |

| Notes: | **Invoice Total:** | **$954.00** |
|---|---|---|
| | **Payment:** | **($954.00)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  5377072** |
|---|---|---|
| Veritext | **A/C Name:** Veritext | |
| P.O. Box 71303 | **Bank Name:** BMO Harris Bank | **Invoice Date:  11/8/2021** |
| Chicago IL 60694-1303 | **Account No:** 4353454 **ABA:** 071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:  $0.00** |

Pay by Credit Card: www.veritext.com

43039