# EXHIBIT I

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Accounts Payable
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street
22nd Floor
San Francisco, CA, 94111

| | |
|---|---|
| **Invoice #:** | **5377209** |
| **Invoice Date:** | **11/5/2021** |
| **Balance Due:** | **$0.00** |

| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17-cv-04738)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4849693    |    Job Date: 10/19/2021    |    Delivery: Normal

Billing Matter #: 06424-00009

| | | |
|---|---|---|
| Location: | Los Angeles, CA | Q/E File #: 06424-00009 |
| Billing Atty: | Zack Flood | |
| Scheduling Atty: | Zack Flood \| Quinn Emanuel Urquhart & Sullivan, LLP | |

| **Witness: Michael L. Levine** | **Amount** |
|---|---|
| Video Services | $1,306.00 |
| Video - Electronic Access | $50.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$1,356.00** |
| | **Payment:** | **($1,356.00)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:    Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  5377209**

**Invoice Date:  11/5/2021**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

| | |
|---|---|
| Bill To: Accounts Payable<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>50 California Street<br>22nd Floor<br>San Francisco, CA, 94111 | **Invoice #:**     **5385571**<br>**Invoice Date:**     **11/10/2021**<br>**Balance Due:**     **$0.00** |

| Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17-cv-04738) | Proceeding Type: Depositions |
|---|---|

| Job #: 4864281   |   Job Date: 10/26/2021   |   Delivery: Normal | Billing Matter #: 06424-00009 |
|---|---|
| Location:         Los Angeles, CA | Q/E File #: 06424-00009 |
| Billing Atty:     Zack Flood | |
| Scheduling Atty:     Valerie Lozano | Quinn Emanuel Urquhart & Sullivan, LLP | |

| Witness: Ross T. Helfer , Vol 1 | Amount |
|---|---|
| Video Services | $1,720.00 |
| Video - Electronic Access | $50.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$1,770.00** |
| | **Payment:** | **($1,770.00)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:**  **5385571**

**Invoice Date:**  **11/10/2021**

**Balance Due:**  **$0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To: | Accounts Payable | |
| | Quinn Emanuel Urquhart & Sullivan, LLP | |
| | 191 N Wacker Dr | |
| | Suite 2700 | |
| | Chicago, IL, 60606 | |

| | |
|---|---|
| **Invoice #:** | **5387204** |
| **Invoice Date:** | **11/12/2021** |
| **Balance Due:** | **$0.00** |

| Case: Contour IP Holding, LLC v. Gopro, Inc.  (17cv04738) | Proceeding Type: Depositions |
|---|---|

Job #: 4833649    |    Job Date: 10/13/2021    |    Delivery: Normal        Billing Matter #: 06424-00009

Location:           Los Angeles, CA

Billing Atty:       Marc Kaplan

Scheduling Atty:    Matthew McCullough | Winston Taylor

| Witness: Dicky Liu | Quantity | Price | Amount |
|---|---|---|---|
| Video - Digitizing & Transcript Synchronization | 4.00 | $75.00 | $300.00 |
| Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | 1.00 | $110.00 | $110.00 |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$488.00** |
| | **Payment:** | **($463.60)** |
| | **Credit:** | **($24.40)** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  5387204**

**Invoice Date:  11/12/2021**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To: | Accounts Payable | |
| | Quinn Emanuel Urquhart & Sullivan, LLP | |
| | 50 California Street | |
| | 22nd Floor | |
| | San Francisco, CA, 94111 | |

| | |
|---|---|
| **Invoice #:** | **5388053** |
| **Invoice Date:** | **11/12/2021** |
| **Balance Due:** | **$0.00** |

| **Case: Contour IP Holding, LLC v. GoPro, Inc.  (3:17-cv-04738)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4842094   |   Job Date: 10/14/2021   |   Delivery: Normal                    Billing Matter #: 06424-00009

| | |
|---|---|
| Location: | Los Angeles, CA |
| Billing Atty: | Joseph LeRoy |
| Scheduling Atty: | William Logan | Winston Taylor |

| Witness: Spencer Beidelman , 30(b)(6) | Quantity | Price | Amount |
|---|---|---|---|
| Video - Digitizing & Transcript Synchronization | 5.00 | $75.00 | $375.00 |
| Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | 1.00 | $110.00 | $110.00 |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$563.00** |
| **Payment:** | **($563.00)** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  5388053**

**Invoice Date:  11/12/2021**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Accounts Payable | | |
| | Quinn Emanuel Urquhart & Sullivan, LLP | **Invoice #:** | **5392623** |
| | 50 California Street | **Invoice Date:** | **11/16/2021** |
| | 22nd Floor | **Balance Due:** | **$0.00** |
| | San Francisco, CA, 94111 | | |

| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17-cv-04738)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4851572   |   Job Date: 10/20/2021   |   Delivery: Normal        Billing Matter #: 06424-00009

| Location: | Los Angeles, CA |
| Billing Atty: | Zack Flood |
| Scheduling Atty: | William Logan \| Winston Taylor |

| Witness: Jules Gerard Malin , 30(b)(6) | Quantity | Price | Amount |
|---|---|---|---|
| Video - Digitizing & Transcript Synchronization | 3.00 | $75.00 | $225.00 |
| Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | 1.00 | $110.00 | $110.00 |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |

| Notes: | | | | **Invoice Total:** | **$413.00** |
|---|---|---|---|---|---|
| | | | | **Payment:** | **($413.00)** |
| | | | | **Credit:** | **$0.00** |
| | | | | **Interest:** | **$0.00** |
| | | | | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  5392623**
**Invoice Date:   11/16/2021**
**Balance Due:   $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



|  |  |
|---|---|
| Bill To: Accounts Payable | **Invoice #:** **5400821** |
| Quinn Emanuel Urquhart & Sullivan, LLP | **Invoice Date:** **11/17/2021** |
| 50 California Street | **Balance Due:** **$0.00** |
| 22nd Floor |  |
| San Francisco, CA, 94111 |  |

| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17-cv-04738)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4898259    |    Job Date: 11/16/2021    |    Delivery: Daily                          Billing Matter #: 06424-00009

Location:          Los Angeles, CA                                                        Q/E File #: 06424-00009

Billing Atty:      Zack Flood

Scheduling Atty:    Valerie Lozano | Quinn Emanuel Urquhart & Sullivan, LLP

| Witness: Ross T. Helfer 30(B)(6), Volume II | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 214.00 | $10.90 | $2,332.60 |
| Transcript - Supplemental Surcharges* | 214.00 | $0.50 | $107.00 |
| Rough Draft | 214.00 | $1.50 | $321.00 |
| Attendance - Full Day | 1.00 | $300.00 | $300.00 |
| Exhibits | 311.00 | $0.35 | $108.85 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Realtime Services - Remote | 214.00 | $1.85 | $395.90 |
| Realtime Services - Remote | 214.00 | $1.85 | $395.90 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $80.00 | $80.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Concierge Tech Support | 7.25 | $150.00 | $1,087.50 |

**Remit to:**                    **Pay By ACH (Include invoice numbers):**       **Invoice #:  5400821**
Veritext                          **A/C Name:**Veritext
P.O. Box 71303                    **Bank Name:**BMO Harris Bank          **Invoice Date:  11/17/2021**
Chicago IL 60694-1303             **Account No:**4353454 **ABA:**071000288
Fed. Tax ID: 20-3132569                **Swift:** HATRUS44                  **Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Notes: | *Supplemental Surcharges Include: Video Proceeding 2 Realtimes : Flood and Lozano | | |
|---|---|---|---|
| | | **Invoice Total:** | **$5,868.75** |
| | | **Payment:** | **($5,868.75)** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  5400821**

**Invoice Date:   11/17/2021**

**Balance Due:   $0.00**

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Valerie Lozano
Quinn Emanuel Urquhart & Sullivan, LLP
865 S Figueroa St, 10th Floor
Los Angeles, CA, 90017

| | |
|---|---|
| **Invoice #:** | **5407373** |
| **Invoice Date:** | **11/19/2021** |
| **Balance Due:** | **$0.00** |

| Case: Contour IP Holding, LLC v. GoPro, Inc.  (3:17-cv-04738) | Proceeding Type: Depositions |
|---|---|

Job #: 4898337   |   Job Date: 11/17/2021   |   Delivery: Expedited

Billing Matter #: 06424-00009

Location:        Los Angeles, CA

Q/E File #: 06424-00009

Billing Atty:     Valerie Lozano

Scheduling Atty:    Valerie Lozano | Quinn Emanuel Urquhart & Sullivan, LLP

| Witness: Ron Garriques | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 190.00 | $10.40 | $1,976.00 |
| Transcript - Supplemental Surcharges* | 190.00 | $0.50 | $95.00 |
| Rough Draft | 190.00 | $1.50 | $285.00 |
| Attendance - Full Day | 1.00 | $300.00 | $300.00 |
| Exhibits | 270.00 | $0.35 | $94.50 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Realtime Services - Remote | 190.00 | $1.85 | $351.50 |
| Realtime Services - Remote | 190.00 | $1.85 | $351.50 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $80.00 | $80.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #: 5407373**

**Invoice Date:  11/19/2021**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Notes: *Supplemental Surcharges Include: Video Proceeding 2 Realtimes | | |
|---|---|---|
| **Invoice Total:** | **$4,273.50** |
| **Payment:** | **($4,273.50)** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  5407373**

**Invoice Date:   11/19/2021**

**Balance Due:   $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Zack Flood
Quinn Emanuel Urquhart & Sullivan, LLP
865 S Figueroa St, 10th Floor
Los Angeles, CA, 90017

| | |
|---|---|
| **Invoice #:** | **5408702** |
| **Invoice Date:** | **11/22/2021** |
| **Balance Due:** | **$0.00** |

| Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17-cv-04738) | Proceeding Type: Depositions |
|---|---|

Job #: 4898391   |   Job Date: 11/19/2021   |   Delivery: Immediate

Location:          Los Angeles, CA

Billing Atty:      Zack Flood

Scheduling Atty:   Zack Flood | Quinn Emanuel Urquhart & Sullivan, LLP

Billing Matter #: 06424-00009

Q/E File #: 06424-00009

| Witness: Vlad Kazhdan | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 152.00 | $11.45 | $1,740.40 |
| Transcript - Supplemental Surcharges* | 152.00 | $0.50 | $76.00 |
| Rough Draft | 152.00 | $1.50 | $228.00 |
| Attendance (Half Day) | 1.00 | $150.00 | $150.00 |
| Exhibits | 276.00 | $0.35 | $96.60 |
| Realtime Services - Remote | 152.00 | $1.85 | $281.20 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $80.00 | $80.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Concierge Tech Support | 3.50 | $150.00 | $525.00 |

| Notes:    *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|
| | **Invoice Total:** | **$3,227.20** |
| | **Payment:** | **($3,227.20)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  5408702**

**Invoice Date:   11/22/2021**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Valerie Lozano
Quinn Emanuel Urquhart & Sullivan, LLP
865 S Figueroa St, 10th Floor
Los Angeles, CA, 90017

| | |
|---|---|
| **Invoice #:** | **5428802** |
| **Invoice Date:** | **12/1/2021** |
| **Balance Due:** | **$0.00** |

| Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17-cv-04738) | Proceeding Type: Depositions |
|---|---|

Job #: 4971442    |    Job Date: 11/30/2021    |    Delivery: Daily                   Billing Matter #: 06424-00009

Location:        Los Angeles, CA                                                                Q/E File #: 06424-00009

Billing Atty:      Valerie Lozano

Scheduling Atty:    Valerie Lozano | Quinn Emanuel Urquhart & Sullivan, LLP

| Witness: Eli Seggev Ph.D | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 204.00 | $11.50 | $2,346.00 |
| Surcharge - Extended Hours | 1.00 | $95.00 | $95.00 |
| Transcript - Supplemental Surcharges* | 204.00 | $0.50 | $102.00 |
| Rough Draft | 204.00 | $1.50 | $306.00 |
| Attendance - Full Day | 1.00 | $300.00 | $300.00 |
| Exhibits | 84.00 | $0.35 | $29.40 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Realtime Services - Remote | 204.00 | $1.85 | $377.40 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $80.00 | $80.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  5428802**

**Invoice Date:  12/1/2021**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Notes:    *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|
| **Invoice Total:** | **$4,375.80** |
| **Payment:** | **($4,375.80)** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  5428802**

**Invoice Date:  12/1/2021**

**Balance Due:  $0.00**

43039

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

| Bill To: | Valerie Lozano | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | | |
| | 865 S Figueroa St, 10th Floor | | |
| | Los Angeles, CA, 90017 | | |

| | |
|---|---|
| **Invoice #:** | **5442370** |
| **Invoice Date:** | **12/9/2021** |
| **Balance Due:** | **$0.00** |

| Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17-cv-04738) | Proceeding Type: Depositions |
|---|---|

Job #: 4971702    |    Job Date: 12/1/2021    |    Delivery: Expedited

Billing Matter #: 06424-00009

| | |
|---|---|
| Location: | San Diego, CA |
| Billing Atty: | Valerie Lozano |
| Scheduling Atty: | Dustin J Edwards Esq \| Winston Taylor |

| Witness: Patrick Kennedy , Ph.D. | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 171.00 | $4.00 | $684.00 |
| Transcript Services - Certified Transcript - Priority Request | 171.00 | $2.40 | $410.40 |
| Rough Draft | 171.00 | $1.55 | $265.05 |
| Exhibits - Scanned/Searchable/OCR | 1238.00 | $0.65 | $804.70 |
| Digital Exhibit Binder | 1.00 | $48.00 | $48.00 |
| Realtime Services - Remote | 171.00 | $1.80 | $307.80 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $103.00 | $103.00 |
| | Quantity | Price | Amount |
| Realtime Services Connection | 1.00 | $125.00 | $125.00 |
| Exhibit Share | 1.00 | $345.00 | $345.00 |
| Veritext Virtual Participants | 1.00 | $195.00 | $195.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  5442370**

**Invoice Date:  12/9/2021**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Notes: valerielozano@quinnemanuel.com | | |
|---|---|---|
| | **Invoice Total:** | **$3,287.95** |
| | **Payment:** | **($3,287.95)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  5442370**

**Invoice Date:  12/9/2021**

**Balance Due:  $0.00**

43039

# Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| **Invoice #:** | **5449935** |
| **Invoice Date:** | **12/14/2021** |
| **Balance Due:** | **$0.00** |

Bill To: Accounts Payable
Quinn Emanuel Urquhart & Sullivan, LLP
191 N Wacker Dr
Suite 2700
Chicago, IL, 60606

| | |
|---|---|
| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17-cv-04738)** | **Proceeding Type: Depositions** |

Job #: 4973125   |   Job Date: 12/7/2021   |   Delivery: Expedited          Billing Matter #: 06424-00009

| | |
|---|---|
| Location: | San Francisco, CA |
| Billing Atty: | Marc Kaplan |
| Scheduling Atty: | John Keville Esq | Winston Taylor |

| Witness: Kevin Almeroth , Ph.D. | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Certified Transcript | 337.00 | $4.00 | $1,348.00 |
| Transcript Services - Certified Transcript - Priority Request | 337.00 | $3.20 | $1,078.40 |
| Rough Draft | 337.00 | $1.55 | $522.35 |
| Realtime Services | 337.00 | $1.80 | $606.60 |
| Exhibits - Scanned/Searchable/OCR | 1357.00 | $0.65 | $882.05 |
| Digital Exhibit Binder | 1.00 | $48.00 | $48.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $103.00 | $103.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$4,588.40** |
| | **Payment:** | **($4,358.98)** |
| | **Credit:** | **($229.42)** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #: 5449935**

**Invoice Date:  12/14/2021**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



|  |  |
|---|---|
| **Bill To:** Accounts Payable | **Invoice #:** **5450932** |
| Quinn Emanuel Urquhart & Sullivan, LLP | **Invoice Date:** **12/10/2021** |
| 50 California Street | **Balance Due:** **$0.00** |
| 22nd Floor | |
| San Francisco, CA, 94111 | |

| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17-cv-04738)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4980663    |    Job Date: 12/8/2021    |    Delivery: Expedited                      Billing Matter #: 06424-00009

Location:         Los Angeles, CA                                                                File #: 06424-00009

Billing Atty:     Zack Flood                                                               Q/E File #: 06424-00009

Scheduling Atty:     Zack Flood | Quinn Emanuel Urquhart & Sullivan, LLP

| Witness: James Palmer 30b6 | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Priority Request | 69.00 | $4.95 | $341.55 |
| Transcript - Supplemental Surcharges* | 69.00 | $0.50 | $34.50 |
| Minimum Charge for Services Rendered | 1.00 | $495.00 | $495.00 |
| Rough Draft | 69.00 | $1.50 | $103.50 |
| Attendance (Half Day) | 1.00 | $150.00 | $150.00 |
| Exhibits | 7.00 | $0.35 | $2.45 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Realtime Services - Remote | 69.00 | $1.85 | $127.65 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $80.00 | $80.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  5450932**

**Invoice Date:  12/10/2021**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Notes: *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|
| | **Invoice Total:** | **$2,074.65** |
| | **Payment:** | **($2,074.65)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  5450932**

**Invoice Date:   12/10/2021**

**Balance Due:   $0.00**

43039

**Veritext, LLC - California Region**

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Valerie Lozano | **Invoice #:** | **5451650** |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | **Invoice Date:** | **12/10/2021** |
| | 865 S Figueroa St, 10th Floor | **Balance Due:** | **$0.00** |
| | Los Angeles, CA, 90017 | | |

| **Case: Contour IP Holding, LLC v. GoPro, Inc.  (3:17-cv-04738)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4898337   |   Job Date: 11/17/2021   |   Delivery: Normal                     Billing Matter #: 06424-00009

Location:          Los Angeles, CA                                                  Q/E File #: 06424-00009

Billing Atty:      Valerie Lozano

Scheduling Atty:    Valerie Lozano | Quinn Emanuel Urquhart & Sullivan, LLP

| **Witness: Ron Garriques** | **Amount** |
|---|---|
| Video Services | $1,525.00 |
| Video - Electronic Access | $50.00 |

| Notes: | **Invoice Total:** | **$1,575.00** |
|---|---|---|
| | **Payment:** | **($1,575.00)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

**Remit to:**                    **Pay By ACH (Include invoice numbers):**          **Invoice #:  5451650**
Veritext                              **A/C Name:**Veritext
P.O. Box 71303                     **Bank Name:**BMO Harris Bank                **Invoice Date:  12/10/2021**
Chicago IL 60694-1303           **Account No:**4353454 **ABA:**071000288
Fed. Tax ID: 20-3132569          **Swift:** HATRUS44                          **Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Valerie Lozano | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | **Invoice #:** | **5451898** |
| | 865 S Figueroa St, 10th Floor | **Invoice Date:** | **12/11/2021** |
| | Los Angeles, CA, 90017 | **Balance Due:** | **$0.00** |

| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17-cv-04738)** | **Proceeding Type: Depositions** |
|---|---|
| Job #: 4898259   |   Job Date: 11/16/2021   |   Delivery: Normal | Billing Matter #: 06424-00009 |
| Location:          Los Angeles, CA | Q/E File #: 06424-00009 |
| Billing Atty:      Valerie Lozano | |
| Scheduling Atty:   Valerie Lozano | Quinn Emanuel Urquhart & Sullivan, LLP | |

| **Witness: Ross T. Helfer 30(B)(6), Volume II** | **Amount** |
|---|---|
| Video Services | $2,110.00 |
| Video - Electronic Access | $50.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$2,160.00** |
| | **Payment:** | **($2,160.00)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  5451898** |
|---|---|---|
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:   12/11/2021** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:   $0.00** |

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Valerie Lozano
Quinn Emanuel Urquhart & Sullivan, LLP
865 S Figueroa St, 10th Floor
Los Angeles, CA, 90017

| | |
|---|---:|
| **Invoice #:** | **5458527** |
| **Invoice Date:** | **12/15/2021** |
| **Balance Due:** | **$0.00** |

| Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17-cv-04738) | Proceeding Type: Depositions |
|---|---|

Job #: 4971702    |    Job Date: 12/1/2021    |    Delivery: Expedited

Billing Matter #: 06424-00009

| Location: | San Diego, CA |
|---|---|
| Billing Atty: | Valerie Lozano |
| Scheduling Atty: | Dustin J Edwards Esq | Winston Taylor |

| Witness: Patrick Kennedy , Ph.D. | Quantity | Price | Amount |
|---|---:|---:|---:|
| Video - Digitizing & Transcript Synchronization | 4.00 | $75.00 | $300.00 |
| Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | 1.00 | $110.00 | $110.00 |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |

Notes:

| | |
|---|---:|
| **Invoice Total:** | **$488.00** |
| **Payment:** | **($488.00)** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  5458527**

**Invoice Date:   12/15/2021**

**Balance Due:   $0.00**

Pay by Credit Card: www.veritext.com

43039