# EXHIBIT J

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Valerie Lozano | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | **Invoice #:** | **5461174** |
| | 865 S Figueroa St, 10th Floor | **Invoice Date:** | **12/15/2021** |
| | Los Angeles, CA, 90017 | **Balance Due:** | **$0.00** |

| Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17-cv-04738) | Proceeding Type: Depositions |
|---|---|

Job #: 4971492   |   Job Date: 12/14/2021   |   Delivery: Daily

Billing Matter #: 06424-00009

Location:          Los Angeles, CA

Billing Atty:      Valerie Lozano

Scheduling Atty:    Valerie Lozano | Quinn Emanuel Urquhart & Sullivan, LLP

| Witness: Keith R Ugone PhD Vol 3 | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 348.00 | $11.50 | $4,002.00 |
| Surcharge - Extended Hours | 0.50 | $95.00 | $47.50 |
| Transcript - Supplemental Surcharges* | 348.00 | $0.50 | $174.00 |
| Rough Draft | 348.00 | $1.50 | $522.00 |
| Attendance - Full Day | 1.00 | $300.00 | $300.00 |
| Exhibits | 441.00 | $0.35 | $154.35 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Realtime Services - Remote | 348.00 | $1.85 | $643.80 |
| Realtime Services - Remote | 348.00 | $1.85 | $643.80 |
| Realtime Services - Remote | 348.00 | $1.85 | $643.80 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $80.00 | $80.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  5461174**

**Invoice Date:   12/15/2021**

**Balance Due:   $0.00**

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Notes: | *Supplemental Surcharges Include: Video Proceeding 3 Realtimes | | |
|---|---|---|---|
| | | **Invoice Total:** | **$7,951.25** |
| | | **Payment:** | **($7,951.25)** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  5461174**

**Invoice Date:   12/15/2021**

**Balance Due:   $0.00**

43039

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Accounts Payable | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | | |
| | 50 California Street | | |
| | 22nd Floor | | |
| | San Francisco, CA, 94111 | | |

**Invoice #:**        **5461563**
**Invoice Date:**    **12/16/2021**
**Balance Due:**        **$0.00**

---

**Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17-cv-04738)**          **Proceeding Type: Depositions**

Job #: 4971501    |    Job Date: 12/14/2021    |    Delivery: Daily          Billing Matter #: 06424-00009

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Sean Pak |
| Scheduling Atty: | Valerie Lozano | Quinn Emanuel Urquhart & Sullivan, LLP |

| Witness: Jing Hu PhD | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 174.00 | $11.50 | $2,001.00 |
| Transcript - Supplemental Surcharges* | 174.00 | $0.50 | $87.00 |
| Attendance - Full Day | 1.00 | $300.00 | $300.00 |
| Exhibits | 1096.00 | $0.35 | $383.60 |
| Exhibit Share | 1.00 | $395.00 | $395.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $80.00 | $80.00 |
| Production & Processing | 1.00 | $50.00 | $50.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |

| Notes: *Supplemental Surcharges Include: Video Proceeding | | |
|---|---|---|
| | **Invoice Total:** | **$3,591.60** |
| | **Payment:** | **($3,591.60)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:  5461563**

**Invoice Date:   12/16/2021**

**Balance Due:   $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - Northeast Region

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Accounts Payable | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | | |
| | 191 N Wacker Dr | | |
| | Suite 2700 | | |
| | Chicago, IL, 60606 | | |

| | |
|---|---|
| **Invoice #:** | **5463141** |
| **Invoice Date:** | **12/18/2021** |
| **Balance Due:** | **$0.00** |

**Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17-cv-04738)**　　　**Proceeding Type: Depositions**

Job #: 4973125　|　Job Date: 12/7/2021　|　Delivery: Normal　　　Billing Matter #: 06424-00009

| Location: | San Francisco, CA |
|---|---|
| Billing Atty: | Marc Kaplan |
| Scheduling Atty: | John Keville Esq | Winston Taylor |

| Witness: Kevin Almeroth , Ph.D. | Quantity | Price | Amount |
|---|---|---|---|
| Video - Digitizing & Transcript Synchronization | 7.00 | $75.00 | $525.00 |
| Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | 1.00 | $110.00 | $110.00 |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |

| Notes: | |
|---|---|
| **Invoice Total:** | **$713.00** |
| **Payment:** | **($677.35)** |
| **Credit:** | **($35.65)** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  5463141**

**Invoice Date:  12/18/2021**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

**Veritext, LLC - Northeast Region**

Tel. (516) 608-2400 Email: billing-li@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Valerie Lozano | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | | |
| | 865 S Figueroa St, 10th Floor | | |
| | Los Angeles, CA, 90017 | | |

| | |
|---|---|
| **Invoice #:** | **5464464** |
| **Invoice Date:** | **12/18/2021** |
| **Balance Due:** | **$0.00** |

| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17-cv-04738)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4979919   |   Job Date: 12/15/2021   |   Delivery: Daily                    Billing Matter #: 06424-00009

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Valerie Lozano |
| Scheduling Atty: | Dustin J Edwards Esq | Winston Taylor |

| Witness: Itamar Simonson , Ph.D. | Quantity | Price | Amount |
|---|---|---|---|
| Transcript - Fee for Daily | 222.00 | $4.00 | $888.00 |
| Transcript Services - Certified Transcript | 222.00 | $4.00 | $888.00 |
| Rough Draft | 222.00 | $1.55 | $344.10 |
| Exhibits - Scanned/Searchable/OCR | 157.00 | $0.65 | $102.05 |
| Realtime Services - Remote | 222.00 | $1.80 | $399.60 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $103.00 | $103.00 |
| | Quantity | Price | Amount |
| Realtime Services Connection | 1.00 | $125.00 | $125.00 |
| Veritext Virtual Participants | 1.00 | $195.00 | $195.00 |

| Notes: | | |
|---|---|---|
| valerielozano@quinnemanuel.com | **Invoice Total:** | **$3,044.75** |
| | **Payment:** | **($3,044.75)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  5464464** |
|---|---|---|
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:   12/18/2021** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:   $0.00** |

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: Zack Flood | **Invoice #:** **5469978** |
| Quinn Emanuel Urquhart & Sullivan, LLP | **Invoice Date:** **12/21/2021** |
| 865 S Figueroa St, 10th Floor | **Balance Due:** **$0.00** |
| Los Angeles, CA, 90017 | |

| | |
|---|---|
| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17-cv-04738)** | **Proceeding Type: Depositions** |

Job #: 4898391   |   Job Date: 11/19/2021   |   Delivery: Normal — Billing Matter #: 06424-00009

Location:        Los Angeles, CA — Q/E File #: 06424-00009

Billing Atty:     Zack Flood

Scheduling Atty:   Zack Flood | Quinn Emanuel Urquhart & Sullivan, LLP

| **Witness: Vlad Kazhdan** | **Amount** |
|---|---|
| Video Services | $1,111.00 |
| Video - Electronic Access | $50.00 |

| Notes: | **Invoice Total:** | **$1,161.00** |
|---|---|---|
| | **Payment:** | **($1,161.00)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

| | | |
|---|---|---|
| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  5469978** |
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:  12/21/2021** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:  $0.00** |

Pay by Credit Card: www.veritext.com

43039

**Veritext, LLC - California Region**

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Valerie Lozano | | | |
|---|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | | **Invoice #:** | **5472463** |
| | 865 S Figueroa St, 10th Floor | | **Invoice Date:** | **12/21/2021** |
| | Los Angeles, CA, 90017 | | **Balance Due:** | **$0.00** |

| Case: **Contour IP Holding, LLC v. Gopro, Inc.  (3:17-cv-04738)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4971442    |    Job Date: 11/30/2021    |    Delivery: Normal                       Billing Matter #: 06424-00009

| Location: | Los Angeles, CA | Q/E File #: 06424-00009 |
|---|---|---|
| Billing Atty: | Valerie Lozano | |
| Scheduling Atty: | Valerie Lozano | Quinn Emanuel Urquhart & Sullivan, LLP | |

| **Witness: Eli Seggev Ph.D** | **Amount** |
|---|---|
| Video Services | $1,817.50 |
| Video - Electronic Access | $50.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$1,867.50** |
| | **Payment:** | **($1,867.50)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  5472463** |
|---|---|---|
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:  12/21/2021** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:  $0.00** |

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To: | Accounts Payable | |
| | Quinn Emanuel Urquhart & Sullivan, LLP | |
| | 50 California Street | |
| | 22nd Floor | |
| | San Francisco, CA, 94111 | |

| | |
|---|---|
| **Invoice #:** | **5496709** |
| **Invoice Date:** | **1/5/2022** |
| **Balance Due:** | **$0.00** |

| Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17-cv-04738) | Proceeding Type: Depositions |
|---|---|

| | |
|---|---|
| Job #: 4980663   \|   Job Date: 12/8/2021   \|   Delivery: Normal | Billing Matter #: 06424-00009 |
| Location:        Los Angeles, CA | File #: 06424-00009 |
| Billing Atty:     Zack Flood | Q/E File #: 06424-00009 |
| Scheduling Atty:    Zack Flood \| Quinn Emanuel Urquhart & Sullivan, LLP | |

| Witness: James Palmer 30b6 | Amount |
|---|---|
| Video Services | $709.00 |
| Video - Electronic Access | $50.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$759.00** |
| | **Payment:** | **($759.00)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

| | | |
|---|---|---|
| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  5496709** |
| Veritext | **A/C Name:** Veritext | |
| P.O. Box 71303 | **Bank Name:** BMO Harris Bank | **Invoice Date:  1/5/2022** |
| Chicago IL 60694-1303 | **Account No:** 4353454 **ABA:** 071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:  $0.00** |

Pay by Credit Card: www.veritext.com

43039

# Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Accounts Payable | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | | |
| | 50 California Street | | |
| | 22nd Floor | | |
| | San Francisco, CA, 94111 | | |

| | |
|---|---|
| **Invoice #:** | **5504669** |
| **Invoice Date:** | **1/7/2022** |
| **Balance Due:** | **$0.00** |

| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17-cv-04738)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4971501   |   Job Date: 12/14/2021   |   Delivery: Normal

Billing Matter #: 170311.00001

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Valerie Lozano |
| Scheduling Atty: | Valerie Lozano | Quinn Emanuel Urquhart & Sullivan, LLP |

| **Witness: Jing Hu PhD** | **Amount** |
|---|---|
| Video Services | $1,915.00 |
| Video - Electronic Access | $50.00 |
| **Witness: Jing Hu, Ph.D. - No Timestamps , Vol. I** | **Amount** |
| Expenses | $35.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$2,000.00** |
| **Payment:** | **($2,000.00)** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:  5504669**
**Invoice Date:  1/7/2022**
**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: Valerie Lozano | |
| Quinn Emanuel Urquhart & Sullivan, LLP | |
| 865 S Figueroa St, 10th Floor | |
| Los Angeles, CA, 90017 | |

| | |
|---|---|
| **Invoice #:** | **5506049** |
| **Invoice Date:** | **1/11/2022** |
| **Balance Due:** | **$0.00** |

| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17-cv-04738)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 4971492   |   Job Date: 12/14/2021   |   Delivery: Normal

Billing Matter #: 06424-00009

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Valerie Lozano |
| Scheduling Atty: | Valerie Lozano | Quinn Emanuel Urquhart & Sullivan, LLP |

| **Witness: Keith R Ugone PhD Vol 3** | **Amount** |
|---|---|
| Video Services | $1,951.00 |
| Video - Electronic Access | $50.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$2,001.00** |
| | **Payment:** | **($2,001.00)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

| | | |
|---|---|---|
| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  5506049** |
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:  1/11/2022** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:  $0.00** |

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Valerie Lozano | | Invoice #: | **8366909** |
|---|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | | **Invoice Date:** | **6/2/2025** |
| | 50 California Street | | **Balance Due:** | **$0.00** |
| | 22nd Floor | | | |
| | San Francisco, CA, 94111 | | | |

| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (17cv04738WHO)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 7377304   |   Job Date: 5/21/2025   |   Delivery: Normal    Billing Matter #: 06424-00009

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Valerie Lozano |
| Scheduling Atty: | Valerie Lozano | Quinn Emanuel Urquhart & Sullivan, LLP |

| Witness: Keith R. Ugone , Ph.D. | Quantity | Price | Amount |
|---|---|---|---|
| Transcript Services - Original Transcript(s) | 131.00 | $5.45 | $713.95 |
| Transcript - Supplemental Surcharges* | 131.00 | $0.50 | $65.50 |
| Rough Draft | 131.00 | $1.80 | $235.80 |
| Realtime Services | 131.00 | $2.00 | $262.00 |
| Attendance - Half Day | 1.00 | $130.00 | $130.00 |
| Exhibits | 169.00 | $0.65 | $109.85 |
| Exhibit Share | 1.00 | $345.00 | $345.00 |
| Digital Exhibit Binder | 1.00 | $45.00 | $45.00 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $105.00 | $105.00 |
| Logistics & Processing | 1.00 | $55.00 | $55.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Smart Package - Over 100 Transcript Pages | 1.00 | $110.00 | $110.00 |

| **Remit to:** | **Pay By ACH (Include invoice numbers):** | **Invoice #:  8366909** |
|---|---|---|
| Veritext | **A/C Name:**Veritext | |
| P.O. Box 71303 | **Bank Name:**BMO Harris Bank | **Invoice Date:  6/2/2025** |
| Chicago IL 60694-1303 | **Account No:**4353454 **ABA:**071000288 | |
| Fed. Tax ID: 20-3132569 | **Swift:** HATRUS44 | **Balance Due:  $0.00** |

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Notes:  *Supplemental Surcharges Include: Video Proceeding | **Invoice Total:** | **$2,472.10** |
| | **Payment:** | **($2,472.10)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  8366909**

**Invoice Date:   6/2/2025**

**Balance Due:   $0.00**

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



Bill To: Valerie Lozano
Quinn Emanuel Urquhart & Sullivan, LLP
50 California Street
22nd Floor
San Francisco, CA, 94111

| | |
|---|---|
| **Invoice #:** | **8393420** |
| **Invoice Date:** | **6/11/2025** |
| **Balance Due:** | **$0.00** |

| **Case: Contour IP Holding, LLC v. Gopro, Inc.  (17cv04738WHO)** | **Proceeding Type: Depositions** |
|---|---|

Job #: 7377304   |   Job Date: 5/21/2025   |   Delivery: Normal                Billing Matter #: 06424-00009

| Location: | Los Angeles, CA |
|---|---|
| Billing Atty: | Valerie Lozano |
| Scheduling Atty: | Valerie Lozano | Quinn Emanuel Urquhart & Sullivan, LLP |

| Witness: Keith R. Ugone , Ph.D. | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $487.50 | $487.50 |
| Video - Additional Hours | 2.00 | $195.00 | $390.00 |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |
| Video - Media and Cloud Services | 2.00 | $15.00 | $30.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | **$985.50** |
| | **Payment:** | **($985.50)** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  8393420**
**Invoice Date:   6/11/2025**
**Balance Due:   $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - California Region

Tel. 877-955-3855 Email: calendar-sf@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To: | Nathan Hamstra | |
| | Quinn Emanuel Urquhart & Sullivan, LLP | |
| | 191 N Wacker Dr | |
| | Suite 2700 | |
| | Chicago, IL, 60606 | |

| | |
|---|---|
| **Invoice #:** | **8487337** |
| **Invoice Date:** | **7/18/2025** |
| **Balance Due:** | **$0.00** |

**Case: Contour IP Holding, LLC v. GoPro, Inc.  (3:17-cv-04738)**      **Proceeding Type: Depositions**

Job #: 7400562    |    Job Date: 6/26/2025    |    Delivery: Normal

| | |
|---|---|
| Location: | Los Angeles, CA |
| Billing Atty: | Nathan Hamstra |
| Scheduling Atty: | Nathan Hamstra \| Quinn Emanuel Urquhart & Sullivan, LLP |

| **Witness: Jing Hu PhD** | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $487.50 | $487.50 |
| Video - Additional Hours | 8.00 | $195.00 | $1,560.00 |
| In Person Coverage Fee | 1.00 | $195.00 | $195.00 |
| Video - Electronic Access | 1.00 | $78.00 | $78.00 |
| Video - Media and Cloud Services | 8.00 | $15.00 | $120.00 |
| Expenses (Out of Pocket) | 1.00 | $51.00 | $51.00 |
| Equipment Rental | 1.00 | $165.00 | $165.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$2,656.50** |
| **Payment:** | **($2,656.50)** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  8487337**

**Invoice Date:  7/18/2025**

**Balance Due:  $0.00**

Pay by Credit Card: www.veritext.com

43039

## Veritext, LLC - Texas Region

Tel. 800.971.1127 Email: billing-tx@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Joseph LeRoy | | |
|---|---|---|---|
| | Quinn Emanuel Urquhart & Sullivan, LLP | | |
| | 50 California Street | | |
| | 22nd Floor | | |
| | San Francisco, CA, 94111 | | |

**Invoice #:** **8623169**
**Invoice Date:** **9/10/2025**
**Balance Due:** **$0.00**

**Case: Contour IP Holding, LLC v. Gopro, Inc.  (3:17-cv-04738)**          **Proceeding Type: Depositions**

Job #: 7523941    |    Job Date: 8/15/2025    |    Delivery: Normal          Billing Matter #: 06424-00009

| Location: | San Francisco, CA |
|---|---|
| Billing Atty: | Joseph LeRoy |
| Scheduling Atty: | John Keville | Sheppard Mullin, LLP |

| Witness: Kevin C Almeroth PhD | Quantity | Price | Amount |
|---|---|---|---|
| Video - Digitizing & Transcript Synchronization | 6.00 | $135.00 | $810.00 |
| Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | 1.00 | $158.00 | $158.00 |
| Video - Electronic Access | 1.00 | $50.00 | $50.00 |

Notes:

| | |
|---|---|
| **Invoice Total:** | **$1,018.00** |
| **Payment:** | **($1,018.00)** |
| **Credit:** | **$0.00** |
| **Interest:** | **$0.00** |
| **Balance Due:** | **$0.00** |

TERMS:   Payment is due upon receipt of invoice and is not contingent on client or third-party reimbursement. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. The BILL TO identified above is the contracting party and is responsible for payment of this invoice unless agreed to in writing prior to the rendering of services. If you have questions about your invoice, please notify Veritext immediately. Invoices cannot be redirected or split after 90 days. For more information on charges related to our services, please consult: https://www.veritext.com/service-information-details/

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:**Veritext
**Bank Name:**BMO Harris Bank
**Account No:**4353454 **ABA:**071000288
**Swift:** HATRUS44

**Invoice #:  8623169**

**Invoice Date:   9/10/2025**

**Balance Due:   $0.00**

Pay by Credit Card: www.veritext.com

43039