# EXHIBIT K

## Pollard, Sharon

| | |
|---|---|
| **From:** | Carmona, Anthony |
| **Sent:** | Tuesday, June 16, 2026 10:32 AM |
| **To:** | Clark, Michelle; Ducker, Phil; Pollard, Sharon |
| **Subject:** | FW: Contour IP Holding, LLC v. GoPro, Inc-7523941 |
| **Attachments:** | Contour IP vs. GoPro, Inc..xlsx |

See below and attached. Veritext provided an excel with all the Quinn invoices and updated total.

Anthony Carmona
Legal Administrative Assistant
**ALSTON & BIRD**
55 Second Street, Suite 2100
San Francisco, CA 94105
+1 415-243-1066 (O)
anthony.carmona@alston.com

**From:** Nicole Russell <calendar-la@veritext.com>
**Sent:** Tuesday, June 16, 2026 10:22 AM
**To:** Carmona, Anthony <Anthony.Carmona@alston.com>; Client Services CA <clientservicesca@veritext.com>; cs-tx@veritext.com; cs-ny@veritext.com
**Subject:** Re: Contour IP Holding, LLC v. GoPro, Inc-7523941

**EXTERNAL SENDER – Proceed with caution**

Good morning!

Our Finance Team put together a list of paid invoices and it totaled $261,152.37 and it's correct.  I see my error in that I didn't remove the $2,990.97 worth of adjustments (I thought my total was accounting for them).

Let me know if you have any questions.

Have a great rest of your day.

Thank you!

Did We Spring Into Action? Let Us Know on Our Customer Satisfaction Survey!

*We'd love your feedback!  Please take our Client Satisfaction Survey.*

**Nicole Russell**
Client Services Associate

---------------------------------------------------