Gary R. Sorden (admitted *pro hac vice*)
gsorden@coleschotz.com
Rajkumar Vinnakota (admitted *pro hac vice*)
kvinnakota@coleschotz.com
Brian L. King (admitted *pro hac vice*)
bking@coleschotz.com
COLE SCHOTZ, P.C.
901 Main Street, Suite 4120
Dallas, Texas 75202
Tel: (469) 557-9390

(continued on the next page)

ATTORNEYS FOR PLAINTIFF
CONTOUR IP HOLDING, LLC

JOHN D. HAYNES
(admitted *pro hac vice*)
john.haynes@alston.com
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone:  404-881-7000

PHILIP DUCKER
(CA Bar No. 262644)
phil.ducker@alston.com
MICHELLE CLARK
michelle.clark@alston.com
(CA Bar No. 243777)
ALSTON & BIRD LLP
55 Second Street, Suite 2100
San Francisco, CA 94105
Telephone:  415-243-1000

*Attorneys for Defendant GOPRO, INC.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CONTOUR IP HOLDING, LLC<br><br>Plaintiff,<br><br>vs.<br><br>GOPRO, INC.,<br><br>Defendant. | LEAD CASE NO. 3:17-cv-04738-WHO<br>CONSOL. CASE NO. 3:21-cv-02143-WHO<br><br>**STIPULATION TO EXTEND TIME TO FILE OBJECTIONS TO BILL OF COSTS; [PROPOSED] ORDER**<br><br>Current Deadline: July 6, 2026<br>Judge: Hon. William H. Orrick |

- 1 -

L. Lisa Sandoval, Bar No. 310380
lsandoval@calljensen.com
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:    (949) 717-3000

John R. Keville (*pro hac vice*)
jkeville@sheppardmullin.com
Michelle C. Replogle (*pro hac vice*)
mreplogle@shepparkmullin.com
Michael C. Krill (*pro hac vice*)
mkrill@sheppardmullin.com
Sunny Akarapu (*pro hac vice*)
sakarapu@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON, LLP
845 Texas Avenue, 25th Floor
Houston, Texas  77002-2791
Tel:  (713) 431-7100

Lai L. Yip (Bar No. 258029)
lyip@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON, LLP
Four Embarcadero Center Seventeenth Floor
San Francisco, CA  94111
Tel:  (415) 434-9100

ATTORNEYS FOR PLAINTIFF
CONTOUR IP HOLDING, LLC

STIPULATION TO EXTEND TIME TO FILE OBJECTIONS TO BILL OF COSTS; [PROPOSED] ORDER

Plaintiff Contour IP Holding LLC ("Contour") and Defendant GoPro, Inc. ("GoPro") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree, subject to Court approval, to extend the deadlines relating to the Bill of Costs (Dkt. 918) as set forth herein.

WHEREAS, on June 1, 2026, the Court entered judgment in favor of GoPro (Dkt. No. 915);

WHEREAS, on June 22, 2026, GoPro filed a Revised Bill of Costs seeking $384,214.45 (Dkt. No. 918);

WHEREAS, under Civil Local Rule 54-2(a), objections to the Bill of Costs are presently due on July 6, 2026;

WHEREAS, new counsel for Contour appeared in this matter on June 30, 2026 (Dkt. No. 921);

WHEREAS, newly appearing counsel requires a brief extension to review the Bill of Costs, supporting documentation, the relevant docket and record, and the applicable cost-taxation authorities, and to complete the meet-and-confer process contemplated by Civil Local Rule 54-2(b);

WHEREAS, Contour and GoPro have agreed that the Revised Bill of Costs (Dkt. 918) shall be treated as the operative Bill of Costs and, further, have agreed that GoPro shall have a reasonable opportunity to amend, supplement, or modify its proposed Bill of Costs following the Parties' meet and confer negotiations;

WHEREAS, the Parties agree that the requested extension is reasonable under the circumstances, is sought in good faith, and will not prejudice any party or affect any other case-management deadline;

WHEREAS, the Parties' have not sought any other extensions of time for post-trial deadlines in this action;

WHEREAS, the Parties submit that good cause exists for the requested extension under Federal Rule of Civil Procedure 6(b) and the Civil Local Rules of this Court and

- 3 -

the requested extension of time will not have any effect on any other deadlines in this matter;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their respective counsel of record:

- The Parties shall meet and confer regarding any objections to GoPro's Bill of Costs (Dkt. 918) by no later than July 10, 2026.
- GoPro shall submit any proposed, revised Bill of Costs by no later than July 15, 2026.
- Contour shall submit any objections to GoPro's Bill of Costs that the Parties were unable to resolve based on the good faith conference of counsel by no later than July 29, 2026.

Dated:  July 6, 2026.

CALL & JENSEN
A Professional Corporation
L. Lisa Sandoval


By: /s/ L. Lisa Sandoval
L. Lisa Sandoval (Bar No. 310380)
CALL & JENSEN
A Professional Corporation
610 Newport Center Drive, Suite 700
Newport Beach, CA  92660
Tel:      (949) 717-3000
lsandoval@calljensen.com


Gary R. Sorden (admitted *pro hac vice*)
gsorden@coleschotz.com
Rajkumar Vinnakota (admitted *pro hac vice*)
kvinnakota@coleschotz.com
Brian L. King (admitted *pro hac vice*)
bking@coleschotz.com
COLE SCHOTZ, P.C.
901 Main Street, Suite 4120
Dallas, Texas 75202
Tel: (469) 557-9390

ATTORNEYS FOR PLAINTIFF
CONTOUR IP HOLDING, LLC

- 4 -

Dated: July 6, 2026          By: /s/ Michelle Ann Clark

Michelle Ann Clark (SBN 243777)
Philip C. Ducker (SBN 262644)
Dana Zottola (SBN 346715)
ALSTON & BIRD LLP
55 Second Street, Suite 2100
San Francisco, California 94105-0912
Telephone: (415) 243-1000
Facsimile: (415) 243-1001
michelle.clark@alston.com
phil.ducker@alston.com
dana.zottola@alston.com

John D. Haynes (admitted *pro hac vice*)
Sloane S. Kyrazis (admitted *pro hac vice*)
ALSTON & BIRD LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone:  404-881-7000
Facsimile:    404-881-7777
john.haynes@alston.com
sloane.kyrazis@alston.com

Karlee N. Wroblewski (admitted *pro hac vice*)
ALSTON & BIRD LLP
Bank of America Plaza
Suite 4000
101 South Tryon Street
Charlotte, NC 28280-4000
Telephone:  (704) 444-1000
Facsimile:    (704) 444-1111
karlee.wroblewski@alston.com

Elliott C. Riches (admitted *pro hac vice*)
ALSTON & BIRD LLP
2200 Ross Avenue
Suite 2300
Dallas, TX 75201
Telephone:  (214) 922-3492
elliott.riches@alston.com

- 5 -

STIPULATION TO EXTEND TIME TO FILE OBJECTIONS TO BILL OF COSTS; [PROPOSED] ORDER

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CONTOUR IP HOLDING, LLC, | LEAD CASE NO. 3:17-cv-04738-WHO |
| Plaintiff, | |
| v. | CONSOL. CASE NO. 3:21-cv-02143-WHO |
| GOPRO, INC., | [PROPOSED] **ORDER GRANTING MODIFIED SCHEDULE FOR SUBMISSION OF BILL OF COSTS** |
| Defendant. | |

PURSUANT TO CIVIL L.R. 7-12 AND THE PARTIES' STIPULATION, IT IS SO ORDERED.

DATE: July 7, 2026

Hon. William H. Orrick
United States District Court for the Northern District of California

- 6 -

STIPULATION TO EXTEND TIME TO FILE OBJECTIONS TO BILL OF COSTS; [PROPOSED] ORDER